UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on 9/30/04

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | |
| | : | VIOLATION: 21 U.S.C. §846 |
| **ANTOINE JONES,** | : | (Conspiracy to Distribute and Possess With |
| **also known as "Toine,"** | : | Intent to Distribute Cocaine and Cocaine |
| **JOHN ADAMS,** | : | Base) |
| **DEMETRIS JOHNSON,** | : | |
| **ADRIAN JACKSON,** | : | |
| **MICHAEL HUGGINS,** | : | |
| **KEVIN HOLLAND,** | : | |
| **ALBERTO ROLANDO CARRILLO-** | : | |
| **MONTELONGO,** | : | |
| **ROEL BREMEA, JR., and** | : | |
| **RICARDO SANCHEZ-GONZALEZ,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or before at least September 2, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including October 24, 2005, in the District of Columbia, the State of Maryland and elsewhere, the defendants, **ANTOINE JONES, also known as "Toine," JOHN ADAMS, DEMETRIS JOHNSON, ADRIAN JACKSON, MICHAEL HUGGINS, KEVIN HOLLAND, ALBERTO ROLANDO CARRILLO-MONTELONGO, ROEL**

**BREMEA, JR., and RICARDO SANCHEZ-GONZALEZ,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute the following:

1. A mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

2. A mixture and substance containing a detectable amount of cocaine base, in the form of "crack" cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii);

**(Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base,** in violation of Title 21, United States Code, Section Section 846)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia