**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-386 (ESH) |
| *v*. : | |
| : | |
| ANTOINE JONES : | |

_____

**DEFENDANT'S NOTICE OF FILING**

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
      October 26, 2005                    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of October 2005, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via facsimile and on October 29, 2005, via Electronic Case Filing to:

> Rachel Lieber, Esq.
> Assistant United States Attorney
> Office of the United States Attorney for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, DC 20001

_____
A. Eduardo Balarezo