UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, ET AL. | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney Rachel Lieber.  This is a notice that Assistant United States Attorney, John V. Geise, telephone number (202) 616-9156, e-mail address John.Geise@usdoj.gov, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
John V. Geise
Assistant United States Attorney
District of Columbia Bar No. 358267
555 4th Street, N.W.  Room 4126
Washington, DC 20530
(202) 616-9156

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Case Filing upon counsels for all defendants in this matter on this 17th day of November, 2005.

_____
John V. Geise
Assistant United States Attorney