**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 05-386-02 (ESH)** |
| | ) | |
| **JOHN ADAMS** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PRAECIPE

By this praecipe, will the CLERK OF THE COURT please enter the appearance of undersigned counsel.

Respectfully submitted,

_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007