UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

_____

**DEFENDANT JONES' MOTION FOR LAW LIBRARY ACCESS**

DEFENDANT Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves the Honorable Court to issue an Order providing him reasonable access to the law library so that he may assist counsel with his defense. In support of this motion, Mr. Jones states as follows:

**BACKGROUND**

1. Mr. Jones has been ordered held without bond pending resolution of this case. A trial date has not yet been set but it is anticipated that a trial will take place at the earliest in the fall of 2006.[1]

2. Mr. Jones is currently in total lockdown at the D.C. Jail. He does not have any privileges – no calls, no regular showers, no commissary, no social visits, no religious services. Relevant to this motion, he also does not have any access to the law library.

3. As best as can be determined, Mr. Jones is in lockdown not because of any wrongdoing by him or any administrative sanction by the Department of Corrections, but rather because the government requested it.

4. As an alternative to obtaining access to a law library at the D.C. Jail, by Court Order, Mr. Jones requests that the Court consider ordering him placed at the Community

---

[1] This is especially so since the government has already moved to exclude a period of 180 from the calculation of time within which this case must be tried and the Court is likely to grant the government's motion.

Correctional Facility ("CTF") to avoid the government's separation orders so as to allow him general population status.

      5.    In any event, should the Court not consider movement to CTF, and in light of the seriousness of the charges brought against Mr. Jones, he must have meaningful regular access to the law library to fully participate in and prepare in his defense and to assist counsel.

## ARGUMENT

      6.    The Sixth Amendment to the U.S. Constitution as well as the Equal Protection Clause guarantees a criminal defendant the assistance of counsel in the preparation of his defense. The Supreme Court has held also that a defendant enjoys a constitutionally protected right to meaningful access to the courts, which includes reasonable law library access, paper and pens at government expense. See Bounds v. Smith, 430 U.S. 817 (1977). The Bounds decision made it quite clear that the government must shoulder affirmative obligations in order to assure meaningful access to the courts.

      7.    Further, as held in Lindquist v. Idaho State Bd. Of Corrections, 776 F, 2d 851, 858 (9th Cir. 1985), the existence of an adequate law library does not provide for meaningful access to the Courts if the inmates are not allowed a reasonable amount of time to use the library.

      8.    There can be no doubt that Mr. Jones, without any justification from the government, has already been damaged and will continued to be damaged if he is not able to assist his defense counsel and adequately prepare for trial. As courts have noted, "access" must be "meaningful access." Alston v. Debruyn, 13 F. 3d 1036, 1041 (7th Cir. 1994). See also Bounds, 430 U.S. at 823.

Dated: Washington, DC
      December 18, 2005                    Respectfully submitted,

                                      **LAW OFFICE OF A. EDUARDO BALAREZO**

                                  By: _____
                                       A. Eduardo Balarezo (Bar # 462659)
                                       400 Fifth Street, NW
                                       Suite 300
                                       Washington, DC  20001
                                       (202) 639-0999

                                       *Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 18${}^{th}$ day of December 2005, I caused a true and correct copy of the foregoing Defendant Jones' Motion for Law Library Access to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo