## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                             :
       v.                :     Criminal No. 05-386(1) (ESH)
                             :
ANTOINE JONES             :

---

### <u>ORDER</u>

      Upon consideration of Defendant Jones' Motion for Law Library Access, any opposition thereto, and for good cause shown, it is hereby this __ day of _____;

      **ORDERED,** that Defendant Jones' Motion is **GRANTED;** and it is further

      **ORDERED,** that the D.C. Department of Corrections shall make arrangements for Mr. Jones to have access to the law library at the D.C. Jail at least twice each week for no less than one hour while he is held pending trial.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530