UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| **ANTOINE JONES, ET AL.** | : | |

_____

## MOTION FOR PAYMENT OF INTERIM VOUCHERS

Counsel for defendant Antoine Jones, on behalf of all counsel appointed in this matter pursuant to the Criminal Justice Act, respectfully requests that this Honorable Court approve the payment of interim compensation vouchers and submit its approval to the Court of Appeals for the District of Columbia. In support of his Motion, counsel states as follows:

1. The government has charged Defendants with a one-count indictment alleging a wide ranging narcotics conspiracy. The government has indicated that a superseding indictment will include numerous additional counts and defendants and possibly expand the time frame of the conspiracy. That indictment will not issue for several months.

2. Discovery is already voluminous with the government producing a series of compact discs that contain approximately 6000 monitored telephone calls in addition to other discovery.

3. At the status hearing on December 19, 2005, the Honorable Court ruled that the matter is both complex and extended for purposes of the Speedy Trial Act and granted the Government's motion to exclude time from the Speedy Trial Act, specifically from December 19, 2005 to March 17, 2006.

2

      4.      Payment of interim compensation, which is provided for by statute, will alleviate the financial hardship that counsel will be required to bear during the lengthy pendency of this matter.

      WHEREFORE, for the foregoing reasons and any other that may become apparent to the Court, counsel respectfully requests that this motion be GRANTED.

Dated: Washington, DC
       December 30, 2005                Respectfully submitted,

                                **LAW OFFICE OF A. EDUARDO BALAREZO**

                                By: _____
                                  A. Eduardo Balarezo (Bar # 462659)
                                  400 Fifth Street, NW
                                  Suite 300
                                  Washington, DC  20001
                                  (202) 639-0999

                                  *Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 31st day of December 2005, I caused a true and correct copy of the foregoing Motion for Payment of Interim Vouchers to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo