UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

_____

### DEFENDANT JONES' MOTION FOR ORDER PROHIBITING GOVERNMENT FROM TRANSFERRING DEFENDANT TO A DETENTION FACILITY OUTSIDE THE DISTRICT OF COLUMBIA

Defendant Antoine Jones ("Jones"), by and though undersigned counsel, and pursuant to the Sixth Amendment to United States Constitution hereby respectfully moves this Court for an Order prohibiting the government from requesting his transfer to a detention facility outside the District of Columbia. In support of this Motion, Mr. Jones states as follows:

1. Mr. Jones is currently held without bond pending trial in this case. He is currently detained at the District of Columbia Jail and is under total "lock down" at the request of the government.

2. As a result of the lockdown, Mr. Jones previously moved the Court to order that he have regular access to the Jail's law library. At the last status hearing, the government orally opposed this request and the Court did not rule on the motion. However, after the hearing, the government proffered to counsel additional reasons why it opposed the motion and why it may seek to have Mr. Jones moved from the Jail to a facility outside the District of Columbia.

3. As the Court is aware, this is a complex case in which there is a vast amount of discovery – including approximately 6000 recorded calls from Mr. Jones' cell phone.

It is imperative that Mr. Jones be able to consult with counsel and review the discovery so that he can assist counsel in preparing for trial.

4.      As a basic matter, the Sixth Amendment to the United States Constitution guarantees Mr. Jones the right to have the assistance of counsel for his defense.  Having Mr. Jones held at the District of Columbia Jail is essential in this regard.  Counsel has had other experiences where the government has requested that inmates be moved and they have been sent as far as Orange, Virginia, a two-hour drive each way.  Such a situation would needlessly prejudice Mr. Jones and place a great strain on his ability to consult with counsel.

5.      Mr. Jones is not aware an actual government request to have him moved, and the issue may not be ripe.  Nevertheless, Mr. Jones files this motion prophylactically in the event the government does seek to have him moved to a facility outside the District of Columbia.

**WHEREFORE** for the foregoing reasons, and any others that may appear to the Court, Mr. Jones respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       January 3, 2006                    Respectfully submitted,

                                          **LAW OFFICE OF A. EDUARDO BALAREZO**


                                          By: _____
                                              A. Eduardo Balarezo (Bar # 462659)
                                              400 Fifth Street, NW
                                              Suite 300
                                              Washington, DC  20001
                                              (202) 639-0999

                                          *Attorney for Defendant Antoine Jones*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January 2006, I caused a true and correct copy of the foregoing Defendant Jones' Motion for Order Prohibiting Government from Transferring Defendant to a Detention Facility Outside the District of Columbia to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo