UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

## ORDER

Upon consideration of Defendant Jones' Motion for Order Prohibiting Government from Transferring Defendant to a Detention Facility Outside the District of Columbia, and any opposition thereto, it is this ____ day of _____ 2006, it is hereby

**ORDERED,** that this Motion is **GRANTED**; and it is further

**ORDERED**, that the United States is hereby Ordered not to have Defendant Antoine Jones transferred from the District of Columbia Jail to any detention facility outside of the District of Columbia.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530