UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0386 (ESH) |
| ) | |
| ANTOINE JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Jones' Motion for Order Prohibiting Government from Transferring Defendant to a Detention Facility Outside the District of Columbia and the government's response, in which it represents that "there are no pending plans to relocate Jones," it is this 9th day of January, 2006, hereby

**ORDERED** that the motion is **DENIED**.

ELLEN SEGAL HUVELLE
United States District Judge