**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-386 (ESH) |
| *v.* : | |
| : | |
| ANTOINE JONES : | |

_____

**DEFENDANT'S NOTICE OF FILING**

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully requests that the attached Defendant's Second Request for Discovery be made part of the record in this case:

Dated: Washington, DC
January 16, 2006                              Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Antoine Jones*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January 2006, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Second Request for Discovery to be delivered via facsimile and Electronic Case Filing to:

>Rachel Lieber, Esq.
>Assistant United States Attorney
>Office of the United States Attorney for the District of Columbia
>555 Fourth Street, N.W.
>Washington, DC 20001

_____
A. Eduardo Balarezo