LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC 20001

(202) 639-0999 (TEL)
(202) 783-5407 (FAX)

ADMITTED IN DC, MD & NY
LAWOFFICE@BALAREZO.NET

January 16, 2006

**Via Electronic Case Filing**
Rachel Lieber, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

    Re: <u>United States v. Antoine Jones</u>
      Criminal No. 05-386(1) (ESH)

Dear Ms. Lieber:

  I write to discuss certain issues concerning discovery in the above-captioned matter.

  First, as you are aware, Jonathan Zucker, Esq. is no longer in this case.  Because he was acting as discovery coordinating counsel, I will take over that responsibility.  Please direct any and all future discovery productions to me.

  Second, and specifically regarding Mr. Jones, and pursuant to applicable rules, statutes and caselaw, I request that you produce the following:

  a. copies of all documents seized from Mr. Jones' cell (you previously provided me with some copies and I want to confirm that you have produced all documents);
  b. copy of signed and executed affidavit in support of search warrant for Mr. Jones' cell;
  c. copies of all recordings of Mr. Jones' jail communications;
  d. copies of all documents and items seized from Mr. Jones' homes at 10870 Moore Street, Waldorf, MD and 12221 Brandywine Road, Brandywine, MD;
  e. copies of all documents and items seized from Mr. Jones' vehicles, or those registered to his wife, Denice Jones;
  f. unredacted copy of Detective Norma Horne's signed and executed Affidavit in Support of Search Warrant for the various vehicles searched

LAW OFFICE OF A. EDUARDO BALAREZO

**United States v. Antoine Jones**
**Case No. 05-386**

        and seized in this case (specifically Mr. and Mrs. Jones' vehicles). If you refuse to produce these unredacted pages, please provide me with the basis for your refusal;

g.    copy of S.A. Stephanie Yanta's signed and executed Affidavit in Support of Search Warrant for the various locations searched in this case (specifically Mr. and Mrs. Jones' homes);

h.    unredacted copy of S.A. Stephanie Yanta's Affidavit in Support of Order Authorizing Interception of Communications to and from Cellular Telephone Number (202) 538-3946. If you refuse to produce an unredacted copy, please provide me with the basis for your refusal;

i.    unredacted copy of S.A. Stephanie Yanta's Affidavit in Support of Order Authorizing Interception of Communications to and from Cellular Telephone Number (202) 746-0470. If you refuse to produce an unredacted copy, please provide me with the basis for your refusal;

j.    any and all discovery requested in my letter dated October 26, 2005.

I ask that you provide me with these items by January 27, 2006, or call me to discuss any production problems you foresee.

        Sincerely,


        A. Eduardo Balarezo

        *Counsel for Antoine Jones*