**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-386 (ESH) |
| *v*. : | |
| : | |
| ANTOINE JONES : | |

_____

## DEFENDANT'S NOTICE OF FILING

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully requests that the attached Defendant's Third Request for Discovery be made part of the record in this case:

Dated: Washington, DC
January 18, 2006                    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


By:   _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Antoine Jones*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January 2006, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Second Request for Discovery to be delivered via facsimile and Electronic Case Filing to:

> Rachel Lieber, Esq.
> Assistant United States Attorney
> Office of the United States Attorney for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, DC 20001

_____
A. Eduardo Balarezo