LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC 20001

(202) 639-0999 (TEL)
(202) 783-5407 (FAX)

ADMITTED IN DC, MD & NY
LAWOFFICE@BALAREZO.NET

January 18, 2006

**Via Facsimile (202) 514-8707**

Rachel Lieber, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

Re:  United States v. Antoine Jones
     Criminal No. 05-386(1) (ESH)

Dear Ms. Lieber:

I write to confirm our discussion of earlier today regarding outstanding discovery issues.

In addition to the requests I made via letter dated January 16, 2006, I an also requesting the following:

a.  any and all photographs and/or video recordings regarding this case.  I understand that the video recordings are voluminous; if possible please provide these in a DVD format;
b.  any and all documents that manifest information gathered through any intercept of text messages involving Mr. Jones;
c.  any executed affidavit in support of a search warrant and approved search warrant regarding request "b" above;
d.  any and all data describing the electronic tracker placed on Mr. Jones' vehicle;
e.  any executed affidavit in support of a search warrant and approved search warrant regarding request "d" above;
f.  any and all documents or information that evidences any entry into Mr. Jones' homes by law enforcement agents, either pursuant to a search warrant or not;

**United States v. Antoine Jones**
**Case No. 05-386**

    g.    any and all documents or information that evidences any entry into Mr. Jones' automobiles by law enforcement agents, either pursuant to a search warrant or not

    h.    any and all discovery requested in my letters dated October 26, 2005, and January 16, 2006.

    I ask that you provide me with these items as soon as practicable, or call me to discuss any production problems you foresee.

    Sincerely,


    A. Eduardo Balarezo

    *Counsel for Antoine Jones*