## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

## ORDER

Upon consideration of Defendant Jones' Motion for Modification of Conditions of Confinement, any opposition thereto, and in the interest of justice, it is hereby this __ day of _____;

**ORDERED,** that Defendant Jones' Motion is **GRANTED;** and it is further

**ORDERED,** that the Warden of the Central Detention Facility (D.C. Jail) restore Defendant Antoine Jones (DCDC # 241912) privileges, including the ability: to make legal and social calls; receive social visits; have regular access to the law library at least twice each week for no less than one hour while he is held pending trial; and to not be confined to his cell under his current conditions.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530