UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :   Criminal No. 05-386 (ESH)
                                 :
ANTOINE JONES, ET AL.            :

## ORDER

Upon consideration of Defendant Jones' Counsel's Motion for Payment of Interim Vouchers, filed on behalf of all defense counsel in this matter appointed pursuant to the Criminal Justice Act, and for good cause shown, it is this ___3___ day of ___January 2006___, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that due to the expected length and complexity of the proceedings in the above captioned matter, counsel appointed pursuant to the Criminal Justice Act may use the following procedures to obtain interim payments during the course of their representation:

1. Counsel shall submit to the Office of the Federal Defender Interim CJA Form 20 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

2. The first interim voucher, due on the sixtieth day following the approval of this Order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment. Thereafter, counsel shall submit may submit interim vouchers every 30 days as set forth above.

3. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling, (excluding reimbursement sought for expenses), these vouchers must be approved by this Court and the ~~Chief Judge~~ designated judge of the Circuit before disbursement can be made. One-third of the total amount approved for each voucher submitted shall be withheld until the final accounting.

4. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-third balance withheld for the earlier Interim Vouchers. The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the ~~Chief Judge~~ designated Circuit judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

/s/ Janice R. Brown
~~DOUGLAS H. GINSBURG~~ JANICE ROGERS BROWN
~~CHIEF JUDGE,~~ UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

1/3/06
DATE