UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

### DEFENDANT JONES' MOTION TO MODIFY ORDER AUTHORIZING INTERIM VOUCHERS

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves the Court to Modify its recent Order authorizing the payment of interim vouchers in this case. In support of this motion, Mr. Jones states as follows:

### BACKGROUND

1. On December 30, 2005, undersigned counsel filed a motion on behalf of all appointed counsel requesting the Court to authorize interim payments pursuant to the Criminal Justice Act. The Court granted the motion, which was filed on ECF on February 27, 2006.

2. Upon review of the Order, counsel realized that he had neglected to request that the Order also include defense investigators. As such, because this case is complex and extended, and Mr. Jones' case requires thorough investigation, counsel respectfully requests that the Court modify its Order to authorize interim payments for defense investigators, *nunc pro tunc* to the date of the original Order.

      WHEREFORE, for the foregoing reasons Mr. Jones respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
      March 2, 2006                         Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**

                                    By: _____
                                      A. Eduardo Balarezo (Bar # 462659)
                                      400 Fifth Street, NW
                                      Suite 300
                                      Washington, DC  20001
                                      (202) 639-0999

                                      *Counsel for Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2006, I caused a true and correct copy of the foregoing Defendant Jones' Motion to Modify Order Authorizing Interim Vouchers to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo