UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES, ET AL.** | : | |

## ORDER

Upon consideration of Defendant Jones' Motion to Modify Order Authorizing Interim Vouchers, and for good cause shown, it is this \_\_\_\_ day of

_____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, the Court Order dated January 3, 2004 (ECF Document # 77) is hereby modified to also authorize the interim payment of vouchers to defense investigators appointed pursuant to the Criminal Justice Act.

**SO ORDERED.**

_____                    _____
**DATE**                              **ELLEN SEGAL HUVELLE**
                                      **UNITED STATES DISTRICT JUDGE**

_____                    _____
**DATE**                              **JUDGE, UNITED STATES COURT OF**
                                      **APPEALS FOR THE DISTRICT OF**
                                      **COLUMBIA CIRCUIT**