UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :
:
v.  :   Criminal No. 05-386 (ESH)
:
ANTOINE JONES, ET AL.  :

### ORDER

Upon consideration of Defendant Jones' Motion to Modify Order Authorizing Interim Vouchers, and for good cause shown, it is this _2_ day of _March 2006_ hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, the Court Order dated January 3, 2004 (ECF Document # 77) is hereby modified to also authorize the interim payment of vouchers to defense investigators appointed pursuant to the Criminal Justice Act.

SO ORDERED.

03/2/06
DATE

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

3/9/06
DATE

_____
JUDGE, UNITED STATES COURT OF
APPEALS FOR THE DISTRICT OF
COLUMBIA CIRCUIT

