

Beverly Johnson
1918 Village Green Dr.
Hyattsville MD 20785

Antoine Jones
241-912
1901 D St SE
Washington D.C
20003

SE2/46

Hey,
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I receive your letter Tuesday 8th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on. I wanted to come to court but I know your wife was going to be there and I did not

wanted to look strange. But I care!. I see you calling me but a good time to call is after seven P.M Monday thur Saturday and starting December after 8:00 PM because of X-mas. You know my job its finish until all the mail is deliver.

The information on Donald Hunter. He is in NE 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them. Now I'm sitting here hoping you call before your phone time is up



Take Care
Because I Care
Barry



① Buck - resent
② Ivie?
③ P line?
④ Derrick?
⑤ Bow?

Oct 14

xx Donald Hunter?
Mike wife?

Kevin Ray - Corey
Donald Hunter
Harold Holden
Davon Howard
Tony B

301 Medde
820-7884

Robby
202 232 156?

B-1

3213131
① Deniece 301 843-0838
   240 416-2249
② Mike 301 885 0951
③ Adrien 301 423 0191
④ Tyrone 301 513-9449 Home
⑤ Tyrone 202 679-4611
⑥ Lawrence 301 613 6293
⑦ Club Levels 202 269-0170
   240-416-2249
⑧ Niecey Cell
⑨ Antoine cell - 202 639-0999
⑩ DeB
⑪ Nette
⑫ Beverly 301 322-9046
⑬ Ivie 307-060
   Rock Bremen

298 9365
298 9365

DeB 301 509 0
240 881 1424
202 295-4510
#235

A. Eduardo Baldarez

Mike Ice
240 346 9889

202 391-9206
Nette
Niecey

202 Lye 479-2223

Call Allen 202 276-8519 - Nandi

1. Willis ????
2. Buck write ASAP
3. Donald Number ???
4. Bryant - Bow
5. Pauline ??
6. Get CAR from cousin
7. Get VIP Pass for TCB & Backyard Chris
8. Fat service up here Monday with Bryant - Ivie or LA
9. Tell Derrick Ivie or Bryant write me if cant visit
10. Dont forget to tell kids, wedding and other nephew that Kevin is the most ?????
11. Call ??? Delivery ??????? ?????? ??????? ?????? ?????
12. Roel Bremer 307-060
13. Coup - 1000 Bink - 1000
14. Tell Chris to Print a couple of VIP Pass for the Halloween Party we was going to do. Print a couple of VIP tickets with all of our parties
15. Ask lawyer about cars 6900 and more house paperwork
16. Get Lawrence to see Club Levels papers

400 Ba.... 354-0056

Bryant 240-298-3657876

Roel Room 307-060
276-8519

32/3/3/ 298-9365
301-944-3301
30?-05?

Antoine ???
witness cu-morada 2 people in people family couple apic ??? shop Chris Seige



B-2

