

**Start:** 400 5th St Nw
Washington, DC 20001-2719, US

**End:** 3908 Richmond Rd
Warsaw, VA 22572, US

**Notes:**
NORTHERN NECK REGIONAL JAIL



| Directions | Distance |
|---|---|
| **Total Est. Time:** 2 hours, 5 minutes   **Total Est. Distance:** 108.96 miles | |
| **1:** Start out going SOUTH on 5TH ST NW toward D ST NW. | <0.1 miles |
| **2:** Turn LEFT onto D ST NW. | 0.2 miles |
| **3:** Merge onto I-395 S. | 12.8 miles |
| **4:** I-395 S becomes I-95 S. | 43.8 miles |
| **5:** Take the US-1 / US-17 S exit- EXIT 126- toward MASSAPONAX. | 0.3 miles |
| **6:** Turn RIGHT onto JEFFERSON DAVIS HWY / US-17 S / US-1 S. | 0.5 miles |
| **7:** Turn LEFT onto MILLS DR / US-17. Continue to follow US-17 S. | 46.3 miles |
| **8:** Turn LEFT onto US-360 / QUEEN ST. Continue to follow US-360 E. | 4.7 miles |
| **9:** End at **3908 Richmond Rd** Warsaw, VA 22572, US | |

**Total Est. Time:** 2 hours, 5 minutes   **Total Est. Distance:** 108.96 miles



**Start:** 400 5th St Nw
Washington, DC 20001-2719, US

**End:** 13021 James Madison Hwy
Orange, VA 22960-2807, US

**Notes:**
CENTRAL VIRGINIA REGIONAL JAIL (ORANGE)



| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 42 minutes | **Total Est. Distance:** 89.17 miles |
| **1:** Start out going SOUTH on 5TH ST NW toward D ST NW. | <0.1 miles |
| **2:** Turn LEFT onto D ST NW. | 0.2 miles |
| **3:** Merge onto I-395 S. | 12.8 miles |
| **4:** I-395 S becomes I-95 S. | 39.5 miles |
| **5:** Merge onto VA-3 W via EXIT 130B toward CULPEPER. | 12.8 miles |
| **6:** Turn LEFT onto VA-20 / CONSTITUTION HWY. Continue to follow VA-20. | 22.2 miles |
| **7:** Turn LEFT onto US-15 / CAROLINE ST. Continue to follow US-15 S. | 1.2 miles |
| **8:** Make a U-TURN onto JAMES MADISON HWY / US-15 N. | <0.1 miles |
| **9:** End at **13021 James Madison Hwy** Orange, VA 22960-2807, US | |

**Total Est. Time:** 1 hour, 42 minutes   **Total Est. Distance:** 89.17 miles