UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE JONES** | : | |
|         Defendant. | : | |

## SUPPLEMENTAL INFORMATION CONCERNING CONDITIONS OF DETENTION

Comes now the United States of America by its counsel, Kenneth L.Wainstein, United States Attorney for the District of Columbia, John V. Geise, Assistant United States Attorney, and says as follows:

At a hearing on March 24, 2006 concerning the conditions of detention of defendant Jones the Court asked counsel for the United States to obtain additional information from the Office of the United States Marshall concerning the availability of alternate facilities for housing the defendant and the conditions that those institutions are able to impose. Counsel has spoken with the prisoner operations section of the Marshal's office which has told counsel as follows.

The facilities in Alexandria and Arlington are presently not accepting more federal prisoners from the District of Columbia. Also, those facilities are generally reluctant to take any federal inmates who require special treatment or additional levels of supervision.

The District of Columbia Jail has no intermediate level of isolation between general population and the defendant's present lock down status. The jail would probably be unable to make copies of the defendant's incoming and outgoing mail. The jail could provide visitor logs but does not record meetings with visitors. The jail does record phone calls.

The facilities at Orange and Northern Neck would house the defendant in the general population. They would copy ingoing and outgoing envelopes if requested to do so. They would provide visitor logs and record phone calls.

Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar No.: 451058

BY: _____
        JOHN V. GEISE
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar No. 358267
        Organized Crime and Narcotics Trafficking
        555 4th Street, N.W., Room 4126
        Washington, D.C.  20530
        (202) 616-9156; Fax: 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing by ECF upon counsel for the defendant, this 29th$^h$ day of March, 2006.

_____
JOHN V. GEISE
ASSISTANT UNITED STATES ATTORNEY