# TAB A