| TITLE | DATE | PRODUCED | NOTES |
|---|---|---|---|
| **Application** for Interception of Wire Communications **(202) 538-3946 Affidavit** | Filed <u>Under Seal</u> September 2, 2005 | discovery produced in Court 11/9/2005<br><br>redacted Affidavit produced 12/6/05 to lead counsel (Jon Zucker) picked- up by Ms. Battle (paralegal) | affidavit redacted pages 18,19, 20-37, 41, 43, 46, 48, 49, 51, 52, , 53, 56, 57, 59 |
| **Order** Authorizing the Interception of Wire Communications **(202) 538-3946** | Filed <u>Under Seal</u> September 2, 2005 | discovery produced in Court 11/9/2005 | |
| **Application** for **Continued** Interception of Wire Communication **(202)746-0470** , * DOJ Authorization ***Affidavit** (Redacted) | Filed <u>Under Seal</u> September 30, 2005 | Application produced in Court 11/9/2005<br><br>Affidavit produced 12/6/2005 to lead Counsel (Jon Zucker) picked-up by Ms. Battle | Affidavit redacted pages 25, 26, 28 |
| **Order** Authorizing the Continued Interception of Wire Communication **(202)746-0470** | File <u>Under Seal</u> September 30, 2005 | discovery produced in Court 11/9/2005 | |
| **Search Warrant** for LEVELS 1960 Montana Avenue, NE, WDC *SW return/ Receipt for Property Seized ***Application & Affidavit** for SW | Return Filed October 25, 2005 | discovery produced 12/6/05 lead counsel (Jon Zucker) picked-up by Ms. Battle | Affidavit redacted pages 9, 10-14, 15, 17, 32, 33 |