| **Md Search Warrants** (8) and **Affidavit** | Return filed November 8, 2005 | produced 12/6/05 to lead counsel (Jon Zucker picked-up by Ms. Battle | Affidavit redacted pages 10, 11-14, 15, 16, 17, 33, |
|---|---|---|---|
| Line Sheets redacted | | dated 9/28/05-10/7/05 produced on 11/30/05<br><br>dated 10/8/05 - 10/24/05 produced 12/6/05 to lead counsel (Jon Zucker) picked up by Ms. Battle | |
| **Sealing** Application and Order | filed October 25, 2005 | 12/6/05 to lead counsel (Jon Zucker) picked up by Ms. Battle | |
| (9) **Search Warrants** and **Affidavit** for vehicles (White Van, White BMW, Black Chevy Truck, blue Ford Truck, Lt Green Chrysler 300M, gray 1999 Chevy, gold Toyota Sequoia, 03 BMW (MD tag# 18968CB), blue/green Honda Odyssey, and gold Jeep Grand Cherokee) | return filed November 29, 2005 | 12/6/05 to lead counsel (Jon Zucker) picked-up by Ms. Battle | |