# TAB B