**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 16, 2005

Eduardo Balarezo, Esq.
400 5th Street, N.W. #300
Washington, D.C. 20001

Jon Zucker, Esq.
514 10th Street, N.W. #910
Washington, D.C. 20004

Carmen Hernandez, Esq.
717 D Street, N.W. #310
Washington, D.C. 20004

Jon Norris, Esq.
641 Indiana Avenue, N.W., 2nd floor
Washington, D.C. 20004

Elita Amato, Esq.
1211 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036

Diane Lepley, Esq.
400 7th Street, N.W., Suite 400
Washington, D.C. 20004

Joseph R. Conte, Esq.
400 7th Street, N.W., Suite 400
Washington, D.C. 20004

Heather Shaner, Esq.
1702 S Street, N.W.
Washington, D.C. 20009

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, Suite 303
Washington, D.C. 20036