Edward C. Sussman, Esq.
601 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004

             Re:    United States v. Antoine Jones, et. al (05-386)
                      United States v. Lawrence Maynard, (05-417)
                      Discovery Update

Dear Counsel:

      I just wanted to follow up with you on the statue of discovery to date, so that you can double check that you've gotten everything. Where indicated, I've supplied one copy to Jon Zucker, who kindly agreed to act as interim lead discovery counsel. I hope that in the near future one of you will offer to be the lead discovery counsel.

    A. <u>The Title III intercept</u>.

        1. All of you should have received a copy of the order and AUSA application for both the initial intercept and the extension.

        2. Mr. Zucker has received copies of the affidavits in support of the intercept and the extension as have individual counsel.

        3. Some of you have already picked up the discs containing the intercepted conversations I will bring the remaining copies to the status hearing on Monday so anyone who does not a have a full set can get it then.

        4. Mr. Zucker has received a copy of the "line sheets" for the intercept.

        5. Sealing order produced to Mr. Zucker as well.

    B. <u>Searches on 10/24/05</u>

        1. Warrants, applications, returns and supporting affidavits supplied to Mr. Zucker.

        2. Post arrests statements, if any, supplied to counsel for the defendant involved.

        3. Search 302s supplied to Mr. Zucker