The following items should be available for lead discovery counsel at the status conference on December 19, 2005:

> A. Search warrants and supporting affidavits for searches of vehicles seized on 10/24/05.
>
> B. Search warrants and supporting affidavits for searches of cell phones seized on 10/24/05.

I hope to have the following items to lead discovery counsel by the end of the first week in January:

> A. Search warrant and supporting affidavit for searches of text-messages of Antoine Jones and Lawrence Maynard.
>
> B. Search warrant and supporting affidavit for a GPS system placed on a vehicle used by Antoine Jones.
>
> C. Search warrants and supporting affidavits for several searches of vehicle and locations conducted after 10/24/05.

There are a number of other documents that I intend to produce as they are processed, including 302s and the seized text-messages from Antoine Jones and Lawrence Maynard. There also were several pole cameras utilized in the investigation. My tentative thought is that one copy will be made of the surveillance videos for lead counsel.

Obviously at some point we will also schedule several times when you can review the seized evidence, photos, and similar material.

As usual, please feel free to give one of us a call if you have any questions, or to make specific discovery requests. We hope you and your families have a good holiday.

                        Sincerely,

                        John V. Geise
                        Rachel Carlson Lieber
                        Assistant United States Attorneys
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 616-9156 (Jack)
                        (202) 353-8055 (Rachel)

cc:    Judge Huvelle