# Memorandum



*United States Attorney*
*District of Columbia*

| Subject: | Date: |
|---|---|
| Discovery in the Jones Case | 2/16/06 |

| To: | From: |
|---|---|
| Eduardo Balarezo | Jack Geise |

    Enclosed are the line sheets for 10/10, 10/11, and 10/15 for the TIII intercept on your client's cell phone.