**U.S. Department of Justice**



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 14, 2006

Eduardo Balarezo. Esq.
400 5th Street N.W. #300
Washington, D.C. 20530

Re: Discovery in United States v. Jones, 05-386 (ESH)

Dear Mr. Balarezo:

I am producing the material listed on attachment A to this letter as discovery in the above captioned matter. . As described in that attachment certain additional discovery will be produced in the next 10 days.

I know you were anxious to get complete copies of the affidavits in support of the wire intercept, the searches on October 24, 2005, and the text message searches. I intend to have those available at the status conference on March 17, 2006. The copies I produce may have some slight redactions, but I believe they will provide the information you need for motions and preparation of you defense. I hope to produce all remaining discovery by April 10, 2006.

Let me thank you once again for taking on the thankless task of lead discovery counsel.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

John V. Geise
Assistant United States Attorney

cc: Counsel of Record