U.S. v. Antoine Jones, et. al
Cr. No. 05-386 (ESH)
Itemized Discovery Attachment (A)

1. Information Obtained from **Phones seized** on 10/24/2005   (5 pages)

2. **Durham, NC Police Reports** and Items seized from Jones vehicle driven by Maynard on 4/05/2005 (26 pages).  Some photos of the search may exist they will be produced when obtained by my office.

3. **Text Messaging Materials** (text messages, redacted Affidavit and Search Warrant # 05-0453M-01 and redacted Affidavit and Search Warrant # 05-0468M-01)

4. (1) CD of **GPS Tracking** Data( A. Jones vehicle)

5. **Surveillance Videotapes**:
   (3) 9508 **Potomac vehicle** ( Camera in Van)  - 10/12/05 1:35 p.m. - 10/15/05 10:11pm
                                                  - 10/17/05 1630hrs - 10/20/05 1557hrs
                                                  - 10/20/05 4:00 pm - 10/24/05 12:08 pm

   (8) **Potomac vehicle (Stationary Camera)** - 10/20/05 1614 hrs - 10/21/05 0723 hrs
                                                - 10/21/05 0720 hrs - 10/21/05 2227 hrs
                                                - 10/21/05 2227 hrs - 10/22/05 1334 hrs
                                                - 10/22/05 1334 hrs - 10/22/05 1556 hrs
                                                - 10/22/05 1556 hrs - 10/23/05 0703 hrs
                                                - 10/23/05 0723 hrs - 10/23/05 2210 hrs
                                                - 10/23/05 2210 hrs - 10/23/05 1317 hrs
                                                - 10/24/05 1317 hrs - 10/25/05 0424 hrs

   (24) **Levels Night Club** - 2/3/05 1037- 1137 hrs  MTV-1
                               -2/7/05 1043- 1141 hrs  MTV-2
                               -2/8/05 0914 - 0926 hrs  MTV-3
                               -2/9/05 #1  MTV-4
                               -2/9/05 #2  MTV-5
                               -2/9/05     MTV-6
                               -2/9/05 #7  MTV-7
                               -2/10/05 #1  MTV-8
                               -2/10/05 #2  MTV-9
                               -2/10/05 #3  MTV-10
                               -2/25/05     MTV-11
                               -03/5/05     MTV-12
                               -03/11/05    MTV-13
                               -03/11/05    MTV-14
                               -03/14/05    MTV-15