2.

Continuation **Surviellance Videotapes**:

| **Levels**: | 3/14/05 # 2 | MTV -16 |
|---|---|---|
| | 3/16/05 | MTV -17 |
| | 3/29/05 | MTV - 18 |
| | 3/29/05 | MTV - 19 |
| | 4/06/05 | MTV - 20 |
| | 4/06/05 #2 | MTV - 21 |
| | 4/06/05 #3 | MTV - 22 |
| | No date | MTV - 23 |
| | No date | MTV - 24 |

* Copies of the remaining videos for this location are being prepared and should be ready in the next two weeks.

6. **Photographs of Search Warrants 10/24/05**

10870 Moore St. Waldof, MD, Roll # 1 (32 pictures); Roll # 2 (37 pictures)

12221 Brandywine Rd, Brandywine, MD, Roll #1(42 pictures); roll #3 (25 pictures)

9508 Potomac Drive, Ft. Washington, MD; Roll #1 (40 ), Roll #2 (34 ), Roll #3(15)

5703 Gloria Drive, Suitland, MD, Roll #1 (37 pictures), Roll #2 (30 pictures)

10441 Cresent Parkway, Waldolf, MD, Roll # 3(26 pictures), Roll # (36 pictures), Roll # (36 pictures)

1960 Montana Ave., NE, Wash, DC, Roll #1 (36 pictures ), Roll #2 (9 pictures )

5119 Barto Ave, Suitland, MD, Roll #1 (35 pictures ), Roll #2 (36 pictures )

** 7711 GreenLeaf Road, Hyattsville, MD, on **11/23/05**, Roll #1 (28 pictures)

7. Search Warrant Seized Document Binders for:

Michael A. Higgins, 5119 Barto Avenue, Vehicle and House
Lawrence Maynard, 7711 Greenleaf Rd, Hyattsville, MD (Binder 1of 2 & 2 of 2)
Adrian Jackson, 7921 Allendale Dr, Landover, MD, Vehicle & House
Antoine Jones, 10870 Moore Street, Waldorf, MD, Vehicle & House
Demetrius Johnson, 10441 Cresent Parkway, Waldof, MD, Vehicle & House