3.

*Binders for the following locations will be produced in the next 10 days:

12221 Brandywine Rd, Brandywine, MD

9508 Potomac Drive, Ft. Washington, MD

5703 Gloria Drive, Suitland, MD

1960 Montana Ave., NE, Wash, DC