# Memorandum



*United States Attorney*
*District of Columbia*

| Subject: | Date: |
|---|---|
| Status Report in United States v. Antoine Jones et. al.(05-0386) | April 19, 2006 |

| To: | From: |
|---|---|
| The Honorable Ellen Segal Huvelle<br>Counsel of Record | Rachel Carlson Lieber<br>Jack Geise<br>Assistant United States Attorneys |

We write to update the Court and counsel on the status of this case prior to Friday's status conference.

## I. Discovery

As detailed in the Government's First Report Concerning Discovery a very considerable amount of material has been scanned for counsel and is available on discs. For those counsel who have not yet indicated how they would like the discs delivered they will be available at the hearing on April 21, 2006.

As also outlined in the First Report Concerning Discovery there are a large number of video surveillance tapes of the Levels Nightclub, 9508 Potomac Drive, and a warehouse location in Maryland rented by Antoine Jones. The government also expects there will be additional discovery available as its investigation proceeds.

The government hopes that one of the defense counsel will be able to act as lead discovery counsel for this more limited universe of material. Otherwise the government intends to make it available on the basis laid out in the Discovery Report.

## II. Final Superseding Indictment

The government intends to return a final superseding indictment no later than June 30, 2006. If there is to be more than one trial in this matter it may have some impact on the final form of the superseding indictment. The United States therefore asks the Court to consider holding another status conference no later than June 16 to finalize the trial schedule.