UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 05-386-All  (ESH) |
| ANTOINE JONES, ET AL. | : | |

<u>NOTICE OF FILING</u>

The court is hereby notified that, pursuant to an arrangement established in open court on April 21, 2006, that undersigned counsel has prepared orders for the court's signature that will facilitate counsel's efforts to review discovery materials with clients in this matter. Because defendants frequently move between the D.C. Jail and the Correctional Treatment Facility (CTF), all defendants and their attorneys and investigators are included in each order.

Respectfully submitted,

_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 21st day of April, 2006, a copy of this filing and two attached orders, were served on all interested parties pursuant to the electronic filing system.

_____
Edward C. Sussman