UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            :

v.                                  :    CR. NO. 05-386-All   (ESH)

ANTOINE JONES, ET AL.               :

ORDER

Dennis Harrison, Acting Warden of the D.C. Central Detention Facility is hereby ordered this 24 day of April, 2006, to implement procedures that will permit, without prior notice or approval, the following attorneys and/or investigators to enter the D.C. Jail and bring with them laptop computers, CD's, DVDs, videotapes, audio cassette players, and audio tapes for the purpose of reviewing discovery materials with the clients named in this order. The attorneys, investigators, and their respective clients are as follows:

| Client | DCDC No. | Attorney/ Investigator |
|---|---|---|
| Antoine Jones | 241-912 | A. Eduardo Balarezo, Esq. |
| Kirk Carter | 244-575 | Charles Daum, Esq<br>Iman Pasha, -Investigator |
| Lawrence Maynard | 307-469 | Edward C. Sussman, Esq.<br>Howard Katzoff, Esq.<br>Trevor Hewick - Investigator |
| Roel Bermea, Jr. | 307-060 | Noe D. Garza, Esq.<br>Leonardo Rincones, Jr., Esq. |
| Alberto Montelongo | 307-063 | Fred A. Kowalski, Esq. |
| Demetris Johnson | 307-061 | Michael S. Blumenthal, Esq. |

1

| | | |
|---|---|---|
| Adrian Jackson | 307-059 | Jon Norris, Esq. |
| Michael Huggins | 232-489 | Joseph R. Conte, Esq.<br>Patrick Endress - Investigator |
| Ricardo Sanchez | 307-062 | Elita Amato, Esq. |
| Kevin Holland | 265-520 | Brian McDaniel, Esq. |

FURTHER ORDERED, that this order is to remain in effect until _further order of the Court_ or ~~until withdrawn by specific written notification by this court~~.

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


cc:  Dennis Harrison.
     Acting Warden - D.C. Jail
     1901 D Street S.E.
     Washington, D.C. 20003

     Office of the General Counsel
     D.C. Department of Corrections
     Washington, D.C.
     Washington, D.C. 20530
     Fax 202 514-8707