UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0386 (ESH) |
| ) | |
| ANTOINE JONES, et al., ) | |
| ) | |
| Defendant. ) | |

**FILED**
MAY 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Pursuant to the Court's Order of April 24, 2006 ("April 24 Order"), it is hereby

**ORDERED** that defendant Antoine Jones is to be placed forthwith in the general population at the D.C. Jail, subject to the conditions set forth in the Court's April 24 Order.

ELLEN SEGAL HUVELLE
United States District Judge

May 5, 2006

CC:   D.C. Jail
      U.S. Marshal.