UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-0386 (ESH)
)
ANTOINE JONES, *et al.*, )
)
Defendant. )
)

## ORDER

Upon consideration of Defendant Jones' Motion for Modification of Conditions of Detention [# 76], the government's response thereto [# 85] and supplemental filings [# 93, 96], and defendant's Reply [# 94], as well as oral argument from both parties, it is hereby

**ORDERED** that the motion is **GRANTED** insofar as defendant should no longer be in total lockdown, but the following conditions shall be imposed: the D.C. jail is to record defendant's phone calls and monitor his incoming mail (with the exception of calls and mail from his attorney, Eduardo Balarezo, and his investigator, Mark Glick); and defendant's social visits shall be limited to his attorney, Eduardo Balarezo; his investigator, Mark Glick; and his wife, Deniece Jones.

It is further **ORDERED** that defendant's Motion for Law Library Access [# 50], is **DENIED** as moot.

ELLEN SEGAL HUVELLE
United States District Judge

April 24, 2006

CC:   D.C. Jail

Attachment 1