UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES et. al | : | |
| Defendants. | : | |

## GOVERNMENT'S SECOND REPORT CONCERNING DISCOVERY

Comes now the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, John V. Geise, Assistant United States Attorney, and says as follows:

On April 14, 2006 the government filed its first report concerning discovery with the Court. This second report provides updated information on the progress of discovery.

At the status conference in this matter on April 22, 2006 Mr. Balarezo agreed to continue to act as lead counsel for discovery purposes. Based on that, the following items are being supplied to counsel through Mr. Balarezo, or through discs being provided to all counsel.

Given to Mr. Balarezo today were the following items:

1. Remaining copies of video surveillance at Levels.
2. Copies of video of surveillance in ICE investigation
3. Surveillance photos ICE - Hampton Park
4. Surveillance photos ICE - Knights Inn

Attached at Tab A is the government's transmittal letter detailing the items that have been sent on disc to counsel today.

Respectfully submitted,

Kenneth L. Wainstein
United States Attorney
D.C. Bar No. 451058

_____
John V. Geise
Assistant United States Attorney
D.C. Bar No. 358267
Organized Crime and Narcotics Trafficking
555 4th Street, N.W., Room 4126
Washington, D.C.  20530
(202) 616-9156; Fax: 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing by ECF upon counsel for the defendants, this 7th day of June, 2006.

_____
John V. Geise