# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

COMPUTER NETWORK MAINTAINED BY
CINGULAR WIRELESS
P.O. BOX 24679
WEST PALM BEACH, FLORIDA
33416-4679

**SEARCH WARRANT**

CASE NUMBER:

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent STEPHANIE E. YANTA_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

COMPUTER NETWORK MAINTAINED BY THE ELECTRONIC COMMUNICATIONS SERVICE PROVIDER CINGULAR WIRELESS.

there is now concealed a certain person or property, namely (describe the person or property)

TEXT MESSAGES IN ELECTRONIC STORAGE THAT WERE SENT TO AND FROM CELLULAR TELEPHONE ASSIGNED THE NUMBER (202)538-3946, INTERNATIONAL MOBILE SYSTEMS IDENTIFICATION NUMBER 310380137358344, INTERNATIONAL MOBILE SYSTEMS IDENTIFICATION ELECTRONIC SERIAL NUMBER 010330005007579

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.
Pursuant to 18 U.S.C. 2703(f) the presence of an officer is not required for service or execution of this warrant.

_____           at Washington, D.C.
Date and Time Issued

_____           _____
Name and Title of Judicial Officer        Signature of Judicial Officer