```
******* Key *******
Destination-Address    Date Time       System-ID    Source-Address  Billstate       Deliverstate
Message-Text
*******************
```

| Destination-Address | Date Time | System-ID | Source-Address | Billstate | Deliverstate |
|---|---|---|---|---|---|
| 3016136293 | 04-AUG-05 20:47:25 | mosmsc | 7655062746 | Not-Processed | Received |
| Missing you Boo!!! :-) | | | | | |
| 3016136293 | 04-AUG-05 20:54:05 | icsmg | 7655062746 | Not-Processed | Received |
| I just got out of the hot bubble bath | | | | | |
| 3016136293 | 04-AUG-05 21:07:01 | lightsurf | 7655062746 | Not-Processed | Received |
| You have new Picture Mail!<0a><0a>Click Go/View to see now.<0a>http://pictures.sprintpcs.com/?mivt=HECr4N2nmz8Xmhp7... | | | | | |
| 3016136293 | 04-AUG-05 21:08:58 | lightsurf | 7655062746 | Not-Processed | Received |
| You have new Picture Mail!<0a><0a>Click Go/View to see now.<0a>http://pictures.sprintpcs.com/?mivt=YE7r4H2Mmz8fNhshol... | | | | | |
| 3016136293 | 04-AUG-05 21:57:57 | mosmsc | 3015360913 | Not-Processed | Received |
| Thank you baby... You're a very good lover | | | | | |
| 3016136293 | 04-AUG-05 21:58:06 | mosmsc | 3015360913 | Not-Processed | Received |
| Very patient | | | | | |
| 3016136293 | 04-AUG-05 21:58:18 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>Thank you | | | | | |
| 3016136293 | 04-AUG-05 22:24:58 | ney | 3013794141 | Not-Processed | Received |
| You should come over before you go home tonight | | | | | |
| 3016136293 | 04-AUG-05 22:26:27 | mosmsc | 3015360913 | Not-Processed | Received |
| How are you feeling ? | | | | | |
| 3016136293 | 04-AUG-05 22:27:58 | mosmsc | 3013794141 | Not-Processed | Received |
| Back up working with a monster ):-) | | | | | |
| 3016136293 | 04-AUG-05 22:33:26 | ney | 3013794141 | Not-Processed | Received |
| Stop being scared | | | | | |
| 3016136293 | 04-AUG-05 22:48:10 | mosmsc | 3013794141 | Not-Processed | Received |
| I'm sleepy | | | | | |
| 3016136293 | 04-AUG-05 23:09:27 | ney | 3013794141 | Not-Processed | Received |
| Thats why you should come let me finish you off | | | | | |
| 3016136293 | 04-AUG-05 23:11:26 | ney | 3013794141 | Not-Processed | Received |
| So you can sleep well | | | | | |
| 3016136293 | 04-AUG-05 23:17:16 | ney | 3015232244 | Not-Processed | Received |
| Hey there | | | | | |
| 3016136293 | 05-AUG-05 00:37:17 | icsmg | 7655062746 | Not-Processed | Received |
| I love you baby! | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 00:46:47 | ney | 3013794141 | Not-Processed | Received |
| Kisses | | | | | |
| 3016136293 | 05-AUG-05 00:54:07 | mosmsc | 7655062746 | Not-Processed | Received |
| I Love you MORE ! ! ! :-)) | | | | | |
| 3016136293 | 05-AUG-05 03:07:43 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>How you know that--- Thank you baby... You're a very good lov | | | | | |
| 3016136293 | 05-AUG-05 06:07:49 | mosmsc | 3015360913 | Not-Processed | Received |
| You enjoy being teased and pleased | | | | | |
| 3016136293 | 05-AUG-05 06:10:13 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>No is-your-wife-a-good--- Thank you baby... You're a very good lov | | | | | |
| 3016136293 | 05-AUG-05 06:40:17 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>What the fuck are you doing | | | | | |
| 3016136293 | 05-AUG-05 07:52:16 | mosmsc | 2024869391 | Not-Processed | Received |
| : Good morning baby! ! ! | | | | | |
| 3016136293 | 05-AUG-05 07:55:04 | mosmsc | 7655062746 | Not-Processed | Received |
| Are you busy? ;-) | | | | | |
| 3016136293 | 05-AUG-05 07:55:27 | mosmsc | 7655062746 | Not-Processed | Received |
| Good morning baby! ! ! | | | | | |
| 3016136293 | 05-AUG-05 07:55:32 | icsmg | 7655062746 | Not-Processed | Received |
| No | | | | | |
| 3016136293 | 05-AUG-05 07:57:26 | mosmsc | 3015232244 | Not-Processed | Received |
| : Good morning baby! ! ! | | | | | |
| 3016136293 | 05-AUG-05 07:57:39 | icsmg | 7655062746 | Not-Processed | Received |
| Hello | | | | | |
| 3016136293 | 05-AUG-05 08:16:13 | mosmsc | 7655062746 | Not-Processed | Received |
| Love you baby :-D | | | | | |
| 3016136293 | 05-AUG-05 08:16:55 | ney | 2024869391 | Not-Processed | Received |
| Morning Honey! I just woke up, I had a gooood dream about us. Now I'm wet and hot. | | | | | |
| 3016136293 | 05-AUG-05 08:18:32 | ney | 2024869391 | Not-Processed | Received |
| I need you | | | | | |
| 3016136293 | 05-AUG-05 08:18:41 | mosmsc | 2024869391 | Not-Processed | Received |
| Hmmmm ... Let me taste | | | | | |
| 3016136293 | 05-AUG-05 08:22:36 | icsmg | 7655062746 | Not-Processed | Received |
| Are you ok? Is there something bothering you baby? Can i help? | | | | | |
| 3016136293 | 05-AUG-05 08:23:27 | mosmsc | 2024869391 | Not-Processed | Received |

I have a few things to do this morning but later i'll have some time... Will you be busy?

| 3016136293 | 05-AUG-05 08:28:51 | ney | 2024869391 | Not-Processed | Received |

If I'm busy, I'll stop what it is and come home. So just dont forget to call me.

| 3016136293 | 05-AUG-05 08:29:40 | icsmg | 7655062746 | Not-Processed | Received |

Baby?

| 3016136293 | 05-AUG-05 08:39:40 | mosmsc | 7655062746 | Not-Processed | Received |

I'm here baby

| 3016136293 | 05-AUG-05 08:45:27 | icsmg | 7655062746 | Not-Processed | Received |

I love you!

| 3016136293 | 05-AUG-05 08:51:52 | icsmg | 7655062746 | Not-Processed | Received |

Talk to me baby!

| 3016136293 | 05-AUG-05 08:55:28 | mosmsc | 7655062746 | Not-Processed | Received |

Lick it, Lick it Good   :-)

| 3016136293 | 05-AUG-05 08:55:52 | ney | 2024869391 | Not-Processed | Received |

Is that cool with you?

| 3016136293 | 05-AUG-05 08:58:58 | mosmsc | 7655062746 | Not-Processed | Received |

I Love you MORE ! ! !  :-))

| 3016136293 | 05-AUG-05 08:59:33 | mosmsc | 2024869391 | Not-Processed | Received |

Okay baby

| 3016136293 | 05-AUG-05 09:02:58 | icsmg | 7655062746 | Not-Processed | Received |

Are you ok? Is there something bothering you baby? Can i help?

| 3016136293 | 05-AUG-05 09:03:09 | icsmg | 7655062746 | Not-Processed | Received |

Are you ok? Is there something bothering you baby? Can i help?

| 3016136293 | 05-AUG-05 09:03:55 | ney | 3013794141 | Not-Processed | Received |

Whats up sleepie head

| 3016136293 | 05-AUG-05 09:08:31 | mosmsc | 3013794141 | Not-Processed | Received |

Hey ! ! !

| 3016136293 | 05-AUG-05 09:09:48 | mosmsc | 2404606495 | Not-Processed | Received |

How are you feeling ?

| 3016136293 | 05-AUG-05 09:14:16 | icsmg | 2404606495 | Not-Processed | Received |

+12404606495<1f>Feelin good!

| 3016136293 | 05-AUG-05 09:16:21 | mosmsc | 7655062746 | Not-Processed | Received |

Had to do a walk thru with Skinny

| 3016136293 | 05-AUG-05 09:16:49 | mosmsc | 7655062746 | Not-Processed | Received |

I'm here ... Just tried to call ... I'm lovely   :-))

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 09:18:21 | mosmsc | 2404606495 | Not-Processed | Received |
| I think about you ... Just wanted to say ...HELLO! ! ! | | | | | |
| 3016136293 | 05-AUG-05 09:19:14 | mosmsc | 2404606495 | Not-Processed | Received |
| What's Going on Down There?  :-p | | | | | |
| 3016136293 | 05-AUG-05 09:37:03 | lightsurf | 7655062746 | Not-Processed | Reported |
| You have new Picture Mail!<0a><0a>Click Go/View to see now.<0a>http://pictures.sprintpcs.com/?mivt=REjr4c2umzaog7xLo7t | | | | | |
| 3016136293 | 05-AUG-05 11:18:01 | ney | 2024869391 | Not-Processed | Received |
| Im outside | | | | | |
| 3016136293 | 05-AUG-05 11:28:05 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>My man-is-working-with-a-big-monrter--- Back up working with a monster ):-) | | | | | |
| 3016136293 | 05-AUG-05 12:14:09 | mosmsc | 7655062746 | Not-Processed | Received |
| Missing you Boo!!!  :-) | | | | | |
| 3016136293 | 05-AUG-05 12:14:49 | mosmsc | 7655062746 | Not-Processed | Received |
| What's Going on Down There?  :-p | | | | | |
| 3016136293 | 05-AUG-05 12:53:35 | mosmsc | 7655062746 | Not-Processed | Received |
| Love you baby  :-D | | | | | |
| 3016136293 | 05-AUG-05 12:57:06 | icsmg | 7655062746 | Not-Processed | Received |
| Awww i love you to | | | | | |
| 3016136293 | 05-AUG-05 13:03:50 | ney | 3013794141 | Not-Processed | Received |
| Whats up are you working | | | | | |
| 3016136293 | 05-AUG-05 13:54:24 | icsmg | 2023307322 | Not-Processed | Received |
| +12023307322<1f>Rainbow back | | | | | |
| 3016136293 | 05-AUG-05 13:55:51 | mosmsc | 7655062746 | Not-Processed | Received |
| Missing you Boo!!!  :-) | | | | | |
| 3016136293 | 05-AUG-05 14:00:36 | mosmsc | 7655062746 | Not-Processed | Received |
| i'm going to take a nap... Wanna lay with me ? | | | | | |
| 3016136293 | 05-AUG-05 14:01:31 | mosmsc | 3015039547 | Not-Processed | Received |
| How are you feeling ? | | | | | |
| 3016136293 | 05-AUG-05 14:01:43 | icsmg | 3015039547 | Not-Processed | Received |
| My clit is throbbin, i need u | | | | | |
| 3016136293 | 05-AUG-05 14:01:56 | mosmsc | 2023307322 | Not-Processed | Received |
|  What you up to? | | | | | |
| 3016136293 | 05-AUG-05 14:02:35 | mosmsc | 2023307322 | Not-Processed | Received |
|  Where are you? :-/ | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 14:03:25 | mosmsc | 7655062746 | Not-Processed | Received |
| :-D | | | | | |
| 3016136293 | 05-AUG-05 14:04:24 | mosmsc | 3013794141 | Not-Processed | Received |
| About to take a nap | | | | | |
| 3016136293 | 05-AUG-05 14:04:30 | mosmsc | 2023307322 | Not-Processed | Received |
| Missing you Boo!!! :-) | | | | | |
| 3016136293 | 05-AUG-05 14:06:06 | mosmsc | 2023307322 | Not-Processed | Received |
| About to take a nap | | | | | |
| 3016136293 | 05-AUG-05 14:07:14 | ney | 3013794141 | Not-Processed | Received |
| Sweetie well i am out having a little in the sun later kisses | | | | | |
| 3016136293 | 05-AUG-05 14:13:53 | mosmsc | 3015039547 | Not-Processed | Received |
| Where are you? | | | | | |
| 3016136293 | 05-AUG-05 14:15:45 | icsmg | 2023307322 | Not-Processed | Received |
| +12023307322<1f>U could take nap here bitch | | | | | |
| 3016136293 | 05-AUG-05 14:18:56 | ney | 2024869391 | Not-Processed | Received |
| Jazz, just took her Senior pic and she looked so pretty! | | | | | |
| 3016136293 | 05-AUG-05 14:19:25 | icsmg | 3015039547 | Not-Processed | Received |
| Work | | | | | |
| 3016136293 | 05-AUG-05 14:25:36 | mosmsc | 3015039547 | Not-Processed | Received |
| What time are you getting off? | | | | | |
| 3016136293 | 05-AUG-05 14:39:21 | mosmsc | 2024869391 | Not-Processed | Received |
| :-D | | | | | |
| 3016136293 | 05-AUG-05 14:40:40 | mosmsc | 2023307322 | Not-Processed | Received |
| Come get me | | | | | |
| 3016136293 | 05-AUG-05 14:48:09 | icsmg | 3015039547 | Not-Processed | Received |
| 5pm | | | | | |
| 3016136293 | 05-AUG-05 15:04:57 | icsmg | 2023307322 | Not-Processed | Received |
| +12023307322<1f>Washing | | | | | |
| 3016136293 | 05-AUG-05 15:07:33 | mosmsc | 3015039547 | Not-Processed | Received |
| I'm going to call to see what's | | | | | |
| 3016136293 | 05-AUG-05 15:10:19 | mosmsc | 3015039547 | Not-Processed | Received |
| You the boss ...baby | | | | | |
| 3016136293 | 05-AUG-05 15:11:08 | mosmsc | 3015039547 | Not-Processed | Received |
| Up | | | | | |
| 3016136293 | 05-AUG-05 15:11:12 | icsmg | 3015039547 | Not-Processed | Received |

Me and my hot booty b waiting

| 3016136293 | 05-AUG-05 15:13:37 | icsmg | 3015039547 | Not-Processed | Received |

U daddy

| 3016136293 | 05-AUG-05 15:14:55 | mosmsc | 3015039547 | Not-Processed | Received |

:-D

| 3016136293 | 05-AUG-05 15:16:24 | icsmg | 7655062746 | Not-Processed | Received |

Happiness will be falling asleep next to you and waking up thinking I'm still in my dreams.

| 3016136293 | 05-AUG-05 15:19:25 | mosmsc | 7655062746 | Not-Processed | Received |

Love you baby :-D

| 3016136293 | 05-AUG-05 15:19:45 | mosmsc | 7655062746 | Not-Processed | Received |

:-D

| 3016136293 | 05-AUG-05 15:21:28 | icsmg | 7655062746 | Not-Processed | Received |

I have missed you alot today felt like we havent talked very much!

| 3016136293 | 05-AUG-05 15:21:32 | mosmsc | 7655062746 | Not-Processed | Received |

Can you talk now?

| 3016136293 | 05-AUG-05 15:23:52 | icsmg | 7655062746 | Not-Processed | Received |

In a meeting can tex

| 3016136293 | 05-AUG-05 15:26:48 | mosmsc | 7655062746 | Not-Processed | Received |

Oh really ... Do you have thongs on?

| 3016136293 | 05-AUG-05 15:27:56 | mosmsc | 7655062746 | Not-Processed | Received |

Giving you alittle taste of what you would get when you get home

| 3016136293 | 05-AUG-05 15:28:38 | mosmsc | 7655062746 | Not-Processed | Received |

I have seen remote vibrators... Lil bullets ...i could control it

| 3016136293 | 05-AUG-05 15:29:30 | icsmg | 7655062746 | Not-Processed | Received |

Yes and a suite

| 3016136293 | 05-AUG-05 15:30:15 | icsmg | 7655062746 | Not-Processed | Received |

Wow!

| 3016136293 | 05-AUG-05 15:44:47 | icsmg | 7655062746 | Not-Processed | Received |

Its not what I feel for you...its what I don't feel for anyone but you.

| 3016136293 | 05-AUG-05 15:51:19 | mosmsc | 7655062746 | Not-Processed | Received |

You are very seductive lately... Makes me think ... I'm the luckiest guy in the world

| 3016136293 | 05-AUG-05 16:29:24 | telem | 999991 | Not-Processed | Received |

Your message was successfully delivered to a person at 202-526-3099 Thanks for using Text to Landline!

| 3016136293 | 05-AUG-05 16:30:11 | mosmsc | 2025263099 | Not-Processed | Received |

Please give lawrence a call

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:01:20 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>Are u ready

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:22:31 | mosmsc | 2023307322 | Not-Processed | Received |

Run your ass around that track and fall out... If i'm around ... You gonna get a dick in your mouth till you wake up

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:44:29 | mosmsc | 2023307322 | Not-Processed | Received |

Like a LION.... Grrrrrr

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:45:09 | mosmsc | 7655062746 | Not-Processed | Received |

Love you baby  :-D

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:45:26 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>What u going to do fuck me

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 17:49:06 | mosmsc | 2023307322 | Not-Processed | Received |

Lick it, Lick it Good   :-)

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:01:55 | ney | 3013794141 | Not-Processed | Received |

Kisses

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:03:33 | mosmsc | 3013794141 | Not-Processed | Received |

Hey

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:05:26 | mosmsc | 2023307322 | Not-Processed | Received |

It's hard for me... For real

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:06:08 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>U are going to miss me b<e4>by u leaving me sunday pussy going to waiting 4 u

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:06:19 | mosmsc | 2023307322 | Not-Processed | Received |

It's hard for me... For real

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:27:38 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>C<e4>ll house phone please

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:33:43 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>What baby

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:37:33 | icsmg | 3015360913 | Not-Processed | Received |

+13015360913<1f>RE:<1f>What are you doing? --- Back up working with a monster ):-)

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:39:53 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>Is it good to u and u lick it good to back to front

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:53:31 | mosmsc | 7655062746 | Not-Processed | Received |

Angel?

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:56:13 | mosmsc | 7655062746 | Not-Processed | Received |

Are you okay?

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 05-AUG-05 18:57:52 | icsmg | 7655062746 | Not-Processed | Received |
| Yes | | | | | |
| 3016136293 | 05-AUG-05 18:59:34 | mosmsc | 7655062746 | Not-Processed | Received |
| Love you baby  :-D | | | | | |
| 3016136293 | 05-AUG-05 18:59:54 | mosmsc | 7655062746 | Not-Processed | Received |
| Missing you Boo!!! :-) | | | | | |
| 3016136293 | 05-AUG-05 19:10:39 | mosmsc | 2022108765 | Not-Processed | Received |
| Can you give me a call ... Lawrence | | | | | |
| 3016136293 | 05-AUG-05 20:00:24 | ney | 2024869391 | Not-Processed | Received |
| Wake Up! Hi Boo miss you! | | | | | |
| 3016136293 | 05-AUG-05 20:07:25 | mosmsc | 2024869391 | Not-Processed | Received |
| Hey !  Never did get my nap | | | | | |
| 3016136293 | 05-AUG-05 20:17:55 | mosmsc | 7655062746 | Not-Processed | Received |
| Are you okay baby! | | | | | |
| 3016136293 | 05-AUG-05 20:53:01 | ney | 2024869391 | Not-Processed | Received |
| Sorry baby | | | | | |
| 3016136293 | 05-AUG-05 22:13:22 | SMTP | 6245 | Not-Processed | Received |
| 9668069@skytel.com I need ice 4my beer. 11:16pm<0d><0a><0d><0a>Nita Worley | | | | | |
| 3016136293 | 05-AUG-05 22:17:56 | icsmg | 7655062746 | Not-Processed | Received |
| You ok baby? | | | | | |
| 3016136293 | 05-AUG-05 22:24:03 | mosmsc | 7655062746 | Not-Processed | Received |
| Just busy | | | | | |
| 3016136293 | 05-AUG-05 22:27:16 | mosmsc | 7655062746 | Not-Processed | Received |
| I'm lovely   :-)) | | | | | |
| 3016136293 | 05-AUG-05 22:37:54 | ney | 2024869391 | Not-Processed | Received |
| Wassup Honey | | | | | |
| 3016136293 | 05-AUG-05 22:39:27 | mosmsc | 2024869391 | Not-Processed | Received |
| <0a>hey | | | | | |
| 3016136293 | 05-AUG-05 22:52:09 | ney | 3013794141 | Not-Processed | Received |
| Good night sexy | | | | | |
| 3016136293 | 05-AUG-05 23:07:21 | mosmsc | 3015360913 | Not-Processed | Received |
| When you ready? | | | | | |
| 3016136293 | 05-AUG-05 23:58:35 | ney | 2024869391 | Not-Processed | Received |
| Baby Im having a good time | | | | | |
| 3016136293 | 06-AUG-05 00:03:13 | mosmsc | 2024869391 | Not-Processed | Received |

:-D

| 3016136293 | 06-AUG-05 00:33:54 | icsmg | 2025283405 | Not-Processed | Received |

+12025283405<1f>2 cokes & malibu, pls. Ka$h Money

| 3016136293 | 06-AUG-05 01:10:36 | icsmg | 2025283405 | Not-Processed | Received |

+12025283405<1f>Need a can opener! Ka$h Money

| 3016136293 | 06-AUG-05 01:34:52 | icsmg | 3012044449 | Not-Processed | Received |

Hook that Check up for me Teebone

| 3016136293 | 06-AUG-05 01:36:42 | mosmsc | 3012044449 | Not-Processed | Received |

Okay i'm in the VIP ... Right now ... I'll do that ASAP

| 3016136293 | 06-AUG-05 01:37:38 | icsmg | 3015360913 | Not-Processed | Received |

+13015360913<1f>RE:<1f>Ready for what --- When you ready?

| 3016136293 | 06-AUG-05 01:52:30 | icsmg | 2023307322 | Not-Processed | Received |

+12023307322<1f>I wanted <e5> hug today sexy

| 3016136293 | 06-AUG-05 02:08:34 | ney | 3013794141 | Not-Processed | Received |

Whats up are you still working

| 3016136293 | 06-AUG-05 02:16:51 | icsmg | 3015360913 | Not-Processed | Received |

+13015360913<1f>RE:<1f>Can you take me home down the street--- When you ready?

| 3016136293 | 06-AUG-05 03:13:51 | mosmsc | 7655062746 | Not-Processed | Received |

Love you baby  :-D

| 3016136293 | 06-AUG-05 03:14:54 | mosmsc | 7655062746 | Not-Processed | Received |

Missing you Boo!!!  :-)

| 3016136293 | 06-AUG-05 03:42:43 | mosmsc | 2023307322 | Not-Processed | Received |

Missing you Boo!!!  :-)

| 3016136293 | 06-AUG-05 03:54:06 | icsmg | 3015360913 | Not-Processed | Received |

+13015360913<1f>RE: you<1f>I feel good baby--- When you ready?

| 3016136293 | 06-AUG-05 07:49:29 | mosmsc | 2023307322 | Not-Processed | Received |

Good Morning ! ! !

| 3016136293 | 06-AUG-05 07:50:59 | mosmsc | 3015039547 | Not-Processed | Received |

Good Morning ! ! !

| 3016136293 | 06-AUG-05 07:53:40 | mosmsc | 3015360913 | Not-Processed | Received |

Good Morning ! ! !

| 3016136293 | 06-AUG-05 07:54:07 | mosmsc | 2024869391 | Not-Processed | Received |

Good Morning ! ! !

| 3016136293 | 06-AUG-05 07:54:14 | mosmsc | 3015360913 | Not-Processed | Received |

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 06-AUG-05 07:54:38 | mosmsc | 7655062746 | Not-Processed | Received |
| Good Morning ! ! ! | | | | | |
| 3016136293 | 06-AUG-05 07:55:23 | icsmg | 7655062746 | Not-Processed | Received |
| Hi | | | | | |
| 3016136293 | 06-AUG-05 07:55:32 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>Hey baby --- Good Morning ! ! ! | | | | | |
| 3016136293 | 06-AUG-05 07:56:28 | mosmsc | 7655062746 | Not-Processed | Received |
| Hi | | | | | |
| 3016136293 | 06-AUG-05 07:57:30 | icsmg | 7655062746 | Not-Processed | Received |
| Just dropped ashley off headed to gym! | | | | | |
| 3016136293 | 06-AUG-05 07:57:38 | mosmsc | 7655062746 | Not-Processed | Received |
| How are you feeling ? | | | | | |
| 3016136293 | 06-AUG-05 07:58:26 | mosmsc | 3015360913 | Not-Processed | Received |
| How are you feeling ? | | | | | |
| 3016136293 | 06-AUG-05 07:59:02 | icsmg | 3015360913 | Not-Processed | Received |
| +13015360913<1f>RE:<1f>Lovely --- How are you feeling ? | | | | | |
| 3016136293 | 06-AUG-05 08:04:43 | icsmg | 7655062746 | Not-Processed | Received |
| I've been thinking about you! | | | | | |
| 3016136293 | 06-AUG-05 08:11:00 | icsmg | 7655062746 | Not-Processed | Received |
| Can you talk! | | | | | |
| 3016136293 | 06-AUG-05 08:33:51 | mosmsc | 3015360913 | Not-Processed | Received |
| Can you talk now? | | | | | |
| 3016136293 | 06-AUG-05 09:35:27 | ney | 2024869391 | Not-Processed | Received |
| Goodmorning! | | | | | |
| 3016136293 | 06-AUG-05 09:41:10 | icsmg | 7655062746 | Not-Processed | Received |
| Loving you is like breathing...How can I stop? | | | | | |
| 3016136293 | 06-AUG-05 11:15:23 | ney | 2024869391 | Not-Processed | Received |
| Call me | | | | | |
| 3016136293 | 06-AUG-05 11:47:15 | icsmg | 7655062746 | Not-Processed | Received |
| I miss you! | | | | | |
| 3016136293 | 06-AUG-05 11:55:43 | ney | 3013794141 | Not-Processed | Received |
| Hello my friend fine i hope have fun on this nice sunny day...Guess who is thinking about you | | | | | |
| 3016136293 | 06-AUG-05 12:03:03 | icsmg | 7655062746 | Not-Processed | Received |
| I'm getting sleepy! | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 06-AUG-05 14:43:16 | icsmg | 3015360913 | Not-Processed | Received |

+13015360913<1f>RE:<1f>Yes --- Can you talk now?

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 06-AUG-05 17:40:19 | icsmg | 7655062746 | Not-Processed | Received |

Miss you!

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 07-AUG-05 00:03:57 | icsmg | 7655062746 | Not-Processed | Received |

Baby are you there?   I really need you!

| | | | | | |
|---|---|---|---|---|---|
| 3016136293 | 07-AUG-05 02:17:15 | icsmg | 3015039547 | Not-Processed | Received |

Can u play with me

*******************

176 messages found
******* Key *******

# Lieber, Rachel

**From:** Geise, John
**Sent:** Tuesday, February 14, 2006 10:37 AM
**To:** Lieber, Rachel
**Subject:** FW: Text message request


tmp.htm

-----Original Message-----

From: Thomas, Bill E [CC] [mailto:
Sent: Wednesday, August 17, 2005 1:51 PM
To: Yanta, Stephanie
Subject: FW: Text message request


Stephanie,

Here's the latest 


Subject:        RE: Text message request

This is all I have -
3016136293      12-AUG-05 15:16:42      icsmg           2403980771
Not-Processed   Received
+12403980771<1f>FW:<1f>Daland ent.presents ladies night out with the tcb
band every friday night @club levels 18-21drink please pass text

3016136293      12-AUG-05 16:20:40      ney             3013794141
Not-Processed   Received
Hello how are you

3016136293      15-AUG-05 12:31:02      icsmg           7655062746
Not-Processed   Received
Baby?

1

# Lieber, Rachel

| | |
|---|---|
| **From:** | Geise, John |
| **Sent:** | Tuesday, February 14, 2006 10:37 AM |
| **To:** | Lieber, Rachel |
| **Subject:** | FW: Text message request |



tmp.htm

-----Original Message-----

From: Thomas, Bill E [CC]
Sent: Thursday, August 11, 2005 1:24 AM
To: Yanta, Stephanie
Subject: FW: Text message request


Stephanie,

Here are the most current messages...


3016136293      08-AUG-05 17:33:38      icsmg         7655062746
Not-Processed   Received
Thinking  about  the man i love!

3016136293      08-AUG-05 21:18:31      icsmg         3015039547
Not-Processed   Received
Hello r u ok?

3016136293      10-AUG-05 20:04:17      ney           9097533550
Not-Processed   Received
Fwd:i LuV U! PaSs this 2 aLL uR fRieNDz U LuV & 2 Me If U LuV mE.If U
GEt 5 bAcK mAkE A wish!

1