# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

10870 Moore Street
Waldorf, MD

CASE NUMBER: 05-4491 CBD

TO: <u>Special Agent Stephanie Yanta</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Stephanie Yanta</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

A brick single family house with the numbers "10870" on the mailbox post to the right of the driveway

in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _October 31, 2005_
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Charles B. Day, U.S. Magistrate Judge, as required by law.

_October 22, 2005_ at Greenbelt, Maryland
Date and Time Issued
5:55 PM

_Charles B. Day_
Charles B. Day
United States Magistrate Judge
Signature of Judicial Officer