AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A 2001 Jeep Grand Cherokee, Gold in Color License plate M667480 (MD)

CASE NUMBER:

05 - 0566M - 01

TO: __Norma Horne__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Norma Horne_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2001 Jeep Grand Cherokee, Gold In Color, License plate M667480 (MD)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

see attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _Nov. 11, 2005_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 31 2005                                          at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA                                     _/s/ John M. Facciola_

Name and Title of Judicial Officer                   Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/1/2005 | 11/1/2005  1405 HRS | |

**INVENTORY MADE IN THE PRESENCE OF** SA STEPHANIE YANTA, DETS. KIRSCHNER, HORNE                                   ETC.

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

CELL PHONES
MAILMATTER - ANTOINE JONES
PERSONAL PAPERS
PHONE BOX - CINGULAR
PHOTOS
PAPERWORK
NOTEBOOK W/MAIL MATTER

FILED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or U.S. Magistrate Judge

11-29-05
Date