## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA          MISC. NO.
FOR AN ORDER AUTHORIZING THE
USE OF AN ELECTRONIC TRACKING            <u>UNDER SEAL</u>
DEVICE IN A 2001 GOLD JEEP CHEROKEE
VEHICLE IDENTIFICATION
NUMBER 1J4GW48S71C683464,
MARYLAND TAG M667480

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR ORDER
### AUTHORIZING USE OF ELECTRONIC TRACKING DEVICE

I, Stephanie E. Yanta, Special Agent with the Federal Bureau of Investigation (FBI),

Washington Field Office, Washington, D.C., (hereinafter affiant) being duly sworn, depose and

state as follows:

1.  I am "an investigative or law enforcement officer" of the United States within the

meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States

who is empowered by law to conduct investigations of and to make arrests for offenses

enumerated in Section 2516 of Title 18, United States Code.

2.  I have been a Special Agent with the FBI since March 1998. I am currently assigned

to the Safe Streets Task Force, which is tasked with the investigation of violent narcotics

traffickers in the District of Columbia and elsewhere.  I have previously participated in

investigations that led to the arrest and conviction of narcotics dealers.  Since 1998, I received

training and experience in interviewing and interrogation techniques, arrest procedures, search

and seizure, narcotics, white collar crimes, search warrant applications, and various other crimes.

In the course of my training and experience, I have become familiar with the methods and

techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the

organization of drug conspiracies. In the course of conducting these investigations, your affiant has been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short-term and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms and other contraband.

3. During the past several months I have been involved in the investigation of Antoine JONES. Antoine JONES, a/k/a Antonio JONES, a/k/a/ "TOINE" is a black male, born on February 25, 1960. He is described as 6'2" tall and approximately 220 pounds, with a Social Security Number of 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. JONES resides at 10870 Moore Street, Waldorf, Maryland, with a second address of 12221 Brandywine Road, Brandywine, Maryland. Based upon an investigation by the FBI and Metropolitan Police Department, Washington, D.C., the collecting information from confidential sources as well as the use of other investigative techniques, you affiant believes that JONES is engaging in trafficking substantial quantities of cocaine throughout the greater in the District of Columbia Metropolitan area.

4. Since September 2, 2005, JONES has been the subject of a Title III wire interception, authorized by this Court on that date. Your affiant has read the First Periodic Report Regarding Wire Interceptions, approved by this Court on September 13, 2005, which summarizes some of the telephone activity, and finds it to be true and accurate, and here adopts it as part of this affidavit herein. Your affiant further adopts as part of this affidavit your affiant's affidavit in support of the wire interceptions, dated September 2, 2005.

WHEREFORE it is respectfully requested that the Court authorize the placing and

monitoring of electronic surveillance equipment on the 2001 Gold Jeep Cherokee bearing

Maryland tag M667480 and allow the agents entry upon private property to install, service and

remove the device from the above described automobile.


STEPHANIE E. YANTA
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me this ___16th___ th day of September, 2005.


The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE