# Durham Police Incident Report

Report 04/05/2005 14:30
Case # 01-05-008207

| INCIDENT | | | | | |
|---|---|---|---|---|---|
| Case # 01-05-008207 | Report 04/05/2005 14:30 | Responded | Occurred From 04/05/2005 14:25 | Occurred To 04/05/2005 14:30 | |
| Dept. Classification ALL OTHER OFFENSES VIOLATION | | Report Type Original | Arrived | Case Status Date 04/05/2005 | Day of Week Tuesday |
| Case Status Further investigation | | | Dispatched | Cleared | Map Reference |
| Location Type Highway alley parking l | Alcohol Related No | Beat Assignment 122 | District District 1 | Drug Related Yes | Zone/Division |
| Location Information : S INTERSTATE 85 HWY ROXBORO RD DURHAM, NC (Durham County County) Total Recovered Property Value : $0.00 | | | Total Stolen Property Value : $0.00 Total Damaged Property Value : $0.00 | | |

| OFFENSE 1 | | |
|---|---|---|
| State Classification ALL OTHER OFFENSES VIOLATIONS | Federal Classification ALL OTHER OFFENSES (Non-Part I UCR) | Attempted/Committed Committed |
| Statute/Ordinance (this is a free text field) | Location Type Highway alley parking lot etc. | Disposition Date 04/05/2005 |
| Drug Activity : Traffic Evidence Collected : Yes | State Disposition : Referred to other police agency Federal Disposition : Open | |

| PERSON 1 | | |
|---|---|---|
| Person Type DRIVER | Business/Person Name LAWRENCE MAYNARD | Business Phone (301) 613-6293 |
| Home Phone | Person Address 7711 GREENLEAF RD HYATTSVILLE, MD 20785- | Map Reference |
| Other Phone | Employer Address Use Address from Incident Location Information | Map Reference |
| Race Black | Sex Male | SSN 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 | DL Exp. Date | DL Number M-563-488-023-853 |
| Birth Date 08/21/1961 | Birth Location WASHINGTON, DISTRICT OF COLUMBIA, U. S. | |
| Age : 43 Occupation : BUSINESS MAN DL State : MD DL Country : U. S. Ethnic Origin : Non-hispanic | Min. Height : 6'04" Min. Weight : 250 lbs Adult/Juvenile : Adult Employer : SELF EMPLOYED | |

| PERSON 2 | | |
|---|---|---|
| Person Type OCCUPANT | Business/Person Name DERRICK C GORDON | Business Phone |
| Home Phone | Person Address 4748 SE BENNING RD Apt. 202 WASHINGTON, DISTRICT OF COLUMBIA 20019- | Map Reference |
| Other Phone | Employer Address Use Address from Incident Location Information | Map Reference |
| Race Black | Sex Male | SSN 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 | DL Exp. Date | DL Number 577824181 |
| Birth Date 04/10/1977 | Birth Location WASHINGTON, DISTRICT OF COLUMBIA, U. S. | |
| Age : 28 Occupation : JOURNEYMAN DL State : DISTRICT OF COLUMBIA DL Country : U. S. Ethnic Origin : Non-hispanic | Min. Height : 5'07" Min. Weight : 175 lbs Adult/Juvenile : Adult Employer : CLUB LEVELS | |

| | | |
|---|---|---|
| Reporting Officer FREDERICK M WHITEHEAD (4973) | Department DURHAM POLICE DEPARTMENT | Report Status: Approved |
| Officer Name | | Date/Time |
| Verifying Officer LESTER RHODES (8128) | Department DURHAM POLICE DEPARTMENT | Date / Time 04/28/2005 12:19 |

Durham Police Incident Report 07/05/2005 14:30

Case # 01-05-008207

| V E H I C L E | 1 | Tag # 273M195 | Tag Expiration | Year 1997 | Make Honda | | Model Odyssey | | Vehicle Style Van Sport/Passeng | UCR Vehicle (For Stolen O |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Tag Country | | Tag State MD | | Vehicle Type Truck Van | VIN | | Category EVIDENCE/SEIZED | |
| | | Top Color: Green<br>Bottom Color: Green<br>Vehicle Disposition: Towed - Other<br>Keys in Vehicle: Yes | | | | | Vehicle Locked: No<br>Stolen/Damaged Value: $ 0<br>Rec. Officer: WHITEHEAD, FREDERICK M. | | | |

| P R O P E R T Y | 1 | Category EVIDENCE/SEIZED | UCR Type Currency notes etc. | | Property Type Currency | Make US GOVERNMENT | Model |
|---|---|---|---|---|---|---|---|
| | | Serial # | | Color Multi-colored | Description 67,115.00 IN US CURRENCY | | Condition |
| | | Value: $ 67,115.00<br>Rec. Officer: WHITEHEAD, FREDERICK M.<br>Amount: $ .00 | | | Drug Value: $ .00<br>Recovery Value: $ .00 | | |

| P R O P E R T Y | 2 | Category EVIDENCE/SEIZED | UCR Type Other miscellaneous | | Property Type Automobiles | Make HONDA | Model ODESSY |
|---|---|---|---|---|---|---|---|
| | | Serial # | | Color Green | Description MINIVAN W/ COMPARTMENT | | Condition |
| | | Year: 1997<br>Value: $ 5,000.00<br>Rec. Officer: WHITEHEAD, FREDERICK M. | | | Amount: $ .00<br>Drug Value: $ .00<br>Recovery Value: $ .00 | | |

| Reporting Officer<br>FREDERICK M WHITEHEAD   (4973) | Department<br>DURHAM POLICE DEPARTMENT | Report Status:<br>Approved |
|---|---|---|
| Officer Name | | Date/Time |
| Verifying Officer<br>LESTER RHODES   (8128) | Department<br>DURHAM POLICE DEPARTMENT | Date / Time<br>04/28/2005 12:19 |

| N A R R A T I V E | Topic | ORIGINAL NARRATIVE |
|---|---|---|
| | 1 | ON THE ABOVE DATE AND TIME, I THE UNDERSIGNED OFFICER WAS SITTING ON INTERSTATE 85 SOUTHBOUND MONITORING TRAFFIC. I AM CURRENTLY ASSIGNED TO HIGHWAY INTERDICTION UNIT OF THE DURHAM POLICE DEPARTMENTS, SPECIAL OPERATIONS DIVISION. CPL R. GADDY AND I WERE SITTING MONITORING TRAFFIC SOUTHBOUND ON INTERSTATE 85, WHEN I OBSERVED A GREEN MINIVAN TRAVELING AT A HIGH RATE OF SPEED. THE SPOT WHERE CPL GADDY AND I SIT IS ABOUT 100 YARDS FROM A STATE POSTED SIGN, WARNING DRIVERS THEY ARE ENTERING A WORK ZONE AREA. I MADE A VISUAL ESTIMATION OF THE VEHICLES SPEED AND THEN CORROBORATED IT, WITH CUSTOMS KR-10 MOVING AND STATIONARY RADAR UNIT. AS I TURNED ONTO INTERSTATE 85 SOUTHBOUND, TO CATCH UP WITH THE MINIVAN IT TOOK ME ABOUT A HALF A MILE TO CATCH UP TO THE VEHICLE. ONCE I CAUGHT UP TO THE VEHICLE, I INITIATED A TRAFFIC STOP AT INTERSTATE 85 SOUTH AND ROXBORO ROAD. WHEN I MADE MY APPROACH UP TO THE VEHICLE, I DID SO FROM THE PASSENGER SIDE OF THE VEHICLE. THE RIGHT FRONT PASSENGER APPEARED TO BE ASLEEP, AS I MADE CONTACT WITH THE DRIVER. I ASKED THE DRIVER FOR HIS LICENSE AND REGISTRATION, WHICH HE GAVE ME AND ASKED HIM TO STEP BACK TO THE REAR OF HIS VEHICLE. WHEN WE STEPPED TO THE REAR OF THE VEHICLE, I TALKED WITH THE DRIVER WHO'S NAME WAS LAWRENCE MAYNARD. WHEN I ASKED HIM WHERE HE WAS TRAVELING FROM, HE TOLD ME HE WAS COMING FROM THE DC, MARYLAND AREA. I THEN ASKED WHERE HE WAS TRAVELING TO, HE ADVISED ME THAT HE WAS HEADED TO A CITY THAT I HAD NEVER HEARD OF IN SOUTH CAROLINA. WHEN I ASKED WHY HE WAS HEADED TO SOUTH CAROLINA. HE ADVISED ME THAT HE WAS HEADED THERE TO |

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES (8129) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

**Durham Police Incident Report**

Report 04/05/2005 14:30

Case # 01-05-008207

PICK UP A DISC JOCKEY, FOR AN UPCOMING EVENT AT HIS CLUB BACK IN WASHINGTON. I THEN ASKED HIM ABOUT HIS PASSENGER, WHO APPEARED TO HAVE BEEN ASLEEP WHEN I MADE INITIAL CONTACT WITH THE VEHICLE. I THOUGHT IT WAS VERY STRANGE, BUT HE COULD ONLY TELL ME HIS FIRST NAME ONLY. WHEN I ASKED HIM HOW OLD HIS PASSENGER WAS, HE SAID HE HAD NO IDEA OF HIS AGE. I THEN TOLD THE DRIVER MR. MAYNARD TO STAND AT THE REAR OF THE VEHICLE, WHILE I WENT BACK TO TALK WITH THE PASSENGER. WHEN I GOT BACK UP TO THE PASSENGER SIDE WINDOW, THE PASSENGER NOW APPEARED TO BE AWAKE NOW. I INTRODUCED MYSELF TO HIM AND THEN ASKED HIM IF HE HAD ANY IDENTIFICATION ON HIM. WHEN I ASKED HIM IF HE HAD ANY IDENTIFICATION, HE SAT MORE UPRIGHT IN THE VEHICLE AND ASKED WHY I NEEDED TO SEE HIS ID. THAT'S WHEN I TOLD HIM THAT IT WAS IMPORTANT FOR ME TO KNOW, WHO I WAS DEALING WITH WHEN I HAD A CAR STOPPED. SO SINCE HE WAS IN THE CAR I NEEDED TO KNOW WHO HE WAS. HE THEN STATED THAT "YES" HE DID HAVE SOME ID AND ASKED ME IF HE COULD REACH INTO HIS BACKPOCKET TO GET HIS WALLET. I TOLD HIM THAT HE COULD GO AHEAD AND GET HIS WALLET OUT OF HIS PANTS POCKET. HE GOT HIS WALLET OUT AND GAVE ME HIS IDENTIFICATION, WHICH READ AS DERRICK C. GORDON. I THEN ASKED MR. GORDON THE SAME QUESTION THAT I HAD ASKED MR. MAYNARD, WHERE HE WAS TRAVELING FROM. HE TOLD ME THAT HE WAS TRAVELING FROM THE WASHINGTON, DC AREA. WHEN I ASKED HIM WHERE HE AND MR. MAYNARD WERE TRAVELING TO, HE STATED THAT THEY WERE HEADED TO ATLANTA, GA. MR. GORDON SAID THAT WERE GOING TO ATLANTA TO VISIT SOME FAMILY AND HANG OUT WITH SOME GIRLS THEY HAD MEET ON A PREVIOUS VISIT. I THEN ASKED HIM IF MR. MAYNARD WAS AWARE IF THEY WERE

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD  (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| | | |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES  (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

GOING TO ATLANTA, GA HE SAID YES. AFTER THAT I TOLD HIM TO SIT TIGHT, WHILE I WENT BACK TO TALK WITH MR. MAYNARD. WHEN I GOT BACK TO THE REAR OF THE VEHICLE, WHERE MR. MAYNARD WAS STANDING CPL. GADDY HAD ARRIVED TO CHECK IN WITH ME. I WENT TO WHERE MR. MAYNARD WAS AT AGAIN AND ASKED HIM WHERE HE WAS HEADED AGAIN. HE STATED THAT HE WAS HEADED TO SOUTH CAROLINA TO LOCATE A DISC JOCKEY AND THEN HE WAS HEADED BACK UP NORTH. WHEN HE SAID THAT I TOLD HIM TO STAND AT THE REAR OF HIS VEHICLE AND THAT I WOULD BE BACK WITH HIM SHORTLY. I THEN WALKED BACK TO WHERE CPL. GADDY WAS SITTING IN HIS PATROL VEHICLE. HE HAD ACTUALLY PULLED ALONG SIDE MY VEHICLE AND I COULD TALK TO HIM, AS I STARTED TO RUN CHECKS ON MR. MAYNARD AND MR. GORDON. I TOLD CPL. GADDY THAT I HAD PLANNED TO CALL OUT A CANINE, WHILE I CHECKED ON MR. MAYNARD AND MR. GORDON. WHEN I TOLD CPL. GADDY THE DIFFERENCES IN THEIR STORYS AND HOW DEFENSIVE MR. GORDON HAD GOTTEN, WHEN I ASKED HIM FOR HIS IDENTIFICATION AT FIRST. CPL. GADDY ALSO THOUGHT THAT ALL THIS WAS A BIT STRANGE AND THAT THEY SEEMED TO BE TRYING TO CONCEAL SOMETHING. AS I WAITED FOR THE CANINE OFFICER TO ARRIVE AT OUR LOCATION, I HAD TIME TO WRITE OUT A WARNING TICKET FOR MR. MAYNARD. I HAD DECIDED THAT I WOULD GIVE HIM A WARNING TICKET, FOR THE SPEEDING INFRACTION THAT HE HAD COMMITTED. JUST AS I HAD FINISHED UP THE WARNING TICKET OFFICER C. SOLE ARRIVED, WITH HIS CANINE BRUNO. WHEN I MADE MY WAY BACK TO WHERE MR MAYNARD WAS STANDING, AT THE REAR OF HIS VEHICLE I GAVE HIM HIS LICENSE AND REGISTRATION BACK TO HIM. I ALSO GAVE HIM THE WARNING TICKET AND TOLD HIM THAT I WAS ONLY GOING TO GIVE HIM A WARNING TICKET FOR SPEEDING. I THEN

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

**Durham Police Incident Report**

Report 04/05/2005 14:30
Case # 01-05-008207

TOLD HIM THAT HE WAS FREE TO BE ON HIS WAY. MR. MAYNARD AND I HAD BROKEN OFF FROM ANY CONTACT WITH ONE ANOTHER AND HE WAS GETTING READY TO OPEN THE CAR DOOR TO HIS VEHICLE. THAT'S WHEN I REINITIATED CONTACT WITH HIM AND ASKED HIM IF I COULD ASK HIM A COUPLE OF QUESTIONS. WHEN I DID THAT HE STARTED TO WALK BACK TO WHERE I STOOD, AT THE REAR OF HIS VEHICLE. WHEN HE GOT BACK TO THE REAR OF HIS VEHICLE WHERE I WAS STANDING, I BEGAN TO ASK HIM THE QUESTIONS. I ASKED HIM IF HE WAS TRANSPORTING ANY LARGE SUMS OF U.S. CURRENCY, EXPLOSIVES AND ILLEGAL WEAPONS. WHEN I ASKED HIM THAT I COULD SEE HIM PAUSE, ALMOST AS THOUGH HE WAS TRYING TO HOLD HIS BREATHE. HE THEN OPENED HIS MOUTH AND WAS TRYING TO RESPOND, HOWEVER NOTHING WAS COMING OUT OFF HIS MOUTH. THEN SUDDENLY HE SAID THAT HE HAD A COOLER IN THE REAR HATCHBACK AREA, THAT HE DID NOT HAVE A CHANCE TO PUT ICE IN. HE THEN STARTED TO WALK TOWARDS THE REAR DOOR TO THE VAN AND TRIED TO OPEN IT TO SHOW ME THE COOLER. I THEN ASKED HIM IF IT WOULD BE ALIGHT, IF I SEARCHED THE VAN AND SEARCH HIM. HE SAID YES, THAT'S WHEN I PATTED HIM DOWN FOR WEAPONS AND ANY OTHER CONTRABAND. THE ONLY THING HE HAD ON HIS PERSON WAS A WAD OF MONEY, IN DIFFERENT DENOMINATIONS. ONCE I HAD CHECKED HIM OUT I TOLD HIM TO STAND AT THE REAR OF THE VEHICLE, WITH CPL. GADDY WHILE I WENT TO GET THE PASSENGER OUT MR. GORDON. WHEN I WENT TO THE PASSENGER SIDE DOOR AND ASKED MR. GORDON TO STEP OUT OF THE VEHICLE, I NOTICED THAT HE WAS VERY NERVOUS IN HIS MOVEMENTS. HE WANTED TO KNOW WHY I WANTED HIM TO GET OUT OF THE VEHICLE, THAT'S WHEN I TOLD HIM THAT MR. MAYNARD HAD GIVEN ME CONSENT TO SEARCH HIS VEHICLE. AS HE STARTED TO GET

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| | | |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

**Durham Police Incident Report**

Report 04/05/2005 14:30
Case # 01-05-008207

OF THE VEHICLE HE STILL HAD THE SEAT BELT ON, AS HE TRIED TO GET OUT OF THE VEHICLE. WHEN I TOLD HIM THAT I WAS GOING TO PAT HIM DOWN FOR HIS SAFETY AND AS WELL AS MINE. WHEN HE PUT HIS HANDS IN THE AIR TO GIVE ME ACCESS TO HIS WAISTBAND AREA, HIS HANDS SHOOK UNCONTROLLABLE. I NOTICED A HUGE BULGE IN HIS RIGHT FRONT PANTS POCKET, BEFORE I WENT TO PAT HIM DOWN. I ASKED MR. GORDON WHAT IT WAS THAT HE HAD IN HIS POCKET, HE STATED THAT IT WAS HIS MONEY. I TOLD HIM TO REMOVE THE MONEY FROM HIS POCKET, SO I COULD MAKE SURE THAT IT WAS IN FACT MONEY. WHEN HE PULLED THE MONEY FROM HIS POCKET, IT WAS A LARGE SUM OF MULTIPLE DENOMINATIONS OF US CURRENCY. ONCE I HAD PATTED DOWN MR. GORDON, I ASKED HIM HOW MUCH MONEY HE HAD MONEY WAS IT THAT HE HAD. HE STATED THAT IT WAS ABOUT NINE HUNDRED DOLLARS OR SO. I THEN HAD MR. GORDON STEP TO THE REAR OF THE VEHICLE, WHERE MR. MAYNARD WAS STANDING AT. ONCE MR. GORDON AND MR. MAYNARD WERE CLEAR FROM THE VEHICLE. OFFICER SOLE AND HIS CANINE STARTED WITH THEIR FREE AIR SNIFF OF THE VEHICLE. AFTER THEY WERE DONE WITH THE CANINE SNIFF, OFFICER SOLE TOLD ME THAT HIS CANINE HAD ALERTED ON THE VEHICLE. OFFICER SOLE TOLD ME THAT THE CANINE WAS PAYING SPECIAL ATTENTION, TO THE RIGHT REAR PASSENGER SIDE OF THE VEHICLE. SO WHEN I STARTED TO SEARCH THE VEHICLE, I DID SO WHERE THE CANINE HAD ALERTED AT. WHEN I OPENED THE REAR RIGHT PASSENGER DOOR, THERE WAS A TAN BOMBER JACKET LYING ON THE FLOOR. WHEN I PICKED UP THE BOMBER JACKET, I NOTICED THAT THE JACKET WAS UNUSUALLY HEAVY. AS I STARTED TO LOOK IN THE JACKET, I LOOKED IN A INSIDE POCKET THAT THAT WAS FULL OF US CURRENCY. WHEN I PULLED OUT THE

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| | | |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

**Durham Police Incident Report**

Report 04/05/2005 14:30

Case # 01-05-008207

CURRENCY IT WAS A VERY LARGE AMOUNT, OF MULTIPLE DENOMINATIONS OF US CURRENCY. I TOOK THE MONEY AND SHOWED IT TO CPL. GADDY WHO WAS SEARCHING THE FRONT DRIVER SIDE. I SAT THE MONEY ON THE CENTER CONSOLE AREA AND CONTINUED TO SEARCH THE VEHICLE. WHILE I WAS SEARCHING THE VAN I GOT INTO THE REAR PASSENGER AREA, WHERE I NOTICED THAT THE FLOOR APPEARED TO BE ELEVATED. ONCE I NOTICED THAT I GOT OUT OF THE VAN AND WENT TO THE REAR OF THE VAN, SO THAT I COULD LOOK UNDERNEATH IT. WHEN I STARTED TO LOOK UNDERNEATH IT, I NOTICED THAT THE VAN APPEARED TO HAVE TWO GAS TANKS. THAT IS WHEN I STARTED TO TRACE THE GAS LINE OF THE VAN, TO THE GAS TANK AREA. ONCE I FOUND THE LINE THAT WENT FROM THE GAS TANK TO THE GAS STORAGE TANK UNDERNEATH THE CAR. I THEN KNEW THAT THE VAN HAD AN HIDDEN COMPARTMENT, IN THE REAR PASSENGER AREA. OFFICER SOLE AND I STARTED TO PULL ON THE CARPET IN THE REAR BACK SEAT AREA AND NOTICED THAT THE CARPET WAS GLUED DOWN. WE KNEW THAT THIS WAS NOT HOW THE MANUFACTURER SHIPPED THE CARS OUT TO ITS CUSTOMERS. AS WE CONTINUED TO PULL UP THE CARPET AT THE REAR PASSENGER AREA, WE COULD NOW SEE THE CONFIGURATION OF THE COMPARTMENT. OFFICER SOLE THEN GOT BACK INTO THE VAN, BETWEEN THE SECOND AND THIRD ROWS OF SEATS IN THE VAN. THAT'S WHERE HE WAS ABLE TO FIND THE OPENING TO THE COMPARTMENT. WE HAD TO TAKE A CROWBAR AND PRY THE COMPARTMENT OPEN TO GAIN ACCESS TO IT. WHILE WE WERE ATTEMPTING TO GET INSIDE OF THE COMPARTMENT WE COULD SEE WHITE BAGS INSIDE OF IT. ONCE WE WERE ABLE TO OPEN THE COMPARTMENT WIDE ENOUGH, WE COLD SEE THAT THE BAGS WERE TARGET STORE BAGS. WE COULD ALSO SEE THAT THERE WAS AN

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| | | |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |

UNKNOWN AMOUNT OF US CURRENCY IN THE BAGS AS WELL. WE WERE FINALLY ABLE TO GET THE COMPARTMENT DOOR OPENED WIDE ENOUGH TO GET THE BAGS OUT. ONCE WE GOT THE BAGS OUT OF THE COMPARTMENT, IT ENDED UP BEING SIX DIFFERENT BAGS OF US CURRENCY. ALL THE BAGS CONTAINED MULTIPLE DENOMINATIONS OF US CURRENCY, BOUNDED WITH RUBBER BANDS. ONCE WE MADE SURE THAT ALL THE CONTENTS OF THE COMPARTMENT WERE TAKEN OUT. I THEN WENT TO MR. MAYNARD AND ASKED HIM IF HE KNEW THAT THE VEHICLE, HAD A HIDDEN COMPARTMENT WITH MONEY INSIDE. HE STATED THAT HE DID NOT KNOW ANYTHING ABOUT THE COMPARTMENT OF THE MONEY. AT THAT POINT I ASKED HIM IF HE WANTED TO VOLUNTARILY RIDE WITH US TO POLICE HEADQUARTERS TO ANSWER SOME QUESTIONS. HE STATED THAT HE WOULD GO, ALONG WITH HIS PASSENGER MR. GORDON. ONCE WE ARRIVED AT POLICE HEADQUARTERS MR. MAYNARD AND GORDON WERE MIRANDIZED AND INTERVIEWED SEPARATELY. BOTH OF THEIR STORY'S CONTINUED TO CONFLICT THE OTHERS STORY. THE MONEY WAS COUNTED IN FRONT OF BOTH SUBJECTS AND THEY WERE GIVEN A RECEIPT FOR THE MONEY SEIZED FROM THE COMPARTMENT. ALSO WE TOOK POSSESSION OF THE VAN THAT THEY WERE DRIVING DUE TO THE AFTER MARKET COMPARTMENT. THE MONEY WAS TURNED OVER TO OFFICERS DAVIDSON AND YORK, WHO ARE ASSIGNED TO THE DEA AND FBI TASK FORCE RESPECTFULLY.

| Reporting Officer | Department | Report Status: |
|---|---|---|
| FREDERICK M WHITEHEAD   (4973) | DURHAM POLICE DEPARTMENT | Approved |
| Officer Name | | Date/Time |
| Verifying Officer | Department | Date / Time |
| LESTER RHODES   (8128) | DURHAM POLICE DEPARTMENT | 04/28/2005 12:19 |


MVA  6601 Ritchie Highway, N.E.
Motor Vehicle Administration  Glen Burnie, MD 21062

```
ANTOINE JONES                           MARYLAND                    MARYLAND
                                         M.V.A.                      M.V.A.
  TR DATE   05/11/2004              TITLE/REG. RECEIPT          TITLE/REG. RECEIPT
  TR NO     16EW46041320023                                  C              368.00
  TR TYPE   T4                    T TAX          325.00      CK               0.00
  TITLE     34411773              T FEE           23.00      CV+              0.00
  CTL NO                          LN               0.00      CV-              0.00
  CL/TAG           /              TM TAG          20.00      C CRD            0.00
  STKR                            TRF              0.00      CREDIT           0.00
  MULTI     00                    ADM              0.00
  1ST LIEN                        MISC             0.00      PAID         $368.00
  VIN       JHMRA1864VC008898     REG              0.00
                                  RG SRCHG         0.00      TRANS              1
                                  SAL INSP         0.00

                                  FEES         $368.00
                                         VR-277 (6/98)
```

**666**

# MVA
Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, MD 21062

## APPLICATION FOR CERTIFICATE OF TITLE

**READ INSTRUCTIONS ON REVERSE SIDE**

| APPLICANT'S FIRST NAME | MIDDLE | LAST | CO APPLICANT'S FIRST NAME | MIDDLE | LAST |
|---|---|---|---|---|---|
| Antoine | | Jones | | | |

| APPLICANT'S SOUNDEX/MARYLAND DRIVER LICENSE NO | DATE OF BIRTH | CO APPLICANT'S SOUNDEX/MARYLAND DRIVER LICENSE NO/FEIN # | DATE OF BIRTH |
|---|---|---|---|
| J-520-069-020-176 | 2/25/60 | 12221 | |

| APPLICANT'S STREET ADDRESS | CITY OR TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 3472 Maddox Ct | Waldorf | MD | 20602 / Brandywine |

IS THE VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES? ☐ JOINT TENANTS ☐ TENANTS BY ENTIRETIES

### VEHICLE DESCRIPTION

| | MODEL YEAR | MAKE OF VEHICLE | MODEL NO | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| ☐ NEW VEHICLE ☐ USED VEHICLE | 1997 | Odyssey | Honda | JHMRL1867VC005874 |

| TWO STAGE VEHICLE COMPLETE MAKE & YEAR FOR EACH VEHICLE | MODEL YEAR | MAKE OF VEHICLE | BODY STYLE | TYPE OF FUEL | # OF CYLINDERS | MOTOR CARRIER # | UNIT # |
|---|---|---|---|---|---|---|---|
| | | | VN | | | | |

☐ TRUCK  ☐ TRUCK TRACTOR  ☐ BUS  ☐ MOTORCYCLE  ☐ TRAILER (SPECIFY LENGTH)

If this vehicle is subject to any liens or encumbrances, complete the following section(s). Attach form VR-217 for additional Lien Filings. LIEN FILING FEE $20.00 for each Lien filed. IF NOT SUBJECT TO A LIEN, WRITE WORD "NONE" BELOW

| AMOUNT OF LIEN | KIND OF LIEN (DESCRIBE) | DATE OF LIEN | NAME OF SECURED PARTY |
|---|---|---|---|
| N/N/C | | | |

### PURCHASE INFORMATION FOR TAX PURPOSES — SEE INFORMATION

**IF VEHICLE RECENTLY PURCHASED**
MD. EXCISE TAX 5% OF $ 6500.00 FULL PURCHASE PRICE

ATTACH A NOTARIZED BILL OF SALE SIGNED BY SELLER(S) AND PURCHASER(S)

**MARYLAND DEALER'S CERTIFICATION**
I hereby certify, under penalty of perjury, that the purchase price represents the full amount paid for this vehicle.
Date of Delivery _____
DEALER'S NUMBER _____
NAME OF DEALERSHIP _____
SIGNATURE OF DEALER _____ DATE _____

**MARYLAND DEALERS ONLY**
SELLING PRICE _____
GROSS TAX COLLECTED _____
COLL. FEE .6% OF GROSS _____
NET TAX REMITTED _____

Complete this section in its entirety if you qualify for an Excise Tax Credit in this State.
I/we have been resident(s) in Maryland for approximately _____

### APPLICATION FOR NEW REGISTRATION PLATES OR TRANSFER OF REGISTRATION PLATES

☐ New Registration Plate  ☐ Transfer of Registration Plates. Is your motor vehicle now suspended or revoked in this or any other State? ☐ Yes ☐ No

Is this vehicle to be operated for short term rental? ☐ Yes ☐ No   If transferring plates, complete below.

TAG NO _____ and STICKER NO. _____ The vehicle to which these plates were affixed has been sold, traded or otherwise transferred to: Name _____
Address _____
Name of Insurance Co. State Farm   Policy or Binder No. _____
Agent or broker _____   Class of Tags desired _____

Federal and State law require that you state the mileage in connection with this vehicle. Failure to complete or giving a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING – ODOMETER DISCREPANCY.

I/we certify that I/we have compared the manufacturer's vehicle identification number on the number on the vehicle and they agree and that this vehicle is subject to the liens or encumbrances indicated herein and none other. For vehicles registered over 10,000 lbs. by signing this application I/we certify knowledge of the Federal and State Motor Carrier Safety Laws and certify this vehicle is maintained in compliance with the Maryland Preventive Maintenance Program. If making application for new plates or transfer of registration plates I/we certify under Penalty of Law that the vehicle is covered by at least the minimum amounts of insurance required by the Maryland Motor Vehicle Laws, and further certify that this vehicle will be continuously insured throughout its registration period. I/we further certify under Penalty of Perjury that the statements made herein are true and correct to the best of my knowledge, information, and belief.

Signature of Applicant _Antoine Jones_   Printed Name of Applicant _Antoine Jones_
Signature of Co-Applicant _____   Printed Name of Co-Applicant _____
Witness my/our Hand(s) and Seal(s) this _11_ day of _May_ year _2004_
Signature of Co-Signer _____   Relationship _____
Soundex _____   Date of Birth _____

VR-005 (05-03)



# CERTIFICATE OF TITLE FOR A VEHICLE

**KEEP IN SAFE PLACE—ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR CERTIFICATE OF TITLE...

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | BODY STYLE | TITLE NO |
|---|---|---|---|---|
| JHMRA1864VC008898 | 97 | HONDA | VAN | 66159598 |

| EMPTY WGT | GROSS WGT | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|
| 3371 | | 2 | G | 663.69 | 30,A | 03/25/97 |

OTHER PERTINENT DATA: 08451

NAME(S) AND ADDRESS(ES) OF VEHICLE OWNER(S):
BOUKADOUM ...
1292 THOMPSON ...
VIENNA VA ...

**NO LIENS**

Buyer(s) Name: Antoine Jones
Street: 3472 Mandol...
City, State, Zip: Waldorf MD 20602
Date of Sale: May 11, 1997  Sale Price: $6500
Odometer Reading: 118,005
Printed Name of Seller(s): MOHAMED BOUKADOUM

---

| 03/25/97 | JLC379 | 12/97 | 66159598 | | 03/01/97 | JLC379 | 12/97 | 66159598 |
| 97 HONDA | | VAN | G 2 | | 97 HONDA | | VAN P | G |
| JHMRA1864VC008898 | | | 3371 | | JHMRA1864VC008898 | | | 3371 |
| BOUKADOUM, MOHAMED | | | | | BOUKADOUM, MOHAMED | | | |
| 1292 THOMPSON RUN | | | | | 1292 THOMPSON R... | | | |
| VIENNA VA 22182 | | | | | VIENNA VA 2218... | | | |

FAIRFAX COUNTY
PURCH 02/... 02/03/97
281 A00165

**MVA** Motor Vehicle Administration
6601 Ritchie Highway N.E.
Glen Burnie, Maryland 21062

VR-129 (09-03)

## Temporary Inspection Waiver           Fee: $20.00

### Section A - To be completed by all applicants regardless of reason for waiver
**Description of Vehicle:**

✓ 1997    ✓ Honda    Odyssey    ✓ [VIN illegible]
① Year      Make       Model      Vehicle Identification Number

✓ Antoine Jones
Full Name of Vehicle Owner                Full Name of Vehicle Co-Owner

✓ 3179 Magood Ct    Waldorf    MD  20603
Owner's Street Address    City    County    State    Zip Code

**Certification of Insurance:** The vehicle described above is insured in the minimum amounts required by the laws of Maryland.

✓ State Farm    ✓ 2...9314-1-2...
Insurance Company    Policy/Binder Number    Agent/Broker

**Odometer Mileage upon Transfer of Ownership** (required by federal/state regulations):
Odometer reading is ✓ 116,000 (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
                                            ☐ 2. The odometer reading is not the actual mileage.    Warning - Odometer Discrepancy

**Reason for Waiver Request:**
☐ My vehicle was purchased outside of Maryland and is not physically located in Maryland (proof may be required).   **(use section B)**
☐ I am a Maryland resident and a member of the U.S Armed Forces stationed outside of Maryland.   **(use section C)**
☐ My vehicle is located in Maryland... to transport it to... Maryland safety inspection station...   **(use section D)**

### Section B - To be completed by applicant if vehicle is not in Maryland
The vehicle described above is presently located in the State of _____ and does not possess current, valid registration plates.
I request vehicle inspection be waived until _____ On or before this date, the vehicle will be inspected and the inspection certificate forwarded to the MVA promptly.

Owner's Signature    Date    Co-Owner's Signature    Date

Owner's Printed Name    Co-Owner's Printed Name

### Section C - To be completed by Maryland members of the U.S. Armed Forces assigned out of state
I certify that I am a member of the U.S Armed Forces officially assigned to duty at the following military base.

Name/Location of Base

Military Address _____    Maryland Tag # _____

I request an inspection waiver due to the above information. Upon returning to Maryland, I will have the vehicle inspected at an authorized Maryland safety inspection station.

Signature of Serviceman    Printed Name    Date

The above named serviceman is assigned to official duty at the above named military base.

Signature of Commanding Officer (rank)    Printed Name    Date

### Section D - To be completed by applicants for transportation to a Maryland inspection station
Means by which to transport vehicle to an authorized Maryland inspection station are unavailable. I understand that a 15 day temporary tag will be issued for the sole purpose of transporting the vehicle to an inspection station...

✓ Antoine Jones
Owner's Signature    Date    Co-Owner's Signature    Date

Owner's Printed Name    Co-Owner's Printed Name

For more information, please call 1-800-638-9347 (touch tone calls only), 1-800-950-1MVA (1682) (to speak with a customer service representative). From Out-of-State 1-301-729-4550. TTY for the hearing impaired 1-800-492-4575. Visit our website at: www.marylandmva.com





$75
EAIC 10 #
5574.75

97 Honda Odessy Van

maryland 273M195

05-8207

time 1430 hrs