# LEVELS -1960 Montana Ave., N.E, Wash., DC

Application for search warrant,
Search Warrant,
FD-597 receipt for property
FD-302
NCIC print out for gun seized
PD-251
Photo description sheets
sketch

AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

1960 Montana Avenue NE
Washington, DC

### APPLICATION AND AFFIDAVIT
### FOR SEARCH WARRANT

CASE NUMBER:

05 - 0 5 4 9 4 - 0 1 ;

(Further described below)

I ___Norma Horne___ being duly sworn depose and say:

I am a(n)___ Officer with the Metropolitan Police Department ___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
1960 Montana Avenue NE, Washington, D.C. a building with a reddish colored awning running nearly the length of the building. There is another reddish colored awning over the main entrance with the words "Scoopie's" and "Soul Café" written on the awning in white letters. On what appears to be the upper level of the building is the club name "Levels" written in red along with the number "202-269-0100".

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Contraband, evidence of a crime, fruits of a crime, property used in committing a crime

concerning a violation of Title 18 U.S.C. sections 924(c), 1956, and 1957 and Title 21 U.S.C. sections 841, 843, and 846
The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

John V. Geise and Rachel Lieber
Narcotics 4th Floor
(202) 616-9156 (Geise)
(202) 35 5-8055 (Lieber)

Signature of Affiant

Norma Horne, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence
OCT 2 1 2005

at Washington, D.C.

Date    DEBORAH A. ROBINSON
        U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                    Signature of Judicial Officer

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1960 Montana Avenue NE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER:

05 - 0548M - 01

TO: ___Officer Norma Horne___    and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer Norma Horne__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1960 Montana Avenue NE, Washington, DC a building with a reddish colored awning running nearly the length of the building, There is another reddish colored awning over the main entrance with the words "Scoopie's" and "Soul Café" written on the awning in white letters. On what appears to be the upper level of the building is the club name "Levels" written in red along with the number 202-269-0100

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 31, 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 21 2005 @ 1:45pm
_____        at Washington, D.C.
Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

_____        _____
Name and Title of Judicial Officer        Signature of Judicial Officer

ATTACHMENT A

(a)    Drugs, indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(b)    Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(c)    Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers.

(d)    Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(e)    Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

(f)    Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(g)    Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

(h)    Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

(i)    Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

(j)    Any locked or closed containers believed to contain any of the above listed evidence.

| RETURN | | CASE NUMBER: 2010-WF-213079 |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| OCT 21. 05 | OCT. 24. 05 | ANTOINE JONES  WFO/CULBLOCK |

INVENTORY MADE IN THE PRESENCE OF

DET N HOEHE, SAs OBRIEN, JOHNSON, FIDE.TO/MCDERMOT ETC.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE FD 597

FILED

OCT 2 6 2005

NANCY MS.  ...  CLERK
U.S.  ...

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate                              Date  10/25/05

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _2810 WF 213679_

On (date) _October 24, 2005_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _ANTOINE JONES_

(Street Address) _1960 MONTANA AVE    NE_

(City) _WDC_

Description of Item(s):

1) Business License Tax License    Room A
2) Receipts invoice's daytimer    Room J
3) Bills receipts invoices record book    Room J
4) False Bottom Can    Room B
5) Ruger P94 9mm serial #308-07610    Room H
5a) magazine w/ ammo Taken from item (5)    Room H
6) Ph #s record book    Room J
7) Club Levels Shirt
8) Money Machine
9) Misc recepts, bills cell phone    Room D
10) ~~Sharp LCD Monitor S/No 46 2344'86    Room A~~ ( Not Taken removed
11) Misc. keys photo Disk misc receipts telephone #
12) Club Journal ownership doc. cert of occ.    Room H
13) Misc Photos Two photo Albums    Room H
14) Copies of checks , Sun Trust Account
15) Cell phone , Verizon samsung, Business doc Fold. w/ Tax return    Room H
16) misc. receipts, (2) jourenl record books    Room H
17) Black brief case w/ various documents    Room (H)

Received By: _____
(Signature)

Received From: _____
(Signature)

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    11/21/2005

On October 24, 2005, approximately 6:00 AM, members of the FBI SWAT Team executed a District Court Search Warrant at 1960 Montana Ave., NE Washington, D.C. at a club known as "Levels". The premises were cleared and secured by FBI SWAT members. A team of search agents entered the premises once it was secured. There were no occupants in the building at the time the warrant was executed.

All the rooms in the club were labeled with a letter and then photographed in pre and post search conditions by SA Kellie R. O'Brien. A sketch of the club was also completed by SA Geoffrey S. Maron.

Items seized included but not limited to a 9mm Ruger P94 serial #308-07610 with magazine and rounds, photographs, mail documents, business documents, phone numbers, receipts, and a money machine.

SA Kellie O'Brien seized the evidence at the club and transported the items back to the Washington Field Office of the FBI. These items were submitted to the Evidence Control Room. A copy of the search warrant and a seizure list was taken to Antoine JONES at the FBI Field Office. Det. Norma Horne advised JONES of the seizure list and had him sign a copy. A copy was also given to JONES.

Agents and detectives cleared the residence at approximately 8:50 AM.

Attached is a copy of the FD-597, photo log, and sketch.

The following law enforcement personnel assisted in the search of 1960 Montana Ave., NE, WDC.

1. SA Kellie O'Brien
2. SA Geoffrey S. Mason
3. SA Chris Fiorito
4. SA William McDermmitt
5. SA James Mollica
6. SA Willie Johnson
7. SA Chad Gallagher
8. ABC Maria Delaney
9. Det. Norma Horne
10. PS Renalda Shaw

102405.302

Investigation on    10/24/2005    at   Washington, D.C.

File #  245D-WF-213679-302                        Date dictated   11/21/2005

by    SA Kellie R. O'Brien

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

Page: 1 Document Name: untitled

*** NCIC RESPONSE #05823        RCVD FOR DCFBIWF00/T0JD/FB0165 ***
DCFBIWF00
MKE/STOLEN GUN
ORI/DCATF0000 SER/30807610 MAK/SR CAL/9 MOD/P94
TYP/PI DOT/20020729
OCA/F20021541
MIS/1 OF 32 STOLEN IN ROBBERY OF FFL DEALER IN COLLEGE PARK, MD
NIC/G740614951 DTE/20020801 1026 EDT
ORI IS BUREAU OF ATF HDQTRS WASHINGTON 202 927-7777
IMMED CONFIRM RECORD WITH ORI
MKE/STOLEN GUN
ORI/MD0172100 SER/30807610 MAK/RUG CAL/9 MOD/P94
TYP/PI DOT/20020729
OCA/022100597
MIS/DET HAYES CID/ROBBERY
NIC/G190614122 DTE/20020802 1114 EDT
ORI IS PRINCE GEORGES COUNTY POLICE DEPARTMENT 301 499-8113
IMMED CONFIRM RECORD WITH ORI

Date: 10/26/2005 Time: 3:42:28 PM

# Metropolitan Police Department
## Incident-Based Event Report
Washington, D.C.

**PART I - CLASSIFICATION OF EVENT**

| 1 TYPE OF REPORT | 2 DATE AND TIME OF EVENT | 3 DATE OF REPORT | 4 TIME OF REPORT | 5 DISTRICT | 6 7 SECTOR BEAT | 8 COMPLAINT NUMBER |
|---|---|---|---|---|---|---|

1 TYPE OF REPORT:
- ○ Offense
- ● Incident

**FILL IN THE OVALS COMPLETELY**
Right Mark ●
Wrong Marks ⊘ ⊗ ⊖

DATE AND TIME OF EVENT — Start Date: 02/24/05, Start Time: 06:00
DATE OF REPORT: 02/26/05, TIME OF REPORT: 10:08
COMPLAINT NUMBER: 146801

**9 EVENT LOCATION ADDRESS:** 1960 Montana Ave NE
- ● Inside of

**10 REPORT RECEIVED BY:** ● On-scene

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** ● No

**12 PROPERTY TYPE:** ● Private

**13 EVENT NO. 1:** Search Warrant

**16 FORCED ENTRY:** ● Yes ○ No
**17 POINT OF ENTRY:** Front Door
**18 a. Method Used:** Force   **b. Tools Used:** Ram

**19 WEATHER CONDITIONS:** ● Cloudy

**20 SUSPECTED HATE CRIME?** ● None

**21 SECURITY SYSTEM:** (all not marked)

**22 LOCATION TYPE:** ● Other

**23 DESIGNATED AREAS:** ● Other

**PART II - VICTIM INFORMATION**

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Horne Norma

**25 RELATED TO EVENT NO(S):** ● 1

**26 VICTIM TYPE:** ● Police officer

**30 HOME PHONE:**
**31 BUSINESS PHONE:** (202) 278 2000

**35 OCCUPATION:** Police Officer
**36 IS EVENT RELATED TO OCCUPATION?** ● Yes

**34 BUSINESS ADDRESS/SCHOOL:** 300 Indiana Ave NW

**52 STATUS:** ● Open

PD-251  2/92          Mark Reflex® by NCS EM-46313:32   A4100   Printed in U.S.A.          PAGE 1

| 55 | IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS, AND PHONE NUMBER OF THE REPORTING PERSON. ○ Yes ○ No | Name: N/A | Phone-Area Code: |
|---|---|---|---|
| | | Address: | |

| 56 DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ○ Yes ⊘ No | 56A WAS PD FORM 378A ISSUED? ○ Yes ⊘ No | 57 IS CPO/TPO OUTSTANDING? ○ Yes ⊘ No ○ Unknown | IF YES, ENTER CPO/TPO #: |
|---|---|---|---|

**58 INJURIES** Use the following codes to describe injuries. (Mark all that apply)

N = None Visible
M = Apparent Minor Injury
B = Apparent Broken Bones
O = Other Major Injury
I = Possible Internal Injury
G = Gunshot
L = Severe Laceration
T = Loss of Teeth
U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | N/A | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |

## PART III - PROPERTY

**59 Codes**
S = Stolen
E = Evidence
R = Recovered
F = Found
I = Impounded
V = Vehicle from which theft occurred
D = Alleged drug type
L = Lost
P = Suspected proceeds of crime
O = Other

a. Property Book & Page No. **FBI**

b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | Documents, Photos, CD | | | | | | | | |
| E | Ruger P94 - 9mm pistol (loaded) | 30807410 | P94 | | | 1 | | | |
| E | False Bottom Can | | | | | | | | |
| E | Money Machine, Cell phone (2) | | | | | | | | |
| E | Keys, Shirt, Briefcase w/Documents | | | | | | | | |

| 60 VEHICLE INFORMATION | Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect |
|---|---|

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61**

| #1 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ⊙ Missing | ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ⊙ Male ○ Unknown ⊙ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

**62**

| #2 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

**63**

| #3 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

*Value of vehicles to be entered by Information Processing section

CCN 145-801

PAGE 2

**PART V - MISSING PERSONS**

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | 65 COMPLAINT NUMBER |
|---|---|
| N/A | 1 4 5 8 0 1 |

**65 COMPLAINT NUMBER**

1 4 5 8 0 1

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION | 68 CLASSIFIED BY: |
|---|---|---|
| N/A | ○ Critical  ○ Non-critical | |

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
|---|---|---|
| N/A | | |

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|
| N/A | | |

**75 NARRATIVE**    Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

On 10/24/05 at approximately 0600 hrs members of MPD and FBI served a U.S. District Court, District of Columbia search warrant at 1960 Montana Ave NE an A.B.C. establishment called Club Levels A loaded Ruger P94 9mm semi-Auto pistol, Loaded was among the Items feized. Ruger P94 serial # 308-07610

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| | Norris Horne | | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| Steve Kishn | CSD | ○ USCP  ○ USSS  ○ METRO TRANSIT  ○ OTHER | | | | |

**PART VI - ADDITIONAL INFORMATION** (Use PD Form 251-C for additional victims or suspects.)

| 84 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 3 | 85 RELATED TO EVENT NO(S). |
|---|---|
| N/A | ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |

**86 VICTIM TYPE**
- ○ Individual ○ Financial inst. ○ Religious org. ○ Police officer
- ○ Business ○ Government ○ Society/Public ○ Other

**87 DATE OF BIRTH**
- ○ Unknown ○ NA

| Month | Day | Year |
|---|---|---|
| ○ Jan | | |
| ○ Feb | | |
| ○ Mar | ⓪ ⓪ | ⓪ ⓪ ⓪ |
| ○ Apr | ① ① | ① ① |
| ○ May | ② ② | ② ② |
| ○ Jun | ③ ③ | ③ ③ |
| ○ Jul | ④ ④ | ④ ④ |
| ○ Aug | ⑤ ⑤ | ⑤ ⑤ |
| ○ Sep | ⑥ ⑥ | ⑥ ⑥ |
| ○ Oct | ⑦ ⑦ | ⑦ ⑦ |
| ○ Nov | ⑧ ⑧ | ⑧ ⑧ |
| ○ Dec | ⑨ ⑨ | ⑨ ⑨ |

**88 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**89 SEX**
- ○ Male
- ○ Female
- ○ Unknown

**90 HOME PHONE** (   )

**91 BUSINESS PHONE** (   )

**92 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**93 HOME ADDRESS** ○ DC Resident ○ Non-DC Resident ○ Unknown

**94 BUSINESS ADDRESS/SCHOOL**

**95 OCCUPATION**

**96 IS EVENT RELATED TO OCCUPATION?**
- ○ Yes ○ No ○ Unknown

**97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 3**

---

| 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 4 | 99 RELATED TO EVENT NO(S). |
|---|---|
| N/A | ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |

**100 VICTIM TYPE**
- ○ Individual ○ Financial inst. ○ Religious org. ○ Police officer
- ○ Business ○ Government ○ Society/Public ○ Other

**101 DATE OF BIRTH**
- ○ Unknown ○ NA

| Month | Day | Year |
|---|---|---|
| ○ Jan | | |
| ○ Feb | | |
| ○ Mar | ⓪ ⓪ | ⓪ ⓪ ⓪ |
| ○ Apr | ① ① | ① ① |
| ○ May | ② ② | ② ② |
| ○ Jun | ③ ③ | ③ ③ |
| ○ Jul | ④ ④ | ④ ④ |
| ○ Aug | ⑤ ⑤ | ⑤ ⑤ |
| ○ Sep | ⑥ ⑥ | ⑥ ⑥ |
| ○ Oct | ⑦ ⑦ | ⑦ ⑦ |
| ○ Nov | ⑧ ⑧ | ⑧ ⑧ |
| ○ Dec | ⑨ ⑨ | ⑨ ⑨ |

**102 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**103 SEX**
- ○ Male
- ○ Female
- ○ Unknown

**104 HOME PHONE** (   )

**105 BUSINESS PHONE** (   )

**106 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**107 HOME ADDRESS** ○ DC Resident ○ Non-DC Resident ○ Unknown

**108 BUSINESS ADDRESS/SCHOOL**

**109 OCCUPATION**

**110 IS EVENT RELATED TO OCCUPATION?**
- ○ Yes ○ No ○ Unknown

**111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 4**

---

**112 #4**

N/A

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

---

**113 #5**

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

---

**114 #6**

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

---

CCN 145-801

**CAMERA** _____
**FILM : ASA** _____
**ROLL No.** _____

**LENS** - Normal - N
Wide - W
Macro - M
Tele. - T

**LIGHT** - Available - A
Elec.Strobe - E
Flashbulb - F

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | FRONT DOOR - ENTRY |
| 2 | | | | | FRONT DOOR ENTRY |
| 3 | | | | | ROOM A ENTRY |
| 4 | | | | | ROOM A ENTRY |
| 5 | | | | | ROOM A ENTRY |
| 6 | | | | | ROOM B - ENTRY |
| 7 | | | | | ROOM B - ENTRY |
| 8 | | | | | ROOM B - ENTRY |
| 9 | | | | | BLACKLAND |
| 10 | | | | | BATHROOM - ENTRY |
| 11 | | | | | BATHROOM - ENTRY |
| 12 | | | | | ROOM E - ENTRY |
| 13 | | | | | ROOM E - ENTRY |
| 14 | | | | | ROOM E - ENTRY |
| 15 | | | | | ROOM F STORAGE |
| 16 | | | | | ROOM F STORAGE |
| 17 | | | | | ROOM F STORAGE |
| 18 | | | | | ROOM H OFFICE |
| 19 | | | | | ROOM H OFFICE |
| 20 | | | | | ROOM G STORAGE |
| 21 | | | | | ROOM G |
| 22 | | | | | GUN |
| 23 | | | | | GUN w/ magazine |
| 24 | | | | | CLOSE UP OF GUN |
| 25 | | | | | ROOM X ENTRY |
| 26 | | | | | ROOM L |
| 27 | | | | | ROOM L |
| 28 | | | | | ROOM V |
| 29 | | | | | ROOM W BAR |
| 30 | | | | | ROOM U HALLWAY |
| 31 | | | | | ROOM Y BATHROOM |
| 32 | | | | | ROOM T KITCHEN |
| 33 | | | | | ROOM S STORAGE |
| 34 | | | | | ROOM S STORAGE |
| 35 | | | | | ROOM P HALLWAY |
| 36 | | | | | ROOM P OFFICE |

**Photo Log Sketch**

**REMARKS**

CAMERA ——————
FILM : ASA ——————
ROLL No. ——————

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Placard |
| 2 | | | | | Hallway |
| 3 | | | | | Room P Bathroom |
| 4 | | | | | Room O |
| 5 | | | | | Book Bar Storage |
| 6 | | | | | Room K Bar |
| 7 | | | | | Room M |
| 8 | | | | | Room M |
| 9 | | | | | Room M Band area |
| 10 | | | | | Room M Bar |
| 11 | | | | | Room N |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

Photo.Log Sketch

REMARKS







