UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

## ORDER

Upon consideration of Defendant Jones' Omnibus Pre-Trial Motion, and any opposition thereto, it is this ____ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**