**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 05-CR-386(1) (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

## O R D E R

Upon consideration of Defendant Jones' Motion for a Bill of Particulars and Incorporated Memorandum of Points and Authorities in Support Thereof and any opposition, it is this _____ day of_____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED;** and it is further

**ORDERED**, that the government shall provide the defense with the requested particulars by _____.
.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**