UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

### ORDER

Upon consideration of Defendant Jones' Supplemental Omnibus Pre-Trial Motion, and any opposition thereto, it is this ____ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**