**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 05-CR-386(1) (ESH) |
| : | |
| **ANTOINE JONES** : | |

### MOTION TO ADOPT AND CONFORM TO CODEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION

Defendant Jones respectfully moves the Honorable Court for leave to adopt and conform to oppositions filed on behalf of other defendants in the above-captioned matter that assert grounds for relief that Jones has standing to raise and are not inconsistent with relief he seeks in his own filings. Specifically, Jones moves to adopt the relevant arguments stated in Defendant Holland's Opposition to Government's Motion to Admit Evidence of Other Crimes Pursuant to Federal Rule of Evidence 404(b) and to Use Prior Convictions for Impeachment Pursuant to Federal Rule of Evidence 609. Jones maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

**WHEREFORE**, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Jones respectfully moves this Court grant Jones leave to adopt Defendant Holland's Opposition.

Dated: Washington, DC
      July 23, 2006                       Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**

                                    _____
                                    A. Eduardo Balarezo (Bar No. 462659)
                                    400 Fifth Street, N.W.
                                    Suite 300
                                    Washington, D.C. 20001
                                    (202) 639-0999 (tel)
                                    (202) 783-5407 (fax)

                                    *Attorney for Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of July 2006, I caused a true and correct copy of the foregoing Defendant Jones' Motion to Adopt and Conform to Codefendant's Opposition to Government's Motion to be delivered to the parties in this case via Electronic Case filing.

_____
A. Eduardo Balarezo