IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR AN ORDER AUTHORIZING THE )
USE OF AN ELECTRONIC TRACKING )
DEVICE IN A GOLD JEEP GRAND CHEROKEE )
AUTOMOBILE, MARYLAND REGISTRATION )
NUMBER M667480 , VEHICLE IDENTIFICATION )
NUMBER 1J4GW48S71C683464 )

MISC. NO. 05-0346

UNDER SEAL

### ORDER AUTHORIZING THE INSTALLATION AND USE OF AN ELECTRONIC TRACKING DEVICE

Upon the Application of the United States of America, and the Affidavit of Special Agent Stephanie Yanta of the Federal Bureau of Investigation, and full consideration having been given to the matter, the Court finds as follows:

a. there is probable cause to believe that Antoine Jones and others have committed and are committing violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 1956 and 1957.

b. there is probable cause to believe that the vehicle described in the Affidavit of Special Agent Yanta, described as a Jeep Grand Cherokee, Gold in color, bearing Maryland registration number M667480 and Vehicle Identification Number 1J4GW48S71C683464 (the "subject vehicle") is being used by Jones to facilitate the distribution of controlled substances and related money laundering, in violation of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 1956 and 1957.

c. there is reasonable cause to believe that providing immediate notification of the execution of the warrant may seriously jeopardize an ongoing investigation pursuant to 18 U.S.C. §§ 3103(a) and 2705(a)(B)(2).

WHEREFORE, pursuant to Federal Rule of Criminal Procedure 41, and 18 U.S.C. §§ 3117 and 3103(a), it is hereby

**ORDERED** that Special Agents of the Federal Bureau of Investigtion, and other authorized officers, are hereby authorized to do the following:

a. Install and operate an electronic tracking device on the subject vehicle during any part of the day or night. The electronic tracking device may be operated and monitored continuously throughout the period of this Order and may be monitored when the subject vehicle is located in a place where there is a reasonable expectation of privacy.

b. Remove the electronic tracking device upon attainment of the objective of the investigation or upon the expiration of this Order, including any extensions, whichever occurs first.

c. The agents and other authorized law enforcement officers are authorized to temporarily appropriate and surreptitiously enter the subject vehicle for the explicit purposes of installing and removing the electronic tracking device, and to temporarily appropriate and surreptitiously reenter the subject vehicle at any time to make mechanical adjustments which may be necessary.

IT IS FURTHER **ORDERED** that this Order may be executed at any hour of the day or night and must be executed no later than ten days from the date of the issuance of this Order.

IT IS FURTHER **ORDERED** that monitoring agents, in the event that the subject vehicle travels outside the territorial jurisdiction of the Court, are allowed to continue to use the electronic tracking device in any jurisdiction.

IT IS FURTHER **ORDERED** that this authorization to operate the electronic tracking device as a physical surveillance aid must terminate when the objective of the investigation is reached or, in any event, at the end of ninety days from the date of this Order, whichever is earlier.

IT IS FURTHER **ORDERED** that the Special Agents of the Federal Bureau of Investigation, and other authorized officers, are not required to leave a copy of this Order in any premises or vehicle entered due to the covert nature of this installation and investigation.

IT IS FURTHER **ORDERED** that notification of the surreptitious entry is delayed for a period of 90 days or until the objectives of the investigation are reached, whichever occurs first.

IT IS FURTHER **ORDERED** that the Application, Affidavit in support thereof, and this Order shall be placed under seal until further order of this Court.

_____
The Honorable Paul L. Friedman
United States District Judge for the District of Columbia

DATED: Sept 16, 2005
Washington, D.C.

3