09/27/05 11:56:04 local; 38°54'16"N 76°50'16"W; 0; MD: 9726 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:56:14 local; 38°54'16"N 76°50'16"W; 0; MD: 9726 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:57:18 local; 38°54'22"N 76°50'16"W; 6; MD: 1202 MERCANTILE LN, Lake Arbor, USA_MD
09/27/05 11:58:36 local; 38°54'18"N 76°50'15"W; 4; MD: 9733 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:58:46 local; 38°54'18"N 76°50'15"W; 2; MD: 9732 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:58:56 local; 38°54'17"N 76°50'16"W; 2; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:59:12 local; 38°54'17"N 76°50'16"W; 2; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:59:22 local; 38°54'16"N 76°50'17"W; 7; MD: 9740 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:59:32 local; 38°54'18"N 76°50'15"W; 14; MD: 9727 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:59:42 local; 38°54'17"N 76°50'15"W; 3; MD: 9726 APOLLO DR, Lake Arbor, USA_MD
09/27/05 11:59:58 local; 38°54'17"N 76°50'15"W; 1; MD: 9728 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:08 local; 38°54'17"N 76°50'15"W; 3; MD: 9726 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:18 local; 38°54'17"N 76°50'15"W; 1; MD: 9726 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:28 local; 38°54'17"N 76°50'16"W; 3; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:38 local; 38°54'17"N 76°50'16"W; 3; MD: 9738 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:48 local; 38°54'17"N 76°50'16"W; 1; MD: 9740 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:00:58 local; 38°54'17"N 76°50'16"W; 2; MD: 9736 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:08 local; 38°54'17"N 76°50'16"W; 0; MD: 9736 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:18 local; 38°54'17"N 76°50'16"W; 2; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:28 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:38 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:48 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:01:58 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:08 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:18 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:28 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:38 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:48 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:02:58 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:08 local; 38°54'17"N 76°50'16"W; 0; MD: 9730 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:18 local; 38°54'17"N 76°50'16"W; 2; MD: 9728 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:28 local; 38°54'17"N 76°50'16"W; 0; MD: 9728 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:38 local; 38°54'17"N 76°50'15"W; 1; MD: 9724 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:48 local; 38°54'17"N 76°50'15"W; 0; MD: 9724 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:03:58 local; 38°54'17"N 76°50'15"W; 2; MD: 9718 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:08 local; 38°54'17"N 76°50'15"W; 0; MD: 9718 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:18 local; 38°54'16"N 76°50'15"W; 2; MD: 9714 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:28 local; 38°54'16"N 76°50'15"W; 1; MD: 9712 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:38 local; 38°54'17"N 76°50'15"W; 2; MD: 9718 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:48 local; 38°54'17"N 76°50'15"W; 1; MD: 9722 APOLLO DR, Lake Arbor, USA_MD
09/27/05 12:04:58 local; 38°54'17"N 76°50'15"W; 0; MD: 9722 APOLLO DR, Lake Arbor, USA_MD