UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 05-CR-386(1) (ESH)
:
ANTOINE JONES :

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant Jones' Motion to Adopt and Conform to Codefendant's Opposition to Government's Motion, it is this 24 day of July 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_E. S Huck_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE