UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE JONES et. al** | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING

Comes now the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia and says as follows. As set forth in footnote 7 of the Government's Omnibus Motions response Counsel for the Government and Defendant Jones agreed to supply the Court with hard copies of a number of the main documents referenced in the motions filed to date. Although counsel may rely on other materials as well, it seemed that it might be of assistance to the Court to have at least these major items in this form. Attached is a copy of the index to the materials supplied which will be filed with the Court today.

Respectfully submitted,

Kenneth L. Wainstein
United States Attorney
D.C. Bar No. 451058

_____
John V. Geise
Assistant United States Attorney
D.C. Bar No. 358267
Organized Crime and Narcotics Trafficking
555 4th Street, N.W., Room 4126
Washington, D.C. 20530
(202) 616-9156; Fax: 514-8707