UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| also known as "Toine," | : | |
| ADRIAN JACKSON, | : | |
| MICHAEL HUGGINS, | : | |
| KEVIN HOLLAND, and | : | |
| KIRK CARTER | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR MODIFICATION OF FILING DEADLINES**

Comes now the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, Rachel Carlson Lieber and John V. Geise, Assistant United States Attorneys, and says as follows.

By order Filed June 27, 2006 the Court set certain filing deadlines in this matter for joint *voir dire,* final transcripts of the wire intercept conversations the government intends to use at trial, and a list of exhibits the government expects to use at trial. Since that date the government has been attempting to meet that timetable.

1. **Transcripts and exhibit designations** - In December 2005 support personnel at the Federal Bureau of Investigation began working on draft transcripts on overtime pay, in addition to their regular duties. Since June of this year four support staff members have been assigned to this function on an overtime basis. Starting in late June two of the case agents in this matter have been devoting a substantial portion of their time to preparation of draft transcripts. Two other agents have also been working on the transcripts. In mid-June two summer interns at the

Office of the United States Attorney began spending most of their time comparing first drafts of transcripts to the wire intercept in order to assure the accuracy of the transcripts. The officer who will be the witness through whom most of the calls and transcripts will be presented is now in the process of making a final review of the transcripts.

Essentially the same agents and officers have also been reviewing the evidence in the case to supplement the list of evidence to be used at trial that the United States submitted in June of this year[1]. This includes not only the result of searches but a large number of surveillance tapes which can only be reviewed in real time.

The Assistant United States Attorneys assigned to this matter have also been spending considerable amounts of time on the selection of intercepted conversations to be used at trial and in the review of other evidence. The same Assistant United States Attorneys have also been responsible for preparing the government's motions and motions responses recently filed in this matter.

The government will have a substantial number of transcripts prepared by August 18, 2006, the date designated by the Court for the submission of transcripts and listing of evidence supplemental to the June submission. However, it would be extremely difficult for the government to complete all transcripts and exhibit designations by that date. The government therefore requests that the Court allow it an additional 10 days until Monday, August 28 for the submission of the remaining transcripts and exhibit designations in addition to those already provided in the June filing.

2. *Voir dire* - The government has provided counsel with voir dire questions used in

---

[1] In June the Government provided the Court and counsel with a 21 page listing of the evidence it intends to use at trial.

another large case in this district. But, of course, they will have to be revised to fit the facts of this case. Because of various other matters counsel for the United States and lead counsel, Mr. Balarezo, have been unable to meet to finalize the *voir dire*. The parties believe they could complete this process by Monday August 28, 2006 and would ask the Court to allow counsel until that date to submitted proposed *voir dire*.

                                                         Respectfully submitted,

                                                         KENNETH L. WAINSTEIN
                                                        UNITED STATES ATTORNEY

                                                        By: _____
                                                        RACHEL CARLSON LIEBER
                                                       Assistant United States Attorney
                                                       D.C. Bar No. 456-491
                                                       555 4th St. N.W. Room 4820
                                                       Washington, D.C. 20530
                                                       (202) 353-8055

                                                        By: _____
                                                       JOHN V. GEISE
                                                       Assistant United States Attorney
                                                       D.C. Bar No. 358-267
                                                       555 4th St. N.W. Room 4126
                                                       Washington, D.C. 20530
                                                       (202) 616-9156

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon A. Eduardo Balarezo, attorney for defendant Antoine Jones, Jon W. Norris, attorney for defendant Adrian Jackson, Rudolph Acree, attorney for defendant Michael Huggins, Brian Keith McDaniel, attorney for defendant Kevin Holland, and Charles F. Daum, attorney for defendant Kirk Carter, this 10th day of August, 2006.

 

_____
JOHN V. GEISE
Assistant United States Attorney