UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 05-0386 (ESH) |
| ) | |
| ANTOINE JONES, *et al.*, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons given in the attached Memorandum Opinion, it is hereby

**ORDERED** that defendant's motions [#s 142, 144, 150, 154, 156, 157, 158, 159, 160, 161] are **DENIED** with the exception that the government cannot use data obtained from the GPS device while Defendant Jones' Jeep Cherokee was parked in the garage adjoining his Moore Street property; and it is

**FURTHER ORDERED** that the Court will consider the parties' arguments regarding the government's Rule 404(b) motion and defendant's motions for a bill of particulars and for disclosure of confidential informants at the hearing on Monday, August 14, 2006.

                                                                  s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

August 10, 2006