IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386 (ESH) |
| | * | |
| Michael Huggins, *et al.* | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

## MOTION TO ADOPT AND CONFORM DEFENDANT JONES' MOTION FOR A PRELIMINARY DETERMINATION OF CONSPIRACY AND PRETRIAL RULING ON THE ADMISSIBILITY OF CO-CONSPIRATOR'S STATEMENTS

The Defendant, Michael Huggins, by and through counsel, Rudolph Acree Jr., moves this Court to allow him to adopt and conform to Defendant Jones' Motion for a Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-Conspirator's Statements. In support of this motion, Mr. Huggins states the following:

1. Asserts the grounds for relief that Mr. Huggins has standing to raise.

2. Mr. Huggins does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Huggins submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Huggins.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins' Motion to Adopt and Conform Defendant Jones' Motion

for a Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-Conspirator Statements filed with the Court.

                                  Respectfully Submitted,

                                  _____/s/_____
                                  Rudolph Acree, Jr. Esq.
                                  Counsel for Michael Huggins
                                  1211 Connecticut Avenue
                                  Suite 506
                                  Washington, D.C. 20036
                                  (202) 331-1961

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2006, a copy of the foregoing Motion to Adopt and Conform to Defendant Jones' Motion for a Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-Conspirator Statements was delivered via electronic case filing.

                                                    /s/
                                        Rudolph Acree, Jr.