**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CRIMINAL DIVISION)**

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386 (ESH) |
| | * | |
| | * | |
| Michael Huggins, *et al.* | * | |
| | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

## MOTION TO ADOPT AND CONFORM DEFENDANT JONES' MOTION TO DISCLOSE IDENTITIES OF EACH CONFIDENTIAL INFORMANT REGARDLESS OF WHETHER THEY WILL BE CALLED AT TRIAL

The Defendant, Michael Huggins, by and through counsel, Rudolph Acree Jr., moves this Court to allow him to adopt and conform to Defendant Jones' Motion to Disclose Identities of Each Confidential Informant Regardless of Whether They will be Called at Trial. In support of this motion, Mr. Huggins states the following:

1. Asserts the grounds for relief that Mr. Huggins has standing to raise.

2. Mr. Huggins does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Huggins submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Huggins.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins' Motion to Adopt and Conform Defendant Jones' Motion to

Disclose Identities of Each Confidential Informant Regardless of Whether They will be Called at Trial filed with the Court.

                                            Respectfully Submitted,

                                            _____/s/_____
                                            Rudolph Acree, Jr. Esq.
                                            Counsel for Michael Huggins
                                            1211 Connecticut Avenue
                                            Suite 506
                                            Washington, D.C. 20036
                                            (202) 331-1961

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July 2006, a copy of the foregoing Motion to Adopt and Conform Defendant Jones' Motion to Disclose Identities of Each Confidential Informant Regardless of Whether They will be Called at Trial was delivered via electronic case filing.

／s／
Rudolph Acree, Jr.