| | |
|---|---|
| THE UNITED STATES * | |
| * | |
| * | |
| v.   * | Crim. Case No.: 05-CR-386 (ESH) |
| * | |
| * | |
| Michael Huggins, *et al.*   * | |
| * | |
| * | |
| Defendant.   * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ADOPT AND CONFORM DEFENDANT JONES' MOTION FOR DISCOVERY OF CO-DEFENDANT AND CO-CONSPIRATOR STATEMENTS

The Defendant, Michael Huggins, by and through counsel, Rudolph Acree Jr., moves this Court to allow him to adopt and conform to Defendant Jones' Motion for Discovery of Co-Defendant and Co-Conspirator Statements. In support of this motion, Mr. Huggins states the following:

1. Asserts the grounds for relief that Mr. Huggins has standing to raise.

2. Mr. Huggins does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Huggins submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Huggins.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins' Motion to Adopt and Conform Defendant's Motion for Discovery of Co-Defendant and Co-Conspirator Statements filed with the Court.

        Respectfully Submitted,


        _____/s/_____
        Rudolph Acree, Jr. Esq.
        Counsel for Michael Huggins
        1211 Connecticut Avenue
        Suite 506
        Washington, D.C. 20036
        (202) 331-1961

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July 2006, a copy of the foregoing Motion to Adopt and Conform Defendant's Motion for Discovery of Co-Defendant and Co-Conspirator Statements was delivered via electronic case filing.

_____/s/_____
Rudolph Acree, Jr.