UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. No. 05-0386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| also known as "Toine," | : | |
| ADRIAN JACKSON, | : | |
| MICHAEL HUGGINS, | : | |
| KEVIN HOLLAND, | : | |
| KIRK CARTER, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S DRAFT VOIR DIRE

Comes now the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, Rachel Carlson Lieber and John V. Geise, Assistant United States Attorneys, and says as follows.

In anticipation of the hearing scheduled before the Court for Monday August 14, 2006, counsel for the United States and counsel for defendant Jones, Eduardo Balarezo, Esq., have attempted to prepare a draft written voir dire which is attached. Regrettably, counsel for the United States and Mr. Balarezo have not been able to consult with other defense counsel about this draft, but, hopefully, it can serve as a basis for discussion on Monday.

The proposed voir dire is generally an agreed joint draft between the United States and counsel for defendant Jones. However, the following questions are the subject of dispute.

A. Questions 82, 83, and 84. Mr. Balarezo does not object to the nature of the information being sought in these questions. However, he believes that rather than providing five options to be circled the questions should simply ask if the prospective jurors have an opinion

on the topic and, if so, what that opinion is. The United States believes that the questions as posed are appropriate.

B Question 89. Mr. Balarezo objects to the question being given. The United States believes it is an appropriate inquiry.

Counsel understand that the proposed voir dire will be provided to members of the venire on Monday, October 16, 2006. It is also counsels' recollection that the jury clerk will pre-screen the panel for individuals who may not be able to sit for a trial of this length.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By: _____
RACHEL CARLSON LIEBER
Assistant United States Attorney
D.C. Bar No. 456-491
555 4th St. N.W. Room 4820
Washington, D.C. 20530
(202) 353-8055


By: _____
JOHN V. GEISE
Assistant United States Attorney
D.C. Bar No. 358-267
555 4th St. N.W. Room 4126
Washington, D.C. 20530
(202) 616-9156