# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### JUDGE ELLEN SEGAL HUVELLE

CASE No. 05-0386

UNITED STATES OF AMERICA,

vs.

**ANTOINE JONES**
**ADRIAN JACKSON**
**MICHAEL HUGGINS**
**KEVIN HOLLAND** and
**KIRK CARTER**

*DEFENDANTS*

# <u>WRITTEN VOIR DIRE</u>

**TO THE PROSPECTIVE JUROR:**

You have been selected as a prospective juror in the case of <u>United States of America v. Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter</u>. Those selected as members of the jury will live at home and have their evenings and weekends free to themselves. Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury. The purpose of this questionnaire is to save time and avoid jurors having to sit and wait before they answer these or similar questions in person. After

a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, not accessible to the public or the media. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Each of the defendants has been charged by the United States with violating certain federal laws between 2003 and 2005. The government alleges that the defendants belonged to an organization in which they agreed to work together to possess and distribute drugs. Each defendant asserts that he is innocent of the charges. A more detailed description of the charges will be given at the beginning of the trial. The trial is expected to last until approximately the second week in January 2007. There will be breaks in the trial for the Thanksgiving and Christmas Holidays. This questionnaire is being distributed to you to assist the Court in selecting a jury to hear this case and for determining your availability to serve as a juror.

The only purpose of this questionnaire is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case. Your full written answers will save all the parties, the Court, and yourself, a great deal of time. Please do not discuss with anyone any question or answer you give on this questionnaire. You are expected to sign the questionnaire, using only your juror number, your answers will have the effect of a statement under oath. Your answers to these questions will only be used in court.

Please answer each question below as completely and accurately as you reasonably can. Do keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a

question because you do not understand it, write "Do not understand" in the space after the question.
If you cannot answer a question because you do not know the answer, write "Do not know" in the
space after the question.  If you need extra space to answer any question, please use the extra blank
sheets of paper included at the end of the questionnaire.  Be sure to indicate on the blank page the
number of the question you are answering.  Please write or print legibly using a black or blue pen.
If your answers are illegible, you may be required to re-copy your answers.   Do not write anything
on the back of any page.

When the jury selection process begins in court, you may be asked some follow-up questions
based on one or more of your answers to the questionnaire.  Please understand that if there is any
personal or confidential information that you wish to discuss privately with the Court and counsel,
you will have an opportunity to do so in the oral questioning once the selection process begins.

In addition, now that you are a prospective juror, you MUST follow the instructions listed
below until you have been excused from further service in this case.

**DO NOT** read anything whatsoever about this case.
Please avoid any newspaper accounts that may relate
to this case including articles relating to crime in
the District of Columbia.

**DO NOT** read or listen to any news accounts whether
in a newspaper, on the television, or on the radio
concerning this case or about any of the defendants,
Antoine Jones, Adrian Jackson, Michael Huggins,
Kevin Holland, and Kirk Carter.

**DO NOT** at any time discuss this case with anyone,
including your friends, family members, or other
members of this jury panel.

**DO NOT** let anyone, including friends, family
members, court personnel, parties in this case, or

persons involved in the case, talk to your about your views or any aspect of this case except officially in the courtroom.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to the Court and the parties.

_____
ELLEN S. HUVELLE
United States District Judge

Juror No.:_____

## I. PRELIMINARY MATTERS

1.  The trial in this case may last until the second week of January 2007.  The jury will
    generally sit Monday through Friday from 9:30 a.m. to 5:00 p.m.  If selected as a juror is
    there any  reason why you would be unable to serve?  If yes, please explain:

    _____
    _____
    _____

2.  Do you have any medical condition that would make it difficult for you to serve as a juror?

    _____ Yes      _____ No

    If yes, please explain:_____
    _____
    _____

3.  Are you currently taking any medication on a regular basis which would interfere with your
    ability to serve as a juror in this case?  If yes, please explain and state the name of the
    medication.

    _____
    _____

4.  Does any member of your household have any chronic or major health problem(s)?  If yes,
    please explain.

    _____
    _____

5.  Prior to today, have you asked to be excused from this jury panel?   If yes, on what basis?

    _____
    _____

6.  What is the condition of your hearing?
    ____    No problems at all
    ____    Have difficulty hearing
    ____    Have problems, but they are corrected with a hearing aid.

7.  What is the condition of your eyesight?
    ____    No problems at all
    ____    Have difficulty seeing
    ____    Have problems, but they are corrected by glasses or contact lenses.

1

Juror No.:_____

8.      Do you read, speak and understand English?
\_\_\_\_    Yes
\_\_\_\_    With difficulty
\_\_\_\_    No

9.      Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?  If yes, please explain.

_____
_____
_____

9a.    Will your employer continue to pay your salary if you are selected to serve of this jury ?

_____ yes      _____no      _____ not sure

10.    Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?  If yes, please explain.

_____
_____

11.    Is there anything about you that you think the Court should know which you think might influence your ability to sit as a juror in this case?  If yes, please explain.

_____
_____
_____

12.    Is there any particular reason why you **would <u>not</u>** want to sit as a juror in this case? If yes, please explain.

_____
_____
_____

13.    Is there any particular reason why you **would** want to sit as a juror in this case?  If yes, please explain.

_____
_____
_____

2

Juror No.:_____

## II.    BACKGROUND

14.    What is your age and date of birth?_____dob:_____

15.    Place of Birth: _____
                    (City)                    (State)                    (Country)

16.    What is your gender and race or ethnic background?

_____ Asian                    _____ Male
_____ Black/African-American   _____ Female
_____ Hispanic/Latino
_____ Native American
_____ White/Caucasian
_____ Other _____
              (please specify)

17.    What is your current marital status? (Check all that apply.)

_____ Single                    _____ Divorced
_____ Married ____ years        _____ Divorced and remarried
_____ Living with someone       _____ Widowed
_____ Separated

## III. RESIDENCE

18.    How long have you lived at your current address? _____

19.    What ward of the city do you live in? _____

20.    What is your neighborhood called?    (e.g. Shaw, Adams Morgan, Georgetown)
        _____

21.    How long have you lived in Washington?_____

22.    Which of the following best describes your type of residence?

_____Own home                  _____ Rental apartment
_____Own apartment/condo       _____ Live with relative or friend
_____Rental house              _____ Other (please specify): _____

23.    In what other cities, towns, or areas have you maintained your residence and when did you

3

Juror No.:_____

live there?  (Please note if these places are in another state or country.)

_____
_____
_____

24.    How many people live in your household?    _____

25.    If persons other than your spouse and children live with you, please describe the relationship
to you, if any:_____
_____

## IV. EDUCATION

26.    Please check the level of education for you and your spouse or significant other.

|  |  | You | Spouse/Significant Other |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| (c) | High school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate degree | _____ | _____ |

27.    If you attended high school in Washington, D.C., what high school(s) did you attend?

_____
_____

28.    If you attended college or graduate school anywhere, what college(s) or school(s) did you
attend, what did you study, and what degree or certificate did you receive?

| College or School | Area of Study | Degree or Certificate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

29.    Do you plan to attend school in the future?  If yes, what do you plan to study?

_____

30.    Describe any special training or skills that you have.

_____

4

Juror No.:_____

_____
_____

31.    Are you attending school now?

_____ Yes        _____ No

32.    Have you, any members of your family, or any close friends ever attended law school, taken paralegal course work, participated in a clinical program involving criminal law issues, or received any other type of legal training?  If yes, please describe.

_____
_____
_____

## V. EMPLOYMENT

33.    What is your occupational status?  (Check all that apply.)

| | |
|---|---|
| _____ Work full-time outside the home | _____ Student |
| _____ Work part-time outside the home | _____ Retired |
| _____ Full-time homemaker | _____ Disabled |
| _____ Homemaker with part-time employment | _____ Other: _____ |
| _____ Unemployed | _____ |

34.    Without giving your place of employment, please state your current occupation.

_____

34a.    Check  the following category that best describes your employer :

| | |
|---|---|
| _____ Federal government agency | _____ Private, for-profit organization |
| _____ State government agency | _____ Private, not-for-profit organization |
| _____ County government agency | _____ Self employed |
| _____ City government agency | _____ Other: _____ |

35.    Describe what you do:  _____
_____

36.    How long have you worked there?  _____

(a)    How are you paid? (circle appropriate choice): Salary   Hourly   Commission.

5

Juror No.:_____

37.     List your previous three jobs, beginning with the most recent.

Type of Employment          Position       Dates            Reason for Leaving

a._____

b._____

c._____

38.     What is your spouse/partner's occupational status?  (Check all that apply.)
        _____ Work full-time outside the home          _____ Student
        _____ Work part-time outside the home          _____ Retired
        _____ Full-time homemaker                       _____ Disabled
        _____ Homemaker with part-time employment       _____ Other: _____
        _____ Unemployed                                _____

38a.    Check  the following category that best describes your spouse/partner's employer :

        _____ Federal government agency       _____ Private, for profit organization
        _____ State government agency         _____ Private, not-for-profit organization
        _____ County government agency        _____ Self employed
        _____ City government agency          _____ Other: _____

39.     Without giving the place of employment, what is your spouse/partner's current
        occupation/job title?
        _____

40.     Please describe the nature of his/her job: _____
        _____

41.     What kind of work did he/she do in the past? _____
        _____
        _____
        _____

42.     Have you, any members of your family, or any close friends ever been employed by a lawyer
        or a law firm, worked in a courthouse, been a paralegal, served as a legal secretary, or
        performed legal investigative work?  If yes, please describe.
        _____

6

Juror No.:_____

_____

43.   Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the following (check as many as apply for each category):

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| F.B.I. | ____ | ____ | ____ | _____ |
| U.S. Attorney | ____ | ____ | ____ | _____ |
| District Attorney or Assistant District Attorney | ____ | ____ | ____ | _____ |
| Internal Revenue Service | ____ | ____ | ____ | _____ |
| Drug Enforcement Administration | ____ | ____ | ____ | _____ |
| Central Intelligence Agency | ____ | ____ | ____ | _____ |
| National Security Agency | ____ | ____ | ____ | _____ |
| Department of Justice | ____ | ____ | ____ | _____ |
| Military Police | ____ | ____ | ____ | _____ |
| Correctional Officer | ____ | ____ | ____ | _____ |
| Bureau of Prisons | ____ | ____ | ____ | _____ |
| Parole or Probation Office | ____ | ____ | ____ | _____ |
| State Trooper | ____ | ____ | ____ | _____ |
| Police Department | ____ | ____ | ____ | _____ |
| Sheriff's Department | ____ | ____ | ____ | _____ |
| U.S. Marshals Service | ____ | ____ | ____ | _____ |
| U.S. Secret Service | ____ | ____ | ____ | _____ |
| U.S. Customs Service | ____ | ____ | ____ | _____ |
| Montgomery County Police | ____ | ____ | ____ | _____ |
| P.G. County (MD) Police | ____ | ____ | ____ | _____ |
| Baltimore City Police | ____ | ____ | ____ | _____ |
| Baltimore County Police | ____ | ____ | ____ | _____ |
| Howard County Police | ____ | ____ | ____ | _____ |
| Anne Arundel County Police | ____ | ____ | ____ | _____ |
| Arlington County Police | ____ | ____ | ____ | _____ |
| Fairfax County Police | ____ | ____ | ____ | _____ |
| Prince William County Police | ____ | ____ | ____ | _____ |
| Alexandria City Police | ____ | ____ | ____ | _____ |
| Colonial Beach, VA Police | ____ | ____ | ____ | _____ |
| Federal Protection Service | ____ | ____ | ____ | _____ |

7

Juror No.:_____

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Bureau of Alcohol, Tobacco, and Firearms | ____ | ____ | ____ | _____ |
| Investigator or volunteer for a prosecutor | ____ | ____ | ____ | _____ |
| Investigator or volunteer for any law enforcement agency | ____ | ____ | ____ | _____ |
| INS | ____ | ____ | ____ | _____ |
| D.C. Metropolitan Police | ____ | ____ | ____ | _____ |
| U.S. Park Police | ____ | ____ | ____ | _____ |
| District of Columbia Office of the Attorney General/ Corporation Counsel | _____ | ____ | _____ | _____ |
| Other law enforcement or private security agency not listed | ____ | ____ | ____ | _____ |

If you checked any category above, state whether your experience affected your view of law enforcement and, if so, please explain:

_____
_____
_____
_____

44.    Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work, including, but not limited to (check as many as apply for each category):

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Criminal defense law firm | ____ | ____ | ____ | _____ |
| Public Defender Office | ____ | ____ | ____ | _____ |
| Paralegal for defense attorney in a law firm or public defender | ____ | ____ | ____ | _____ |
| Investigator/intern/law clerk for defense attorney in a law firm or public defender | ____ | ____ | ____ | _____ |

8

Juror No.:_____

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Any non-profit organization involving criminal law issues | ____ | ____ | ____ | _____ |
| Other criminal defense organization not listed above | ____ | ____ | ____ | _____ |

If you checked any category above, state whether your experience affected your view of the criminal justice system and, if so, please explain:

_____
_____
_____

45.    Do you have any relatives or close friends who are employed as probation officers, correctional officers, or in other positions connected with any penal institution, jail or penitentiary?

Yes _____                No_____

If yes, please explain:_____
_____

46.    Have you ever performed any volunteer work or served as an intern with any law firm, law enforcement agency, jail, court or any other criminal justice or legal group or organization?

Yes _____                No _____

If yes, please describe the nature of your work, the agency or organization and the years you served as a volunteer, or intern:

_____
_____
_____

## VI. MILITARY

47.    Have you ever been in the United States military (including the military reserves, National Guard or ROTC)?

9

Juror No.:_____

_____ Yes     _____ No

48.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial?

_____ Yes     _____ No

If yes, please explain your involvement._____
_____
_____

48a.   Did you ever work in any capacity for the Office of the Judge Advocate General?

_____ Yes     _____ No

If yes, please explain your involvement._____
_____
_____

## VII. LAW ENFORCEMENT OR LEGAL CONTACTS

49.    Do you or a close friend or family member belong to any group or organization that is active in political, law enforcement, crime victim prevention or rehabilitative matters? (i.e. Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Narcotics Anonymous, Fraternal Order of Police, Crimewatch, Crime Stoppers, Orange Hats, Parents Against Minimum Mandatory Sentences, crime victim or related groups, etc.)

_____Yes     _____No

If yes, please describe.
_____
_____

50.    Have you, any member of your family, or any close personal friend had any experiences (good or bad, i.e. filing complaints, writing letter of commendation, lawsuits ) with any law enforcement agency or the government that might cause you to favor or disfavor the government or law enforcement? If yes, please explain.
_____
_____
_____

10

Juror No.:_____

51.     Overall, what are your views concerning law enforcement agencies?
        _____
        _____
        _____


52.     Do you know any lawyers, prosecutors or judges?  _____Yes  _____No

        If yes, who?
        _____
        _____
        _____


53.     Have you, a member of your family or a close friend ever had a good or unpleasant
        experience with a lawyer (civil lawyer, prosecutor, criminal defense attorney or other
        members of the bar)? _____. If yes, please explain your answer.
        _____
        _____
        _____


54.     Would you give  law enforcement officers (MPD, FBI, DEA agents *etc.)* who testify as
        witnesses in this  case,  more credibility, less credibility, or the same credibility as any other
        witness?

        _____ More credibility
        _____ Less credibility
        _____  Same credibility

        Please explain. _____
        _____
        _____


55.     What is the first thing you think of when you think of a prosecutor?
        _____
        _____
        _____


56.     What is the first thing you think of when you think of a defense attorney?
        _____
        _____
        _____


57.     Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, or

11

Juror No.:_____

Assistant U.S. Attorneys, or any other type of prosecutor?

_____ Yes    _____ No

If yes, please
explain:_____
_____

58.    Do you know any Public Defender Service Attorneys, Federal Public Defenders, Legal Aid
       Lawyers, "CJA" Attorneys, private criminal defense attorneys or any other attorney who
       practices criminal defense?

       _____ Yes    _____ No

       If yes, please explain:_____
       _____

59.    Have you, or has anyone in your family, ever sued or been sued by anyone?

       ___ Sued    ___ Been sued    ___ No

       If sued or been sued, please explain the nature of the lawsuit:
       _____
       _____

60.    What is your opinion regarding the effectiveness of the criminal justice (court) system?

       ___ It is working very well
       ___ It is working adequately
       ___ It is not working well at all

       Please explain: _____
       _____
       _____

61.    Have you ever called the police to report criminal activity?

       _____ Yes    _____ No

       If yes, please explain: _____
       _____
       _____

12

Juror No.:_____

62.    Have you, any members of your family, or any close friends ever:

|  |  | Self | Family Member | Close Friend |
|---|---|---|---|---|
| (a) | Been accused of a crime? | _____ | _____ | _____ |
| (b) | Been arrested and/or convicted of a crime? | _____ | _____ | _____ |
| (c) | Been a victim of crime? | _____ | _____ | _____ |
| (d) | Been a witness to crime? | _____ | _____ | _____ |
| (e) | Testified in court or before a grand jury as a witness to a crime? | _____ | _____ | _____ |
| (f) | Had to appear in court for any reason? | _____ | _____ | _____ |

The Court or counsel may follow up orally on this question at a later point in the jury selection process.

## VIII.   DRUGS AND DRUG USE

63.    Have you, your spouse/partner, any other family member or close personal friend, ever been an employee or a volunteer with any type of drug or alcohol treatment program?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

64.   Have you, your spouse/partner, any other family member or close personal friend, ever participated in any type of drug awareness or drug education program?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

65.    Do you or any member of your immediate family or close personal friend belong to any

13

Juror No.:_____

church, group or other organization that is actively working to stop the sale or use of illegal drugs?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

66a.    Have you, your spouse/partner, any other family member or close personal friend, ever been an inpatient, out-patient or received any other type of counseling or treatment from any type of drug or alcohol rehabilitation program, including Alcoholic Anonymous, Narcotic Anonymous, etc.?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

66.    Do you know anyone who has been addicted to drugs or alcohol but who has not sought treatment?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

67.    Do you know anyone who has suffered medical, emotional or other problems as a result of drug abuse?

_____ Yes    _____ No

If yes, please explain: _____
_____
_____

68.    How serious a problem is the sale and use of illegal drugs in your neighborhood?  Would you say very serious, somewhat serious, or not serious at all? (Check one):

____ Very serious

14

Juror No.:_____

___ Somewhat serious
___ Not at all serious

Please explain: _____

_____

69.    Do you have any opinion as to whether certain drugs that are now illegal should be legalized?  If yes, please explain.

_____
_____
_____

70.    As a result of any personal, family, or other experience, or any religious or moral belief or conviction, have you formed any opinion about persons who traffic in illegal drugs or narcotics?

_____ Yes        _____ No        _____ Not sure

Please explain.

_____
_____


## VIII. JURY SERVICE AND THE LAW


71.    Have you ever served on a jury?        _____Yes        _____No

If yes, please answer the following questions:

a.    If you have been a juror in the past, please provide the following information.

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached (Yes or No) |
|------|-------------------|-------------------------|------------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice system?        ____ Yes        ____ No

15

Juror No.:_____

Please explain: _____

_____

    c.     Did the judge or prosecutor or anyone else comment on your verdict?

Please explain:_____

_____

72.    Is there is anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?

    \_\_\_\_\_ Yes               \_\_\_\_\_ No

Please explain:_____

                 _____

73.    Are you acquainted with any other prospective juror in this case?
If so, please indicate who. (By juror number)

_____

74.    Have you ever served as a jury foreman?   _____Yes  _____No

If yes, how many times?  _____

75.    Have you ever served on a grand jury?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If yes, please state when, where and for how long you served on a grand jury:

_____

_____

_____

76.    When you feel you are correct, will you still listen to the arguments of others who do not agree with you?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If yes, are you sometimes persuaded to change your position?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

16

Juror No.:_____

## IX. PUBLICITY AND DISCUSSION

77.  Have you read, heard, or overheard anything concerning this case in the news media? Please explain.

_____

_____

78.  If you sit as a juror in this case, the judge will instruct you to avoid exposure to any media coverage or discussion about the case other than the evidence and argument that your hear in court.  Would you find it difficult to obey such an instruction?

_____ Yes          _____ No          _____ Maybe

Please explain:

_____

_____

79.  Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes          _____ No          _____ Maybe

If yes or maybe, please explain:_____

_____

80.  Some of the events to be described during the trial are alleged to have occurred at the following locations.  Please place a check mark next to each location to which you, a member of your family, or close personal friend have a significant connection.

_____5119 Barto Avenue, Suitland,  Maryland

_____ 10441 Crescent Park Way, Waldorf, Maryland

_____ 5703 Gloria Drive, Suitland, Maryland

_____ 9156 Piscataway Road, Clinton, Maryland

_____ 9508 Potomac Drive, Fort Washington, Maryland

17

Juror No.:_____

_____ 2504 Pomeroy Road SE, Washington, D.C.

_____ Club Levels, 10870 Moore Street, Washington, D.C.


## X ALLEGATIONS and TRIAL PROCEDURE

81.     This case involves alleged violations of conspiracy, narcotics, and firearms laws.  Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?

_____ Yes          _____ No          _____ Not Sure

Please explain:_____
_____
_____

82.     Do you agree or disagree with the Government's use of undercover informants to investigate illegal drug distribution in and around the District of Columbia?     (Circle one answer)

Strongly Agree          Agree          Disagree          Strongly Disagree          No Opinion

83.     Do you agree or disagree with the Government's use of electronic surveillance such as telephone "wiretaps", and body bugs to record the conversations of people alleged to be involved in illegal drug distribution in the District of Columbia?

Strongly Agree          Agree          Disagree          Strongly Disagree          No Opinion

84.     Do you agree or disagree with the Government's practice of offering "plea bargains" ( the offer of reduced prison sentences) to defendants charged with crimes in exchange for their testimony in court against others charged with the same crimes?

Strongly Agree          Agree          Disagree          Strongly Disagree          No Opinion

85.     Do you have any opinions about the government's use of witnesses who allegedly participated in some of the crimes charged in this indictment and who have entered into plea agreements with the government in exchange for their cooperation?

_____ Yes          _____ No          _____ Not Sure

Please explain:_____
_____

18

Juror No.:_____

_____

_____

86.   Have you, any family members, or friends ever received any training in the use of electronic surveillance technology ("wiretaps", "bodybugs", etc.)?

_____ Yes       _____ No

IF YES, Please explain.       _____

_____

87.   Some of the evidence in this case may be in the form of items seized during search warrants or testimony from undercover officers who investigated alleged criminal activity in an undercover capacity.  Do you have any personal feelings or opinions about these types of evidence or the investigative techniques used to obtain such evidence?  If so, please explain:

_____

_____

_____

Please explain:   _____

_____

88.   During the course of this trial, you will hear testimony about a substantial amount of trafficking in narcotics.  Will the testimony about a substantial amount of narcotics affect your ability to sit as a fair and impartial juror in this case?

_____ Yes       _____ No       _____ Not Sure

Please explain:   _____

_____

89.   If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

_____ Yes       _____ No       _____ Not Sure

19

Juror No.:_____

Please explain:    _____

_____

90.    Even though five (5) men are being tried together in this case, you will be instructed that you must consider the evidence offered against them on an individual basis.  That means that each one of these men, Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter, is entitled to have the charges against them considered by you as if each man were having a separate trial.  Do you believe you will have difficulty considering the evidence against each defendant individually?

Yes_____    No_____    Not Sure_____

91.    The indictment accuses the defendants, either alone or with others of numerous violations of the criminal laws.  The charges include allegations that the defendants engaged in a conspiracy to possess and distribute drugs and that one of them violated federal firearms laws.  At all stages, each defendant is presumed to be innocent of every charge.  You will be instructed to return a separate verdict as to each defendant on every offense with which he is charged.

(b)    Do you think you would be able to make a decision on each separate count in the indictment as though it were the only offense you had to decide without considering any of the other charges ?

(    ) Yes            (    ) No

(c)    Do you think you would be able to make a decision on a particular charge against one defendant without considering the charges against any other defendant?

(    ) Yes            (    ) No

(d)    Do you think you would be able to make a decision on every charge against each defendant without considering any of the other charges?

(    ) Yes            (    ) No

XI.    SOCIOLOGICAL CONSIDERATIONS

20

Juror No.:_____

92.   Have you had any experience, positive or negative, involving a person whose race, gender, nationality, or religion is different than yours which may affect your ability to be a fair and impartial juror in this case? If yes, please explain:

_____
_____
_____

93.   Is there any racial or ethnic group that you do not feel comfortable being around?

_____Yes          _____No          _____ Not Sure

Please explain:_____
_____
_____
_____

## XII. GUN CONSIDERATIONS

94.   Have you or any member of your family ever belonged to any kind of anti-gun or pro-gun club or organization, such as the National Rifle Association (NRA)?

_____Yes          _____No

If yes, please explain.

_____
_____

95.   Do you have any feelings about gun control?

_____Yes          _____ No

Please explain.

_____
_____
_____

96.   Do you or any members of your immediate family have strong opinions or beliefs against the use and possession of handguns and ammunition?

21

Juror No.:_____

_____Yes  _____ No

If yes, please explain.

_____
_____
_____

## XIII. MENTAL HEALTH ISSUES and OPINIONS

97.    Have you, for any reason, sought counseling, treatment or consultation with any mental health professionals?

Yes ___                No ___

If YES, please explain:_____

_____

98.    Has anyone recommended that you receive counseling or treatment from any mental health professional?

Yes ___                No ____

If YES, please describe:_____

_____.

99.    Have you ever received in-patient treatment for any type of mental or psychiatric condition or as treatment for alcoholism or drug abuse?

Yes ___                No ____

If YES, please describe:_____

100.   Have you ever taken any prescription drug or other medication to alleviate the symptoms of any type of nervous, behavioral or mental health condition?

Yes ____                No ____

If YES, please describe:_____

_____.

22

Juror No.:_____

## XIV.  CONTACT WITH PARTIES AND WITNESSES

101.    The five defendants at trial are:

Antoine Jones
Adrian Jackson
Michael Huggins
Kevin Holland
Kirk Carter

Do you know or have you had contact with any of  the individuals named as a defendant?
If yes, please explain:_____
_____

102.    In this case, the government will be represented by two (2) Assistant United States Attorneys.
They work at 555 4th Street, NW, Washington, D.C., 20001.  Do you know or have you had
contact with either of the individuals named below?

Assistant United States Attorney Rachel Carlson Lieber
Assistant United States Attorney John V. Geise

If yes, please explain.

_____
_____
_____

103.    The five defendants in this case are represented by individual lawyers.  Do you know or have
you ever had any contact, whether social or professional, with any of the following attorneys
(Please circle name):

Eduardo Balarezo, Esq.              400 5th Street N.W.
                                    Washington, DC


Jon Norris, Esq.                    641 Indiana Avenue N.W.
                                    Washington, DC


Rudy Acree, Esq.                    1211 Connecticut Avenue, N.W.
                                     Washington, DC

23

Juror No.:_____

Brian K. McDaniel, Esq.                 1211 Connecticut Avenue, N.W.
                                         Washington, DC

Charles Daum, Esq.                       736 5th Street N.E.
                                         Washington, DC

If yes, please indicate the period of time that you have known that person and the circumstances under which you know that person, e.g., socially, professionally, friend, acquaintance, etc.

_____
_____
_____

104.    Do you personally, or does any immediate family, or close friend, know or have any past or present connection (personal, business, or social) with Judge Ellen S. Huvelle?

            (    ) Yes            (    ) No

### XV   CONCLUSION

105.    If you are selected to serve as a juror on this case, would you be concerned about reactions to the verdict by:

Friends                     _____Yes   _____No

Relatives                   _____Yes   _____No

The media                   _____Yes   _____No

People in the community     _____Yes   _____No

If yes, what kind of concern(s) do you have?  Please explain:

_____
_____
_____
_____
_____

24

Juror No.:_____

106.   As a result of filling out this questionnaire, have you now formed an opinion about this case?

_____Yes   _____No

Please explain:

_____
_____
_____
_____

107.   Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____Yes   _____No   _____ Maybe

Please explain:

_____
_____
_____

108.   Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____Yes   _____No   _____ Maybe

Please explain:_____
_____
_____
_____

109.   Is there any matter you would prefer to discuss privately with the judge?

_____ Yes   _____ No

If yes, please explain:

_____
_____
_____

110.   Please indicate here the numbers of the question or questions that concern you:

_____

25

Juror No.:_____

_____

_____

111.    Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?

_____ Yes    _____ No

Please explain:_____

_____

_____

**SIGNATURE**

I, Juror No. _____, hereby declare under penalty of perjury that the foregoing answers set forth in this juror questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this jury questionnaire myself.

Executed in the District of Columbia, this _____ day of October, 2006.

_____

JUROR NUMBER

26

Juror No.:_____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE

QUESTIONS.  **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE**

**ANSWERING:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No.:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

28

Juror No.:_____

## POSSIBLE WITNESSES

Set forth below is a list of people who will either be witnesses in this case or will be discussed during trial.  Please review the list of names and circle any names that you recognize or know.

**TO BE SUPPLIED**

29