UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| also known as "Toine," | : | |
| ADRIAN JACKSON, | : | |
| MICHAEL HUGGINS, | : | |
| KEVIN HOLLAND, and | : | |
| KIRK CARTER | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING

Comes now the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, Rachel Carlson Lieber and John V. Geise, Assistant United States Attorneys, and says as follows.

At the hearing in this matter held on Monday August 14, 2006, the Court requested that the United States prepare two draft orders. The proposed orders are attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
JOHN V. GEISE
Assistant United States Attorney
D.C. Bar No. 358-267
555 4th St. N.W. Room 4126
Washington, D.C. 20530
(202) 616-9156