# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No. 05-386 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTOINE JONES et. al** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

      Pending before the Court is the United States' "Motion for a Protective Order Pursuant to Fed.R.Crim.P. 16(d)(1)",  Docket Number 137.  This motion is unopposed. The Court has considered the government's motion and the related sealed affidavit of Special Agent Stephanie E. Yanta of the Federal Bureau of Investigation.  The government's request deals with several modest redactions from documents that have been produced by the government under Federal Rule of Criminal Procedure 16.  The Court finds that the redactions in no way impair the ability of defendants to understand or utilize these documents.  The redactions do, however, excise information that might lead to the identification of informants or reveal ongoing investigations.

      The Court therefore this _____ day of August, 2006,  grants the United State's Motion for a Protective Order.

_____
ELLEN SEGAL HUVELLE
United States District Judge