UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0386 (ESH) |
| ) | |
| ANTOINE JONES, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based on the evidentiary hearing held on August 14, 2006, and for the reasons stated in open court, it is hereby **ORDERED** that:

1) The government's motion [# 141] to admit evidence of other crimes pursuant to Federal Rule of Evidence 404(b) is **GRANTED**, but the Court will reserve ruling on the government's Rule 609 motion.

2) Defendant Jones' motion [# 155] to discover the identities of each confidential informant is **GRANTED IN PART**, and the government shall disclose the identity of all testifying witnesses and provide all *Giglio* information to defendants on or before September 29, 2006.

3) Defendant Jones' motion [# 147] for a bill of particulars is **GRANTED IN PART**, as to the first request in accordance with paragraph 2 above, and **DENIED IN PART** as moot with respect to the remaining requests because the government has agreed to provide the requested information.

4)   The parties shall file an amended joint *voir dire* by September 11, 2006.

*[signature: Ellen S Huvelle]*

ELLEN SEGAL HUVELLE
United States District Judge

August 15, 2006