UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
)
)
)
v.   )   Criminal No. 05-0386 (ESH)
)
ANTOINE JONES, et al.,   )
)
    Defendant.   )
)

## ORDER

Any objection to the joint voir dire filed by the government on September 29, 2006, must be filed by October 10, 2006.

The Court has decided to proceed with four alternates and to reduce the number of peremptory strikes. Accordingly, the Court amends its order dated June 27, 2006, to provide that each side shall have four strikes for alternates and that the number of peremptory strikes will be reduced to twelve for the defendants and seven for the government.

The voir dire will commence at 9:30 a.m., in the Ceremonial Courtroom, on October 16, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

October 3, 2006