UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1)(ESH) |
| | : | |
| ANTOINE JONES | | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS INDICTMENT

The government, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully opposes the defendant's motion to dismiss the indictment. In support of this opposition, the government relies on the following points and authorities.

On September 30, 2004, Grand Jury 04-1, of the United States District Court for the District of Columbia, was sworn in for a term of 18 months, expiring March 30, 2006. On October 25, 2005, the United States of America presented evidence in what was to become case number 05-386 (ESH), United States v. Antoine Jones, et. al. Later that same day, the grand jury returned their initial indictment charging Jones and others with one count of Narcotics Conspiracy, in violation of 21 U.S.C. § 846. The investigation continued.

Shortly before the grand jury expired, the United States Attorney's Office petitioned Chief Judge Thomas F. Hogan for permission to extend Grand Jury 04-1 until September 30, 2004, for a number of investigations that were under way. The Jones investigation was erroneously omitted from that written request. On February 27, 2005, Chief Judge Hogan ordered that Grand Jury 04-1 be extended. Then, on June 21, 2006, the U.S. Attorney's Office filed a subsequent request to add the Jones investigation to that list. That same day, Chief Judge Hogan authorized this extension specifically for the Jones investigation through September 30, 2006.

WHEREFORE, the United States respectfully requests that the Defendant's Motion to Dismiss the Indictment be DENIED.

Respectfully submitted,

_____
Jeffrey Taylor
United States Attorney
DC Bar No.


_____
Rachel Carlson Lieber
Assistant United States Attorney
DC Bar No. 456-491
555 4th Street, N.W., Room 4820
Washington, DC 20530
(202) 353-8055
Rachel.lieber@usdoj.gov