# ATTACHMENT A

# WILL BE ENTERED

# WITH THE COURT

# AS A SEALED DOCUMENT

# US V. ANTOINE JOINES, ET AL.

# CASE #: 05-386