UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

**MOTION TO RECESS ON FRIDAYS DURING TRIAL**

Attorney A. Eduardo Balarezo respectfully moves the Honorable Court to recess on Fridays during trial. In support of this motion, counsel states as follows:

1. Trial in this matter is scheduled to begin on October 16, 2006, and is scheduled to last until early January. The Court has previously indicated that trial will be held five days per week, with the exception of specific days on which the Court will not sit.

2. As the Court may be aware, undersigned counsel and most, if not all, of defense counsel are solo practitioners with busy court schedules. Undersigned counsel has attempted to clear his calendar as much as possible during the trial period. However, in order to maintain a viable practice, counsel must nevertheless attend to other cases and clients.

3. As a result of the Court's directive that trial will be held five days per week, from 9:30 to 4:30, counsel will be unable to appear on behalf of other clients before other courts. Upon information and belief, undersigned counsel understands that other defense counsel face this same situation.

4. In order to avoid severe scheduling conflicts, undersigned counsel, respectfully requests the Court to recess trial during Fridays so that the various lawyers may be able to attend to their other matters on that day and avoid inconveniencing the Court.

**WHEREFORE**, for the foregoing reasons undersigned respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
October 5, 2006                     Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**


                                    By: _____
                                        A. Eduardo Balarezo (Bar # 462659)
                                        400 Fifth Street, NW
                                        Suite 300
                                        Washington, DC  20001
                                        (202) 639-0999

                                        *Counsel for Antoine Jones*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October 2006, I caused a true and correct copy of the foregoing Motion to Recess on Fridays During Trial to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo