**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 05-CR-386(1) (ESH)** |
| : | |
| **ANTOINE JONES** : | |

## O R D E R

Upon consideration of Attorney A. Eduardo Balarezo's Motion to Recess on Fridays During Trial, it is this ___ day of_____ 2006, hereby

**ORDERED**, that the Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that trial in this matter shall be held from Monday through Thursday with the exception of the dates on which the Court has previously noted it will not be in session.

   .

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**