UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

## ADDITIONAL REQUEST FOR JOINT VOIR DIRE QUESTIONS

Defendant Antoine Jones, by and through undersigned counsel, hereby submits his additional requests for the Joint Proposed Voir Dire filed on September 29, 2006.  In making these requests, Jones refers to the Joint Proposed Voir Dire filed on September 25, 2006 (September 25 JPVD; docketed as filing # 191) and states as follows:

Jones respectfully requests that the Court inquire of the venire persons as noted in questions 44, 45, 46, 52, 57, 70, 77, 78, 80 and 81 of the September 25 JPVD.

**WHEREFORE**, for the foregoing reasons undersigned respectfully requests that the aforementioned questions be included in the Voir Dire questionnaire.

Dated: Washington, DC
October 9, 2006                     Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Counsel for Antoine Jones*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October 2006, I caused a true and correct copy of the foregoing Additional Request for Joint Voir Dire Questions to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo