UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

### DEFENDANT'S MOTION FOR A SHAVE AND HAIRCUT

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for an order directing the Warden of the Central Detention Facility (District of Columbia Jail) to provide Mr. Jones with a haircut and daily shave prior to and during his upcoming trial. In support of this motion, Mr. Jones states as follows:

1. Mr. Jones is currently held without bond at the D.C. Jail pending trial in this case, which is scheduled to begin next week. As such, Mr. Jones does not have the independent ability to shave or to get a haircut as needed to maintain his personal grooming standards.

2. Mr. Jones desires to appear before the jury neatly groomed and not in a disheveled manner.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Mr. Jones respectfully requests that the Court issue an Order directing the Warden of the Central Detention Facility (D.C. Jail) to provide Mr. Jones a haircut and daily shave while his trial is ongoing.

Dated: Washington, DC
      October 10, 2006                  Respectfully submitted,

                              **LAW OFFICE OF A. EDUARDO BALAREZO**

                      By:
                          _____
                          A. Eduardo Balarezo (Bar # 462659)
                          400 Fifth Street, NW
                          Suite 300
                          Washington, DC  20001
                          (202) 639-0999

                          *Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October 2006, I caused a true and correct copy of the foregoing Defendant Jones' Motion for a Shave and a Haircut to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo