UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Case No. 05-CR-386(1) (ESH) |
| : | |
| **ANTOINE JONES** : | |

### ORDER

Upon consideration of Defendant's Motion for a Shave and a Haircut, it is this \_\_\_ day of _____ 2006, hereby

**ORDERED,** that defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Warden of the Central Detention Facility (D.C. Jail) is hereby directed to provide Inmate Antoine Jones, DCDC # 241912, access to a haircut and a daily shave beginning October 13, 2006, and continuing day to day until the trial in this matter is completed.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:

Warden
Central Detention Facility
1901 D Street, SE
Washington, DC  20003

The Parties in this case (via ECF)