UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                             :
v.                           :     Case No. 05-CR-386(1) (ESH)
                             :
ANTOINE JONES                :

### ORDER

Upon consideration of Defendant's Motion for a Shave and a Haircut, it is this _10_ day of _October_ 2006, hereby

**ORDERED**, that defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Warden of the Central Detention Facility (D.C. Jail) is hereby directed to provide Inmate Antoine Jones, DCDC # 241912, access to a haircut and a daily shave beginning October 13, 2006, and continuing day to day until the trial in this matter is completed.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:

Warden
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

The Parties in this case (via ECF)