UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

**O R D E R**

Upon consideration of Defendant Jones' Motion in Limine to Exclude Evidence of I.C.E. Investigation, it is this ___ day of _____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**