UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

## MOTION FOR LEAVE TO FILE
## DEFENDANT'S PRO SE MOTION TO RECONSIDER

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to file the attached pro se document styled "Defendant Jones' Renewal Pre-/Trial Motion." In support of this motion, undersigned counsel states as follows:

1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court has denied.[1]

2. Jones desires have the attached motion filed with the Court. His Motion appears to request the following:

    a. change of venue;

    b. reconsideration of denial of hearing on pre-trial motions;

    c. reconsideration of denial of motion to suppress evidence obtained from the pen registers;

    d. reconsideration of denial of motion to suppress evidence obtained from GPS tracker;

---

[1] The Court granted in part Jones' motion to suppress evidence obtained from the GPS Tracker.

      e. reconsideration of denial of motion to suppress evidence obtained from text messages;

      f. reconsideration of denial of motion to suppress evidence obtained through electronic communications;

      g. reconsideration of denial of motion to suppress evidence obtained from Moore Street;

      h. reconsideration of denial of motion to suppress evidence obtained from Levels Nightclub;

      i. reconsideration of granting of motion to admit Rule 404(b) evidence and renewed opposition to admission of Rule 609 evidence;

      j. motion regarding segregation without court order;

      k. motion alleging violation of Rule 16 by the government.

3. Counsel reviewed the Jones' motion and advised him generally regarding the merits of the motion. Nevertheless, Jones insists on filing the motion.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Jones respectfully requests leave of the Court to file the attached pro-se motion for reconsideration and other relief.

Dated: Washington, DC
October 14, 2006

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October 2006, I caused a true and correct copy of the foregoing Defendant's Motion for Leave to File Pro-Se Motion for Reconsideration to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo