UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           )
                                    )
                                    )
                                    )
v.                                  )   Criminal No. 05-0386 (ESH)
                                    )
ANTOINE JONES, et al.,              )
                                    )
        Defendants.                 )
_____)

## ORDER

Before the Court are the motions of defendants Antoine Jones and Adrian Jackson for recess on Fridays during trial. This trial involves five co-defendants and is anticipated to last several months. Given the trial's likely duration, the Court will not recess on Fridays. If the trial progresses more quickly than anticipated, the Court may be willing to revisit this determination. Accordingly, defendants' motions [#s 199 and 212] are hereby **DENIED** without prejudice.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 16, 2006