UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :
:
v.   :   Case No. 05-CR-386(1) (ESH)
:
ANTOINE JONES   :

## ORDER

Upon consideration of Defendant Jones' Motion for Leave to File Pro- Se Motion to Reconsider, it is this 16 day of October 2006, hereby

ORDERED, that the Defendant's Motion to File shall be and hereby is GRANTED. But the Motion to Reconsider is DENIED

E SHUCL
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE