UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| | : | |
| **ANTOINE JONES** | : | |
| **ADRIAN JACKSON** | : | |
| **MICHAEL HUGGINS** | : | |
| **KEVIN HOLLAND** | : | |

## O R D E R

**TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):**

The Defendants in this case (Antoine Jones, DCDC # 241912; Adrian Jackson, DCDC #_____; Michael Huggins, DCDC #_____; Kevin Holland, DCDC # _____) are currently in trial before this Court until January 2007.

It has been brought to the Court's attention that Defendants are provided a lunch sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the expected length of this trial, the Court is hereby directing the Warden to provide a greater variety of sandwiches to Defendants during the course of their trial.

Date:   October __, 2006

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**