UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 2 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Case No. 05-CR-386 (ESH)
                                  :
ANTOINE JONES                     :
ADRIAN JACKSON                    :
MICHAEL HUGGINS                   :
KEVIN HOLLAND                     :

**ORDER**

TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):

The Defendants in this case (Antoine Jones, DCDC # 241912; Adrian Jackson, DCDC # 307059; Michael Huggins, DCDC # 232589; Kevin Holland, DCDC # 265520) are currently in trial before this Court until January 2007.

It has been brought to the Court's attention that Defendants are provided a lunch sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the expected length of this trial, the Court is hereby directing the Warden to provide a greater variety of sandwiches to Defendants during the course of their trial.

Date:   October 27 2006

_/s/ Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE