**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| | : | |
| ANTOINE JONES | : | |
| ADRIAN JACKSON | : | |
| MICHAEL HUGGINS | : | |
| KEVIN HOLLAND | : | |

**DEFENDANTS MOTION DIRECTING MARSHAL'S SERVICE TO ALLOW INVESTIGATOR TO VISIT DEFENDANT IN COURTHOUSE CELLBLOCK**

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for an Order directing the United States Marshal's Service to allow defense investigator Mark Glick to visit Jones in the courthouse cellblock: In support of this motion, undersigned counsel states as follows:

1. Defendants are currently in trial before the Court. Trial is expected to last until January 2007.

2. Because Jones is in court everyday and returns to the jail late in the afternoon, it is difficult for defense investigator Mark Glick to visit with Jones to assist in his defense.

3. Investigator Glick wishes to be able to visit with Jones in the cellblock of the courthouse during the trial's lunch recess.

4. The defense understands that the Marshal's Service will not allow Investigator Glick to visit Jones without a court order.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Jones respectfully requests that his motion be GRANTED.

Dated: Washington, DC
      October 28, 2006                     Respectfully submitted,

                                             **LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of October 2006, I caused a true and correct copy of the foregoing Defendant's Motion for Order Directing Warden of DC Jail to Provide Greater Variety of Lunch to Defendants to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo