UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 05-CR-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

### O R D E R

Upon consideration of Defendant Antoine Jones' Motion for Order Directing United States Marshal's Service to Allow Investigator to Visit Defendant in Courthouse Cellblock, it is hereby this ___ day of October 2006

**ORDERED**, that this Motion is **GRANTED**; and it is further

**ORDERED**, that the United States Marshal for the United States District Court for the District of Columbia shall grant authorization for defense investigator Mark Glick to meet with Defendant Antoine Jones in the Courthouse cellblock and provide appropriate facilities for said meeting.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**