UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :
                               :
v.                             :       Case No. 05-CR-386(1) (ESH)
                               :
ANTOINE JONES                  :

### ORDER

Upon consideration of Defendant Jones' Motion in Limine to Exclude Evidence of I.C.E. Investigation, it is this 23 day of October 2006, hereby

ORDERED, that the Defendant's Motion shall be and hereby is ~~GRANTED~~ Denied.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE