UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 3 0 2006

UNITED STATES OF AMERICA :

v. : Case No. 05-CR-386 (ESH) NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES :

## ORDER

Upon consideration of Defendant Antoine Jones' Motion for Order Directing United States Marshal's Service to Allow Investigator to Visit Defendant in Courthouse Cellblock, it is hereby this 30 day of October 2006,

ORDERED, that this Motion is ~~GRANTED~~ Denied; and it is further

~~ORDERED, that the United States Marshal for the United States District Court for the District of Columbia shall grant authorization for defense investigator Mark Glick to meet with Defendant Antoine Jones in the Courthouse cellblock and provide appropriate facilities for said meeting.~~

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE