UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

### DEFENDANT JONES' OBJECTIONS TO GOVERNMENT'S TIMELINE

     Defendant Antoine Jones, by and through undersigned counsel, hereby submits his objections to the Government's Timeline.  Specifically, Jones objects to any reference to persons not mentioned in testimony, such as, but not limited to, Gregory Hawkins or Pauline Spence.  Additionally, Jones objects to any reference to Steed Road.

     **WHEREFORE**, Jones respectfully requests that the Court prohibit the government from including these references in its timeline of events.

Dated: Washington, DC
       October 19, 2006          Respectfully submitted,

                                     **LAW OFFICE OF A. EDUARDO BALAREZO**

                                     By: _____
                                        A. Eduardo Balarezo (Bar # 462659)
                                        400 Fifth Street, NW
                                        Suite 300
                                        Washington, DC  20001
                                        (202) 639-0999

                                       *Counsel for Antoine Jones*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November 2006, I caused a true and correct copy of the foregoing Additional Request for Joint Voir Dire Questions to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo