UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

**DEFENDANT JONES' AMENDED OBJECTIONS
TO GOVERNMENT'S TIMELINE SUMMARY**

Defendant Antoine Jones, by and through undersigned counsel, hereby submits the following objections to the Government's Timeline:

| **DATE** | **TIME** | **OBJECTION** |
|---|---|---|
| 9/2/05 | 5:52pm | Object to "Sam's," "City" and "Branch Avenue (59/60) |
| | 5:55pm | Object to "nearby" (62/68) |
| | 6:31pm | Object to "meets with" ((71) |
| | 7:27pm | Object to entire description – speakers agree to meet at Shell (93/96) |
| 9/3/05 | 9:07am | Object to "he's coming over" – speaker says he is "coming through earlier" (181) |
| | 9:18am | Object to entire description – speaker tells person answering to give him a call (188) |
| | 6:02pm | Object to entire description – person answering phone says he is "going to shoot on up there" (312) and caller then asks "you downstairs?" (324) |
| 9/5/05 | 3:28pm | Object to entire description – caller says "outside" (573) |
| | 3:54pm | Object to entire description – caller says "I'll holla at you" (580) |
| | 4:45pm | Object to "Jones will see her in the morning" – caller says "if I don't catch you, I'll catch you in the morning" (585) |

| Date | Time | Objection |
|---|---|---|
| 9/6/05 | 9:55am | Object to entire description – speakers indicate they will meet at "Chris'" (646) |
| | 11:30am | Object to "(Circuit City on Branch Ave) (668) |
| | 12:21pm | Object to "(Sam's Carwash on Branch)" (689) |
| | 1:03pm | Object to "they" (722) |
| | 10:48pm | Object to "code" (823) |
| | 11:55pm | Object to entire description – caller says "meet me at the door" (827) |
| 9/7/05 | 10:26am | Object to "has a ticket for her now" – caller says Lawrence "is going to call you" (846) |
| | 10:33am | Object to "and the money dispute continues" (848) |
| | 2:14pm | Object to "he is coming over" – caller says "I'll talk to you" (881) |
| | 4:24pm | Object to entire description – person answering says he is "over at the CVS" there is no mention of an agreement to meet anywhere (933) |
| | 9:04pm | Object to entire description – caller says "5 minutes" (1047) |
| | 9:47pm | Object to entire description – caller says will call in 30 minutes (1061) |
| | 9:50pm | Object to "agree to meet" – caller says "catch you" in the morning (1063) |
| 9/8/05 | 9:53am | Object to out of context summary (1116) |
| | 3:28pm | Object to out of context summary (1156) |
| | 3:32pm | Object to "her house" (1159) |
| | 8:48pm | Object to "Levels" – speaker says "club" |
| | 9:08pm | Object to entire description – caller says "I'll catch you in the morning" (1256) |
| | 9:08pm | Object to "arrives at Levels" – speaker says "downstairs" (1260) |

2

| | | |
|---|---|---|
| 9/9/05 | 8:21am | Object to "says he can meet Carter at his workplace in about 20 minutes" |
| | 10:10am | Object to "he'll be there in" (1351) |
| | 12:34pm | Object to entire description – call is to Deborah O'Neill (1394) |
| | 12:45pm | Object to "Levels" (1405) |
| | 12:58pm | Object to "they will meet instead at the Subway" (1411) |
| | 5:41pm | Object to "and agrees to meet at her house in a few minutes" – male voice says "I'm outside" (1470) |
| | 7:07pm | Object to "tells him to meet" (1481) |
| | 7:40pm | Object to "by Sam's Carwash" (1494) |

Jones submits that these objections are representative of his objections to the entire summary timeline. Thus, in the interest of time, has not listed each and every objection to subsequent calls.

**WHEREFORE**, Jones respectfully requests that the Court direct the government to accurately summarize the calls in its Timeline prior to admitting it into evidence.

Dated: Washington, DC
November 27, 2006          Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


By: _____
    A. Eduardo Balarezo (Bar # 462659)
    400 Fifth Street, NW
    Suite 300
    Washington, DC  20001
    (202) 639-0999

    *Counsel for Antoine Jones*

3

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 27th day of November 2006, I caused a true and correct copy of the foregoing Defendant Jones' Amended Objections to Government's Timeline Summary to be delivered to the parties in this matter via Electronic Case Filing (ECF).

                     _____
                     A. Eduardo Balarezo