UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 05-CR-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

**O R D E R**

Upon consideration of Defendant Antoine Jones' Motion for Instruction on Multiple Conspiracy, and any opposition thereto, it is hereby this ___ day of December 2006

**ORDERED**, that this Motion is **GRANTED**.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**