UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

## DEFENDANT JONES' MOTION FOR MODIFICATION OF CONDITIONS OF DETENTION

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves the Honorable Court to issue an Order directing the Warden, Central Detention Facility to restore Mr. Jones' visitation privileges. In support of this motion, Mr. Jones states as follows:

## BACKGROUND

1. The Court has ordered Mr. Jones held without bond since his presentment on October 25, 2005, over one year ago.

2. Mr. Jones's visitation has been strictly limited since he was placed has on total lockdown at the D.C. Jail on December 3, 2005. After previously litigating this issue, the Court Ordered that Mr. Jones' wife, Deniese Jones, be allowed to visit with him. However, his only son, Antoine Jones Jr., has not been able to visit his father for over a year.

3. As best as could be determined, Mr. Jones' visitation rights were curtailed at the request of the government. Upon information and belief, Mr. Jones has not been administratively sanctioned by the jail for any conduct violations.

4. Mr. Jones is requesting that the Court Order the Warden of the DC Jail to restore all of Mr. Jones' visitation rights, including non-family members. Counsel has spoken with AUSA Lieber, and she stated that she did not oppose Mr. Jones' son being allowed to visit

him. At the time of this filing, the government's position with respect to allowing others to visit is unknown.

     5.     Mr. Jones' conditions of confinement do not appear reasonably necessary to ensure internal security at the jail nor to effect his presence at trial, and there is no evidence that they are reasonably related to a legitimate governmental objective. The conditions appear to be solely punitive in nature and thus violate his due process rights.

     WHEREFORE, for the foregoing reasons Mr. Jones respectfully moves the Honorable Court to issue an Order directing the Warden, Central Detention Facility to restore Mr. Jones' visitation privileges.

Dated: Washington, DC
      December 12, 2006               Respectfully submitted,

                                  **LAW OFFICE OF A. EDUARDO BALAREZO**

                                  By: _____
                                      A. Eduardo Balarezo (Bar # 462659)
                                      400 Fifth Street, NW
                                      Suite 300
                                      Washington, DC  20001
                                      (202) 639-0999

                                      *Counsel for Antoine Jones*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 12th day of December 2006, I caused a true and correct copy of the foregoing Defendant Jones' Motion for Modification of Conditions of Confinement to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo