## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 05-CR-386(1) (ESH) |
| : | |
| ANTOINE JONES : | |

## ORDER

Upon consideration of Defendant Jones' Motion for Modification of Conditions of Confinement, any opposition thereto, and in the interest of justice, it is hereby this __ day of _____;

**ORDERED,** that Defendant Jones' Motion is **GRANTED;** and it is further

**ORDERED,** that the Warden of the Central Detention Facility (D.C. Jail) allow social visits to Defendant Antoine Jones (DCDC # 241912) by his son, Antoine Jones, Jr.; and it is further

**ORDERED**, that the Warden of the Central Detention Facility (D.C. Jail) allow regular social visits to Mr. Jones, provided the visitors meet the Central Detention Facility's criteria for social visits.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**