**FILED**

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
    v.                          :       Case No. 05-CR-386(1) (ESH)
                               :
ANTOINE JONES                  :

### ORDER

    Upon consideration of Defendant Jones' Motion for Modification of Conditions of Confinement, any opposition thereto, and in the interest of justice, it is hereby this 12th day of December 2006.

    **ORDERED,** that Defendant Jones' Motion is **GRANTED;** and it is further

    **ORDERED,** that the Warden of the Central Detention Facility (D.C. Jail) allow social visits to Defendant Antoine Jones (DCDC # 241912) by his son, Antoine Jones, Jr.; and it is further

    **ORDERED,** that the Warden of the Central Detention Facility (D.C. Jail) allow regular social visits to Mr. Jones, provided the visitors meet the Central Detention Facility's criteria for social visits.

**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**