UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S.
vs.
Antione Jones, Et Al

Civil/Criminal No. 05-386-1

**FILED**

DEC 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Can the phone counts be charged seperate then count 1 (one) - conspiricy

Date: 12-13-06

Time: 11:45 Am

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S
vs.
Antwuan Jones

Civil/Criminal No. 05-386-1

FILED
DEC 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

1. Can we get a definition on Reasonable doubt.

2. Can we respond or ask question in court in response to the Judge answer to our question?

Date: 12-13-06

FOREPERSON

Time: 1:20 pm

CO-109A