UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

### DEFENDANT JONES' PROPOSED JURY INSTRUCTION AND SPECIAL VERDICT FORM REGARDING FORFEITURE ALLEGATION

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, hereby respectfully requests the Honorable Court, should he be found guilty of Count One of the indictment, to instruct[1] the Jury as follows with respect to the government's forfeiture allegation and to employ the attached special verdict form:

### PROPOSED INSTRUCTION

Members of the jury, you have reached a verdict that the defendant Antoine Jones is guilty of conspiracy to unlawfully possess with the intent to distribute and to distribute cocaine and cocaine base, as charged in Count One. You now have one more task to perform. I must ask you to render a special verdict concerning property the United States has alleged is subject to forfeiture by Antoine Jones to the United States. Forfeiture means the defendant loses any ownership or interest he has or claims to have in the property, as a part of the penalty for engaging in criminal activity. You need not concern yourself with any other person's interest in the property. I will take care of any such claims. Your only concern is with defendant Jones' interest in the property.

The government alleges that the property to be forfeited is a sum of money, $1,000,000.00 or an amount to be found by you, as the total that the defendant derived from

---

[1] This instruction was derived from the Model Jury Instructions, Criminal - 8th Circuit (2003)

proceeds of the defendant's drug offenses or were used or intended to be used by the defendant to facilitate the commission of the drug offense of which you have found him guilty.

Now, the question on your verdict sheet specifically asks you to determine a dollar amount of the money derived from proceeds of the defendant's drug offenses or were used or intended to be used by the defendant to facilitate the commission of the drug offense. If you find that the stated dollar amount of $1,000,000 was derived or used, you should check the "yes" answer for this question and ignore the next question. If you find that another amount was derived or used, you should mark "no" as the answer to question 1, and enter the amount you find in the blank space in question 2.

Property is subject to forfeiture if the United States has proven, by a preponderance of the evidence that:

*One*, the property constituted or was derived from any proceeds Antoine Jones obtained, directly or indirectly, as a result of the offense of which he has been found guilty, *or*

*Two*, the property was used or was intended to be used, in any manner or part, to commit or to facilitate the commission of an offense of which the defendant has been found guilty.

To prove something by the preponderance of the evidence is to prove that it is more likely true than not true. The decision is made by considering all of the evidence on the subject and deciding which evidence you believe. Each party is entitled to the benefit of all evidence received, regardless of who offered the evidence. Preponderance of the evidence is a lesser standard than proof beyond a reasonable doubt.

Let me explain what is meant by "proceeds" from the violation that are subject to forfeiture. Under the statute all money used to further a violation of the narcotics laws are subject to forfeiture, whether there was a profit involved or not. Thus, for example, if person X pays

$5,000 for a quantity of drugs and the drugs are seized before they can be sold there is no financial gain at all to X.  However, X would still be liable for a $5,000 forfeiture even though X made no money at all from the drugs and the $5,000 involved is no longer in X's hand but rather in the hands of X's supplier.

To be "derived" from something means that the money under consideration must have been formed or developed out of the original source so as to be directly descended from that source.

To "facilitate" the commission of an offense means to aid, promote, advance, or make easier, the commission of the act or acts constituting the offense.  There must be more than an incidental connection between the property and the offense for you to find that the property facilitated, or was intended to facilitate, the commission of the offense.  However, the property need not be indispensable to the commission of the offense, nor does the property have to have been used exclusively for the commission of the offense or as the exclusive means of committing the offense. Property used to facilitate an offense can be in virtually any form.

You may, but are not required to, find that property is subject to forfeiture if the United States has proven by a preponderance of the evidence that:

    a.    such property was acquired by the defendant during the period the defendant was committing the offense of which he has been found guilty or within a reasonable time after the commission of that offense, *and*

    b.    there was no likely source for such property other than the offenses for which the defendant has been found guilty.

All of my previous instructions given to you apply with respect to this special verdict.

A Special Verdict Form has been prepared for your use. With respect to the property, you are asked to determine unanimously whether it is to be forfeited to the United States.

You may answer by simply putting an "X" or a check mark in the space provided next to the words "yes" or "no." The foreperson must then sign and date the special verdict form.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Jones respectfully requests that the Honorable Court so instruct the Jury.

Dated: Washington, DC
December 18, 2006

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____

A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 05-CR-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

## SPECIAL VERDICT FORM

We, the Jury, return the following Special Verdict as to Defendant Jones' interest in the property ($1,000,000.00) subject to forfeiture to the United States:

1. We, the jury, unanimously find $1,000,000.00 is subject to forfeiture.

    **YES** _____         **NO** _____

2. We, the jury, unanimously find $_____ is subject to forfeiture.


This \_\_\_\_\_ day of _____, 2006.

_____
FOREPERSON

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18TH day of December 2006, I caused a true and correct copy of the foregoing Defendant Jones's Proposed Jury Instruction and Special Verdict Form Regarding Forfeiture Allegation to be delivered to the parties in this matter via Electronic Case Filing.

                                                                                  _____
                                                                                  A. Eduardo Balarezo