UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA

vs.

Antoine Jones, et al

Civil/Criminal No. 05-386-1,4,5,6

NOTE FROM JURY

IS IT POSSIBLE TO PROVIDE A DOCUMENT WHICH LISTS (A) THE CALL NUMBER (B) DATE (C) TIME OF EACH PHONE COUNT IN THE INDITEMENT?

Date: 12-19-06

Time: ~~11:50 PM~~ 10:50 AM

FOREPERSON

CO-109A

②

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A.
vs.
Antoine Jones, et al

Civil/Criminal No. 05-386, 14, 56

NOTE FROM JURY

Count 11 is against Jackson But Transcripts says that call 1 is with Holland. Can that be cleared up

Date: 12-19-06

Time: 11:05 AM

FOREPERSON

CO-109A

(3)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA

vs.

Antoine Jones, et

Civil/Criminal No. 05-386, 4, 5, 6

### NOTE FROM JURY

Call 3665 is not on the disk

Date: 12-19-06

Time: 12:30pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA.

vs.

Antoine Jones, et al.

Civil/Criminal No. 05-386

## NOTE FROM JURY

Count 7  1170-2 is not on disk.

Date: 12-19-06

FOREPERSON

Time: 12-40

CO-109A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A.
vs.
Antoine Jones, et al

Civil/Criminal No. 05-386

### NOTE FROM JURY

We have reached a unanimous decision on all count for one of the defendants — Adrian Jackson

Date: 12-19-06

FOREPERSON

Time: 3:05

CO-109A