UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA
vs.
Antoine Jones, etal

Civil/Criminal No. 05-3861, 5, 6

**FILED**
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

We have Reached a uninomous decision on Defendent Kevin Holland. ~~Also~~ Can we also get the recording for call # 216-3667-3747-3884

| Call 216 | 9/3/06  | 10:56 AM |
| 3667     | 10-5-06 | 11:10 AM |
| 3747     | 10-5-06 | 7:45 PM  |
| 3884     | 10-6-06 | 8:58 PM  |

Are we suppose to have all the recording in the final transcript book.

Date: 12-20-06

FOREPERSON

Time: 11:15 AM

CO-109A