UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA
)
)
)
)
)
vs.
)   civil/Criminal No. 05-386-1,5
)
)
Antoine Jones, etal
)
)

NOTE FROM JURY

Judge Huvelle said it was OR to
Leave early today. Our plan is to deliberate
until 3:00pm. with your permission.

Date: 12-21-06                    _____
                                          FOREPERSON

Time: 9:45AM

CO-109A