UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 09 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA

vs.

Antoine Jones

Civil/Criminal No. 05-386-1, 5

### NOTE FROM JURY

On Defendent Antoine Jones's we have reached a unanimous decision on count- 6-7-9-11-12-13-16-17-19-22, 23-26-28-31-32-33-34.

After several weeks of intense deliberation and going over the evidence we have before us we have found it impossible to reach a unanimous decision on Micheal Huggin count 14 and Defendent Antoine Jones count 1-5-8-10-14-15-18-20-21-24-25-27-29-30.

Date: 1-9-07

FOREPERSON

Time: 10:00 AM

CO-109A