UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-0386 |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | **FILED** |
| | : | |
| | : | JAN 0 9 2007 |
| | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### 1. ANTOINE JONES

I.   **Narcotics Conspiracy**

   **Count One:** Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

   Not Guilty: _____        Guilty: _____

If you find the defendant guilty of Count One proceed to the section called "Controlled Substances" below. If you find the defendant not guilty proceed to the next count.

Controlled Substances

   If you find the defendant guilty of Count One, narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

**Count Eight**: Unlawful use of a communication facility on or about September 20, 2005 (Overt Act 10).

   Not Guilty _____   Guilty _____

**Count Nine**: Unlawful use of a communication facility on or about September 23, 2005 (Overt Act 11).

   Not Guilty ✓   Guilty _____

**Count Ten**: Unlawful use of a communication facility on or about September 26, 2005 (Overt Act 12).

   Not Guilty _____   Guilty _____

**Count Eleven**: Unlawful use of a communication facility on or about September 28, 2005 (Overt Act 22).

   Not Guilty ✓   Guilty _____

**Count Twelve**: Unlawful use of a communication facility on or about September 28, 2005 (Overt Act 23).

   Not Guilty ✓   Guilty _____

**Count Thirteen**: Unlawful use of a communication facility on or about October 1, 2005 (Overt Act 33).

   Not Guilty ✓   Guilty _____

**Count Fourteen**: Unlawful use of a communication facility on or about October 5, 2005 (Overt Act 42).

   Not Guilty _____   Guilty _____

**Count Fifteen**: Unlawful use of a communication facility on or about October 8, 2005 (Overt Act 44).

   Not Guilty _____   Guilty _____

**Count Sixteen**: Unlawful use of a communication facility on or about October 8, 2005 (Overt Act 46).

Not Guilty __✓__        Guilty _____

**Count Seventeen** Unlawful use of a communication facility on or about October 8, 2005 (Overt Act 47).

Not Guilty __✓__        Guilty _____

**Count Eighteen**: Unlawful use of a communication facility on or about October 10, 2005 (Overt Act 49).

Not Guilty _____        Guilty _____

**Count Nineteen**: Unlawful use of a communication facility on or about October 11, 2005 (Overt Act 57).

Not Guilty __✓__        Guilty _____

**Count Twenty**: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 58).

Not Guilty _____        Guilty _____

**Count Twenty-one**: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 59).

Not Guilty _____        Guilty _____

**Count Twenty-two**: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 60).

Not Guilty __✓__        Guilty _____

**Count Twenty-three**: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 61).

Not Guilty __✓__        Guilty _____

**Count Twenty-four**: Unlawful use of a communication facility on or about October 13, 2005 (Overt Act 63).

Not Guilty _____    Guilty _____

**Count Twenty-five**: Unlawful use of a communication facility on or about October 13, 2005 (Overt Act 64).

Not Guilty _____    Guilty _____

**Count Twenty-six**: Unlawful use of a communication facility on or about October 14, 2005 (Overt Act 72).

Not Guilty ✓    Guilty _____

**Count Twenty-seven**: Unlawful use of a communication facility on or about October 14, 2005 (Overt Act 73).

Not Guilty _____    Guilty _____

**Count Twenty-eight**: Unlawful use of a communication facility on or about October 14, 2005 (Overt Act 74).

Not Guilty ✓    Guilty _____

**Count Twenty-nine**: Unlawful use of a communication facility on or about October 17, 2005 (Overt Act 75).

Not Guilty _____    Guilty _____

**Count Thirty**: Unlawful use of a communication facility on or about October 19, 2005 (Overt Act 77).

Not Guilty _____    Guilty _____

**Count Thirty-one**: Unlawful use of a communication facility on or about October 23, 2005 (Overt Act 81).

Not Guilty ✓    Guilty _____

**Count Thirty-two**: Unlawful use of a communication facility on or about October 23, 2005 (Overt Act 83).

**Not Guilty** ✓ _____    Guilty _____

**Count Thirty-three**: Unlawful use of a communication facility on or about October 23, 2005 (Overt Act 85).

**Not Guilty** ✓ _____    Guilty _____

**Count Thirty-four**: Unlawful use of a communication facility on or about October 23, 2005 (Overt Act 87).

**Not Guilty** ✓ _____    Guilty _____


1-9-07
Date

_____
FOREPERSON

<u>Cocaine Hydrochloride also known as Powder Cocaine</u>

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____    **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____    **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

(C) Less than 500 grams of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____    **Proven:** _____

II.   **Telephone Counts**

**Count Five:** Unlawful use of a communication facility on or about September 12, 2005 (Overt Act 5).

**Not Guilty** _____    **Guilty** _____

**Count Six:** Unlawful use of a communication facility on or about September 15, 2005 (Overt Act 6).

**Not Guilty** ✓    **Guilty** _____

**Count Seven:** Unlawful use of a communication facility on or about September 18, 2005 (Overt Act 8).

**Not Guilty** ✓    **Guilty** _____