UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A

vs.

Antoine Jones
Michael Huggins

Civil/Criminal No. 05-386 1,5

NOTE FROM JURY

WE HAVE COME TO A UNANIMOUS DECISION OF NOT GUILTY ON COUNTS 24 AND 29 AGAINST MR JONES. AFTER REPEATED EFFORTS TO DELIBERATE, WE ARE HOPELESSLY POLARISED. GROSSLY DIFFERING PHILOSOPHIES MAKE IT VERTUALLY IMPOSSIBLE TO FIND COMMON GROUND ON THE INTERPRETATION OF THE EVIDENCE. WE ARE DEADLOCKED AGAINST MR HUGGINS ON COUNT 14. WE ARE ALSO DEADLOCKED ON COUNTS 1, 5, 8, 10, 14, 15, 18, 20, 21, 25, 27 AND 30 AGAINST MR JONES.

Date: 1-12-07

FOREPERSON

Time: 10:40 AM

CO-109A