UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

### DEFENDANT JONES' SECOND MOTION FOR LAW LIBRARY ACCESS

**DEFENDANT** Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves the Honorable Court to issue an Order providing him greater access to the law library so that he may assist counsel with his defense. In support of this motion, Mr. Jones states as follows:

### BACKGROUND

1. As the Court is aware, Jones has been held without bond in this case since his arrest in October 2005. The government has produced large amounts of discovery to the defense and the defense will be making additional requests shortly.

2. The case was tried to a jury beginning in October 2006 and the jury acquitted Jones of multiple counts and deadlocked as to the rest, including the conspiracy charge. The Court has scheduled a retrial for November 2007.

3. Currently, counsel is involved in a protracted criminal trial before Judge Richard W. Roberts. That trial is projected to last approximately six months. Counsel's client in that case is charged with engaging in a narcotics and RICO conspiracy and well as various other charges including murder. As such, counsel will be devoting the bulk of his time to that case and his time for preparing for Jones' retrial will be very limited. Therefore, Jones' assistance in preparing for trial is extremely necessary and very helpful.

4. At present, Jones is allowed library access only one hour each week. In light of his upcoming trial, it is essential that Jones have greater access to the law library to meaningfully participate in the preparation of his defense.

5. Additionally, counsel understands that the DC Jail now has the ability to allow inmates to have computer access. Therefore, Jones respectfully requests that the Court issue an Order directing the Warden of the District of Columbia Jail to allow counsel to provide Jones with CD copies of the discovery provided by the government for his review and for Jones to have meaningful access to the Jail computers.

6. Based on information provided previously to the Court, it is apparent that there are no security concerns that would prevent Jones from having greater access to the law library. In fact, Jones has been a model inmate during the entire duration of his detention.

## ARGUMENT

7. The Sixth Amendment to the U.S. Constitution as well as the Equal Protection Clause guarantees a criminal defendant the assistance of counsel in the preparation of his defense. The Supreme Court has held also that a defendant enjoys a constitutionally protected right to meaningful access to the courts, which includes reasonable law library access, paper and pens at government expense. See Bounds v. Smith, 430 U.S. 817 (1977). The Bounds decision made it quite clear that the government must shoulder affirmative obligations in order to assure meaningful access to the courts.

8. Further, as held in Lindquist v. Idaho State Bd. Of Corrections, 776 F, 2d 851, 858 (9th Cir. 1985), the existence of an adequate law library does not provide for meaningful access to the Courts if the inmates are not allowed a reasonable amount of time to use the library.

9.      There can be no doubt that Mr. Jones will be prejudiced if he is not able to assist his counsel and adequately prepare for trial.  As courts have noted, "access" must be "meaningful access."  <u>Alston v. Debruyn</u>, 13 F. 3d 1036, 1041 (7th Cir. 1994).  <u>See</u> <u>also</u> <u>Bounds</u>, 430 U.S. at 823.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, Jones Respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       March 4, 2007                              Respectfully submitted,

                                                  **LAW OFFICE OF A. EDUARDO BALAREZO**


                                                  By: _____
                                                      A. Eduardo Balarezo (Bar # 462659)
                                                      400 Fifth Street, NW
                                                      Suite 300
                                                      Washington, DC  20001
                                                      (202) 639-0999

                                                  *Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March 2007, I caused a true and correct copy of the foregoing Defendant Jones' Second Motion for Greater Law Library Access to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo