UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal No. 05-386(1) (ESH)
:
ANTOINE JONES :

### ORDER

Upon consideration of Defendant Jones' Second Motion for Law Library Access, any opposition thereto, and for good cause shown, it is hereby this 5 day of March 2007

**ORDERED**, that Defendant Jones' Motion is **GRANTED**; and it is further

**ORDERED**, that the D.C. Department of Correction shall make arrangements for Defendant Jones (DCDC # 241912) to have access to the law library at the D.C. Jail at least 10 hours each week while he is pending trial; and it is further

**ORDERED**, that the D.C. Department of Corrections shall allow Defendant Jones' counsel to provide him with discovery in whatever form (including, but not limited to paper, CD, DVD or video), and shall allow Defendant Jones sufficient access to a computer or video player so that he may adequately review the material provided by counsel.

Ellen S Huvelle
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

cc:

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530