UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-0386 (ESH) |
| | ) |
| ANTOINE JONES, et al., | ) |
| | ) |
| Defendants. | ) |

FILED
APR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the Court is the government's "Motion and Memorandum for Exclusion of Time under the Speedy Trial Act." The government asks that the Court exclude from its calculations under the Speedy Trial Act the period of time between the status conference held on March 23, 2007, and the scheduled trial date of November 5, 2007. Upon consideration of the government's motion, which is unopposed, the Court finds that it is in the interests of justice to exclude the requested period of time, on the following grounds: (1) the complexity of this case requires that counsel have additional time to prepare for trial, see 18 U.S.C. § 3161(h)(8)(B)(ii); (2) pushing the case to trial within the stringent requirements of the Speedy Trial Act would deprive defendant Antoine Jones of continuity of counsel, see id. § 3161(h)(8)(B)(iv); and (3) it is in the interests of justice to try all of the defendants together, and the time for trial of defendant Jones has not yet run, see id. § 3161(h)(7). Accordingly, the government's motion [# 346] is hereby **GRANTED**.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 11, 2007