UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

### DEFENDANT JONES' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions. As grounds for this motion, Mr. David states as follows:

1.     At the status hearing on May 18, 2007, the Court set July 9, 2007, as the deadline for the filing of pre-trial motions. Counsel informed the Court that Mr. Jones intended to file at least a motion to suppress tangible evidence and perhaps others. Trial is not scheduled until November 5, 2007.

2.     Due to counsel's current trial obligations (in trial since February 13, 2007, before the Honorable Richard W. Roberts, United States v. Dominic Samuels, 05-CR-100), he has been unable to fully review and consider the facts that would necessitate the filing of additional motions. Thus, Mr. Jones respectfully requests and additional two to three weeks to file any motions.

3.     Counsel has conferred with AUSA Rachel Lieber regarding this motion and the government consents to an enlargement of time. Counsel has not been able to consult with codefendant's counsel regarding their positions.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. Jones respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
      July 6, 2007                      Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

/s/
_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 783-5407 (fax)

*Attorney for Antoine Jones*

2

3

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of July 2007, I caused a true and correct copy of the foregoing Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions to be delivered to the parties in this case via Electronic Case filing.

/s/

_____

A. Eduardo Balarezo