UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386(1) (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

## O R D E R

Upon consideration of Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Jones has until _____ 2007 to file pre-trial motions.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**