**FILED**
**JUL 6 2007**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :
                              :
v.                            :   Criminal No. 05-386(1) (ESH)
                              :
ANTOINE JONES                 :

## ORDER

Upon consideration of Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this __6__ day of __July__ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Jones has until __July 25,__ 2007 to file pre-trial motions.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE