UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

**DEFENDANT JONES' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE PRE-TRIAL MOTIONS**

   Defendant Antoine Jones ("Jones"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions. As grounds for this motion, Mr. David states as follows:

   1. At the status hearing on May 18, 2007, the Court set July 9, 2007, as the deadline for the filing of pre-trial motions. Counsel informed the Court that Jones intended to file at least a motion to suppress tangible evidence and perhaps others. Trial is not scheduled until November 5, 2007.

   2. Due to counsel's current trial obligations (in trial since February 13, 2007, before the Honorable Richard W. Roberts, United States v. Dominic Samuels, 05-CR-100), he had been unable to fully review and consider the facts that would necessitate the filing of additional motions. Thus, on July 5, 2007, Jones filed a Consent Motion for Enlargement of Time to File Pre-Trial Motions. The Court granted that motion on July 6, 2007, and gave Jones until July 25 to file any motions.

   3. Counsel has been reviewing Jones' voluminous files and conducting additional research in preparation to file. However, Jones' counsel was unavailable for a few days last week due to an outpatient surgical procedure he had to undergo and does not believe

that he will be able to file by July 25.  As a result, out of an abundance of caution, Jones is requesting an enlargement of time until July 27 to file motions.

        4.      Counsel has conferred with AUSA Jack Geise regarding this motion and the government consents to an enlargement of time.  Counsel has not been able to consult with codefendant's counsel regarding their positions.

        **WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Jones respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
       July 23, 2007                            Respectfully submitted,

                                                      **LAW OFFICE OF A. EDUARDO BALAREZO**

                                                      /s/
                                                      _____
                                                      A. Eduardo Balarezo (Bar No. 462659)
                                                      400 Fifth Street, N.W.
                                                      Suite 300
                                                      Washington, D.C. 20001
                                                      (202) 639-0999 (tel)
                                                      (202) 783-5407 (fax)

                                                      *Attorney for Antoine Jones*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2007, I caused a true and correct copy of the foregoing Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions to be delivered to the parties in this case via Electronic Case filing.

/s/

_____

A. Eduardo Balarezo