## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  :  :  v.  :  :  **ANTOINE JONES**  : | **Criminal No. 05-386(1) (ESH)** |

## O R D E R

Upon consideration of Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Jones has until July 27, 2007 to file pre-trial motions.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**