UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
JUL 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

### ORDER

Upon consideration of Defendant Jones' Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this  27  day of   July   2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Jones has until July 27, 2007 to file pre-trial motions.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE