UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

## MOTION FOR LEAVE TO FILE DEFENDANT'S PRO SE MOTIONS

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to file the attached documents. In support of this motion Jones states as follows:

1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court denied.[1]

2. Jones desires to have the attached motions filed with the Court. His Motions request the following:

   a. reconsideration of denial of motion to suppress evidence obtained through the use of GPS tracker; (*See* Exhibit 1).

   b. reconsideration of denial of motion to suppress tangible evidence seized from Moore Street residence; (*See* Exhibit 2).

   c. reconsideration of denial of motion to suppress evidence obtained from Jeep Cherokee; (*See* Exhibit 2).

   d. motion to dismiss for prosecutorial misconduct (*See* Exhibit 3).

3. Counsel reviewed Jones' pleadings and advised him generally regarding their merits. Nevertheless, Jones insists on filing the motions.

2

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Jones respectfully requests leave of the Court to file the attached pro-se motion for reconsideration and other relief.

Dated: Washington, DC
July 25, 2007

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

---

[1] The Court granted in part Jones' motion to suppress evidence obtained from the GPS Tracker.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July 2007, I caused a true and correct copy of the foregoing Defendant's Motion for Leave to File Pro-Se Motion for Reconsideration to be delivered to the parties in this matter via Electronic Case Filing.

                                                                                         _____
                                                                                          A. Eduardo Balarezo