**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

# ORDER

Upon consideration of Defendant Jones' Motion to Reconsider Denial of Motion to Suppress Evidence Obtained from Interception of Wire Communications and Seizure of Electronic Communications and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this _____ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that any evidence obtained by the government as a result of the interception of wire communications or the seizure of electronic communications is hereby suppressed and the government shall not refer to it or seek to introduce such evidence at trial.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**