UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

# O R D E R

Upon consideration of Defendant's Motion to Exclude Evidence Related to Acquitted Conduct and to Strike Overt Acts from the Indictment, and any opposition thereto, it is this ___ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that the government is precluded from introducing evidence relating to Over Acts 39, 70, 71, 83, 84, 102, 103, 114, 133, 134 and 139 in the Superseding Indictment; and it is further

**ORDERED**, that Over Acts 39, 70, 71, 83, 84, 102, 103, 114, 133, 134 and 139 shall be stricken from the Superseding Indictment.

.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**