

U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Eduardo Balarezo, Esq | From: | Rachel Carlson Lieber |
| Fax: | (202) 783-5407 | Phone: | 353-8055 |
| Date: | December 5, 2005 | | |
| Re: | | | |
| Page(s): | 3\ including cover | | |

COMMENTS:

---

## U.S. ATTORNEY FACSIMILE COMMUNICATION

*WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 5, 2005

Eduardo Balarezo, Esq.
400 5th Street, N.W., #300
Washington, DC 20001

  Re: <u>United States v. Antoine Jones, et. al</u>, 05-386 (ESH)
    Jail cell search results

Dear Eduardo:

   You called just now to inquire as to why your client had been placed in protective
custody. I am writing to memorialize what I told you, and to attach copies of documents
recovered from your client's cell in the execution of a search warrant on November 23, 2005. As
I mentioned, in early November, we received information through various channels, including
from agents wholly unrelated to this investigation, that your client was attempting to identify
witnesses against him and "take care of them." Based on this information, we obtained copies of
all calls your client made from the D.C. Jail. Then, based on some of the discussions he was
having with individuals in the community, in conjunction with this source information, we
obtained a search warrant for your client's cell, as noted above. Finally, based on the results of
the jail cell search, we sought to have your client placed in protective custody, to ensure the
safety of various individuals, several of whom remain unknown to the government.

   In addition, I am seeking to have all of your client's jail calls burned onto a CD for you.
Once that is available, I will produce it to you, probably in a few days. I note that we have calls
beginning on November 3, 2005, and continuing through November 20, 2005, and are in the
process of obtaining the rest of his calls, from November 21, 2005, through December 3, 2005.
As I mentioned, we sought to have your client placed in protective custody on November 23,
2005, the day we recovered the disconcerting materials from his cell, however, for reasons which
remain a mystery, this was not done, and we again requested his separation on December 2,
2005, when we learned that he was still in population.

Please feel free to call me with any follow-up questions, once you've had a chance to review the enclosed.

Sincerely,

Rachel Carlson Lieber
Assistant United States Attorney

Enclosures



Beverly Johnston
191B Village Green Dr.
Hyattsville MD. 20785

Antoine Jones
241-912
1901 D St SE
Washington DC
20003



USA
37

Hey It's me Beverly. Miss You. I guess things didn't work out like I wanted them too. I receive your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on, I wanted to come to court but I know your wife was going to be there and I did not

wanted to look strange. But
I care! I see you calling me
but a good time to call is after
seven P.m Monday thur Saturday
and starting December after 8:00
PM because of X-mas. You know
my job its finish until all the
mail is deliver,

The information on Donald
Hunter. He is in MB 2. yes he's
over there and Kevin Ray is
bald head and he's on the
street last they know. Something
else. I remember when he had
a big case and they or the
word was going around that
he's been snitching because
he seem to come home on them
Now I'm sitting here hoping
you call before your phone
time is up



TAKE CARE
Because I Care
Beverly

321313

31
32    Denise
33      (301) 843-0838
34    10870 Moore St
35    Woldof, M.D. 20603.
36
37  Tyrone
38    (H) (301) 513-9449
39
40    c (202)679-9611
41
42
43
44
45    Lawrence
46      (301) 613-6293
47
48  Michael
49  6002 BoBcat ct
50  Waldorf MD 20603
51  301 885-0951

Darrell
301-893-2465 H
202-645-3960 W

① F~~ather wont Bl~~ ~~~~~~~~~~ ~~~~
② ~~~~~~~~~~~ to see ~~~~~~~~~~~ OK - Go to Mike
   ~~~~~~~~~~~~~~~~~
③ ~~~~ B~~ = F~~ather ~~~~~~~ ~~~~ - ~~~ ~~~~~ ~~ ~~~
④ ~~~~~ ~~~~~~~~~~~~~~~~
⑤ ~~~~~~~~~~~~~~~~~~~~~~~ - Fri. party + ~~~~ Time
⑥

① Vicky Number #
② Milli's ~~~~~~~
✓ ③ Buck Address, Buck Number → Bow
④ Bryant ## ────────→
⑤ Lui~ - Pa~~ -12
⑥ Derrick
⑦ Pauline
⑧ Youngin ??
⑨ Coop
⑩ CHRIS
   ~~~ Din. CR##

⑪ Tell Mike ~~~~~~~~
⑫ Called And see ~~~~~ Winder?
⑬ ~~~~~ to Th~ ~~~~
⑭ ~~~~~ ~~~
⑮ ~~~~~ ~~~
⑯ Called Beverly 301. 322-9046
   Get her cell Number
   Karen will have it.
⑰ Ruel Bromea
   307-060
⑱ Father #

Government of the District of Columbia
## DEPARTMENT OF CORRECTIONS

### CLOTHING, PERSONAL PROPERTY, AND CASH RECORDS NO. 182119

Date _____ Name _____ DCDC# _____

Crime _____ Sentence _____

### CLOTHING

Belt _____     Hat _____     Scarf _____     Tie _____
Boots _____    Housecoat _____    Shirt _____     T-Shirt _____
Brassiere _____     Jacket_____     Shoes _____     Sweat Shirt _____
Cap _____      Keys _____     Skirt _____     Sweat Pants_____
Change Purse _____   Misc. Papers _____   Slip _____     Wig _____
Coat_____     Pants _____    Socks _____    Other_____
Dress _____    Permit_____     S.S. Card _____     Other _____
Girdle _____   Purse _____    Stockings _____     Other_____
Gloves _____   Raincoat _____     Sweater _____      Other_____

### PERSONAL PROPERTY (Including Jewelry)

Billfold _____    Earrings _____     Rosary _____     Other _____
Bracelet _____   Medallion _____     Tokens _____     Other _____
Check Book_____     Necklace_____     Watch _____      Other _____
Credit Cards _____    Rings _____    Other _____   Other _____
Misc. Property stored in Property Room_____

### CASH

I, _____ DCDC# _____ Certify
that when received at the DC Jail on _____ I had $ _____ cash
and the property and clothing listed above. I fully understand that any clothing or property unclaimed
after fifteen (15) days of my commitment or that is returned by the US Postal Service for any reason,
will be destroyed.

_____          _____
    Receiving Officer's Signature                  Inmate Signature No.

                                                  No. _____

The D.C. Department of Corrections Detention Facility will not be responsible for any valuable worth
more than fifty dollars ($50.00).

### Prisoner must keep a signed copy of this paper until released.

CONTROL NO. 182119

INMATE COPY                                              Form # CPPCR

1 105 Moore
Mallory M7 20003

92/11/06

Mr. Antoine Jones
241-912
1901 D Street SE
Washington DC 20003

20003-2534




Tuesday

Hi Neicey.

You wont be suffering in I can help it. Theres alot of things that could have been done in our case that wasn't and for that we did lots of time, but not in this case because I'm going to make sure he stays on top of everything so he can beat it way before a trial or plea. Youre a good woman. I take that back your a Super great woman and there won't be tears in your eyes for long.

Heres whats going on. I've sent Toiwa another letter detailing the motions that needs to be filed right away within the 2-4 weeks of anyones arrest. These motions will tell him what evidence they have and plan to use, who the government witness are and what they said, how they came to the conclusion of him being involved in any thing, the level and strength of what they have, who's his co-defendants and co-conspariters and everything pretaining to his case per se. Also I placed a motion and court order so that he can have the maximum time allowed in the law library per wk to better understand the legal aspect of the case. Theres also the bond motion which he needs to renew each month.

Now what helps him in the bond motion is letters from people who knows him as to living in the metropolitan Area saying he's been a resident for years and never pose a threat, any body that has a business or business letter head is even better - these letters should be affidavits which is more recognized than anything.

Now the motion and court order for the law library should be type if you can and send him copies of the order 3 copies of motion this way he will have enough in case he can't get to the library for cu

These other motions I'm listing are what the lawyer needs to file right away and he knows this. he should if he a serious lawyer. Antoine needs to file them if the lawyer does not and he need to make sure they're file. To do this he only needs to write the Clerks Office Criminal Division at the court and request a copy of the Criminal Docket in his case.

Here are the motions the lawyer needs to file or Antoine should file.

(1) Motion for Disclosure of similar Acts r Evidence

(2) Motion for Disclosure of Exculpatory Evidence

(3) Motion for Bill of Particulars

(4) Motion to Compel Discovery

(5) Motion for Pretrial Determination of Admissibility of co-conspirators statements pursuant to F.R.E. 801 (d) (2) (E)

(6) Motion for review and revocation of detention order

(I'm certain one was placed on him - No bond) this is where the affidavits will come into place in helping his credibility to make bond.

Neicey I'm sorry that I can't do the things I want, being in lockdown doesn't allow me much assest to what I need but I'll give you what I already know okay. Be strong Neicey, it's the begining and if things are done Right he should be out before a trial can start. By the way did they leave a copy of the search or arrest warrant with you - which was it and did the search the place Know that you and lil Antoine are loved!        I am R. L.

TOTAL P.02



# ...in After Shooting
## ...ince Law Took Effect in Sept.

puzzle 39
Make A Cake

puzzle 39
Make A Cake







Call Eddie 202 236-8517 — Harold

① Willis ????

② Back inside OSAP

③ Dismiss Number ???

④ Blueprint - Boin

⑤ Phone ??

⑥ Get CAR from cousin

⑦ Get VIP Pass FOR TCB & Backyard CHRIS —

⑧ Fat arrive up here Friday with Bryant - Ivie or LA

⑨ Tell Derrick Ivie or Bryand to take me to CAN VISIT

⑩ Dont forget to tell Willie, kids, mother and their nephew about Kevin is the most paranoid

⑪ call Derrick/Clifton/Get Phone #/Kevin will have

⑫ Roel Bremco 307-060

⑬ Comp-1900 Bink-1200

⑭ Tell Chris's to print a couple of VIP Pass FOR the Halloween Party we was going to do

Print a couple of VIP Tickets with all of our parties

⑮ ...

⑯ Get Lawrence + Joses Club levels Papers



② MIKE 301 885-0981 - 240 346 9889

③ ADRIEN 301 423 0191

④ DEB 301 809 0771, 240 387 4
WK 202 295 4510 #235    1424

⑤ TYRONE J - 301 513 9449 - H
202 636 2 93 - C

⑥ LAWRENCE 301 613 1297
331 404 - 2442

⑦ CLUB LEVELS 202 269-0100
(Fre Derrick +

⑧ A EDUARDO BALARLZO - LAWYER
202 639 - 0999

⑨ NELLE 202 391-9236 C
301 870-7584 - H
LAL cell 202 492-3342 / 202 429-2383

⑩ FATHER 202 232 - 1562 ??

⑪ LYE - Father 202 479-2331
202 492 - 3342

⑫ BELVERLY 301 322 9046 - H
240 853 6542 C ???

⑬ I VIE 240 399-0271

⑭ BRYANT   301 638-5091
Fran cell 301 928-3063

⑮ P-ine   DARRELL 301 843246 H
WK-202 645 3760

⑯ Antoine cell
LIL

⑰ Lou CELL 202 276-8519

⑱ BUCK 202 256 1072   301 373/
298 9365

⑲ VICKY 240 475 1125
(Kills abuse)

⑳ DERRICK   BUCK 202 256 1072

㉑ KARZY

㉒ CHRIS   VICK 72-0 475-1125

㉓ Youngin - Recco -

2/49/
7/st
L/10-20

Dustin

equiptal legal W st
fitzsuk al
fiz und

2/528
2803

'e  Deniece  301 843 0838 - H
              240 416 2249 - c

mother
.e if
called
3 - 0191        ADRICN
5 00920         mother
                NUMBER
Have a
fe, $4,500          VYC #
                   240-398-0771
Funds
at Buck
:f the      ? Bryant - Bow
veks        ? Iuie - Rotamich - Pline
BANK        ? Buck
            ? Vickie - lawyer - killes
the         ? Getting CARS BACK
            ? HOUSE BACK
f           ? ~~fbi trial~~
            ?

# Chapter 6:  CONSECUTIVE AND CONCURRENT SENTENCES

The court should first determine the sentence for each conviction in a verdict or plea. The following are the rules for imposing these sentences concurrently or consecutively.

## 6.1     Consecutive Sentences

*The following sentences must be imposed* <u>*consecutively*</u>*:*

For crimes of violence: multiple victims in multiple events; multiple victims in one event, and one victim in multiple events for offenses sentenced on the same day.[14]  *See* § 7.4.

The sentence imposed for a new offense(s) committed while the defendant was under sentence must run consecutively to any sentence imposed as a result of revocation of probation, parole, or supervised release or to the sentence being served at the time the new offense was committed.[15]

Offenses for which a consecutive sentence is required by statute.

Note: Only one crime of violence per victim per event needs to be sentenced consecutively to the others.  Everything else can be either consecutive or concurrent.  See § 9.16, Example 16.

---

**Example**

On February 9, 2004, the defendant held up a cab at gunpoint and robbed the driver and the passenger.  Several days later the defendant held up the same cab at gunpoint and robbed the driver and a different passenger.  He was convicted of four counts of Armed Robbery and four counts of Possession of a Firearm During a Crime of Violence.  This example has multiple victims (the cabdriver and passengers) in multiple events (two armed robberies), and one victim (the cabdriver) in multiple events (two armed robberies).  Armed Robbery and PFCOV are both in Group 5.  Assuming defendant had no prior record, he will be sentenced in Box 5A, a prison only box with a range of 36 to 84 months.  Each of these offenses, however, carries a mandatory minimum of 60 months.  The sentences for each of the four armed robberies must be consecutive since one victim was robbed twice and there are two other victims.  The two PFCOV's in each event should be sentenced concurrently since they will eventually merge.  The PFCOV's for the first and second events can be sentenced either consecutively or concurrently to each other and to the armed robberies.  Thus, the minimum sentence for these offenses is 240 months (4 AR's times the mandatory minimum of 60 months); the maximum sentence for these offenses is 504 months (4 AR's plus 2 PFCOV's times the maximum of 84 months).  If the judge believes that the minimum sentence is too harsh, he or she may apply Mitigating Factor #9.  Under such circumstances, the sentence cannot be lower than 60 months.

---

[14]  The word "event" is defined in § 7.10, *infra*.

[15]  A defendant who commits an offense while on post-conviction escape status or furlough is considered to be serving a sentence or under sentence at that time.

June 14, 2004                              6-1

Moore St
MD 20603

SE2|46

Mr. Antoine Jones
241-912
1901 D Street SE
Washington DC 20003

20003+2534

Hey Baby!

Today is Nov 8th which means that tomorrow is our anniversary. Hopefully by the time you get this letter the judge in this case will realize all of this was a mistake and the entire matter will have been dropped already. I am trying to listen to the positive side of this and focus my energy on praying through this. It is so hard to stay focused and strong. I can't remember when I have prayed this much before. I need God so much right now just to keep me from breaking down. I can't think clearly at times and sometimes I can't stop crying. Sis Hayman and Mother Jennings invited me to come and stay with them to try to relax my nerves, my aunt Hilda did too. As upset as I am, I can't go anywhere I just have to stay here and deal with each day one day at a time.

①

I am so confused because of what
I heard in court and the news
kept saying that the club was
connected, but then in court they
said something different. Every one
says that black men are convicted
because of the color of their skin
I don't like to listen to talk
like that but when things like
this happen it shows just how
eager people were to destroy
the club and to destroy the
names of people who without even
knowing the facts This is really
an ugly side of life where the press
uses its influence to kill the Black
man and I don't like what I
see. They have decided to make you
look guilty. Anyway, I just hope
this ugly nightmare goes away quickly
I can't wait to get my life back
to some sense of normalcy. I hope
they don't read your mail The
thought of someone reading your
mail is sickening to me.

②

The reason I was so upset yesterday is because I spoke with your attorney and he said that they are not going to drop this case but they are going forward with a trial. He also said they would not consider releasing you on bond before the trial ends. I just could not stop crying. I think I won't answer the phone when I am upset like that. I also don't like sending you letters with a bunch of sobbing. So I will try to turn this letter around now.

Antoine said he wants to transfer to another school next year. He wants to go to North Carolina. It sounds okay to me but let me know what you think about it. Actually a change of scenery might do us all some good.

I am sure they planted all kind of devices in my house and you need to not underestimate these people. I had to take the computer to the shop.

③

I know they are still following me and Antoine around and I am sure they planted divices at my mothers house too. It just bothers me because they take innocent situations and make them into a federal criminal case and they have so much power over the entire judicial system. You just can't afford to under estimate these people. The agent won't return my calls, she is holding my car just to be mean and I think they will do anything to make our lives more miserable. It just makes no sense to me. It is just a job to them but it is life to me and my family. They held guns on us and I thought they just wanted to kill you. We were naked so it was impossible for us to be armed. I am trying to push those memories from my mind. I would not wish that nightmare on my worst enemy.

④

that's why I am praying
this entire matter to be dropped
I have to live through this one
day at a time but I want it
to go away I don't want this
to leave me with a heart full
of bitterness or hatred. I have
to be focused and prayerful. I
hope you are praying sincerely
for us because we really
need your prayers.

Love
Nikky

2989365

TOTAL P.28

TOTAL P.30