UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 05-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

### DEFENDANT'S MOTION TO COMPEL PRODUCTION OR, ALTERNATIVELY, TO PRECLUDE

Defendant Antoine Jones ("Jones"), by and though undersigned counsel, and pursuant to the Fourth and Fifth Amendments to United States Constitution and applicable case law, hereby respectfully moves for an Order compelling the government to produce evidence or, alternatively, to preclude the government's use of that evidence. In support of this Motion, Jones states as follows:

1. As the Court is well aware, part of the evidence that the government obtained against Jones was gotten through the use of pen registers. The government has turned over an Amended Application for Extension of a pen register device. (*See* Exh. 1).

2. Footnote 1 of this document reveals that the government obtained a prior Order for a pen register on August 1, 2005. Jones has repeatedly requested from the government a copy of the August 1, 2005, pen register application, affidavit and order.

3. Jones requested these documents prior to the last trial, during the last trial and after the last trial. In fact, as recently as the last status conference before the Court, Jones again requested those documents. To date, the government has failed to comply with these multiple requests and its Rule 16 obligations.

4. Jones has also requested from the government documents related to pen registers used during the so-called "ICE investigation" of Agent Katarina Gikas. Gikas testified

at trial regarding the use of such devices and evidence obtained from them. The government has not produced these documents either.

      5.      Federal Rule of Criminal Procedure 16(a)(1)(E) states

> (E) Documents and Objects. Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:
> (i) the item is material to preparing the defense;
> (ii) the government intends to use the item in its case-in-chief at trial; or
> (iii) the item was obtained from or belongs to the defendant.

      6.      The documents sought fall squarely within the requirements of Rule 16. Therefore, Jones respectfully requests the Court to compel the government to produce the requested documents or, alternatively, to preclude the government from using evidence derived from such documents at trial.

      **WHEREFORE** for the foregoing reasons, and any others that may appear to the Court, Mr. Jones respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
      July 26, 2007                           Respectfully submitted,

                                          **LAW OFFICE OF A. EDUARDO BALAREZO**

                                          /s/
                            By: _____
                              A. Eduardo Balarezo (Bar # 462659)
                              400 Fifth Street, NW
                              Suite 300
                              Washington, DC  20001
                              (202) 639-0999

                              *Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July 2007, I caused a true and correct copy of the foregoing Defendant Jones' Motion to Compel Production or, Alternatively, to Preclude to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo