UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

## ORDER

Upon consideration of Defendant Jones' Motion to Compel or, Alternatively, to Preclude, and any opposition thereto, it is this _____ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the government shall produce to the defendant any and all documents relating to the pen registers devices used in the government's investigation of defendant by _____ 2007; it is further

**ORDERED**, that if the government does not produce such documents to the Defense, the government shall be precluded from introducing at trial any evidence derived from the use of such pen registers.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**