UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

# ORDER

Upon consideration of Defendant Jones' Motion to Suppress Tangible Evidence at 9719 Summit Circle, Apt. 3b, Largo, MD, and any opposition thereto, it is this \_\_\_\_ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that any evidence obtained or derived by the government as a result of the search of apartment 3B at 9719 Summit Circle, Largo, MD, is hereby suppressed and the government shall not refer to it or in any manner at trial.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**