UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-0386 (ESH) |
| v. | |
| Kirk Carter, | |
| Defendant. | |

**NOTICE OF APPLICABILITY OF ENHANCED PENALTIES**
**AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS**

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Kirk Carter, has been convicted of the following offense: in the United States District Court for the District of Columbia, in case No. 90-098-1 conspiracy to distribute in excess of 50 grams of cocaine base.

The United States further informs the Court that the existence of any prior conviction for a felony drug offense as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Sections 846 and 841(b)(1)(A).

Respectfully submitted,

Jeffrey A. Taylor
UNITED STATES ATTORNEY

_____
John V. Geise
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 358-267
U.S. Attorney's Office
555 4th Street, N.W.,
Washington, DC 20530
(202) 514-7121   FAX: (202) -514-8779
John.Geise@usdoj.gov