## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Antoine Jones,<br><br>　　　　Defendant. | Crim. No. 05-0386 (ESH) |

### NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
### AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

　　Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Antoine Jones, has been convicted of the following offenses: in the Circuit Court of Arlington County, Virginia in case No. Cr. 91-1054 distribution of cocaine; in the United States District Court for the District of Columbia, in case No. CR 94-112 conspiracy to possess with intent to distribute and distribute in excess of 50 grams of cocaine base, possession with intent to distribute in excess of 50 grams of cocaine base, and possession with intent to distribute cocaine; in the United States District Court for the District of Columbia, in case No. CR 94-193 conspiracy to possess with intent to distribute and distribute in excess of 5 kilograms of cocaine.

The United States further informs the Court that the existence of prior convictions for felony drug offenses as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Sections 846 and 841(b)(1)(A).

Respectfully submitted,

Jeffrey A. Taylor
UNITED STATES ATTORNEY

_____
John V. Geise
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 358-267
U.S. Attorney's Office
555 4th Street, N.W.,
Washington, DC 20530
(202) 514-7121   FAX: (202) 514-8779
John.Geise@usdoj.gov