**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 05-386(1) (ESH) |
| : | |
| **ANTOINE JONES** : | |

### DEFENDANT JONES' CONSENT MOTION TO CONTINUE TRIAL

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, hereby respectfully moves the Court for a brief continuance of trial. As grounds for this motion, Mr. Jones states as follows:

1. Trial in this matter is scheduled for November 5, 2007.

2. As the Court is aware, counsel has been involved in a RICO trial since February 13, 2007, before the Honorable Richard W. Roberts, in *United States v. Dominic Samuels*, 05-CR-100. That trial was expected to end sometime in August 2007. Due to health problems suffered by another attorney, the conclusion of that trial has been delayed and it is now expected that the trial will conclude sometime in late September or early October 2007. Additionally, counsel also has a murder trial scheduled on October 1, 2007, before Chief Judge McKee in Prince George's County Circuit Court. This matter may be carried until the conclusion of the RICO case.

3. Counsel initially anticipated that with an August end date of the RICO trial he would have had sufficient time to prepare for trial in this case. However, due to the delays in his current trial, and due to the extensive nature of the discovery and trial record in the matter before the Court, counsel believes that he will not be prepared to go forward as currently

scheduled.[1] As result, counsel is requesting a brief continuance of two weeks to allow time to prepare for trial.

      4.    Counsel has conferred with AUSA Rachel Lieber regarding this motion and the government consents to a continuance. Counsel has also communicated with Attorney James Lyons, who consented to a continuance. Counsel has not been able to communicate with Attorney Brian McDaniel regarding his position.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. Jones respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
      August 13, 2007                           Respectfully submitted,

                                              **LAW OFFICE OF A. EDUARDO BALAREZO**

                                              /s/
                                              _____
                                              A. Eduardo Balarezo (Bar No. 462659)
                                              400 Fifth Street, N.W.
                                              Suite 300
                                              Washington, D.C. 20001
                                              (202) 639-0999 (tel)
                                              (202) 783-5407 (fax)

                                              *Attorney for Antoine Jones*

---

[1] In the interest of full disclosure, counsel has a long-standing family vacation scheduled for October 21 – 28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August 2007, I caused a true and correct copy of the foregoing Defendant Jones' Consent Motion to Continue Trial to be delivered to the parties in this case via Electronic Case filing.

/s/

_____

A. Eduardo Balarezo