## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 05-386(1) (ESH)** |
| : | |
| **ANTOINE JONES** : | |

### O R D E R

Upon consideration of Defendant Jones' Consent Motion to Continue Trial, it is this _____ day of _____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that trial in this matter shall commence on November ___, 2007.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**