UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| FRANCISCO J. GONZALEZ RUAN, | : | |
| LAWRENCE MAYNARD, and | : | |
| KIRK CARTER | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS RESPONSE

The United States of America, by and through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, Rachel C. Lieber and John V. Geise, Assistant United States Attorneys, requests a one day extension of time in which to file its motions response in this matter until August 22.

In support of this motion the United States says as follows:

1. All parties were originally to file affirmative motions in this matter by July 9, 2007. Motions responses were due to be filed by August 3, 2007.

2. Due to an ongoing trial and a brief illness, counsel for defendant Jones, Eduardo Balarezo, Esq., received an extension to file his affirmative motions until July 27, 2007.

3. Due to Assistant United States Attorney Geise's preset vacation in August and significant time commitment in several appellate matters and Assistant United States Attorney Lieber's involvement in several ongoing investigations, the Court was kind enough to grant an extension until August 21, 2007, for filing of the government's motion response.

4. Since returning from his vacation on Sunday Assistant United States Attorney Geise and Assistant United States Attorney Lieber have been completing the motions response, but some additional finalizing is necessary in order to have a product of the quality counsel prefers to file in this Court.

Therefore the United States respectfully requests that the Court grant its motion for an extension of time to file it motions responses until August 22, 2007.

    Respectfully submitted,

    Jeffrey A. Taylor,
    United States Attorney


By:_____
   John V. Geise
   Assistant United States Attorney
   D.C. Bar No. 358267
   555 4th Street, NW, Room 8445
   Washington, DC 20530
   (202) 514-7121
   John.geise@usdo.gov