Case 1:05-cr-00386-ESH   Document 380-2   Filed 08/22/2007   Page 1 of 5
DEC-05-2005 11:30                                                   2025148707   P.10/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 10 of 30



A-1



1) Buck - research
2) Ivie ?
3) Pline ?
4) Derrick ?
5) Bow ?

Oct 14

Donald Hunter?
Mike wife?

Kevin Ray - Corey
Donald Hunter
Harold Holden
Davon Howard
Tony B

301 Needle
820-7884

Rodney
202 232 1567

Neat Lye
202 479-2223

1) Neice  301 893-0838  240 416-2249    298(crossed) 298 9365
2) Mike   301 885-0951
3) Adrien 301 423 0191                  DeB 301 809-0978  240 883 1424  202 295-4516 #235
4) Tyrone 301 513-9449 Home
5) Tyrone 202 679-4611
6) Lawrence 301 613 6293
7) Club Level 202 269-0100
8) Nicey Cell  240-416-2249
9) Antoine cell - 202 639-0999    A. Eduardo Baltare
10) DeB                                 Mike Lar  240 346 4889
11) Nette
12) Beverly 301 322-9046
13) Ivie
    202 391-9206 Nette
    307-060  Nicey
    Rock Brennan

A-2

Case 1:05-cr-00386-ESH     Document 380-2     Filed 08/22/2007     Page 3 of 5
DEC-05-2005   11:29                                             2025148707    P.04/30
Case 1:05-cr-00386-ESH     Document 371-3     Filed 07/26/2007     Page 4 of 30



Beverly Johnston
1918 Village Green Dr.
Hyattsville MD 20785

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

SEA/46

A-3

Case 1:05-cr-00386-ESH   Document 380-2   Filed 08/22/2007   Page 4 of 5
DEC-05-2005  11:29                                                    2025148707   P.05/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 5 of 30

Hey,
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I receive your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on, I wanted to come to court but I know your wife was going to be there and I did not

A-4

Case 1:05-cr-00386-ESH   Document 380-2   Filed 08/22/2007   Page 5 of 5
DEC-05-2005 11:29                                          2025148707   P.06/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/20/2007   Page 6 of 30

wanted to look strange. But I care!. I see you calling me but a good time to call is after seven P.M Monday thur Saturday and starting December after 8:00 PM because of X-mas. You know my job its finish until all the mail is deliver.

The information on Donald Hunter. He is my N.B. 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them Now I'm sitting here hoping you call before your phone time is up



Take Care
Because I Care
Beverly

A-5