Case 1:05-cr-00386-ESH  Document 381-2  Filed 08/22/2007  Page 1 of 5
DEC-05-2005 11:30                                          2025148707  P.10/30
Case 1:05-cr-00386-ESH  Document 371-3  Filed 07/26/2007  Page 10 of 30



A-1



1) Buck - research
2) Ivie ?
3) Pline ?
4) Derrick ?
5) Bow ?

Oct 14

Donald Hunter ?
Mike wife ?

Kevin Day - Corey
Donald Hunter
Harold Holden
Davon Howard
Tony B

301 Medde
820-7884

Rodney
292 232 1513 ?

West Lye
202 479-2223

1) Neice 301 893-0838
   240 416-2249                    299 ~~5~~
                                   298 9365
2) Mike 301 885-0951
3) A. O'Brien 301 423 0191          DeB
                                    301 809 0778
                                    240 883 1424
4) Tyrone 301 513-9449 Home         202 295-4516
                                    #235
5) Tyrone 202 679-4611
6) Lawrence 301 613 6293
7) Club Level 202 269-0170
8) Niecey cell  240-416-2249
                                    A. Eduardo Baltmore
9) Antoine cell - 202 639-0999
                                    Mike Lee
10) DeB                             240 346 4889
11) Nette
12) Beverly 301 322-9046
13) Ivie                            202
    307-0610                        391-9206
    Rock Bremen                     Nette
                                    Niecey

A-2

Case 1:05-cr-00386-ESH    Document 381-2    Filed 08/22/2007    Page 3 of 5
DEC-05-2005  11:29                                2025148707   P.04/30
Case 1:05-cr-00386-ESH    Document 371-3    Filed 07/26/2007    Page 4 of 30



Beverly Johnston
1918 Village Green Dr.
Hyattsville MD 20785

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

SEALED

A-3

Hey,
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I recieve your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on. I wanted to come to court but I know your wife was going to be there and I did not

A-4

wanted to look strange. But I care!. I see you calling me but a good time to call is after seven P.M Monday thur Saturday and starting December after 8:00 PM because of X-mas. You know my job its finish until all the mail is deliver,

The information on Donald Hunter. He is my N.E 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them. Now I'm sitting here hoping you call before your phone time is up



Take Care
Because I Care
Beverly

A-5