UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES** | : | |

### MOTION FOR LEAVE TO FILE DEFENDANT'S PRO SE MOTION

  Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to file the attached *pro se* motion. In support of this motion Jones states as follows:

  1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court denied.[1]

  2. Mr. Jones desires to have the attached Motion for Recusal filed with the Court.

  3. Counsel reviewed Mr. Jones' pleading and advised him generally regarding its merit. Nevertheless, Mr. Jones insists on filing the motion.

---

[1] The Court granted in part Jones' motion to suppress evidence obtained from the GPS Tracker.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Mr. Jones respectfully requests leave of the Court to file the attached pro-se Motion for Recusal.

Dated: Washington, DC
September 6, 2007

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: /s/
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 6th day of September 2007, I caused a true and correct copy of the foregoing Defendant's Motion for Leave to File Pro-Se Motion for Recusal to be delivered to the parties in this matter via Electronic Case Filing.

                                        /s/
                                _____
                                A. Eduardo Balarezo