UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 05-386(1) (ESH) |
| ANTOINE JONES | : |

### ORDER

Upon consideration of Defendant Jones' Motion for Leave to File Pro- Se Motion For Recusal, it is this 7 day of September 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530