UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 05-0386 (ESH) |
| ANTOINE JONES, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Based on the Status Conference held on September 7, 2007, it is hereby **ORDERED** that:

1. Defendant Jones's Motion for Modification of Pretrial Detention Order and Incorporated Memorandum of Points and Authorities [Dkt. 385] is **DENIED**. The Memorandum Opinion of December 29, 2005 [Dkt. 59] is **REAFFIRMED** for the reasons stated in open court.

2. Defendant Jones's Motion for Leave to File Motion *Pro Se* [Dkt. 386(1)] is **GRANTED**.

3. Defendant Jones's *Pro Se* Motion for Recusal [Dkt. 386(3)] is **DENIED**.

4. Defendant Jones's Consent Motion to Continue Trial [Dkt. 378] is **GRANTED IN PART** and **DENIED IN PART**.

5. Government's Supplemental Motion to Admit Evidence of Other Crimes Pursuant to FRE 404(b) [Dkt. 364] is **GRANTED**.

6. An evidentiary hearing on the remaining motions is scheduled for November 6, 2007, at 10:00 a.m. At this time, the following motions will be the subject of the hearing: Defendant Maynard's Motion to Suppress Evidence of the Durham, North Carolina Traffic Stop [Dkt. 357], Defendant Maynard's Motion to Suppress Evidence of the 8550 Myrtle Ave, Bowie, Maryland Search [Dkt. 358], and Defendant Jones's Motion to Suppress Tangible Evidence from 9719 Summit Circle, Apt. 3B, Largo MD [Dkt. 373].

7. The government shall file by September 21, 2007

      a.      a joint proposed voir dire questionnaire; and

      b.      a supplemental pleading clarifying which of the materials collected from Mr. Jones's cell the government plans to introduce at trial and explaining their relevance.

8. Trial will begin on November 13, 2007, at 1:30 p.m. Court will not be held on the following dates: November 22-23; December 7; December 11-13; and December 21-31; and January 1.

9. Defendants will have 12 peremptory strikes. The government will have 8 peremptory strikes.

10. The government will have 1 hour for opening argument. Defendant Jones will have 45 minutes and Defendants Maynard and Carter will have 30 minutes.

**SO ORDERED.**

*/s/ Ellen S. Huvelle*
_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated:   September 10, 2007