UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Criminal No. 05-0386 (ESH) |
| ANTOINE JONES, LAWRENCE MAYNARD, and, KIRK CARTER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED JURY INSTRUCTIONS**

Comes now the United States of America through its counsel, Jeffrey A. Taylor, United States Attorney for the United States of America, Rachel Carlson Lieber and John V. Geise, Assistant United States Attorneys, and submits the attached proposed jury instructions as described below:

Attachment 1- Proposed Preliminary Instructions.

Attachment 2- Proposed Final Instructions.

Attachment 3- Proposed Verdict Form.

Attachment 4- Proposed Forfeiture Instruction and verdict form.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

          By: _____
          RACHEL CARLSON LIEBER
          Assistant United States Attorney
          D.C. Bar No. 456-491
          555 4th St. N.W. Room 4820
          Washington, D.C. 20530
          (202) 353-8055

          By: _____
          JOHN V. GEISE
          Assistant United States Attorney
          D.C. Bar No. 358-267
          555 4th St. N.W. Room 4126
          Washington, D.C. 20530
          (202) 616-9156