# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CRIMINAL NO. 05-0386** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTOINE JONES,** | : | |
| **LAWRENCE MAYNARD,** | : | |
| **KIRK CARTER** | : | |
| | : | |

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

## 1. ANTOINE JONES

### Narcotics Conspiracy

Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

**Not Guilty: _____        Guilty: _____**

If you find the defendant guilty of the charged conspiracy proceed to the section called "Controlled Substances" below.  If you find the defendant not guilty proceed to the next count.

### Controlled Substances

If you find the defendant guilty of the narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

<u>Cocaine Hydrochloride also known as Powder Cocaine</u>

(A)  5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B)  500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 500 grams of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**          **Proven: _____**

<u>Cocaine Base also known as Crack</u>

(A)  50 grams or more of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine base was 50 grams or more, then you should consider whether the drug quantity was:

(B)  5 grams or more but less than 50 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine base was 5 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 5 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**


**_____**                    **_____**
Date                                                  FOREPERSON

## 2. <u>LAWRENCE MAYNARD</u>

### <u>Narcotics Conspiracy</u>

Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

**Not Guilty: _____**           **Guilty: _____**

If you find the defendant guilty of the charged conspiracy proceed to the section called "Controlled Substances" below. If you find the defendant not guilty proceed to the next count.

### Controlled Substances

If you find the defendant guilty of the narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

### Cocaine Hydrochloride also known as Powder Cocaine

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**           **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**           **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 500 grams of mixtures and substances containing a detectable amount of cocaine.

**Not Proven: _____**          **Proven: _____**


Cocaine Base also known as Crack

(A)  50 grams or more of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine base was 50 grams or more, then you should consider whether the drug quantity was:

(B)  5 grams or more but less than 50 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**

If you are unable to find unanimously that the quantity of cocaine base was 5 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 5 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven: _____**          **Proven: _____**


_____                    _____
Date                               FOREPERSON

### 3. KIRK CARTER

**Narcotics Conspiracy**

Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

Not Guilty: _____        Guilty: _____

If you find the defendant guilty of the charged conspiracy proceed to the section called "Controlled Substances" below.  If you find the defendant not guilty proceed to the next count.

Controlled Substances

If you find the defendant guilty of the narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

Cocaine Hydrochloride also known as Powder Cocaine

(A)  5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

Not Proven: _____        Proven: _____

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B)  500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

Not Proven: _____        Proven: _____

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 500 grams of mixtures and substances containing a detectable amount of

6

cocaine.

**Not Proven:** _____          **Proven:** _____

<u>Cocaine Base also known as Crack</u>

(A)  50 grams or more of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven:** _____          **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine base was 50 grams or more, then you should consider whether the drug quantity was:

(B)  5 grams or more but less than 50 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven:** _____          **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

(C)  Less than 5 grams of mixtures and substances containing a detectable amount of cocaine base.

**Not Proven:** _____          **Proven:** _____


_____                    _____
Date                                FOREPERSON

7