UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

v.                                          Case No. CR-05-0386 ESH

Antoine Jones, et al.

**Defendant's *pro se* Motion for Follow-Up Discovery Request**

Defendant, Antoine Jones, comes before this court *pro se*, to request the Courts accept this Motion for Follow-Up Discovery Request. Defendant respectfully moves this court to grant this request. This request is a follow-up to a Discovery Request from defendant's attorney. Time is of the essence in defendant's preparation for the upcoming Motion Hearing and November 2007 trial.

My concern is the multiple violations of my guaranteed due process and Constitutional Rights. The government has withheld exculpatory evidence and impeaching evidence. The concealment of evidence favorable to the defense violates my right to due process under Federal Criminal Rule 16 and the Brady Material. This is outrageous. Defendant has been detained two years and half (2 1/2) has gone through an extensive and complex trial, and the government has not disclosed needed exculpatory evidence/impeachment evidence/discovery under Rule 16 / Jencks material, etc... This conduct towards the defendant has proven to be prejudicial in my and has greatly hindered defendant's ability to prepare for or receive a fair trial.

The government has an obligation under the Due Process clause, Rule 16 and the Brady Material (*Brady v. Maryland*, 373 U.S. 83 (1963)) the disclosure of evidence favorable to the defendant. Under these circumstances, and the counting down of time to the Motion Hearing and the trial, I am pleading the court to intervene and order the government to disclose all Brady, Giglio, *Rose v. Lucy* and Jencks materials so defense can properly prepare for the Motion Hearing and trial.

To properly prepare for the Motion Hearing and the upcoming trial, defendant specifically needs these items from the government, the courts and my attorney.

I am enclosing a copy of an email and a reminder list to my investigator and attorney. If I am denied my right to due process discovery from the government, and absent of my key witnesses from the Motion Hearing and upcoming trial, Defendant Jones will be requesting a continuance for additional time to serve the subpoenas to all key witnesses identified or if the courts refuse to comply – a Dismissal.

Defendant is also asking the courts to grant me two important key pre-trial transcripts. Status Hearing of September 7, 2007 [some key issues and motions need to be challenged], and Modification of Conditions of Confinement Hearing of April 24, 2006 date defendant Jones received Court Order from Judge Huvelle to terminate Total Separation status imposed by Rachel Lieber. I need this information to prepare for my upcoming Motion Hearing and trial. I also need: The "Illegal DC Jail cell search" motion including, and the closing argument by government prosecutor John Geise and Rachel Lieber. Because time is of the essence, and the limited time is against the defendant, I am requesting the court to comply briefly. This is the specific discovery I am requesting: 1- Investigation. 1. Las photos of Jones coming thru airport on 2-6-2004. 2- Agent Giles Grand Jury transcript (unredacted) pgs. 2-3 + 3-ICE Investigation (ICE) report from Agent Giles. 4-Copy of GPS Application and Order of defendant's Jeep whose was tracked. 5-Copy of Jones pen register application and order (986-795-0531). 6-Copy of Jones cell phone cell site data (986-795-0531). 7-Names of all ICE agents who went into the Seminal Circle without a search warrant (Feb 7, 2005). 8-Need names of all ICE agents who went into Myrtle Avenue Bowie house (Feb 28, 2005). 9-Data from trigger fish device used on surveillance of Jones in Myrtle Ave Bowie house. 10-Recorded consensual calls from Levon Co's cell phone.

Cell Site Data – Pen Register – 1. Bernice cell phone pen register data and cell site data. 2- Lawrence Maynard cell site data (301-613-6395). 3-Defendant Antoine Jones cell site data. 4-Jones cell phone cell site data and pen register data (986-795-0531).

Radio Run & Reports: 1-Moore Street, Waldorf (Oct 24, 2005), 2-Brandywine Road, Brandywine (Oct 24, 2005), 3-Pocomia Drive, D.C Washington (Oct 24, 2005), 4-Club Lovers, Montana Ave, DC (Oct 24, 2005), 5-North Carolina traffic stop – Lawrence Maynard (April 2005) 6-Summit Circle investigation and surveillance of Javier, 7-Hampton Blvd warehouse search; 8-Myrtle Ave, Bowie search and surveillance.

Grand Jury – 1- All Grand Jury testimony transcripts, 2-Ministerial record of Grand Jury; 3-Record of any request for extensions of the Grand Jury lifespan and associated court orders.

Rachel Lieber – 1-Copy of memorandum dated 11/2/2005, to DC Jail from Rachel Lieber – Request for lockdown of defendant Jones; 2-I am requesting the date of the US Attorney subpoena of Defendant Jones DC Jail calls records; 3-Copy of Defendant Jones DC Jail call records (11-3-2005 at 7:56 pm, 11-3-2005 at 9:34 pm, and 11-6-2005 at 11:57 a.m., all times are approximate); 4-Traced all calls from by one of the subpoena [] the calls between Defendant Jones and his attorney, at a date 11-7-2005 19:48:49, call number 908233 phone number 301-843-0838; 4-Copy of memorandum from U.S Attorney's Office on the matter of my separation and restriction on segregation; 5-Copy of Search Warrant, Affidavit, inventory sheet and information on the December 2, 2005 search of my DC Jail cell.

List of Key Witnesses for the Defense: 1-Deniece Jones, 2- Antoine B. Jones, Jr., 3-Mary Johnson, 4-Paulette Bizzelle, 5-Rachel Lieber, 6- FBI Agent Stephanie Yanta, 7-Detective Norma Horne, MPD, 8-Agent Kelli O'Brien, 9-Maria Deveney ABRA, 10-Agent Katerina Gikas, 11-ICE Agents (names unknown), 12-Agent Ronaldo Shaw, 13-Shantesse Colmore, 14-Quentessa Broussard, 15-Nita Worley, 16-Karessa Jones, 17-Gregory Willis, 18-Nicholas Jones, 19-Gregory Hawkins, Sr., 20-Gregory Hawkins, Jr., 21-Ronald Moore, 22-Richard Stewart, 23-Kevin Moore, 24-Anthony Kweree, 25-Anthony Givens, 26-Kevin Holland, 27-Adrian Jackson, 28-Mike Huggins, 29-Andrew Schafer, 30-Mr. Scott, 31-Summit Circle Property Manager who gave ICE permission to go into the apartment, 32-Greg Everjen, 33-Technical police officers, 34-Chris Burch, 35-Lt. Goodman, 36-Ronald Holder, 37-Colette Watson, 38-Mr. Kelly (Realtor from Myrtle Ave property), 39-Nana al Babylan.

Defendant is requesting subpoena be served for all of these defense witnesses. This is crucial in defendant's case.

Signed

Antoine Jones

*Antoine Jones* 10-17-2007