## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 05-CR-386 (ESH)** |
| | **:** | |
| **ANTOINE JONES** | **:** | |
| **LAWRENCE MAYNARD** | **:** | |

## ORDER

Upon consideration of Defendants' Motion for a Shave and a Haircut, it is this

___ day of _____ 2007, hereby

**ORDERED,** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED**, that the Warden of the Central Detention Facility (D.C. Jail) is

hereby directed to provide Inmates Antoine Jones, DCDC # 241912 and Lawrence Maynard

DCDC # 307469, access to a haircut and a daily shave beginning November 12, 2007, and

continuing day to day until the trial in this matter is completed.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

cc:

Warden
Central Detention Facility
1901 D Street, SE
Washington, DC  20003

The Parties in this case (via ECF)