UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Case No. 05-CR-386 (ESH) |
| : | |
| ANTOINE JONES   : | |
| LAWRENCE MAYNARD  : | |

**O R D E R**

**TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):**

The Defendants in this case (Antoine Jones, DCDC # 241912; Lawrence Maynard, DCDC # 307469) are scheduled to begin trial before this Court on November 13, 2007 until January 2008.

It has been brought to the Court's attention that Defendants are generally provided a lunch sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the expected length of this trial, the Court is hereby directing the Warden to provide a greater variety of meals to Defendants during the course of their trial.

Date:   November ____, 2007

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

**cc:**

Warden
Central Detention Facility
1901 D Street, SE
Washington, DC  20003

The Parties in this case (via ECF)