UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 05 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-386 (ESH) |
| ANTOINE JONES, *et al.*, | ) |
| Defendants. | ) |

### ORDER

It is hereby **ORDERED** that

Anthony Koonce
D.O.B. 3/27/72
Reg. No. 15707-016

be returned forthwith to the location where he has previously been incarcerated in Case No. 05-244.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated:    December 5, 2007