## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Nos.  05-386 (ESH) |
| | : | |
| ANTOINE JONES, and | : | |
| LAWRENCE MAYNARD | : | |
| | : | |
| Defendants. | : | |

### SUGGESTED MODIFICATION TO GOVERNMENT'S PROPOSED FINAL JURY INSTRUCTIONS AND VERDICT FORM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully suggests that the Court make the following modifications to the jury instructions and proposed verdict form submitted as papers 396-4 and 396-5.  These suggestions incorporate discussions with James Lyons, Esq., Counsel for defendant Maynard.  Mr. Lyons may make an additional filing.  An attempt has been made here to indicate those instructions where Mr. Lyons may have other proposed instruction, The government may or may not agree to those proposals after it has reviewed them.

### INSTRUCTIONS (paper 396-5)

TITLE PAGE - Strike the name of Kirk Carter from the caption.

INSTRUCTION 1 -    Last portion of the second line should read  "*defendant's* innocence or guilt of the *conspiracy charge*."  (Changes in italics).

INSTRUCTION 3 - In the first paragraph of the instruction, second line from the bottom, after the sentence ending with "fact" insert a new sentence to read as follows: "You may not take anything

I may have said or done as indicating how I think you should decide this case."

INSTRUCTION 6 - Third line from the bottom, "defendants" should read "defendant".   Next to last line,  "any" should be changed to "either".

INSTRUCTION 10 - The instruction should be modified to indicate that evidence concerning prior convictions was introduced only as to defendant Antoine Jones.   The second paragraph of the instruction would therefore read as follows:

In particular the Government introduced a stipulation concerning prior convictions of defendant Antoine Jones in cases unrelated to the matter before you today.   As I told you at the time the stipulation was introduced, and I want to emphasize again now, you may not use this evidence to infer that because of his character the defendant carried out the acts charged in this case.   However, you may consider it only to the extent you believe that it bears on the question of his knowledge and intent.   You may not consider this evidence for any other purpose.   Defendant Jones has not been charged with any offense relating to these prior convictions and you may not consider this evidence to conclude that he had a bad character, or a criminal personality.   The law does not allow you to convict a defendant simply because you believe he may have done bad things not specifically charged as crimes in this case. Defendant Jones is on trial for the crime charged in the indictment only, and you may use the evidence of acts not charged only for the limited purpose of assessing whether the government has proven beyond a reasonable doubt that he knowingly and intentionally committed the offense charged in the indictment.

INSTRUCTION 16 - Mr. Lyons may propose a different reasonable doubt instruction.

INSTRUCTION 19 - Mr. Lyons will submit an alternative instruction concerning prior inconsistent statements.

INSTRUCTION 23 - First line insert the names "Roel Bermea, Donald Hunter, and Demetrius Johnson". Also modify gender throughout to indicate that all the witnesses were male.

INSTRUCTION 29 - In the title of the instruction strike the phrase "AND DUTY OF DEFENSE COUNSEL". Strike the last two sentences of the instruction.

INSTRUCTION 39 - Add a final line to the last paragraph reading "These findings must be based on proof beyond a reasonable doubt".

INSTRUCTION 41 - Next to last sentence of the proposed instruction after the word "with" add the following "or was a friend with, or".

INSTRUCTION 42 - Second line of last paragraph of the instruction after the word "responsible" add the word "only". Next to last line of the instruction after the word "order" add the words "for it". Mr. Lyons may also have additional proposed language for this instruction.

INSTRUCTION 44 - Strike the fourth sentence beginning with "You should feel free". The remainder of the paragraph should read as follows, reflecting that there are only two defendants and one criminal count in the indictment.

There is no requirement that you consider the charges against the defendants in any particular order of defendants, so long as you reach a unanimous verdict as to each defendant. A verdict must represent the considered judgment of each juror. As you know, your verdict as to each defendant must be unanimous. Each juror must agree on it. It is your duty, as jurors, to consult with one another and to deliberate with a view to reaching an agreement if you can do so without doing violence to your own individual judgment.

INSTRUCTION 46 - Strike the phrase "and cash" in the first sentence. Strike the phrase "or currency" in the last sentence.

Instruction 50 -  Third sentence, change phrase " each of the counts" to "the charge". Strike the

fourth sentence beginning "The verdict form". Fifth sentence, the phrase "of the counts in the indictment" should be changed to "defendant".

INSTRUCTION 51 - First sentence, change word "five" to "four" and insert the seat numbers of the alternate jurors.

## **VERDICT FORM**

CAPTION - Strike the name Kirk Carter.

Antoine Jones section, - Under "Narcotics Conspiracy", last sentence, replace the words "the next section" with the words "section 2".

Lawrence Maynard section - Under "Narcotics Conspiracy", strike the last sentence beginning with "If you find the defendant".

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____

JOHN V. GEISE
Assistant United States Attorney

_____

RACHEL CARLSON LIEBER
Assistant United States Attorney