UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

**DEFENDANT JONES' RENEWED MOTION FOR INSTRUCTION ON
MULTIPLE CONSPIRACY; REQUEST FOR OTHER INSTRUCTIONS AND
OBJECTIONS TO GOVERNMENT'S PROPOSED INSTRUCTIONS**

Defendant Antoine Jones, by and through undersigned counsel, hereby respectfully requests the Honorable Court to instruct the jury on multiple conspiracy as a defense to the conspiracy charged in the indictment. In support of this motion, Jones states as follows:

1. Jones adopts and submits upon his arguments previously set forth in Docket Entry No. 274 as those arguments relate to the evidence presented at the current trial.

2. Jones responds as follows to the proposed instructions and modifications submitted by the government:

   a. Instruction No. 3:   objection to governments request for additional language;

   b. Instruction No. 4:   the first sentence should read ". . . permitting the character of THE ONE CHARGED COUNT to affect your minds . . . ."

   c. Instruction No. 5:   the second sentence should read ". . . .informing yourselves of the CHARGE you are to consider."

   d. Instruction No. 10:  the first sentence, second paragraph should read: "In particular the government introduced A STIPULATION

      concerning prior convictions of ANTOINE JONES in cases unrelated . . .."

e. Instruction No. 22: Jones suggests the following language replace the current proposed instruction:

**TESTIMONY REGARDING PLEAS ENTERED INTO BY WITNESSES**
You have heard testimony from certain government witnesses who pled guilty to charges arising out of the same facts as this case. You are instructed that you are to draw no conclusions or inferences of any kind about the guilt of the defendants on trial from the fact that a prosecution witness pled guilty to similar charges. That witness' decision to plead guilty was a personal decision about his or her own guilt. It may not be used by you in any way as evidence against or unfavorable to the defendants on trial here. You may not infer that because these witnesses pled guilty to a crime charged in the indictment in this case that the crimes charged in the indictment have been proven

f. Instruction No. 23: Jones suggests the following language replace the current proposed first paragraph of this instruction:

**WITNESS WITH A PLEA AGREEMENT**
A number of government witnesses have pled guilty to various criminal charges and are awaiting sentencing. Those guilty pleas were entered pursuant to "plea agreements" with the government by which the witnesses agreed to furnish the government with information and to testify as a government witness, and in exchange, the government agreed to confer certain benefits upon them, such as dismissing some charges against these witnesses and agreeing not to prosecute them on other charges.

g. Instruction No. 29: objection to government's request to strike language;

h. Instruction No. 36: the fourth sentence should read: "In particular, certain statements made by ALLEGED coconspirators are not considered hearsay at all and are competent evidence for you to consider."

      i. Instruction No. 40: the second paragraph should read "Specifically, the defendants deny that they were involved in the drug conspiracy charged in this case OR IN ANY OTHER DRUG CONSPIRACY."

      j. Instruction No. 42: the first sentence should read "BOTH defendants are charged . . . ."

      k. Instruction No. 44: the new proposed paragraph should read "There is not requirement that you consider the CHARGE against EACH DEFENDANT . . . .";

3. Finally, Jones joins in Defendant Maynard's proposed Instruction No. 19.

**WHEREFORE**, Jones respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
December 14, 2007                      Respectfully submitted,

                                          **LAW OFFICE OF A. EDUARDO BALAREZO**

                                          By: _____
                                              A. Eduardo Balarezo (Bar # 462659)
                                              400 Fifth Street, NW
                                              Suite 300
                                              Washington, DC  20001
                                              (202) 639-0999

                                              *Counsel for Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of December 2007, I caused a true and correct copy of the foregoing Defendant Jones' Renewed Motion for Instruction on Multiple Conspiracy to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
A. Eduardo Balarezo