## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 05-CR-386 (ESH)** |
| : | |
| **ANTOINE JONES** : | |

## **O R D E R**

Upon consideration of Defendant Antoine Jones' Renewed Motion for Instruction on Multiple Conspiracy; Request for Other Instructions; and Objections to Government's Proposed Instruction and any opposition thereto, it is hereby this ___ day of December 2007

**ORDERED**, that this Motion is **GRANTED**.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**