12-15-2007

To whom it may concern and also to Mr. Balarez

I, Anthony Koonce, did not plead the fifth, nor did I ever have any intentions on pleading the fifth when I was called as a witness for Mr. Antwoine Jones. I was appointed an attorney by the courts, a Mr. John Briley, who advised me of my rights and emphasizes that I may be subjected to prosecution if I were to take the stand after waiving my Fifth Amendment rights. I told Mr. Briley that I was not concerned about being crossed examined by the government because as I have always stated, I do not know Mr. Jones or any of his alledged associates involved in his case. I did ask Mr. Briley about what limits the government would have on cross examination and would the government only be able to ask me questions related to my alledged association with Mr. Jones. Mr. Briley said that that was the reason for a court hearing held on December 5, 2007, for the Judge to make a ruling on what limitations the government would have when cross examining my testimony. I am not sure of what the Judges ruling was. I was told by Mr. Briley that the Judge was not going to let me testify and ordered that I be sent back to my federal destination. In any event, I was not going to plead the fifth. I am still willing to testify on Mr. Jones' behalf.

I would also like to add that I am confused as to why no one from Mr. Jones' defense team has not interviewed me. I would wait to talk to his attorney or an investigator so I could tell them what I have told everyone else who has asked me about Mr. Jones, "I don't know Mr. Jones".

It does not sit well with me that someone or some people have falsely accussed me of being involved in anything. I wrote this letter to try and set the record straight about my willingness or unwillingness to testify for Mr. Jones. I am fully prepared to testify on Mr. Jones' behalf and if that means waiving my Fifth Amendment rights, then that is what I would do to testify for Mr. Jones.

Sincerely,

Anthony L. Kronce