KOONCE, Anthony                                                                 Page 23

THE HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  Docket No.: **05CR244-001**
:
vs.                        :                                           **FILED**
:
Anthony Koonce             :  Disclosure Date: March 17, 2006           AUG 2 9 2006

**RECEIPT AND ACKNOWLEDGMENT OF**                                NANCY MAYER WHITTINGTON, CLERK
**PRESENTENCE INVESTIGATION REPORT**                             U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____
Assistant U.S. Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein. (But see comments)

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Anthony Koonce_ 3-23-06                         _[signature]_ 3/23
Defendant        Date                            Defense Counsel        Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 29, 2006, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer



KOONCE, Anthony                                                Page 23

THE HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :   Docket No.: 05CR244-001
                                :
vs.                             :
                                :
Anthony Koonce                      Disclosure Date: March 17, 2006

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____             _____
Assistant U.S. Attorney                           Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein. (But see comments)

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Anthony Koonce_  3-23-06                    _[signature]_  3/23
Defendant        Date                        Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 29, 2006, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer



KOONCE, Anthony                                             Page 24

## Receipt and Acknowledgment

P. 13 & 64   AT halfwayhouse — employed A day laborer for
             Glover & Associates   (202) 276-4337
                                   (Lionel Glover)

Signed By: _____
            (Defense Counsel/AUSA)

Date: _____