UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-386(1) ESH |
| *v*. : | |
| : | **UNDER SEAL** |
| **ANTOINE JONES** : | |

## O R D E R

Upon consideration of Defendant Jones' Motion for Reconsideration of Ruling Denying Defendant's Request to Call Anthony Koonce as a Witness, and any opposition thereto, it is this _____ day of _____, 2007,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

Copies to:

A. Eduardo Balarezo, Esq
400 Fifth Street, NW
Suite 300
Washington, DC 20001