UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |

**DEFENDANT JONES' OBJECTIONS TO PROPOSED JURY INSTRUCTIONS**

Defendant Antoine Jones, by and through undersigned counsel, hereby respectfully objects to the following proposed Jury Instructions:

1. Proposed Instruction 22 – Witness with a plea agreement

The proposed instruction reads in relevant part: You have heard evidence that Roel Bermea, Donald Hunter, and Demetrius Johnson entered into plea agreements with the government pursuant to which they agreed to testify *truthfully* in this case . . . .

Mr. Jones objects to the characterization of what the cooperators have agreed to provide as "truthful" testimony. The cooperation agreements call for the cooperators to do many things, not just provide "truthful" testimony. The inclusion of such language in the agreements is self-serving for the government and specifying and highlighting "truthful" in the instruction serves to support and lend credibility to the testimony to the benefit of the government and to the detriment and prejudice of Mr. Jones. Mr. Jones suggests the following language replace the current proposed instruction:

> **WITNESS WITH A PLEA AGREEMENT**
> You have heard that Roel Bermea, Donald Hunter and Demetris Johnson have pled guilty to various criminal charges and are awaiting sentencing. Those guilty pleas were entered pursuant to "plea agreements" with the government by which the witnesses agreed to furnish the government with information and to testify as a government witness, and in exchange, the government agreed to confer certain

benefits upon them, such as dismissing some charges against these witnesses and agreeing not to prosecute them on other charges.

**WHEREFORE**, Jones respectfully requests that make the aforementioned changes to the jury instructions.

Dated: Washington, DC
December 30, 2007                         Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

/s/

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Counsel for Antoine Jones*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th day of December 2007, I caused a true and correct copy of the foregoing Defendant Jones' Objections to Proposed Jury Instructions to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo