UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

## ORDER

Upon consideration of Defendant Jones' Motion to Suppress Evidence Related to Search of 400 Hampton Park Boulevard, and any opposition thereto, it is this \_\_\_\_ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that any evidence obtained or derived by the government as a result of the search of the premises located at 400 Hampton Park Boulevard, is hereby suppressed and stricken from the record.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**