**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 05-CR-386 (ESH) |
| : | |
| ANTOINE JONES : | |
| LAWRENCE MAYNARD : | |

## MOTION FOR LEAVE TO FILE DEFENDANTS' *PRO SE* MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT AND OUTRAGEOUS CONDUCT

Defendants Antoine Jones and Lawrence Maynard ("Defendants"), by and through undersigned counsel, respectfully move this Honorable Court for leave to file the attached *pro se* motion. In support of this motion Jones states as follows:

1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court ruled upon. Mr. Maynard through his counsel joined in these motions.

2. Defendants desire to file the attached *Pro Se* Motion to Dismiss for Prosecutorial Misconduct and Outrageous Conduct.

3. Counsel reviewed Defendants' pleading and advised generally regarding their merit. Nevertheless, Defendants insists on filing the motion.

WHEREFORE, for all the foregoing reasons, and any others that may appear to the Court, Defendants respectfully requests leave of the Court to file the attached *Pro Se* Motion.

Dated: Washington, DC
      January 8, 2007                    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:    /s/
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January 2008, I caused a true and correct copy of the foregoing Motion for Leave to File Defendants' Pro Se Motions to be delivered to the parties in this matter via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo