

On Thursday, January 26, 2006 I went to what I thought was going to be my appearing before the grand jury, but instead, I met with Rachel Lieber, Stephanie Yunta and Steve (don't know his last name...short stocky white male) and another agent (don't know her name...tall black female who came in towards the end of this meeting). We met in one of the witness rooms outside the grand jury hearing room. I got there around 1:05 p.m., for again, what I thought was a 1:30 p.m. appearance before the grand jury with no plans to meet with Ms. Lieber, but after said that she along with the agents wanted to talk to me before going into the grand jury, I agreed.

Stephanie asked me for my personal information (name, address, telephone number and occupation) which she and Ms. Lieber proceeded to write down along with everything else that I said. Ms. Lieber then said that I was there to testify before the grand jury and asked me if I knew what that entailed and my response was "not exactly". She went on to say that I would be asked questions regarding their investigation of Antoine Jones and that I was expected to tell the truth and if not it would result in my perjuring myself and lead to charges being brought against me. After her explanation of the grand jury process the conversation proceeded as follows:

Lieber: We have listened to a lot of phone conversations between you and Antoine and from those conversations it is clear that the two of you are romantically involved, but we are not here to judge you for that and we don't care about that. We want you to know that whatever is said in this room or before the grand jury is secret and will never disclosed to anyone. We will never tell anyone, but if you choose to tell someone that's your business, but we won't.
Lieber: Are you and Antoine romantically involved?
Answer: Yes.
Lieber: Where did you meet him?
Answer: We worked togther.
Lieber: Where?
Answer: P.G. Sports & Learning Complex.
Lieber: Where is that located?
Answer: Landover.
Lieber: How long have you known him?
Answer: Four years.
Lieber: How long after you met him did you become involved?
Answer: About one year.
Lieber: How did you find out about all of this and him being arrested?
Answer: On the news and in the newspaper.
Lieber: Did he tell you to send him all the articles from the paper and the internet because they didn't have the same thing that the paper was saying?
Answer: He did ask me to send him the newpaper articles, but I don't know what you mean when you say that he said they didn't have the same thing that the paper had?
Lieber: What did you send him?
Answer: The article from the paper and two other articles from the internet.
Lieber: Were you supposed to meet him the night before he was arrested?
Answer: No and I don't even know when he was arrested. When was he arrested?
Lieber: On Monday morning, October 25. Didn't you talk to him the night before he was arrested and was supposed to meet him?



Answer: Yes, I did talk with him on Sunday night for a few minutes and he then asked me if I had company and I said yes and he said okay, I will talk to you tomorrow and we hung up. I called him back later and talked to him briefly, but I wasn't supposed to meet him.
Lieber: He went out of town the week-end before he was arrested, where did he go?
Answer: Church.
Lieber: He went out of town to church?
Answer: Yes, he and his family attended church out of town.
Lieber: Nov. 3, which is the first call that Antoine made to you from jail...after you found out that he was alright and you went through the I miss you and things like that, why didn't you ask him what the hell was going on?
Answer: I don't know.
Lieber: I am having a hard time believing that your boyfriend that you love so much and believe is this great guy could be the leader of a drug ring that got caught with almost a million dollars, 100 kilograms of cocaine, guns and go to jail and you not act any different than you did, unless you knew what was going on. Again, since this was your boyfriend, we just couldn't figure out why you didn't respond as shocked, upset, angry or anything like that. This was the largest amount of cocaine seized in D.C. history and in the paper his name was listed first as the leader.
Answer: Again, I don't know. My response was what it was and I can't give an answer as to why it wasn't what you thought it should have been.
Lieber: Well, here is an example, we listened to another one of his calls with a female caller who said that she was shocked as ever and almost fell off her chair when she heard about this and we can't figure out why your response wasn't the same or somewhat similar to hers?
Answer: Again, what do you want me to say...I can't tell you why my response wasn't like that of someone else. I felt that if he wanted to tell me what was going on and why he was in jail, he would. I am not one to pry into other people's business.
Question: You mean that you had no idea that he was a drug dealer and that he was hanging out with all these Mexicans?
Answer: No, I didn't and I still don't. Can I just say something here? I have no knowledge of what it is that you are accusing him of and it looks as if the only way that you are going to believe me is if I say what it is that you want to hear and I won't do that because then I would be lying. I thought that a person was innocent until proven guilty anyway.
Lieber: Yeah, that's true.
Lieber: On another call (Nov. 6) that he made to you from jail, he told you that if any letters came to your house from him with someone else's name on it, you should hold it for Lawrence and he would get them from you.
Answer: That's not true. He never told me to hold anything for Lawrence.
Lieber: But didn't he did tell you that you might get some letters from him with somebody else's name on it and you said okay fine?
Answer: Yes.
Lieber: Did you ever get any letters addressed to someone else?
Answer: No, they were addressed to me with someone else's name on the back.
Lieber: Who's name was on it?
Answer: Bryant
Lieber: What did you do with it?
Answer: I gave it to Bryant.



Lieber: How did you contact this Bryant?
Answer: I called him?
Lieber: How did you know how to contact him?
Answer: Antoine gave me his phone number.
Lieber: How did he give you his phone number?
Answer: In a letter.
Lieber: What was in the letter with Bryant's name on it and why do you think that he asked you to deliver it?
Answer: I don't know what was in the letter because I didn't open it and I imagine that he asked me to give it to Bryant because he didn't know his address.
Lieber: When did this happen?
Answer: I don't know the date.
Lieber: Where does he live?
Answer: I don't know.
Lieber: Then how did you give it to him?
Answer: I met him on my way home from work one night.
Lieber: Where?
Answer: I had to stop at the drycleaners and he met me there.
Stephanie: What was he driving?
Answer: I don't know.
Stephanie: You mean you didn't see what he was driving?
Answer: I didn't say that I didn't see it, I just don't know what it was....I think it may have been an SUV.
Stephanie: What color was it?
Answer: I don't know, it was dark out and it may have been a dark color.

Ms. Lieber seems to be getting frustrated with me because I am not giving the answers that it appears that she wants and reiterated the consequences of perjury. She again said that she was having a hard time believing what I was saying.

At this time Stephanie pushed in front of me a sheet of paper that she got from Ms. Lieber which had pictures of twelve men on it and asked me if I recognized any of them.

I pointed to Antoine, Lawrence and Adrian. I pointed to someone who I thought might have been John and I said to her "is this John" and she said that they couldn't tell me whether it was or not and I said "it could be...I'm not sure". I did not know any of the other men in the pictures. If I can remember, there were three other black men, four that were some other race and one white.

Steve: Are you referring to John Adams?
Answer: I think that's his name, but I don't really know him like that. I may have seen him a few times at the club and I am not sure that's him.
Lieber: What was the relationship between Antoine, Lawrence, Adrian and John?
Answer: Adrian was co-owner of the club, Lawrence was the manager and John was a bar manager.
Lieber: In another phone call that Antoine made to you from jail, he said that "Mike is in here

crying and his wife is crying". Who is Mike?
Answer: His nephew.
Lieber: No, who is Mike that would be in there crying?
Answer: I think that you misunderstood what he said. I heard him say that "Mike is crying and his wife is crying, but not "Mike is in here crying".
Lieber: Why would he be talking about his nephew?
Answer: I don't know, but his nephew Mike is who he was referring to.
Lieber: What is Mike's last name:
Answer: Jones?
Lieber: So you are saying that you don't know Mike Huggins (sp?)?
Answer: No I don't.
Lieber: In another phone call that he made to you, when he was talking about selling the club to a guy from down near the waterfront, he said that "they tried to time this just right so they could stop the sale of the club?
Answer: I don't recall him saying that.
Lieber: Why did he leave his job at the gym and buy a night club?
Answer: I don't know.
Lieber: Why did he want to sell the club?
Answer: It took up to much of his time.
Lieber: After he sold the club, what was his plans, how was he going to make money?
Answer: I don't know. He did mention that he wanted to get into real estate.
Steve: Who is Derek?
Answer: His nephew.
Steve: What is his last name?
Answer: Jones.
Steve: So you don't know Derek who takes pictures at the club when they had cabarets?
Answer: Oh, okay, I do know him, but not personally. I had seen him at the club on a few occasions.
Steve: In a phone conversation with Antoine, did he tell you to collect some money from Derek?
Answer: No, he didn't.
Steve: Didn't he help you out by giving you some money at times and told you to collect some money from Derek?
Answer: No. Antoine was going to loan me some money, he asked me to call Derek on three way because Derek owed him some money and when Derek finally answered the phone Antoine told him to give me the money that he owed him.
Steve: When and where were you supposed to collect it?
Answer: I wasn't supposed to collect anything and nothing ever came of that phone conversation.
Steve: Did Antoine give you money to help get your car?
Answer: Yes.
Steve: How much did he give you?
Answer: $2,000.
Steve: Did he give you money regularly to help you out with bills?
Answer: No, but there were a few occasions where he loaned me money and I always paid him back.
Steve: When you worked together at the gym, who else worked on the shift with you?

Answer: What do you mean?
Steve: Did any of the other guys work on the shift with the two of you?
Answer: Yes, a shift wasn't just me and Antoine, a shift could be any where from six to ten people depending upon the day or time of day.
Steve: Who were some of the other guys on the shift?
(I didn't get to respond to this question because Ms. Lieber came back in the room and started talking, then after she realized that she had interrupted Steve, she apologized to him and his next question was)
Steve: Didn't your daughter date Adrian?
Answer: No, she never dated him.
Steve: Didn't she date him and know that he was a drug dealer?
Answer: She never dated him and knew nothing about him being a so-called drug dealer.
Lieber: Have you ever seen Antoine with any large sums of money?
Answer: I was with him once when he made a bank deposit of about $5,500 for the club.
Lieber: Was the deposit under $10,000?
Answer: Again, it was about $5,500.
Stephanie: At what bank?
Answer: SunTrust.
Lieber: Did he always carry large sums of money in his pockets?
Answer: I don't know. He sometimes had change for the bar at the club on nights they had events.
Lieber: Was it large bills?
Answer: I don't know.
Lieber: Did he go to the bank everyday?
Answer: I don't know.
Lieber: Did you know that the club was losing money hand over fist and was in big financial trouble?
Answer: No.
Lieber: Did you know that he was trying to sell the club?
Answer: Yes.
Lieber: When was the last big event at the club?
Answer: I don't know, but the last one that I knew of was the football party.
Lieber: Did you run some ads in the paper for the sale of the club?
Answer: Yes.
Lieber: Why did you do it instead of him doing it himself?
Answer: He asked me and I had no problem doing it.
Lieber: When and where was the last time you saw him?
Answer: I visited him the day after Thanksgiving?
Lieber: When was the last time that you talked to him?
Answer: I don't know....just before he couldn't make phone calls any more.
Lieber: How did you know that he couldn't make phone calls any more?
Answer: He told me in a letter.
Lieber: What did he tell you was the reason why he couldn't make calls?
Answer: Because he was in the hole?
Lieber: Did he tell you why he was in the hole?

Answer: No.
Lieber: When was the last time that you received a letter from him?
Answer: Monday or Tuesday.
(I got the feeling that they were surprised that he was getting mail or able to send out mail)

Lieber: Did he know that you had been subpoenaed to appear before the grand jury?
Answer: Yes.
Lieber: How did he find out?
Answer: I told him.
Lieber: How?
Answer: I told him in a letter.
Lieber: Did he tell you to call his lawyer?
Answer: Yes.
Lieber: Did you?
Answer: Yes.
Lieber: What did he tell you?
Answer: What he was charged with and that he could get life in prison.
Lieber: With the charge that we have against him now, he will get life in prison and we will be back in court again in March and we will have some more charges against him.
Lieber: In one of his phone calls to you, what did he mean when he said "I've got to be strong because if I break down, then it will be like a domino effect....what did he mean by that?
Answer: I didn't ask and I don't know.
Lieber: Why did he think that they were going to be released when they went back to court on December 19?
Answer: I don't know.
Lieber: In one of his earlier conversation with you he said that they let Adrian go, but then the Judge changed her mind, what was that about?
Answer: I don't know.
Lieber: Did he have a phone of yours?
Answer: Yes.
Lieber: Why?
Answer: Because I didn't want his phone bill going to his house with my numbers on it.
Lieber: So you gave him a phone so that he could talk to you on.
Answer: Yes.
Lieber: What was that phone number?
Answer: 240-893-2503.
Lieber: Why did he change his phone number?
Answer: I don't know.
Lieber: How did you find out that he had a new number?
Answer: He called me and told me.
Lieber: Had he changed his number before?
Answer: Yes.
Lieber: Just to let you know, you will be receiving a certified letter in the mail letting you know that you were on intercept from two of his phone numbers.

Steve: What kind of car does he drive?
Answer: A Jeep Cherokee and a Toyota Sequoia.
Steve: What color are they?
Answer: Goldish brown....something like that.
Question (I don't know who asked): Does he have a friend that lives in your neighborhood?
Answer: I don't if they are friends or not, but he did know a guy in my neighborhood.
Question: What is his name?
Answer: I think it's Kevin.

It is now about 2:35 and I asked them how much longer is this going to take? Ms. Lieber again leaves the room to see if the grand jury was ready for me. While she was out of the room Stephanie and Steve continued to watch me as if they were looking for some kind of sign or something. I then started to look back at Stephanie and then she asked me " who are you more mad at, him or us? My response was "I am not mad at him, I am not mad at anyone? She also asked me if I was still running? I said sometimes. I then asked her how did she know that I run. Her smirky response was "we heard about the 10k race on intercept". She asked me if I had taken the day off work and I said no and that I really needed to get back to work because I had things that I needed to get out before the end of the day. At this time, the tall back female agent entered the room and she asked me "in another phone conversation that you had with Antoine, what do you think that he meant when he said that his wife was the only one who stood by him when he was in prison? I said, I don't know what he meant and I didn't ask. She said "do you have any relatives that have ever be in prison" and I said "no", but why did you ask me that question? She responded by saying something to the effect that I would know how the system worked (I was puzzled and didn't know what she meant and I didn't ask for clarification).

Ms. Lieber re-entered the room and told me that it was my lucky day and that they weren't going to waste the grand jury's time, or their time or my time, but they had confirmed some things that they wanted to know by talking to me and that they were going to listen to the tapes some more and if they came across anything that I wasn't being truthful about then they would have to bring perjury charges against me. She also said that if they needed to talk to me again or decided that they wanted to bring me before the grand jury, they would re-subpoena me. I then asked if they would refrain from coming to my job again, and perhaps send it in the mail. Stephanie then said "no, we have to deliver it personally". I then said "I know that I can't tell you people what to do, but would you bring it to my house". Stephanie then said that "most people don't want them coming to their house". My response to that was "well, I am not most people and I would rather you come to my house instead of my job. Ms. Lieber then said that since they had my phone numbers, they could just call me. I said fine. When I left it was about 2:55 p.m.

I was just thinking about the question that Steve asked me about Antoine giving me money for my car. If it is true that they were only listening to my calls with him from September 2, 2005 to October 25, 2005, then how could they possibly know about something that happened back in February or March because I don't recall that being the subject of any of our conversations during the above stated time period.

The questions are not in any particular order and I tried to think of everything that I could remember that they asked me.