UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| | : | |
| ANTOINE JONES | : | |
| LAWRENCE MAYNARD | : | |

## MOTION FOR LEAVE TO FILE DEFENDANTS'

### *PRO SE* MOTION

Defendants Antoine Jones and Lawrence Maynard ("Defendants"), by and through undersigned counsel, respectfully move this Honorable Court for leave to file the attached *pro se* motion. In support of this motion Jones states as follows:

1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court ruled upon. Mr. Maynard through his counsel joined in these motions.

2. Defendants desire to file the attached *Pro Se* Motion for Reconsideration of Denial of Defendants' Motion to Suppress Evidence Related to Search of 400 Hampton Park Boulevard Warehouse.

3. Counsel reviewed Defendants' pleadings and advised generally regarding their merit. Nevertheless, Defendants insists on filing the motion.

2

   **WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Defendants respectfully requests leave of the Court to file the attached *Pro Se* Motions.

Dated: Washington, DC
   January 8, 2007       Respectfully submitted,

             **LAW OFFICE OF A. EDUARDO BALAREZO**


             By:  /s/
             _____
             A. Eduardo Balarezo (Bar # 462659)
             400 Fifth Street, NW
             Suite 300
             Washington, DC  20001
             (202) 639-0999

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January 2008, I caused a true and correct copy of the foregoing Motion for Leave to File Defendants' *Pro Se* Motion to be delivered to the parties in this matter via Electronic Case Filing.

/s/

_____

A. Eduardo Balarezo