UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 05-CR-386 (ESH) |
| : | |
| **ANTOINE JONES** : | |
| **LAWRENCE MAYNARD** : | |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File Defendants' Pro Se Motions, it is this ___ day of_____ 2008, hereby

**ORDERED**, that the Defendants' Motion for leave to File Defendants' Pro Se Motions shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendants' *Pro Se* Motion for Reconsideration of Denial of Defendants' Motion to Suppress Evidence Related to Search of 400 Hampton Park Boulevard Warehouse is **GRANTED**.

                                                                    _____
                                                                    **ELLEN SEGAL HUVELLE**
                                                                    **UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

James Lyons, Esq.
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W. #300
Washington, D.C. 20036

U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530