UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Antoine Jones
Lawrence Maynard

FILED

JAN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL CASE  05-386  (ESH

## NOTE FROM JURY

① Is there any law that regulates the amount of cash a person can possess or transport across state lines?

② Did the custodian of records for ABRA ever return with the Levels liquor liscence application, as ~~crossed out~~ requested by Mr. Geiss & the court?

Date: 1/10/08
Time: 9:15 am

FOREPERSON



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Antoine Jones
Lawrence Maynard

CRIMINAL CASE   05-386   (ESH

## NOTE FROM JURY

The jury has reached a verdit regarding Mr. Jones but not Mr. Maynard.

Date: 1/10/08

Time: 1pm

FOREPERSON