UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :
:
:
: CRIMINAL CASE  05-386   (ESH
v.  :
:
Antoine Jones  :
Lawrence Maynard  :
:
:

### NOTE FROM JURY

The jury has reached a verdict regarding Mr. Maynard.

Date: 1/14/08

Time: 2:25 p.m.

FOREPERSON