UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| v.        : | Case No. 05-CR-386 (ESH) |
| : | |
| ANTOINE JONES     : | |

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Antoine Jones ("Jones"), by and through his undersigned counsel, respectfully submits this Memorandum in Aid of Sentencing. Mr. Jones will come before the Court on May 2, 2008, for sentencing after having been convicted at trial of Count 1, Conspiracy to Distribute and Possess with the Intent to Distribute Five Kilograms or More of Cocaine and Fifty Grams or More of Cocaine Base in violation of 21 U.S.C. §§ 841 & 846.

### OBJECTIONS TO THE PRESENTENCE REPORT

Mr. Jones and counsel have reviewed the final Presentence Investigation Report ("PSR") prepared by U.S. Probation Officer Renee Moses-Gregory and have noted various objections to the report, including to the Sentencing Guidelines calculations. The Receipt and Acknowledgment of the PSR was provided to Ms. Moses-Gregory on March 13, 2007.

### DISCUSSION

On July 31, 2007, the government filed a Notice of Applicability of Enhanced Penalties and Information Concerning Defendant's Prior Convictions. The Notice indicated that Mr. Jones has three prior felony drug convictions. As a result of Mr. Jones' conviction on Count I and the government's filing, Mr. Jones is subject to a mandatory life sentence without release. *See* 21 U.S.C. §§ 841(b)(1)(A).

Any guideline calculations in dispute need not be addressed or resolved at this time. Pursuant to U.S.S.G. § 6A1.3(b) any disputed sentencing factors are to be resolved in accordance with Fed. R. Crim. P. 32(i). Rule 32(i)(3)(B) authorizes the court to forego determining such matters if they will not affect sentencing. Because Mr. Jones is facing a mandatory life sentence, the guidelines will not affect his overall sentence and any issues in dispute need not be resolved at this time. Mr. Jones, however, reserves the right upon a possible remand after appeal to address any disputed issues if they affect sentencing at a later time.

## OTHER CONSIDERATIONS

As the Court is aware, Mr. Jones is married with one son and has a good relationship with his family in general. Given the life sentence that will take him from his family forever, he wants to at least be able to maintain regular contact with his family through visits. For that reason, Mr. Jones asks that the Court recommend that he be housed as close to Washington, D.C. as possible. Such placement would also allow Mr. Jones to continue his relationship with his family.

Dated: Washington, DC
      April 29, 2007                                Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:       /s/
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Counsel for Antoine Jones*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April 2008, I caused a true and correct copy of the foregoing Defendant's Memorandum in Aid of Sentencing to be delivered to the parties in this matter via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo