UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR-05-0386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits to the court the attached proposed "Findings of Fact and Conclusions of Law" and "Forfeiture Order" concerning the forfeiture allegation in the above captioned case.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By: _____

JOHN V. GEISE
RACHEL C. LIEBER
Assistant U.S. Attorneys
United States Attorney's Office
555 Fourth Street, N.W. Rm. 8445
Washington, D.C.  20530
Tel. (202) 514-7121
John.Geise@usdoj.gov