HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>1:05CR386-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| JONES, Antoine | : | Disclosure Date: <u>February 25, 2008</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____          3/14/08
**Prosecuting Attorney**                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
(✓)    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____ 3/12/8          _____ 5/2/8
**Defendant**    **Date**              **Defense Counsel**    **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **March 10, 2008**, to U.S. Probation Officer **Renee
Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Gennine A. Hagar, Chief
United States Probation Officer

LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300A
WASHINGTON, DC 20001

(202) 639-0999 (TEL)
(202) 639-0899 (FAX)

ADMITTED IN DC, MD & NY
LAWOFFICE@BALAREZO.NET

WWW.BALAREZO.NET

March 13, 2008

Renee Moses-Gregory
United States Probation Officer
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

      Re:    United States v. Antoine Jones
            Criminal No. 05-CR-386(1) (ESH)

Dear Ms. Moses-Gregory:

        I write to advise you of certain factual inaccuracies in the Pre-Trial Investigation ("PSI") Report prepared in reference to the above-captioned matter:

1. Paragraph 50 – Mr. Jones disputes that he was an organizer and leader of criminal activity. He will address this further in his memorandum in aid of sentencing.

2. Paragraph 59 – Mr. Jones disputes the adjusted offense level of 42 pursuant to his objection to his participation being described as a leader/organizer.

3. Paragraph 77 – there is a typographical error, fifth line. It should read "very close."

4. Paragraph 106 - the report indicates that based on a total offense level of 42 and a criminal history category of VI, the guideline range is life. I believe that the correct guideline range is 360 to life.

        If you have any questions, please do not hesitate to contact me at (202) 639-0999.

                Regards,

                /s/

                A. Eduardo Balarezo

cc:    AUSA Rachel Carlson Lieber, Esq.
       AUSA John Geise, esq.
       (via email)