FILED

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-0386-01 (ESH) |
| ) | |
| ANTOINE JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### FINAL ORDER OF FORFEITURE

**WHEREAS**, the indictment in this matter, which charged the crime of conspiracy to distribute and possess with the intent to distribute five kilograms or more of cocaine hydrochloride and fifty grams or more of cocaine base, also contained a forfeiture allegation setting forth that a money judgment in the amount of $1,000,000.00 was subject to be forfeiture, pursuant to 21 U.S.C. § 853, and,

**WHEREAS**, the defendant waived trial by jury in the forfeiture allegation in this case; and,

**WHEREAS**, the Court has determined, based on the evidence set forth at the trial in this matter, that the property subject to forfeiture here pursuant to 21 U.S.C. § 853 represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of the offense of conspiracy to distribute and possess with the intent to distribute five kilograms or more of cocaine hydrochloride and fifty grams or more of cocaine base in violation of 21 U.S.C. § 846;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the following property is declared forfeited to the United States, pursuant to 21 U.S.C. § 853:

   A money judgment for the amount of $1,000,000.00, which is property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of a crime in violation of 21 U.S.C. § 846.

2. All right, title, and interest in the property described above is hereby vested in the United States of America and that no other right, title, or interest in, and to, the said property shall exist.

3. A judgment is hereby entered in this matter against defendant Jones in favor of the United States in the amount of $1,000,000.00.

4. Upon receipt of each payment of the money judgment, the United States Marshals Service shall seize and dispose of each payment in accordance with applicable law.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. Pro. 32.2(e)

6. The Clerk of the Court is directed to forward a true and certified copy of this order to all counsel of record and to the United States Marshals Service.

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE