Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA   )
                           )
                      vs.  )   Criminal No. 05-CR-386 (ESH)
                           )
ANTOINE JONES              )

### NOTICE OF APPEAL

**FILED**

MAY 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:   ANTOINE JONES

Name and address of appellant's attorney:   A. EDUARDO BALAREZO
400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC 20001

Offense:   21 U.S.C. §§ 841 & 846

Concise statement of judgment or order, giving date, and any sentence:

MAY 2, 2008; LIFE IN PRISON ; $1,000,000 Forfeiture

Name and institution where now confined, if not on bail:   DISTRICT OF COLUMBIA JAIL

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/2/08
DATE

_(signature)_
APPELLANT

_(signature)_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✓]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                          YES [ ]   NO [✓]
Has counsel ordered transcripts?                                YES [ ]   NO [✓]
Is the appeal pursuant to the 1984 Sentencing Reform Act?       YES [✓]   NO [ ]

**RECEIVED**

MAY - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT