# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No.: 05-386 (ESH)** |
| | : | |
| ANTOINE JONES, et al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FILED**

**NOV 2 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated

herein, it is this _20_ day of November, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's

Request for Transcript Redactions no later than December 19, 2008 .

The Honorable Ellen S. Huvelle
United States District Court
For the District of Columbia

Copies to:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.