# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-3034**  **September Term 2008**

1:05-cr-00386-ESH-1

Filed On: December 19, 2008

United States of America,

   Appellee

   v.

Antoine Jones,

   Appellant

**FILED**

DEC 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

-----------------------------

Consolidated with 08-3030

**BEFORE:**   Brown, Circuit Judge

### ORDER

Upon consideration of appellant's motion to authorize attorney travel, it is

**ORDERED** that the motion be granted. The grant of this motion is without prejudice to the court's authority, pursuant to 18 U.S.C. § 3006A, to review and approve the time and expenses claimed by counsel for this authorized travel.

**Per Curiam**