# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES, et al.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S FOURTH MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS REQUEST FOR TRANSCRIPT REDACTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests pursuant to Fed. R. Crim. Proc. 45(b)(2), that the time within which the government may file its request for transcript redaction be extended 30 days to and include February 13, 2009 As grounds for this request, the government asserts as follows:

1. The government previously requested a 30 day enlargement of time within which to file its Request for Transcript Redaction, which was granted by the Court.

2. The Government's Request for Transcript Redaction, for transcript at filed at docket numbers 519-525, is currently due on January 16, 2009.

3. The Government has been unable to determine what, if any, redactions are necessary at this time.

WHEREFORE, the United States requests that the time within which it may request transcript redactions be enlarged an additional 30 days to and include January 16, 2009.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      UNITED STATES ATTORNEY

      /s/
      Rachel C. Lieber
      Assistant United States Attorney

CERTIFICATE OF SERVICE

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time to be served by mail, postage prepaid, upon the following counsel:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

Michael Stuart Blumenthal
8201 Corporate Drive
Suite 1120
Landover, MD 20785

Noe Domingo Garza , Jr
854 East Van Buren Street
Brownsville, TX 78520

Fred A. Kowalski

902 East Madison Street
Brownsville, TX 78520

Diane S. Lepley
400 Seventh Street, NW
Suite 400
Washington, DC 20004

James Lawrence Lyons
KELLOGG, WILLIAMS & LYONS
1350 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Brian Keith McDaniel
MCDANIEL & ASSOCIATES
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036

Jon W. Norris
503 D Street, NW
Suite 250
Washington, DC 20001

Leonardo Rincones , Jr
854 East Van Buren Stret
Brownsville, TX 78520

Rachel C. Lieber
Assistant United States Attorney
Fourth Street, N.W., Rm 11-909
Washington, D.C. 20530

 this 16th day of January, 2009.

                                          /s/
                                        Rachel C. Lieber
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W., Rm 11-909
                                        Washington, D.C. 20530
                                        (202) 353-8055