UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 2 2009
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-386 (ESH) |
| : | |
| **ANTOINE JONES, et al.** : | |
| : | |
| **Defendant.** : | |
| : | |

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this _____ day of January, 2009, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions, for transcripts filed at docket number 526-532, no later than February 20, 2009.

_____
The Honorable Ellen S. Huvelle
United States District Court
For the District of Columbia

Copies to:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.