```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
                             )
            v.               )    Criminal No. 05-0386 (ESH)
                             )
ANTOINE JONES,               )
LAWRENCE MAYNARD,            )
                             )
            Defendants.      )
```

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the government in the above-captioned case.

Respectfully submitted,

s/Peter Smith

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Appellate Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7088

CERTIFICATE OF SERVICE

I hereby certify that on this 23d day of April, 2009, in addition to service through the Court's Electronic Case Filing system, we served copies of the foregoing Praecipe by first-class mail, postage prepaid to appellate counsel and to pro se appellant Jones as follows:

| | |
|---|---|
| Stephen C. Leckar<br>Shainis & Peltzman<br>1850 M St., N.W.<br>Suite 240<br>Washington, D.C. 20036 | Michael Lawlor<br>Sicilia Englert<br>Lawlor & Englert, LLC<br>6305 Ivy Lane, Suite 704<br>Greenbelt, MD 20770 |
| (Counsel for Jones) | (Counsel for Maynard) |

Antoine Jones
Reg. 18600-016
USP Florence
P.O. Box 7000
Florence, CO 81226

_____
PETER S. SMITH
Assistant United States Attorney