UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 05-386 (ESH) |
| ANTOINE JONES, et al. | : |
| Defendant. | : |

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this _16_ day of April, 2009, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions, for transcripts filed at docket number 519-525 and refiled at 526-532, no later than May 15, 2009..

_____
The Honorable Ellen S. Huvelle
United States District Court
For the District of Columbia

Copies to:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550

Washington, DC 20004

Michael Stuart Blumenthal
8201 Corporate Drive
Suite 1120
Landover, MD 20785

Noe Domingo Garza , Jr
854 East Van Buren Street
Brownsville, TX 78520

Fred A. Kowalski
902 East Madison Street
Brownsville, TX 78520

Diane S. Lepley
400 Seventh Street, NW
Suite 400
Washington, DC 20004

James Lawrence Lyons
KELLOGG, WILLIAMS & LYONS
1350 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Brian Keith McDaniel
MCDANIEL & ASSOCIATES
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036

Jon W. Norris
503 D Street, NW
Suite 250
Washington, DC 20001

Leonardo Rincones , Jr
854 East Van Buren Stret
Brownsville, TX 78520

Rachel C. Lieber
Assistant United States Attorney
Fourth Street, N.W., Rm 11-909
Washington, D.C. 20530