UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES, et al.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## REDACTION REQUEST

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this redaction request for the transcripts at docket numbers 528, 529, 530, 531, and 532. The case took place before Judge Ellen Huvelle and was transcribed by Lisa Griffin. It is requested that consistent with the Court's Transcript Redaction Policy, the following information be redacted prior to the transcript's being made remotely available electronically:

1. Redact the address appearing in document number 528, page 22 line 25 to read xxxx xxxxxx xxxxxx, xxx xx, Largo, Maryland.

2. Redact the address appearing in document number 528, page 23 line 3 to read xxxx xxxxxx xxxxxxx, Bowie, Maryland.

3. Redact the address appearing in document number 528, page 23 line 6 to read xxxx xxxxxx xxxxxxx.

4. Redact the address appearing in document number 528, page 24 line 7 to read xxx xxxxxxx xxxx Boulevard, Capital Heights, Maryland.

5. Redact the address appearing in document number 528, page 25 line 25 to read xxxx xxxxxxx xxxxx, Fort Washington, Maryland.

6. Redact the address appearing in document number 528, page 29 line 9 to read xxxx xxxxxxx xxxxxx, Fort Washington, Maryland.

7. Redact the address appearing in document number 528, page 29 line 19 to read xxxx xxxxxxx xxxxxx, Fort Washington, Maryland.

8. Redact the address appearing in document number 528, page 58 line 23 to read xxxx xxxxxxx xxxxx, Fort Washington, Maryland.

9. Redact the address appearing in document number 528, page 58 line 24 to read xxxx xxxxxxx xxxxx, Fort Washington, Maryland.

10. Redact the address appearing in document number 528, page 66 line 17 to read xxxx xxxxxxx xxxxx, Fort Washington, Maryland.

11. Redact the address appearing in document number 528, page 73 line 17 to read xxxx xxxxxxx xxxxx.

12. Redact the address appearing in document number 528, page 73 line 2 to read xxxx xxxxxxx xxxxx.

13. Redact the address appearing in document number 528, page 74 line 4 to read xxxx xxxxxxx xxxxx.

14. Redact the address appearing in document number 528, page 83 line 9 to read xxxxxx xxxxx.

15. Redact the address appearing in document number 528, page 83 line 22 to read xxxxxx xxxxx.

16. Redact the address appearing in document number 529, page 9 line 14 to read xxxx xxxxxxx xxxxx, Northeast.

17. Redact the address appearing in document number 529, page 25 line 19 to read xxxx xxxxxxx xxxxx, Fort Washington, Maryland.

18. Redact the address appearing in document number 529, page 25 line 23 to read xxxx.

19. Redact the address appearing in document number 529, page 26 line 2 and 3 to read xxxx xxxxxxx xxxxx.

20. Redact the address appearing in document number 529, page 26 line 5 and 6 to read xxxxxxx xxxxx.

21. Redact the address appearing in document number 529, page 28 line 10 to read xxxxxxx xxxxx.

22. Redact the address appearing in document number 529, page 41 line 5 to read xxxx xxxxxxx xxxxx.

23. Redact the address appearing in document number 529, page 41 line 11 to read xxxxxxx xxxxx.

24. Redact the phone number appearing in document number 530, page 13 line 8 to read xxxxxx6293.

25. Redact the phone number appearing in document number 530, page 16 line 4 to read xxx8069.

26.     Redact the phone number appearing in document number 530, page 21 line 17 to read xxx3405.

27.     Redact the phone number appearing in document number 530, page 27 line 20 to read xxxxxx8466.

28.     Redact the phone number appearing in document number 530, page 50 line 19 to read xxxxxx3946.

29.     Redact the phone number appearing in document number 530, page 50 line 19 to read xxx3946.

30.     Redact the address appearing in document number 530, page 54 line 9 to read xxxxx xxxxx.

31.     Redact the address appearing in document number 530, page 54 line 13 to read xxxxx xxxxx.

32.     Redact the address appearing in document number 530, page 55 line 9 to read xxxxx xxxxx.

33.     Redact the address appearing in document number 530, page 55 line 12 to read xxxxx xxxxx.

34.     Redact the address appearing in document number 530, page 55 line 22 to read xxxxx xxxxx.

35.     Redact the address appearing in document number 530, page 56 line 13 to read xxxxx xxxxx.

36.     Redact the address appearing in document number 530, page 57 line 11 to read xxxxx xxxxx.

37.     Redact the address appearing in document number 530, page 58 line 9 to read xxxxx xxxxx.

38.     Redact the phone number appearing in document number 530, page 59 line 22 to read xxx3946.

39.     Redact the address appearing in document number 530, page 78 line 4 to read xxxxxxxxx xxxxx.

40.     Redact the phone number appearing in document number 531, page 5 line 16 to read xxxxxx3946.

41.     Redact the phone number appearing in document number 531, page 13 line 13 to read xxxxxx7712.

42.     Redact the phone number appearing in document number 531, page 14 line 15 to read

xxxxxx7712.

      43.    Redact the phone number appearing in document number 531, page 17 line 15 to read xxxxxx7712.

      44.    Redact the address appearing in document number 532, page 11 line 23 to read xxxx xxxxxxxxxxxxx xxxx, Hyattsville, Maryland.

      45.    Redact the address appearing in document number 532, page 82 line 11 to read xxxx xxxxxxx xxxxx.

      46.    Redact the address appearing in document number 532, page 110 line 5 to read xxxx xxxxxxx xxxxx.

      47.    Redact the address appearing in document number 532, page 110 line 11 to read xxxx xxxxxxx xxxxx.

The undersigned understands that redactions other than the personal identifiers listed in the Transcript Redaction Policy require that a separate Motion for Additional Redactions be filed within 21 days of the filing of the transcript and requires court approval.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney

BY:     /s/
John Geise
Assistant United States Attorney
555 Fourth Street, N.W., Rm 4104
Washington, D.C. 20530
(202) 514-7121

CERTIFICATE OF SERVICE

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time to be served by mail, postage prepaid, upon the following counsel:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 600
Washington, DC 20007

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

Michael Stuart Blumenthal
8201 Corporate Drive
Suite 1120
Landover, MD 20785

Noe Domingo Garza , Jr
854 East Van Buren Street
Brownsville, TX 78520

Fred A. Kowalski
902 East Madison Street
Brownsville, TX 78520

Diane S. Lepley
400 Seventh Street, NW
Suite 400
Washington, DC 20004

James Lawrence Lyons
KELLOGG, WILLIAMS & LYONS
1350 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Brian Keith McDaniel
MCDANIEL & ASSOCIATES
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036

Jon W. Norris
503 D Street, NW
Suite 250
Washington, DC 20001

Leonardo Rincones , Jr
854 East Van Buren Stret
Brownsville, TX 78520

John Geise
Assistant United States Attorney
555 Fourth Street, N.W., Rm 4104
Washington, D.C. 20530

this 12th day of June, 2009.

                                            /s/
                                      John Geise
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W., Rm 4104
                                      Washington, D.C. 20530
                                      (202) 514-7121