Clerk

United States District Court
For the District of Columbia

Copies to: Judge
AUSA - Special Proceedings
Dft

United States of America
Apellee

No. 08-3034

V.        Crim no: 05 386 (ESH)

Antoine Jones
Defendant - Appellant

**FILED**
DEC 03 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Supplemental "Motion for Leave to File Motion Prose by Plaintiff for Release on Bond or Home confinement Pending Goverment Appeal.

Defendant Jones is Requesting leave to File this supplemental motion to Defendant Jones motion to be Release on Bond or Home confinement, Pending Goverment Appeal.

Release in a Criminal case

Criteria for Release is Accordance with the Applicable provision of U.S.C §§ 3142, 3143 and 3145 (c), DC CiR Rule 9.

Burden of Proof

On August 6 2010, A three panel of Judges Rule in favor of Appellant Jones by over Turning Jones Conviction, Now on November 19 2010 the "Majority" Rejected the U.S. Justice Department's Request that the full court over turn the Appeal court Ruling on August 6 2010.

## WRIT OF CERTIORARI in the SUPREME COURT

Supreme Court Rule 59, 28 U.S.C § 2101 (c) permit a writ of certiorari to filed within "90 DAYS" after of Judgement. Also for good cause a Justice may extend the time to file a petition for a writ of certiorari for a period not exceeding "60 DAYS".

### Argument

Now that the Government exhaust the Appeal Court and the EnBanc Rehearing, and Jones conviction is still "Reverse".

It's a great hardship and prejudice to Defendant Jones to be in a (High) level United State Penitentiary, while his conviction is "over turn".

### Conclusion

The chance of the Government winning in this Appeal process has narrow down their percentage to one percent, reason stated, it's a fact that the Supreme Court has thousands of petition of writ of certiorari, and the Supreme Court only except a very low percentage of petitioner writs, and a criminal writ of certiorari

is NARROW down to less than one percent.

With this said, it will prejudice the defendant to have him still serve time at a (High Level) United State Penitentiary, [with his convention overturn], while the Government file a writ of certiorari.

The defendant is 50 years old with family support and very tight community ties, been living in the D.C. Area all his life, not a threat to the Government witnesses or to the community, [ The Appeal Court Ruling is in the favor of defendant Jones], and with just that point, shows that Jones will not be a flight risk.

The defendant is requesting this Honorable Court to be release on a secure bond or some type of home confinement.

Respectfully submitted
Antoine Jones      Date November 19, 2010
18600-016
USP Florence, PO Box 7000, Florence CO 81226

Certificate of Service

Rachel C. Lieber
John V. Geise
United States Attorneys
Judiciary Center
555 Fourth Street NW
Washington D.C. 20001