UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   | |
| )   | |
| v.   )   | Criminal No. 05-0386 (ESH) |
| )   | |
| ANTOINE JONES,   )   | |
| LAWRENCE MAYNARD,   )   | |
| )   | |
| Defendants.   )   | |

ORDER

UPON CONSIDERATION OF defendant's Motion for Release Pending Appeal and the supplement to that motion (see Documents 571 and 572), the opposition thereto, and the entire record herein, it is this _____ day of _____, 2010,

**ORDERED** that defendant's motions are **DENIED**.

_____
Hon. Ellen S. Huvelle
United States District Judge