UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0386 (ESH) |
| ) | |
| ANTOINE JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of defendant's *pro se* Motion for Release on Bond or Home Confinement Pending Appeal (Def.'s Mot. for Release, Dec. 2, 2010 [dkt. #571]), his supplement to that motion (Def.'s Supp. to Mot. for Release, Dec. 3, 2010 [dkt. #572], and the opposition thereto (Gov't Opp'n, Dec. 9, 2010 [dkt. # 573]), the Court hereby denies this motion. First, as argued by the government, the mandate has not yet issued so this Court lacks jurisdiction over this case.  Second, defendant is not entitled to the requested relief because under 18 U.S.C. § 3143(b)(2), persons must be detained if they were convicted of crimes of violence, crimes with a life sentence, and drug crimes with a maximum sentence of ten years or more.  Since defendant was convicted of a felony drug offense with a maximum sentence of ten years or more and was sentenced to life imprisonment, the Court must detain him pending appeal under 18 U.S.C. § 3143(b)(2).

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: December 10, 2010