UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-0386 (ESH) |
| | ) | |
| ANTOINE JONES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

In consideration of defendant's "Fifth Motion for Release Pending Appeal," the government's opposition thereto, and the entire record of this case, it is HEREBY ORDERED that defendant's motion is DENIED.

                                                Ellen S. Huvelle
                                                United States District Judge

Dated:

Service by mail to:

    Stephen C. Leckar
    Shainis & Peltzman
    1850 M St., N.W.
    Suite 240
    Washington, D.C. 20036

    Antoine Jones
    Reg. 18600-016
    USP Florence
    P.O. Box 7000
    Florence, CO 81226