Rev. 3/2010

# CLERK'S OFFICE
## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, DC 20001

August 16, 2011

Supreme Court of the
United States
Office of the Clerk
Washington, D.C. 20543-0001
Attn: Eleanor L. Baptiste (Assistant Clerk

**FILED**

AUG 16 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RE: CR05-386-01, USA v. ANTOINE JONES
Supreme Ct Case No, 10-1259

Dear Clerk,

On August 15, 2011, this Court received a request for our case record. Enclosed is a certified copy of the docket sheet and any original documents filed in this case. The electronically filed documents can be obtained on PACER through our website at www.dcd.uscourts.gov.

Should you have any questions concerning this matter, please contact Harry Jackson at (202) 354-3062.

Sincerely.

ANGELA D. CAESAR, CLERK

By:  _____
Harry Jackson, Deputy Clerk

RECEIVED
SUPREME COURT OF THE
US ... OFFICE

11 AUG 16 P 2:51