# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5220                                            September Term 2010

1:05-cr-00386-ESH-1

Filed On: September 1, 2011 [1327256]

In re: Antoine Jones,

        Petitioner

## O R D E R

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by October 3, 2011, petitioner either pay the $450 docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit, or file with this court a motion for leave to proceed on appeal in forma pauperis. See Enclosure.

A request for appointment of counsel does not relieve petitioner of the obligation to file responses to any motion filed by respondent or to comply with any order issued by the court, including a briefing schedule. Failure by petitioner to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                  BY:    /s/
                                                    Laura M. Chipley
                                                    Deputy Clerk