Clerk of Court Office
United States Court of Appeal
For the District of Columbia Circuit

United States
v.
Antoine Jones

Appeal No. 3034
Crim No. 1:05-cr-0386-ESH

**FILED SEP 26 2011**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED Mail Room SEP 26 2011 United States Court of Appeals District of Columbia Circuit

## Notice of Appeal

Defendant's/Appellant's is appealing the Judgment of the United States District Court for the District of Columbia Circuit that denied Defendant's/Appellant's motion for Release upon bail pending appeal under Fed. R. App. 9(B) (18 U.S.C. § 3143 in seeking release under Bail Reform Act of 1984 pending appeal of the Government in the Supreme Court.

Defendant's/Appellant has already submitted an Appeal Bond motion in the Court of Appeals and the Court of Appeals dismiss the Appeal Bond motion "without prejudice", and instructed Appellant to returned back to the district court.

Now that the District Court has denied defendant an appeal bond, Appellant is returning back to the Court of Appeals, to appeal the district court decision and request in the Court of Appeals for any type of modified release from prison.

Defendant/Appellant has show in his Pro se motions that his life conviction has

been overturned by the court of appeals on August 6 2010, and Mr Stephen C. Leckar, appellant appeal counsel has submitted in an amendment motion to appellant pro se-appeal Bond motion, raising the claim "exceptional circumstances", and presented exceptional reasons for appellant release.

This case governed 18 USCS § 3145(c) which allowed for release on bail for exceptional circumstances.

### Timely notice of appeal

On September 21, 2011, Defendant's/Appellant's has spoke to Mr Leckar - his appeal counsel, during the phone conversation appellant ask Mr Leckar did he submitted or resubmitted an appeal bond motion to the court of appeal his responds was he didn't, and he couldn't submit one because he was too busy at the time, but he did mentioned that I could and should submit a notice of appeal the next day before the 30-days upon receiving the district court opion. (Appellant's has received Honorable Judge Huvelle decision on September 9 2011, 30-days after her decision). The reason being is because appellant was transfer out of U.S.P Florence and was stuck in transit (Oklahoma - Hold over, and

Atlanta-Holdover) for 37-days, see (Exhibit #1), (Exhibit #2), (Exhibit #3), in all three emails to Mr Lechan, Appellant due dillingently ask Mr Lechan to keep an eye on Defendant/Appellant Appeal Bond motion and submit an Appeal Bond motion in the court of Appeals, if the District court denied the Appeal motion while I am in transit.

On 9-9-2011, the day I received Honorable Judge Huvelle decision, Appellant email Mr Lechan requesting Mr Lechan to resubmit the Appeal Bond motion. See (Exhibit #4), (Exhibit #5), (Exhibit #6) and (Exhibit #7)

This notice of Appeal and request for an Appeal Bond is within the 30-days time limit upon receiving Honorable Judge Huvelle decision.

If Mr Lechan decline to represent Appellant (In the court of Appeals) on His Appeal Bond motion and on His request for modified Release from prison while the government appeal the court of Appeals decision to overturned Appellant Life conviction. Appellant is Humbly requesting the court of Appeals to review (Honorable Judge Huvelle decision) and review Appellant prose motion and Mr Lechan supplemental amendment motion to

Appellant Prose Appeal Bond motion in deciding Appellant some type of modified release from prison.

Special note: Defendant / Appellant is sending a copy of this motion to the district court because I am not for sure which court Defendant / Appellant suppose to submit a notice of appeal in.

Respectfully submitted

Sign: Antoine Jones
18600-016
U.S.P Lee
United States Penitentiary
P O Box 305
Jonesville VA 24263