TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

---

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO MR LECKAR
DATE: 08/02/2011 08:44:12 AM

I HAVE TRANSFER OUT OF USP FLORENCE,NOW I AM IN TRANSIT AT OKLAHOMA HEADING TO BIG SANDY KENTUCKY,DONT KNOW WHEN I MIGHT GET TO BIG SANDY USP.
ON MY PROSE APPEAL BOND IN DISTICT COURT THE GOVERMENT PUT IN AN OPPOSITION AND I SUBMITTED A REPLY TO THE GOVERMENT OPPPOSITION,JUDGE HUVEILE SHOULD RULE ON MY APPEAL BOND MOTION,IF SHE RULE AGAINST AND DONT GRANT ME ANY TYPE OF MODIFIED RELEASE CAN YOU PLEASE APPEAL HER DECISION IN THE COURT OF APPEAL WHICH YOU WILL HAVE JURIDICTION TO REPRESENT ME AND ARGUE MY APPEAL BOND MOTION, AND THE APPEAL COURT THEN WILL HAVE JURUDITION TO LOOK AT JUDGE HUVELLE DESION AND TO SEE IF I AM EGIBLE AND QUALIFIED FOR SOME TYPE OF MODIFIED RELESE.PLEASE,TAKE CARE OF THE APPEAL BOND,BECAUSE I DONT KNOW HOW LONG I WILL BE IN TRANSIT,AND IF JUDGE HUVELL RULE IN MY FAVOR CAN YOU EMAIL ME.THANKS!AJSR!

Exhib #2

TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

------------------------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO MR LECKAR
DATE: 08/10/2011 08:48:52 AM


HOW ARE YOU? CAN YOU UPDATE ME ON WHATS GOING ON WITH THE SUPREME COURT AND IF YOU HERD ANY THING ON MY APPEAL BOND IN DISTRICT COURT? IF JUDGE HUVELLE DONT RULE IN MY FAVOR CAN YOU APPEAL IT IN THE APPEAL COURT PROMPTLY-THANKS! I AM STILL IN ATLANTA HOLDOVER WAITING TO GO TO BIG SANDY KENTUCKY,AJSR!

TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

------------------------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO MR LECKAR
DATE: 08/17/2011 11:35:41 AM


STILL IN ATLANTA HOLD-OVER,HAVE YOU HERD IF JUDGE HUVELLE MADE A DECISION ON MY APPEAL BOND,CAN YOU CHECK FOR ME-THANKS.AJSR!

TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

-----------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO MR LECKAR
DATE: 09/09/2011 03:44:56 PM

HOW ARE YOU? I JUST RECEIVE JUDGE HUVELLE ORDERE FROM MY APPEAL BOND-IT WAS DATED AUGUST 1 2011.I FIGURED SHE WASNT GOING TO RULE IN MY FAVOR.
PLEASE,I NEED YOU TO APPEAL HER DECISION OR RESUBMIT THE APPEAL BOND MOTION IN THE COURT OF APPEALS ASAP!PLEASE LET ME KNOW THAT YOU RECEIVE THIS EMAIL AND YOU RESUBMIT THE APPEAL BOND MOTION IN .AJSR!

TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

------------------------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO NR LECKAR
DATE: 09/11/2011 11:33:05 AM


MR LECKAR CAN YOU PLEASE SUBMIT OR RESUBMIT AN APPEAL BOND MOTION IN FOR ME OR GIVE ME INSTRUCTION ON WHAT TO DO!AJSR!

EXHIBIT #6

```
TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A
------------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: hello mr leckar
DATE: 09/13/2011 06:24:04 AM


JUDGE HUVELLE DENIED MY APPEAL BOND-CAN YOU RESUBMIT MY APPEAL BOND INTO THE COURTS OF
APPEAL,PLEASE LET ME KNOW IF YOU WANT ME TO DO IT,IF I DONT HERE FROM YOU BY FRIDAY,I WILL SUBMIT
AN APPEAL BOND MOTION MONDAY,AJSR!
```

TRULINCS 18600016 - JONES, ANTOINE - Unit: LEE-K-A

------------------------------------------------------------------------------------

FROM: 18600016
TO: Jones, Deniece; Leckar, Steven
SUBJECT: HELLO MR LECKAR
DATE: 09/21/2011 10:01:16 AM


HOW ARE YOU DOING? I AM SENDING YOU THIS EMAIL TO SEE IF YOU HAVE SUBMIT AN APPEAL BOND MOTION IN FOR ME IN THE COURT OF APPEALS,JUDGE HUVELLE HAS ERRONEOUS DENIED ME AN APPEAL BOND.
YOU MENTION TO ME TO NOT SUBMIT ANY MORE MOTION TO THE APEAL COURT UNLESS I CONSULT YOU,I HAVE BEEN EMAILING YOU,TRIED TO CALLED YOU AND SEND YOU A LETTER,AND YOU HAVENT RESPOND BACT TO LET ME KNOW IF YOU HAVE SUBMIT OR RESUBMIT THE APPEAL BOND MOTION,AND IT BEEN SENCE AUGUST 1 2011 SENCE THE BOND MOTION HAVE BEEN DENIED,I BEEN VERY PATIENT AND IF YOU NOT PLANNING TO PUT THE APPEAL BOND MOTION IN PLEASE LET ME KNOW ASAP,SO I COULD SUBMIT IT IN ASAP-PROSE AND EXPLAIN TO THE APPEAL COURT WHY I AM SUBMITTING IT INTO PROSE.
YOU NOW HAVE JURISDICTION TO SUBMIT THE MOTION IN THE APPEAL COURT,PLEASE DO THIS FOR ME TODAY! IF I DONT HEAR FROM YOU I ASSUME YOU HAVE NOT SUBMIT THE APPEAL BOND MOTION IN AND DECLINE TO REPRESENT ME ON THIS APPEAL BOND MOTION....AJSR!