# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-3095**                          **September Term 2011**

1:05-cr-00386-ESH-1

Filed On:  November 8, 2011

United States of America,

      Appellee

  v.

Antoine Jones,

      Appellant

      **BEFORE:**    Tatel and Griffith, Circuit Judges, and Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of the notice of appeal and the response thereto, it is

**ORDERED**, on the court's own motion, that the district court's August 1, 2011 order be summarily affirmed. The merits of the parties positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297-98 (D.C. Cir. 1987) (per curiam). Appellant has not shown that there are "exceptional reasons" why his detention would not be appropriate. 18 U.S.C. § 3145(c); 18 U.S.C. §§ 3142(f)(1)(A)-(C), 3143(b)(2).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:    /s/
                          Lynda M. Flippin
                          Deputy Clerk