# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-3030**             **September Term, 2009**
FILED ON: AUGUST 6, 2010

UNITED STATES OF AMERICA,
    APPELLEE

v.

LAWRENCE MAYNARD,
    APPELLANT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG - 6 2010

CLERK

Consolidated with 08-3034

Appeals from the United States District Court
for the District of Columbia
(No. 1:05-cr-00386-ESH-10)

Before: GINSBURG, TATEL and GRIFFITH, *Circuit Judges*

### JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of conviction and sentence of Maynard in No. 08-3030 be affirmed, and judgment of conviction of Jones in No. 08-3034 be reversed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: August 6, 2010

Opinion for the court filed by Circuit Judge Ginsburg.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk