Rev. 3/2010

# CLERK'S OFFICE
## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, DC 20001

August 16, 2011

Supreme Court of the
United States
Office of the Clerk
Washington, D.C. 20543-0001
Attn: Eleanor L. Baptiste (Assistant Clerk

**FILED**

MAR - 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RE: CR05-386-01, USA v. ANTOINE JONES

Dear Clerk,

    On August 15, 2011, this Court received a request for our case record. Enclosed is a certified copy of the docket sheet and any original documents filed in this case. The electronically filed documents can be obtained on PACER through our website at www.dcd.uscourts.gov.

    Should you have any questions concerning this matter, please contact Harry Jackson at (202) 354-3062.

Sincerely.

ANGELA D. CAESAR, CLERK

By: _____

Harry Jackson, Deputy Clerk

ELB 2 boxes

RECEIVED
AUG 16 2011
OFFICE OF THE CLERK
SUPREME COURT, U.S.