**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number   05-386(1) (ESH)

ANTOINE JONES

    (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[x] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

A. Eduardo Balarezo (D.C.Bar # 462659)
    *(Attorney & Bar ID Number)*
**BALAREZO LAW**
    *(Firm Name)*
400 Fifth Street, NW; Suite 300
    *(Street Address)*
Washington, DC  20001
  *(City)*    *(State)*    *(Zip)*
202-639-0999
    *(Telephone Number)*