# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 05-386(1) (ESH)** |
| *v.* | : | **Next Date: 3/16/12** |
| | : | |
| **ANTOINE JONES** | : | |
| | : | |
| *Defendant.* | : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Antoine Jones ("Jones"), by and through undersigned counsel,

respectfully requests that the attached Defendant's Request for Discovery be made part of the

record in this case:

Dated:  Washington, DC
       March 13, 2012                 Respectfully submitted,

                                   **BALAREZO LAW**

                                       /s/

By:  _____
                        A. Eduardo Balarezo
                        D.C. Bar # 462659
                        400 Fifth Street, NW
                        Suite 300
                        Washington, DC  20001

                        *Counsel for Antoine Jones*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2012, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via facsimile and Electronic Case Filing to:

John V. Geise, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001


_____
A. Eduardo Balarezo