# BALAREZO LAW

400 FIFTH STREET
SUITE 300
WASHINGTON, DC  20001

A. EDUARDO BALAREZO, ESQ.
ADMITTED IN NY, MD & DC
AEB@BALAREZOLAW.COM

(202) 639-0999 (TEL)
(202) 639-0899 (FAX)

WWW.BALAREZOLAW.COM

March 13, 2012

John V. Geise, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

      Re:    <u>United States v. Antoine Jones</u>
              Criminal No. 05-386 (ESH)

Dear Mr. Geise:

Pursuant to Federal Rules of Criminal Procedure 12(d)(2), 16(a), and 26.2, *Brady v. Maryland,* 373 U.S. 83 (1963), and all other applicable rules and statutes, I write to request the following discovery in the above-captioned case:

(1) <u>Pen Register Applications & Orders</u>

Please produce any and all documents pertaining to any pen register applications, affidavits, order and data derived from these requests that the government possesses in relation to this case.  In particular, but not limited to the number 202-538-3936 and any other number associated with Antoine Jones.  Additionally, please produce the same material for any telephone number associated with Javier Gonzalez Ruan and/or Guadalupe Barrone, which was part of the "ICE investigation."

(2) <u>Cell Site Data.</u>

Please produce any and all cell site data that the government possesses in relation to this case.  In particular, but not limited to the number 202-538-3936 and any other number associated with Antoine Jones.  Additionally, please produce the same material for any telephone number associated with Javier Gonzalez Ruan and/or Guadalupe Barrone, which was part of the "ICE investigation."

       (3) <u>Physical Surveillance.</u>

Please produce any and all FBI 302 or other compilation of information pertaining to any physical surveillance of Antoine Jones. Please also produce a copy of the "pole camera" video obtained from the Potomac Avenue location and provide any and all documentation pertaining to when that "pole camera" was installed and the dates of recording.

       (4) <u>Expert Notice</u>.

Pursuant to Fed. R. Crim. P. 16(a)(1)(E), Mr. Jones requests disclosure of the identities, qualifications, and testimony of any expert witnesses the government intends to call at trial.

Please produce the requested material within 10 days so that I may be able to prepare for motions and trial.

       Sincerely,

       A. Eduardo Balarezo
       *Counsel for Antoine Jones*

AEB/tdh