UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 05-386 (ESH) |
| : | |
| ANTOINE JONES, : | |
| Defendant. : | |
| : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Arvind K. Lal, telephone number (202) 252-7688, Assistant United States Attorney Darlene M. Soltys, telephone number (202) 252-7685, and Assistant United States Attorney Courtney D. Spivey, telephone number (202) 252-7705 and this is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447-889


_____/s/_____
Arvind K. Lal, Bar # 389489
Darlene M. Soltys, Bar # 431036
Courtney D. Spivey, N.Y. Bar
Assistant United States Attorneys
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4106 (Lal)
Washington, DC 20530
(202) 252-7688 (Lal)
(202) 252-7685 (Soltys)
(202) 252-7705 (Spivey)