# BALAREZO LAW

**400 FIFTH STREET**
**SUITE 300**
**WASHINGTON, DC  20001**

A. EDUARDO BALAREZO, ESQ.  (202) 639-0999 (TEL)
ADMITTED IN NY, MD & DC  (202) 639-0899 (FAX)
AEB@BALAREZOLAW.COM

WWW.BALAREZOLAW.COM

March 20, 2012

Darlene Soltys, Esq.
Arvind Lal, Esq.
Courtney Spivey, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

   Re: *United States v. Antoine Jones*
     Criminal No. 05-386 (ESH)

Dear Counsel:

  At the status hearing on March 16, you represented to the Court that the government had obtained judicial orders for pen registers and cell site data on June 20, 2005 (M.J. Facciola); August 1, 2005 (M.J. Kaye) and September 19, 2005 (M.J. Facciola).  I requested the documentation pertaining to these orders and the government represented that they would be produced.  As of today, I have not received the material.

  Considering that motions are due in one week, please produce these documents by 5:00 p.m. today.

         Sincerely,

         A. Eduardo Balarezo

         *Counsel for Antoine Jones*

AEB/tdh