

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 20, 2012

BY HAND DELIVERY
A. Eduardo Balarezo, Esquire
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

Re: United States v. Antoine Jones, 05-386

Dear Mr. Balarezo:

Enclosed please find pen register/cell site orders for the following cellular telephone numbers: 202-538-3946 (signed 6/20/05); 202-538-3946 (signed 8/1/05); 202-746-0470 (signed 9/19/05); 909-975-0957 (signed 10/7/05); and 678-330-7712 (signed 9/15/05). Also enclosed is a disc containing cell site data for cellular telephone numbers 202-538-3946, 202-746-0470 and 909-975-0957. We are awaiting the cell site data for the 678-330-7712 line from the FBI and will provide it to you once we receive it.

We tentatively advised you in our March 15, 2012 discovery letter, and we now confirm, that FBI Special Agent Scott Eicher will testify as an expert in the area of historical cell site analysis. Once we receive a report from him, we will forward it you.

If you have any questions, please contact us.

Very truly yours,

_____/s/_____
Arvind K. Lal
Darlene M. Soltys
Courtney D. Spivey
Assistant United State Attorneys
555 4th Street NW, 4th Floor
Washington, D.C. 20530