UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES,** | : | |
| Defendant. | : | |
| _____ | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the attached letter be made part of the record in this case.

Respectfully submitted,

RONALD C. MACHEN JR., Bar No. 447889
United States Attorney
_____/s/_____
Arvind K. Lal, Bar # 389489
Darlene M. Soltys, Bar # 431036
Courtney D. Spivey, N.Y. Bar
Assistant United States Attorneys
555 4th Street, N.W., Room 4106 (Lal)
Washington, DC 20530