

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 21, 2012

BY HAND DELIVERY
A. Eduardo Balarezo, Esquire
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

Re: United States v. Antoine Jones, 05-386

Dear Mr. Balarezo:

Enclosed please find one (1) CD containing cell site data for cellular telephone number 678-330-7712.

If you have any questions, please do not hesitate to contact us.

Very truly yours,


_____/s/_____
Arvind K. Lal
Darlene M. Soltys
Courtney D. Spivey
Assistant United State Attorneys
555 4th Street NW, 4th Floor
Washington, D.C. 20530