# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | **Criminal No. 05-386(1) (ESH)** |
| | : | **Trial: 5/7/12** |
| **ANTOINE JONES** | : | |
| | : | |
| *Defendant.* | : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
March 22, 2012

Respectfully submitted,

**BALAREZO LAW**

By: _____/s/_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Antoine Jones*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of March 2012, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo