# BALAREZO LAW

400 FIFTH STREET
SUITE 300
WASHINGTON, DC  20001

A. EDUARDO BALAREZO, ESQ.  (202) 639-0999 (TEL)
ADMITTED IN NY, MD & DC  (202) 639-0899 (FAX)
AEB@BALAREZOLAW.COM

WWW.BALAREZOLAW.COM

March 22, 2012

Darlene Soltys, Esq.
Arvind Lal, Esq.
Courtney Spivey, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

   Re: *United States v. Antoine Jones*
     Criminal No. 05-386 (ESH)

Dear Counsel:

I have received the following discovery material:

1. CD Titled "Pen Data" 202-538-3946, 909-975-0957, 202-746-0470"

This disc contains 3 folders labeled with the corresponding telephone numbers noted on the disc itself.  Inside each folder are 3 subfolders labeled "Cdnrs," "Log," and "Sum."  Within these subfolders, there are multiple individual files numerically labeled in the following fashion "xxxxx.xxx".

2. CD Titled "Pen Data" 678-330-7712

This disc contains 1 folder labeled with the corresponding telephone number noted on the disc itself.  Inside the folder are 3 subfolders labeled "Cdnrs," "Log," and "Sum."  Within these subfolders, there are multiple individual files numerically labeled in the following fashion "xxxxx.xxx".

I have attempted to view these files on a Mac and Windows computers.  Unfortunately, I cannot open these files and cannot access the information.  Please let me know what program will open these files and produce immediately hard copies of the data contained therein.  I cannot file appropriate motions without this information.

      If you need to contact me, please do so via-email.  Considering that motions are due next week, please produce these documents by 5:00 p.m. today.

Sincerely,

A. Eduardo Balarezo

*Counsel for Antoine Jones*

AEB/tdh