UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Cr. No. 05-386 (ESH) |
| : | |
| v. : | |
| : | |
| **ANTOINE JONES,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION FOR MODIFICATION OF FILING DEADLINES

Comes now the United States of America by its counsel, Ronald C. Machen Jr., United States Attorney for the District of Columbia, John V. Geise, Assistant United States Attorney, and says as follows.

By order filed March 16, 2012 the Court set a motion schedule in this matter with the defendant's initial motions due March 27, 2012, the United States' response by April 4, 2012, and any defense reply by April 11, 2012. On Saturday, March 24, 2012, Mr. Balarezo advised undersigned counsel that he had experienced a family medical emergency that would prevent him from meeting the present schedule. So that Mr. Balarezo would be free to focus on that emergency, the parties agreed that government counsel would file this joint motion for modification of the

existing schedule. The parties propose that defendant's initial motions be due March 30, 2012, the United States' response by April 9, 2012, and any defense reply by April 16, 2012. A proposed order is attached.

                                                Respectfully submitted,

                                                RONALD C. MACHEN Jr.
                                                UNITED STATES ATTORNEY


                                                By: _____
                                                JOHN V. GEISE
                                                Assistant United States Attorney
                                                D.C. Bar No. 358-267
                                                555 4th St. N.W. Room 4804
                                                Washington, D.C. 20530
                                                (202) 252-7683