UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE JONES,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court upon consideration of the Government's Joint Motion For Modification of Filing Deadlines. Having reviewed the request and the record in this case, it is this _____ day of March, 2012, ordered that the defendant's initial motions be filed by March 30, 2012, the United States' response by April 9, 2012, and any defense reply by April 16, 2012.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE