# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 1, 2012

Clerk
United States District Court for the
the of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

**FILED**

MAR 1 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re:  United States
     v. Antoine Jones
     No. 10-1259
     (Your No. 05-386-01)

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – 2 boxes.  (Transcripts)

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Sincerely,

**William K. Suter**, Clerk

by *[signature]*

Eleanor L. Baptiste
Assistant Clerk