UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |

### ORDER

Upon consideration of Defendant Jones' Motion to Reconsider Denial of Motion to Suppress Evidence Obtained from Interception of Wire Communications and Seizure of Electronic Communications and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this \_\_\_\_ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that any evidence obtained by the government as a result of the interception of wire communications or the seizure of electronic communications is hereby suppressed and the government shall not refer to it or seek to introduce such evidence at trial; it is further

**ORDERED**, that any evidence derived from the use of the interception of wire communications or the seizure of electronic communication is also suppressed.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE