March 25, 2012

To Whom It May Concern,

I, Jessica Waddell, do hereby swear under penalty of perjury (25 U.S.C51746), that this declaration is accurate, correct and true.

I started working for Scoopie's Soul Food Café September 2005. I was the Head Waitress of Scoopie's Soul Food Café, located inside of Club Levels Night Entertainment. My duties consist of but not limited to taking orders and serving patrons on the top and bottom floor. Also, along with the other employees including myself we would pass out flyers for Scoopie's Café hours, daily specials and flyers on Club Levels' events.

Thank You,

*[signature]*

Jessica Waddell