March 25, 2012

To Whom It May Concern,

I, Carolynette Waddell, do hereby swear under penalty of perjury (28 U.S.C 51746), that this declaration is accurate, correct and true.

I was the Executive Manager of Scoopie's Soul Café, located inside of Club Levels Entertainment Facility, which I started with Antoine Jones Sr. In the beginning the restaurant was open from 6pm until 10pm but as business started picking up, the hours of operation extended from 11am until 10pm, Monday through Friday and Saturday from 11am until 6pm. We would open the doors occasionally between the hours of 8 and 9am to accommodate patrons that would call in their food orders for early pickup. During the daytime hours, the restaurant would operate at the lower level of the club where the entrance door of Scoopie's Soul Café Awning was located, and in the evenings, we would operate through the same door but the patrons would sit down and eat on the upper level of the club. We had Happy Hour on a weekly basis from Monday through Friday, which we served food and drinks from 6pm until 10pm and sometimes until 12 midnight.

We had a staff of 7 people working for the restaurant which including myself as Head Cook, 1 Cook Assistant, 3 Waitresses and 2 Bus boys/Cleaners. The staff would often go out to pass out flyers for the restaurant and even stand at the front entrance of Scooopie's to pass the flyers out. During the time that my staff and myself would arrive to the restaurant, between 8am and 9am, we would always have the doors open for business because we were trying to build our cliental up.

Sincerely,

*Carolynette Waddell*   3/25/2012
Carolynette Waddell