UNDER PENALTY OF PERJURY
AFFIRMATION

TEXT MESSAGES                                                                                    ①

THE PHONE THAT I OWNED WAS A TREO/PALM WITH INTERNET ACCESS. WHEN YANTA STATED THAT THE PEN REGISTER REVEALED 17,908 ACTIVATIONS ON MY PHONE WITHIN SIX MONTHS ("MANY TO JONE'S PHONE"). WHENEVER I WENT TO SEARCH THE INTERNET, THE PEN REGISTER DATA IS RECORDED LIKE A PHONE CALL (AN ACTIVATION) ALSO A TEXT MESSAGE (AN ACTIVATION) BECAUSE THERE IS NO DURATION DATA ON THE THE PENREGISTER DATA SHEET WHICH IS NOT ON THE SPRINT PHONE BILL. THE FACT THAT YANTA'S AFFADAVIT WOULD YIELD EVIDENCE OF DRUG TRAFFICKING. THERE HAS NEVER BEEN A TEXT MESSAGE FROM ME TO ANY CO-CONSPIRATORS EVER MENTIONED. I DID NOT TEXT ANTOINE AT NO TIME IN THE ENTIRE THREE YEARS THAT WE WORKED TOGETHER. THE STATEMENT THAT WE USED CODES WAS FALSE SINCE EVERY ONE OF THE MESSAGES WERE TO FEMALE

UNDER PENALTY OF PERJURY
AFFIRMATION
TEXT MESSAGES                                                    ②

FRIENDS, NEVER TO ANTOINE OR OTHER CO-CONSPIRATORS. TYMECA HUNTER AND COLLETTA WATSON WERE INTENTIONALLY USED BECAUSE OF POSSIBLE ILLEGAL RECORDS. IT ALL WAS A RECKLESS DISREGARD FOR THE TRUTH. THE PEN-REGISTER DATA DOES NOT GIVE INFO ON WHETHER IT IS A CALL, TEXT MESSAGE OR INTERNET CONNECTION. THE CONTENTS OF THE TEXT MESSAGES WERE REWORDED. FOR EXAMPLE "MY MAN IS BACK UP WORKING WITH A MONSTER" IS SIMPLY "BACK UP WORKIN WIT A MONSTER :-)" KARISSA JONES AND OTHER STAFF MEMBERS WOULD TEXT ME ALL THE TIME AT THE CLUB BECAUSE OF THE MUSIC BEING SO LOUD. COLLETTE WATSON WAS A FREQUENT CUSTOMER AT THE CLUB AND FRIEND OF ANTOINE AND I BOTH. SHE WOULD TEXT BECAUSE OF AN INCIDENT AT THE CLUB IN WHICH SHE HAD BEEN INVOLVED. COLLETTA WATSON IS THE NIECE OF WALLACE WARD WHO WAS ON THE

UNDER PENALTY OF PERJURY
AFFIRMATION
TEXT MESSAGES ③

BILLING PLAN FOR THE CELLULAR PHONE THAT SHE WAS USING.

TEXTING FROM MY PHONE WAS A WAY TO PROMOTE AND ADVERTISE

THE CLUB. I WOULD FREQUENTLY TEXT OR EMAIL. WITH THE

CONTEXT OF ALL THE EMAILS THAT AGENT YANTA COULD HAVE

USED (17,908) SHE ONLY DISCLOSED A FEW AND EVEN THOSE

HAD NO CODED MESSAGES TO ANY ONE INVOLVED IN THIS CASE

THERE IS NOT A NOTARY AVAILABLE

LAWRENCE MAYNARD
*(signature)*

③