## SWORN AFFIDAVIT

This document is presented to make known the truth and reveal the facts as they are. I, Anthony Koonce have never had any dealings, legal or illegal with a Mr. Antoine Jones. The government obtained information from confidential sources that alleged that I had purchased mutiple kilograms of cocaine form Mr. Jones and/or someone affiliated with him. It is my sworn statement that I never purchased any type of nacotics from Mr. Jones and/or anyone from the Club Levels Night Club. I met Mr. Jones for the first time in my Life on or about November 2007 in the U.S. District Court House holding cell in the District of Columbia.

Mr. Jones and his counsel told me that they were preparing for trial. Mr. Jones had informed me about a previous trial, in which Mr. Jones had a mistrial. I was told that in Mr. Jones first trial the government presented witnesses that gave testimony about my involvement in drug deals with Mr. Jones. It was revealed to me that a Mr. Kevin Ray said under oath that I was his partner (Ray) and that he and I purchased mutiple kilograms of cocaine from Mr. Jones. I do not know Kevin Ray. I have never met Kevin Ray. Whatever Kevin Ray said about me was totally fasle. The government knew that Kevin Ray was lying and allowed him to give false testimony. Mr. Jones asked me to be a witness on his behalf and I agreed to do so. My testimony was to be about my " so called involvement" with Mr. Jones. At a court hearing held on or about Decmber 2007, I was asked if I wanted to exercise my Fifth Amendment privilege, which I waived and said that I wanted to testify. On the same day the Judge made a ruling that my testimony would not be relevant and I was not allowed to be a witness for Mr. Jones.

Again, I did not know Antoine Jones. I never told anyone that I knew Mr. Jones The information obtained from the confidential source and Mr. Kevin Ray concerning me, Anthony Koonce, and my alleged involvement with Mr. Jones are totally fasle. Any investigation into the accusations of the government informants would have been proven to be lies. These are my sworn statements.

In God We Trust

*[signature: Anthony Koonce]*
Mr. Anthony Koonce

1/12/09
Date

*[signature: Cindy J. Vann]*
Notary Public
Certificate of Affidavit

*[Notary seal: CINDY L. VANN, NOTARY PUBLIC, HERTFORD COUNTY, N.C.]*

State of North Carolina, County of Hertford
Signed before me on this 12th day of January, 2009 by April 20, 2011
Notary Public Cindy J. Vann