## Declaration of Karissa Jones Johnson

I, Karissa Jones Johnson, under penalty of perjury (28 U.S.C. § 51746) states that this sworn declaration is correct, accurate, and true.

Regarding the text messages that occurred between Lawrence and myself:

1) I needed two (2) cokes and some malibu. We used bottled sodas as mixers in the bar drinks. I needed coca-cola, aka coke because I ran out at the bar. Malibu is coconut rum that comes in a white bottle with a black top. We used malibu often to make the Club Level's signature drinks; and

2) I needed a can opener to open the can of pineapple juice which we also used as a mixer for drinks.

Because of the loud music from the band and the DJ playing, text messaging was the best option for written communication. The text messages "DID NOT" have anything to do with narcotics nor did the text messages served as code messages to cover for sale of narcotics or any illegal activities.

Levels was a legitimate go-go club that did not do or conduct any illegal acts.

*Karissa Johnson*
Karissa J. Johnson
2825 A Forest Run Drive
District Heights, MD  20747
(202) 528-3405