## AFFIDAVIT OF ANTOINE JONES

Pursuant to 28USC 1746, I Antoine Jones Sr. declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

### Statement of Facts

On the morning of October 24, 2005, I Antoine Jones entered my home on Moore Street, Waldorf, Maryland through the garage. I parked the Jeep Cherokee inside the garage and entered into my house through the garage door.

I locked the door after entering the house. I turned off the alarm system and then re-activated the alarm system. After the alarm system was activated, I checked the front and back doors to make sure they were locked. [This was my regular routine, a habit I had developed because I get home so late at night.]

After taking a shower and getting in bed to go to sleep... not long after, I heard some loud noises sounding like someone was breaking into my house. I instantly jumped up and ran to the hallway to see who and what was at my front door. The front door is a glass door so I was able to see from the street lights that there was someone trying to open the door with a key or to pick the lock.

I then realized there was a group of people trying to get into the house. This took a few seconds. Special Note: <u>The front door was very hard to open because the original owner of the house who was also the builder had used a unique lock which was very hard to open and it worked differently from traditional door locks. Also, the locking gadget made a very loud noise which can be heard all through the house whenever the door is unlocked.</u>

The FBI and MPD detectives entered the Moore Street house long before 6a.m. They never announced who they were and I was still under the impression that someone was

breaking in the house. They caught me with my pants off and my wife was totally nude also.

They entered my bedroom with guns pointing at me and my wife. The turned on the lights and demanded we lay on the floor.

At about this time the alarm started sounding and the officers made my wife give them the code to turn off the alarm. She gave them the code and they turned off the alarm.

One of the female officers took my wife into the bathroom to put on some clothes. The other officers allowed me to put on a pair of pants. Later my son's alarm clock went off and I realized it was 5:00a.m. because my son's alarm clock was set for 5:00a.m. [My son was attending Coppin University in Baltimore and he got up at 5:00a.m. and left the house at 6:00a.m. each morning and stopped at the metro station to pick up his classmates to get to school in time for his 8:00a.m. class.

They had also entered my son's room. I could not see what was going on in my son's room but when I saw my son they were bring him out of his room in handcuffs. They took me and my son downstairs.

They took me downstairs to the family room where I had full view of 2 clocks, the grandfather clock in the hallway and the clock sitting on the fireplace mantle. It was just past 5:00a.m. at this time. They brought my wife downstairs much later.

I asked the officers numerous times if they had a Search Warrant and what were they doing in my house. The officer first ignored my questions and later he remarked there would be plenty of time for me to see a Search Warrant later. The officers never showed me a Search Warrant, they later took me out of the house and drove me to FBI headquarters in Washington, DC. <u>Special Note: My Miranda Rights were never read to me and I was never shown a Search Warrant nor an Arrest Warrant.</u> I was never asked nor did I give consent to search the Jeep Cherokee, the Toyota Sequoia or the Cadillac.

Special Note: The officers testified that they had a Search Warrant before entering the Moore Street house. Therefore, why would they feel a need to ask to search anything... the Search Warrant would have permitted the officers to search... if they really had a Search Warrant. The officers testified that I pointed out bags in the Jeep Cherokee. Special Note: I was handcuffed upstairs in the bedroom when the officers first entered the house and therefore could not possibly point out anything in the Jeep Cherokee in the garage. The "consent" form is a fraud with a forged signature. I did not sign a "consent" form or any other form neither was I asked for my consent to search anything.

When I arrived at FBI Headquarters in Washington, DC, FBI Agent Stephanie Yanta asked me to make a statement or to tell them something. I declined and asked for a lawyer. At that point Agent Yanta gave me a Miranda Card to sign along with a 1-page Inventory Sheet and Return page from Club Levels to sign. Special Note: No Search Warrant or Attachment A was with the Inventory Sheet and Return page that Agent Yanta presented to me on October 24, 2005 at FBI Headquarters.

Special Note: I even asked my lawyer many times for the Search Warrants for the Moore Street house and for Club Levels. It was months after I had been arrested, after many court appearances, and shortly before the start of the first trial before I was given a copy of the Search Warrants along with other Discovery materials. Further, my attorney requested the Search Warrants many times in court.

Signed, *Antoine Jones*   Date: 7-23-2011

Antoine Jones
Address: 18600-016, USP Florence, PO Box 7000, Florence, CO 81226-7000