Deniece Jones

Declaration

I, Deniece Jones declare under penalty of perjury (28USC§1746) that this declaration is correct, accurate and true.

On Sunday October 23, 2005, me, my husband, and son Antoine Jones Jr. arrived home from a church event, an out-of-town. We followed our normal routine of parking the vehicle in the garage and entering the house through the garage door.

That evening my son went out for a brief time. He was in college and he returned home before midnight. He followed his routine of entering the house through the garage door. He had a garage door opener in his car and a key to the side-entry door so it was always his routine to come through that door when he came home. When my son returned home that evening, he reset the alarm and came upstairs and went to bed. (I know he reset the alarm because I had already gone upstairs when he got home and I had set the alarm before I went upstairs).

My husband also went out for a little while that evening after we returned home from church. He left in the Jeep Cherokee which had been parked in the garage. He also left the house through the garage (side-entry) door. My husband returned home and he came in through the garage (side-entry) door. I was awakened by the opening of the actual garage door, then I heard him pull the Jeep into the garage and close the garage door. (Our master bedroom was over the

garage so I always heard the garage door when it opened and closed.) When he (my husband) came into the house, I heard him deactivate and reset the alarm before coming upstairs (the alarm control panel is in the downstairs hallway just below the master bedroom and the foyer is an open 2-story foyer so I could easily hear activity going on downstairs).

As he usually does, he checked on my son and then came to our bedroom and took a shower. I got out of bed and went into the bathroom and got into the shower with my husband. After showering, I got in the bed naked. Amongst other things, my husband and I were discussing the sale of the Club Levels which was to take place later that morning. He let me know that he had to leave out early so he could do a final cleaning and walk-through at the club. He mentioned that he and Lawrence (Maynard) would need to be at the club at 6:00 a.m. Monday morning to do the final walk-through and cleaning of the Club before meeting with the buyer and his attorney to sign the sales contract.

Shortly after we got in bed, I remember hearing a loud noise at the front door. (I thought someone was breaking in.) I reached for the telephone which was on my nightstand beside the bed. There was so much going through my mind. It was still dark outside and when I reached for the phone I noticed the clock said 4:45 a.m. I was going to call the police because the noise was clearly someone breaking into our house. (I remember thinking, "it's still dark outside now but soon our neighbors will be getting up and going to work so someone will see that we need help.") Then I heard the sound of the front door being unlocked. (I was confused by

this because robbers don't use a key but I remembered that my husband's front door key had been mysteriously missing from his key ring – mysterious because it was the only key that was missing from the ring.)  Now, I was really scared, shaken and confused.  I thought I was the only one with a key to the front door since my husband's front door key had mysteriously disappeared off his key ring a few weeks earlier. (The house was custom built by a builder and he had installed very tall custom doors and a specialty lock on the front door. I could hear the door being unlocked throughout the house because of the specialty lock and the open foyer so the noise very easily could be heard in my bedroom.)  Before I could dial 911, I heard a bunch of footsteps running up the stairs, and someone was (a man's voice) yelling repeatedly "get the son's room, get the son's room".  Thoughts were swirling through my head faster than I could capture them. I was wondering who was saying "get the son's room, and why. I was wondering why there were so many (it sounded like an army) people running up the stairs and the next thing I knew there were a bunch of guns pointed at me and my husband.  I was scared and even paralyzed. Someone turned on the light in my bedroom; my bedroom was filled with men (with guns pointed at us) yelling at me and someone pulled me out of bed.  I remember someone snatched the telephone out of my hand and hung it up (before I could dial 911) and yelled "get on the floor, get on the floor".  I was immediately handcuffed, hands behind my back, while on the floor. (Everything was happening so fast, this occurred over seconds, not minutes.)  I was now feeling really scared, violated and degraded and embarrassed because I was totally naked, and surrounded by a bunch

of strange men with guns pointed at me in my bedroom. The house alarm went off and the agents kept asking for the code to turn it off. It took me a minute to get it together because I could not think clearly. The agents disarmed the house alarm.

I was scared so bad that I had to use the bathroom so I asked (again feeling even more degraded and violated now) if I could use the bathroom. The agents had a female agent to come into the room and take me into the bathroom. I asked her if I could put something on so I don't have to go back into the room naked. I was taken back to the bedroom and positioned on the bed in a sitting position after I used the bathroom. At around this time the television in the upstairs hallway loft came on with the volume very loud. I had the alarm set on that television so I could get up and see my son off to school (Coppin State College in Baltimore) each morning. He had to leave the house between 5:45 – 6:00 a.m. to be in class at 8:00 a.m. The sound startled the agents and they asked me what it was. I told them it was the tv.

The agents searched the entire house. They moved all three of us from our bedrooms to the downstairs family room (I saw my son downstairs in cuffs and was really upset by that). The entire ordeal was upsetting to me. My husband started questioning the agents about a search warrant. One of the men said, go ahead and take him "downtown". After they took him out of the house, they asked my son if they could search the black Cadillac. He hesitated and the agent told him if he did not give them permission they would search it anyway but if he cooperated with them and gave them permission then they would finish up and get out of the way.

Then one of the agents (an Asian man) kept asking for the search warrant so he could photograph it. He asked them repeatedly and they kept avoiding the request. When he persisted, they told him to go into the garage and search for evidence there. At the end of the search, the lead agent told me I had to sign off on some Inventory Sheets which outlined what he had taken out of the house. Agent Naugle only gave me the Inventory Sheets. He never gave, showed or produced a Search Warrant or Attachment A, nor did he give me a Search Warrant return to sign.

<u>Special note:</u> The printed name on the Search Warrant Return (Deniece Jones) is a forgery and I am willing to submit to a polygraph exam and testify under oath that I didn't sign that document. Also the entry time was falsified (6:15 a.m.). The agents came into the house at 4:45a.m. as I testified under oath in trial.

Signed: *Deniece Jones*     Date: 4-17-2012