Antoine Barrington Jones, Jr.

Declaration

I, Antoine Barrington Jones, Jr., declare under penalty of perjury (28USC§1746) that this declaration is correct, accurate and true.

On Monday morning October 24, 2005, I was awakened before 5:00 a.m. by a loud noise. (I know it was before 5:00 a.m. because my alarm clock had not gone off to wake me up yet.) I got up to see what the noise was and immediately some people (FBI agents) came into my room and threw me on the floor. They had guns pointed at me and were yelling and screaming for me to get down on the floor. Since I was still asleep when they came in, I was wearing my boxers underwear only. I was baffled by their presence and before I knew anything I was thrown on the floor and handcuffed. Eventually I heard my alarm clock while they were still in my room so I knew it was 5:00 a.m. at that time.

The agents took me downstairs and sat me in the family room. My dad was down there in a chair handcuffed too. They brought my mom down stairs minutes later, I was shocked to see my mom handcuffed. I was mindful of the time because I would have been on my way to pick up my classmates who rode to school with me. I had no way to call them and let them know I could not pick them up. It was getting later and I would have been on my way by now.

I heard my dad ask the agents can he see the search warrant. (I was comforted for some reason because I believed they were in the wrong house and felt

that the search warrant would clarify everything and I could be on my way to school) and this nightmare would be over. However, I noticed they never showed him the search warrant but just kept ignoring him (this was confusing to me but as I had never been in a situation like this before I did not know what to think). They were all through the house, upstairs, downstairs and even in the garage. I kept thinking why are all of these people in our house. After they took my dad out of the house, one of the agents asked me if he could search the Cadillac. I told him no, it's not my car, it's my dad's car. He said if I did not cooperate they would just continue to take their time but if I gave them permission to search the Cadillac then he would let me leave out so I could go to school. I just looked at him and he said, well, we're going to search it anyway whether you give us permission or not. They search the car and he was on the phone with a woman who told him to bring the car in. He told her that the car was "a piece of shit" and he was not bringing it in. They continued to search the house and then they eventually left. I just remember feeling confused, violated and empty, not to mention helpless because we had been handcuffed and never explained why they were there, what they were looking for or why they took my dad away in handcuffs.

Signed: *[signature: Antoine Jones]*

Date: 3-24-12