ATTACHMENT A

(a) Drugs, indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(b) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(c) Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers.

(d) Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(e) Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

(f) Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(g) Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

(h) Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

(i) Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

(j) Any locked or closed containers believed to contain any of the above listed evidence.