FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

e # 281D-WF-213679

On (date) 10/24/2005

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Antoine Jones, aka "Toine"
(Street Address) 10870 Moore Street
(City) Waldorf, Maryland

Description of Item(s): #1: Bank of America, Visa Statement; Verizon Statement; Property Information 2221 Brandy Wine Rd, Brandy Wine, MD, 20613.
#2: Unmarked 3½ computer disk, blue
#3: Real Estate Documents.
#4: Pictures from Club.
#5: Bank documents from Club Levels
#6: Box of documents from prison addressed to d. ~~Johnson~~ Jones Sr.
#7: Financial Documents in cardboard box
#8: Financial Documents in Blue plastic bin
#9: Financial Real Estate Documents in Gray Plastic Bin
#10: 23 (twenty three) 3½ inch computer disks.
#11: Real Estate printouts and contracts.
#12: Financial documents, credit card statements, bank statements, mortgage statements, cellphone statements.
#13: Financial documents.
#14: Financial documents, from upstairs bedroom
#15: 2 (two) cellular telephones
#16: Misc. documents from room H, large bureau.
#17: Financial documents from room H large bureau.
#18: 2 (two) large rings of keys

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page _____ of __5__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281O-WF-213679

On (date) 10/24/2005

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Antoine Jones, aka "Toine"
(Street Address) 10870 Moore Street
(City) Waldorf, Maryland

Description of Item(s):

#19: Real Estate and Financial Documents.
#20: Lowe's Receipts.
#21: 2(two) Bank of America receipts, 1-American Express business receipt, 1(one) FTN Consultant Bank alt.
#22: Personal Papers in the name of A. Jones and Deniece Jones.
#23: Receipts and Wachovia Bank Statement
#24: 1(one) 3½ inch computer disk with "A. Jones Da 5th Quarter" sign on it.
#25: "Offer to Purchase" sheet of paper, ATM receipts.
#28: Black bag with documents, located in Jeep Cherokee.
#29: Bags and rubber bands to package money, located in rear of Jeep Cherokee.

Received By: _____ (Signature)
Received From: Deniece Jones (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-WF-213679

On (date) 10/24/2005

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Antoine Jones, aka "Toine"
(Street Address) 10870 Moore Street
(City) Waldorf, Maryland

Description of Item(s):

#26: Cash in amount of $69,191.00 (sixty nine thousand dollars and 00/100), located in bag in rear of Jeep Cherokee.

#27: Cash in amount of $452.00 (four hundred fifty two dollars and 00/100; 43 x $10; 4 x $5; 2 x $1), located in the pocket of subject's pants.

Received By: _____ (Signature)     Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page 4 of 5

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-WF-213679

On (date) 10/24/2005

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Antoine Jones, aka "Toine"
(Street Address) 10870 Moore Street
(City) Waldorf, Maryland

Description of Item(s):

#30: 2001 Cream Colored Jeep Grand Cherokee, VIN: 1J4GW48S71C683464; Maryland license tag # M 667480

Received By: _(Signature)_   Received From: _(Signature)_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281-D-WF-213679

On (date) 10/24/2005

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Antoine Jones, aka "Toine"
(Street Address) 10870 Moore Street
(City) Waldorf, Maryland

Description of Item(s):

#31: 2002 Silver Colored Toyota Sequoia SR5 VIN: 5TDBT44A43S144078, Maryland license plate # M895532.

Received By: _(Signature)_     Received From: _(Signature)_