## Declaration of Gregory K. Wills

I, Gregory Wills, swears under penalty of perjury (28 U.S.C. § 51746) that this sworn declaration is correct, accurate, and true.

In February of 2004, I was contacted by Lawrence and Antoine about doing some work in a warehouse that they had in Capitol Heights, Maryland, on Hampton Park Boulevard. They wanted me to install a window between the office and the warehouse so they could see what was going on in the warehouse while they were in the office. They also wanted a board hung in the warehouse so they could hang things on it. While I was there and doing work, I hung my tools on the pegboard that I had installed. I initially installed the window. It was a sliding window (2x3) I used a drywall knife with snips to cut the hole in the wall because it had metal studs. I had my skill saw to install the pegboard. I also used the skill saw to build the shelves that were under the pegboard. I completed all work in four days in February. I also removed my skill saw and tools and went to work on another job. After the warehouse I began working inside the Club, first project was building a VIP Room, framed it, using skill saw to cut 2 x 4's and studs to frame out the VIP Room also using the skill saw to put subfloor down, and has hardwood floors because it was a brick floor. After completing that job I started to build a bar which required the use o my skill saw. After the entrance of the Club I build the hardwood floors and paneling as well as the doors in the lounge area. All the door heights had to be cut to 76 x 77 inches because each door was the standard 79x80 inches high which required me to use my skill saw as well. There is no doubt in my mind that when I finished my work in the warehouse in February I took my skill saw with me and used it on other projects. Additionally, I went to Net's house in Maryland to work on her hardwood floors. I used my skill saw on that job in April 2005 to work on her floors and I also did additional work like installing a door and windows using my skill saw in April 2005.

*Gregory K. Wills*   04-16-12
Gregory K. Wills