## AFFIDAVIT

I, Gregory K. Wills looked at each photo copy of the items I built in the warehouse on Hampton Park Boulevard. I absolutely built the pegboard; shelves and window shown in the photos. I am signing on the back of each photo to indicate the photo I am speaking about in my signed Declaration. After completing the work in the warehouse with my skill saw and other tools, I took my skill saw and tools with me to work on other projects.

I, Gregory K. Wills swears under penalty of perjury (28 U.S.C. § 51746) that this sworn affidavit is correct and true.

Date: 5-7-12

_Gregory K. Wills_
Gregory K. Wills

SEVEN Photo's











HAMPTON PARK WAREHOUSE

