LM 5/05/08

I, LAWRENCE MAYNARD, WHILE EMPLOYED AS A DRIVER WITH FAITH TRAVEL NETWORK DELIVERY (F.T.N) WAS HIRED BY ANTOINE JONES AND DENIECE JONES TO PRIMARILY OPERATE AND MAINTAIN THE TRUCK AND WAREHOUSE LOCATED ON 400 HAMPTON PARK BLVD, CAPITOL HEIGHTS, MD. FROM THE TIME MR. JONES BEGAN RENTING THE PROPERTY UNTIL THE LEASE WAS TERMINATED. IN APRIL WHEN THE LEASE WAS TERMINATED THE WAREHOUSE WAS VACANT OF ALL MERCHANDISE, EQUIPMENT AND FURNITURE BEFORE THE KEYS WERE TURNED INTO THE OWNER, MR. O. SCHAFFER. DURING THE TIME THAT OPERATIONS WENT ON AT F.T.N. DELIVERY, GREG WALLIS AND I CONSTRUCTED A TOOL RACK, OUT OF PEG BOARD IN JANUARY OF 2004. THE PICTURES THAT WERE PRESENTED AS EVIDENCE BY THE G.C.E. INVESTIGATION WERE NOT TAKEN ON THE DAY OF APRIL 30, 2004. THE

WAREHOUSE WAS ENTIRELY EMPTY OF ALL MERCHANDISE, FURNITURE AND EQUIPMENT ON THE DAY THAT THE LEASE WAS TERMINATED ~~REDACTED~~ AND THE BUILDING WAS INSPECTED.

*[signature]*
5/05/09

City, County of Prince George
Commonwealth/State of VA
The foregoing instrument was acknowledged before me this 5 day of May, 20 09, by _____
(name of person seeking acknowledgement)
Notary Public _____ 4/26/05
My commission expires 9-30-10