UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 05-386 (ESH) |
| : | |
| ANTOINE JONES, : | |
|         Defendant. : | |
| : | |

**JOINT PROPOSED SCHEDULE FOR BRIEFING CELL SITE DATA MOTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and A. Eduardo Balarezo, Esq., counsel for the defendant, submit this proposed briefing schedule for any motions challenging the legality of the cell site data pursuant to the Court's directive issued on May 31, 2012.[1]

The defendant shall file any additional supplemental pleadings to his original Motion to Suppress Cell Site Data (Document # 606) by June 15, 2012.

The government shall file its opposition by June 29, 2012.

The Court shall schedule a hearing on the motion on July 23, 2012.

                    Respectfully submitted,

RONALD C. MACHEN JR.                            _____/s/_____
United States Attorney                          A. Eduardo Balarezo, Esq.
                                                DC Bar 462-659
_____/s/_____                     400 Fifth ST., NW
Arvind K. Lal, DC Bar 389-489                   Suite 300
Darlene M. Soltys, DC Bar 431-036               Washington, DC 20001
Courtney D. Spivey, N.Y. Bar                    202-639-0999
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530

---

[1] The government advised counsel that it does not anticipate receiving a report from its expert witness until mid-August, 2012. The parties recognize that the defense may file a motion *in limine* regarding the expert's testimony at a later time.