UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | Trial: 1/22/13 |
| **ANTOINE JONES,** | : | |
| | : | |
| *Defendant.* | : | |

### DEFENDANT'S MOTION TO AMEND MOTION
### TO SUPPRESS EVIDENCE SEIZED AT LEVELS NIGHTCLUB (DOC # 617)

**DEFENDANT** Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to amend this previously filed Motion to Suppress Evidence Seized at Levels Nightclub (Doc. # 617) and states as follows:

On May 22, 2012, undersigned counsel filed a Notice of Filing attaching Mr. Jones' Motion to Suppress Evidence Seized from Levels Nightclub.  Unfortunately, counsel neglected to include an additional exhibit and respectfully requests leave to amend the Motion to include Exhibit 4 (Declaration of Lawrence Maynard).  Mr. Jones Respectfully requests this Honorable Court to consider the contents of Exhibit 4 in its consideration of his motion to suppress.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Jones respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       June 20, 2012　　　　　　　Respectfully submitted,

                          **BALAREZO LAW**

By: _____
     A. Eduardo Balarezo, Esq.
     D.C. Bar # 462659
     400 Fifth Street, NW
     Suite 300
     Washington, DC  20001
     (202) 639-0999

     *Counsel for Antoine Jones*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of June 2012, I caused a true and correct copy of the foregoing Defendant's Motion to Amend Motion to Suppress Evidence Seized at Levels Nightclub to be delivered to the parties in this matter via Electronic Case Filing (ECF).

A. Eduardo Balarezo, Esq.