UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | **Criminal No. 05-386(1) (ESH)** |
| | : | **Trial: 1/22/13** |
| **ANTOINE JONES** | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

Upon consideration of Defendant Jones' Motion to Amend Defendant's Motion to Reconsider Motion to Suppress Evidence Seized at Levels Nightclub (Doc. # 617), any opposition thereto, and for good cause shown, it is hereby this __ day of _____;

**ORDERED,** that Defendant Jones' Motion is **GRANTED.**

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

cc:
**THE PARTIES VIA ECF**