[signature] 5/05/09

I, LAWRENCE MAYNARD, ON THE MORNING OF THE SEARCH OF CLUB LEVELS, WHICH I WAS THE MANAGER, ARRIVED AT THE BUILDING WITH DERRICK BARRETT AT APPROXIMATELY 9:30AM WE ENTERED THE BUILDING. GOING THROUGH THE BACK DOOR, UP THE STAIRS WE NOTICED DEBRIS ON SEVERAL STEPS. THE LIGHTS WERE BLOWN OUT AND THE DEBRIS WAS REMAINS OF CONCUSSION GRENADES USED BY POLICE. WE WALKED TO THE OFFICE, NOTICING THE ALARM HAD BEEN BROKEN FROM THE WALL. ENTERING EACH AND EVERY ROOM WE TOOK INVENTORY TO DETERMINE WITH ATTENTION TO DETAIL, WHAT ITEMS OR PARTICULAR OBJECTS COULD BE POSSIBLY MISSING. WE DID AN INVENTORY SHEET, TIMOTHY LEWIS AND MYSELF OF EACH ROOM AND EVERY ITEM (ELECTRONICS, FURNITURE, FLOOR COVERING,

ALCOHOL ETC). FOR AN ENTIRE WEEK AND A HALF G. WAS PRESENT AT THE CLUB (8AM-6PM) & MADE SEVERAL CALLS TO AGENT YANTA USING THE CLUB LEVELS PHONE. NEVER DID G. OR ANYONE ELSE FIND OR PRESENT A WARRANT OR "ATTACHMENT A" IN THE CLUB BEFORE G. WAS ARRESTED.

*[signature]*
5/5/09

City / County of *Prince [Wm?]*
Commonwealth/State of *VA*
The foregoing instrument was acknowledged before me this _5_ day of _May_
20_09_, by
(name of person seeking acknowledgement)
Notary Public _____
My commission expires: _Sept 30, 2010_