# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | **Criminal No. 05-386(1) (ESH)** |
| : | **Trial: 1/22/13** |
| **ANTOINE JONES** : | |
| : | |
| *Defendant.* : | |

## ORDER

Upon consideration of Defendant Jones' Motion to Amend Defendant's Motion to Reconsider Defendant's Motion to Suppress Evidence Obtained from Interception of Wire Communications and Seizure of Electronic Communications (Doc. # 618), any opposition thereto, and for good cause shown, it is hereby this __ day of _____;

**ORDERED,** that Defendant Jones' Motion is **GRANTED.**

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

cc:
**THE PARTIES VIA ECF**