## AFFIDAVIT

This document is presented to make known the truth and reveal the facts as they are. I, Anthony Koonce have never had dealings legal or illegal with Mr. Antione Jones. The government obtained information from confidential sources that alleged that I had purchased multiple kilograms of cocaine from Mr. Jones and/or someone affiliated with the so called "Antione Jones enterprise". I never received, donated, exchanged or viewed any drugs from Antione Jones. It is also my sworn statement that I never purchased any type of narcotics legal or illegal from the owner of Club Levels, nor anyone associated or working for Club Levels at anytime. I met Mr. Jones on or about November 2007 in the U.S. District Court house holding cell in the District of Columbia. Mr. Jones asked me to be a witness on his behalf and I agreed to do so. My testimony was to be about my "so called involvement" with Mr. Jones. At a court hearing held on or about December 2007 I was asked if I wanted to exercise my Fifth Amendment privilege, which I waived and said that I wanted to testify. On the same day the Judge made a ruling that my testimony would not be relevant and I was not allowed to be witness for Mr. Jones.
The information obtained from the confidential sources concerning me, Anthony Koonce, and my alleged involvement with Mr. Jones are totally false. Any investigation into the accusations of the government informants would have been proven to be lies. These are my sworn statements.

(1 of 2)

The government had some documents detailing my involvement with purchasing (5) to (10) kilograms of cocaine from the owner of Club Levels. The government also had an informant that alleged that me and nine others (including the owner and other associates of the Club Levels) went to Brazil and purchased five hundred (500) kilograms of cocaine for $7,000.00 per kilogram. This information was provided by an FBI source. These are examples as to what I classify to be lies. Again, these are my sworn statements.

State of North Carolina, County of Pasquotank
Signed before me this 26th day of June, 2008
By Anthony Koonce
My Commission Expires 4/1/05

Rita C. Williams, Notary Public

IN GOD WE TRUST,

Anthony Koonce   6/26/08
ANTHONY L. KOONCE

Notary Public
Certificate of Affidavit

Rita C. Williams
NOTARY PUBLIC

[Notary Seal: RITA C. WILLIAMS, NOTARY PUBLIC, PASQUOTANK COUNTY, NC]