3/3/08

I Nimrod Babylon Read United State versus Jones (Sept 2, 2005 wiretap) Affidavit. During this time I didn't know Antoine Jones. I never called Antoine Jones or heard of Antoine Jones. If I called him it was an accident. The criminal history and personal history of me is correct, but I don't recall me ever calling that cell phone number.

Mr. Nimrod Babyl

District of Columbia
Subscribed and sworn to before me, in my presence,
this 3rd day of March, 2008
by Nimrod Babylon
_____ Notary Public
My Commission Expires 9/30/2012

BRIDGET REAVIS-TYLER
Notary Public, District of Columbia
My Commission Expires September 30, 2012