PREPARED BY 3/29/12
DATE

## Declaration

I, Annette Bigesby, swears under penalty of perjury (28 USC §1746) that this sworned declaration is correct, accurate, and true.

I, Annette Bigesby swears that I do not know a person named Anthony L. Koonce. I have never known anyone named Anthony Koonce.

*Annette Bigesby*
3-29-12
11018 Springlake Dr
Mitchellville MD 20721
202 9576403