To Whom It May Concern,

I, Shenese Gilmore do hereby swear under penalty of perjury that these statements that I am about to make are true, accurate and correct. I was the Bar Manager at Club Levels when it was in full operation from the opening of the club to the closing. My job duties included hiring and firing of the bar staff. I trained the bartenders if necessary and I set the policies and procedures that everyone was to follow at the club concerning the bar. My other duties included helping promote the business and the bands. The better the club performed, the better the profit for my staff.

Because the club was so packed on band nights, we had to implement a system to get the bars restocked once we were close to running out of supplies that were needed behind the bar. The club didn't hire bar backs so the stocking and restocking were up to the bartenders.

During club hours when it was extremely packed, We would put the system in place to text The Club Managers: Adrian, Lawrence, Toby or Antoine (if he was in the club) to bring supplies such as Liquor, ice, beer, mixers such as coke, pineapple, orange juice or cranberry juice to the bar. Depending on whom the text came from, the managers would know what bar to take the supplies too. This system worked well for the simple fact that it was so packed behind in the club it would literally take about 15 minutes to get back to your post if your left. Not to mention, you would be losing out on a good bit of business.

To my knowledge, Backyard Band and a few other bands brought in a lot of business. Also when outside promoters came in and brought entertainment, the club was full then as well.

So in order to keep cost down and not hire bar backs, this plan was implemented and it work to our advantage.

Should you have any questions concerning anything that I have stated, please feel free to contact me at your leisure.

Regards,


Shenese Gilmore