P61

SWORNED DECLARATION Under
Penalty of PERJURY (28 U.S.C. §1746)

I Antoine Jones SR swears under
Penalty of PERJURY (28 U.S.C.S §1746)
that this SWORNED DeclARATION is
CORRECT, ACCURATE And true,
I Antoine Jones is Volunteering And
Willing to submit to a POLYGRAPH
examination and Ready to tell the
truth in a FRANKS Hearing, Evidentian
Hearing or suppression Hearing,

I will detail the Falsity of
Agent Stephanie Yanta 8-10-2005 And
8-19-2005 Text messages AFFIDAVITS,
which is complete with misstatements
And False entries.
Also, Agent Yanta Sept 2 2005
Wire Tap AFFIDAVIT was deceiving
And misleading the courts, with
Majority of Her AFFIDAVITS being
Reckless disregards to the truth,
A clear violation of 18 U.S.C.S §
2235 - SEARCH WARRANT PROCURED
Malietously

STATEments of Facts

I Antoine Jones SR want to put on
Record that I swear under Penalty
of PERJURY that I didnt know the
following target in Agent Yanta
September 2 2005 Wire Tap AFFIDAVIT,
CS-2 Anthony Givens, Anthony Moance
Wallace WARD, Twanda Cambell, An.
Nimrod Babylon, Damien Broussard,

P62

CS-2 Anthony Givens - The First time I ever seen CS-2 Anthony Givens was when MR Balarezo show me a video confession of Anthony Givens, I instantly told MR Balarezo to cut off the video Tape And told Him that I didn't know that person and it's a waste of time to watch the video confession. Also when CS-2-Anthony Givens came to testified, Once I seen Him in person, I once again told MR Balarezo that I never seen CS-2 and didn't know Anthony Givens. It was confirmed that we didn't know each other when Anthony Givens pick mike Huggins And Adrian Jackson before His third pick was me. He didn't pick Kevin Holland because Kevin Holland told me that Anthony Givens went to Eastern High school with Him and they both played football for eastern High school. [ The Government Has to concede that Anthony Givens Historical-state information wasn't reliable because not only did the Government dismiss His substantial count, they didn't call Anthony Givens back to testified on me.

Anthony Koonce There Are aleast two sworned declaration on court Records that He don't know me and we never

P 03

went to BRAZIL to PURCHASE 500-kilos
with me And I never engaged in selling
Narcotics to Him. I swear under
Penalty of perjury that I dont know
Anthony Koonce, never met anthony
Koonce until the day at district court
down in the Holding cell, where Anthony
Koonce told me And Lawrence maynard
that the government Question Him.
About me and he told the government
in the interview "He don't know me
and never done any illegal Activities
with Antoine Jones.

For the Record I don't know
Anthony Koonce, never been to BRAZIL
with Anthony koonce to PurcHase
any narcotics, matter of a fact I
never been to Brazil nor out of the
country, my passport would confirm
that. So if I don't know Anthony Koonce
And never met Anthony Koonce, it's
impossible to Distribute kilo's to
Anthony Koonce.

Wallace ward - I swear under
Penalty of perjury I dont know
wallace ward, never met or seen
wallace ward before. matter of a
fact wallace ward death certificate
confirmed He was decease during
yanta allegation in the september 2 05
wire Tap AFFioAvits.

Iwanda cambell - I swear under
Penalty of perjury I dont know me

Twanda Cambell, never seen or met Ms Twanda Cambell.

Matter of a fact Twanda Death certificate confirm it's impossible for us to communicate during Yanta wire Tap Allegation because she was decease.

<u>Nimrod Babylon</u> - I have submitted on record Nimrod Babylon sworned affidavit where he swears He didnt know me and never met me until I got to know Him in DC Jail.

Nimrod Babylon told me He never call me during the time mentioned in the wire Tap Affidavit, He was incarcerated in DC Jail. He told me His cell phone that called me was in possession of the Feds who Arrested Him.

I swear under penalty of perjury that I didnt know Nimrod Babylon and never communicate with mr Babylon until I met Him in DC Jail.

<u>Damien Broussard</u> - I swear under penalty of perjury that I dont know Damien Broussard, never seen or met Damien Broussard.

During Quentessa Broussard sworne testimony she testified the Four text messages Yanta mentioned in her wire Tap Affidavit was her, not her brother Damien Broussard Texting me.

P05

Quentessa Broussard testified under
oath and I will corroborate what
Quentessa testified by swearing under
penalty of perjury that the phone
number Yanta mentioned in her wire
TAP affidavit for Damien Broussard
is Club Level's Bartender Quentessa
Broussard and Club level's Bartender
Quentessa is the one who text me
"Need ones" "need ones bad", which
plain English Quentessa needed one
dollar bills for her Bar.

Also, when Quentessa Broussard
(not Damien Broussard) text me
"need 2 talk 2 u tonight please R U coming
in", this text message was when Quentessa
need to borrow some money from me so
she was asking me was I coming in to
work that night? Quentessa last text-
message came a week later, and she
was trying to pay the Cash Advance
payment I lend her. So, Quentessa
text me "Have your package, will C u
2 nite at work if that okay"

WALLACE WARD text messages was
not from this deceased 300lbs-plus man
the author of the text messages to me
was Collette Watson a female friend
of Lawrence Maynard who patrolize
Club level's.
When Collette Watson text me
"You should get at me as soon as
u get a chance you will like me, Promis

check me out" " Just between me and U get at me ASAP" " you should get at me as soon as you get a chance you won" All three text messages were collette watson trying to flirt with me and was trying to Hook up with me. ( I confirm that the messages was from collette watson when I show the text messages to lawrence maynard and He told me that it was collette watson number.)

Yes, I did called collette watson, only because Ms watson was assaulted by another female at club levels and I call Ms watson to find out was she OK. Beside the phone calls of concerns and a Hello here and there during the club parties I never communicated with Ms watson and I definetly never communicate about any narcotics or any illegal activities with Ms collette watson or the decease wallace ward Ms watson Uncle.

Tymira Hunter. Another female Friend of lawrence maynard who Had a Birthday party at the club and who also patrolize club levels.

Just like collette watson (wallace ward niece) both Had an intimate relationship with lawrence maynard, and both communicate daily sexual communication with lawrence maynard.

Lawrence maynard discuss His text messages with me, and He show me

P 07

And told me that when He text these two females "My man is working with a mosha" Lawrence is speaking of, and Refering to His "Penis being Hard". His man is His Penis.

This was confirm during Tymind Hunter sworned testimony when she testified Lawrence was speaking of His Penis during the text messages.

Also, Lawrence Maynard told me and show me that when He text "Good morning" on His text message DATA sheet, at the same time mr. Maynard text good morning to His wife, Tymino Hunter, Collette Watson (Wallace Ward niece) and numerous of others female at the same time.

Karrisa Jones and Anita Worley both are club levels bartenders who Lawrence Maynard show me in His text messages data, that when Karrisa Jones had text Him "2 cokes & malibu PLs Ka$H money", Karrisa was Requesting A malibu mix drink and 2 cokes, she was refering to two liter cokes. The text message "Need A can opener Ca$H money", simply means she need the can opener at Her bar.

This Bartender communicate was explained in detail during Karrisa Jones sworned testimony.

Lawrence Maynard also explained to me when Nita Worley text Him "I need I.C.E for my Beers" means Nita Worley need

ice for Her beer and Her BAR, none of the text message communication are Relating to NARcotics or any illegal activities as MR Maynard explained.

<u>DURHAM N.C traffic stop</u> — I swear under Penalty of perjury that Lawrence MAYNARD And DERRICK GORDON both club levels employees, told me personally that yanta AFFIDAVITS was FAlse information Relating to the N.C traffic stop. Both MR MAYNARD And MR Derrick Gordon went into detail about the traffic stop.

MR MAYNARD told me He was doing the speed limit when the officer pull Him over. He gave His Driving license, and the vehicle Registration along with being polite and Respectful to the officer.

The officer delayed Him and mr Derrick Gordon until other police vehicles and a police Dog Arrived.

MR MAYNARD told me the officer ash to search the vehicle which He gave them Permission to search in Plain view, but "without A search WARRANT" the officer exceed their Authority in the Plain view search and instanly started to destroy the company vehicle, tearing up the entire interior of the vehicle.

MR MAYNARD and MR Gordon both was place in the police vehicle, their money was taken, they both was question

P 67

and release with out any money.
    Dennick Gonsen - one of the sept 2 05
wine TOP Target Personally told me that
He was sleep when the officer stop the
Vehicle, While He was sleep one of the
officer woke Him up And He was
surprise at the officer in His face
when He woke up.
    Mr Gonson told me He was puzzle
at the officer questioning Him because
He wasn't driving.
    The officer ask Mr Gonson where
was they Heading and mr Gonsen
Response we are going to Pick up a
D J for an event at the club.
    Mr Gonson said He never mentioned
Georgia nor Answer any Further
Question.
    Lawrence Maynard 2.) Admitts
me that He Forget Derrick last name,
at the time He knew that Derrick was
my nephew and Derrick older brother
mike name was Jones but Derrick
had a different last name and at the
time He couldnt Place Derrick age.

    I want to put on Record that the
$867,000 that was in the company
Van was ligitimate money From my
CASH busness. The secrete Hidden
safe was there to Hide and protect
my earning From Robbers.
    Having three cash business (club levels,
Hilis cafe and scoopies soulfood cafe') I
Place Hidden safe in my vehicles and in

club level's And was thinking about
Placing one in my moore street house, the
street of DC is unsafe especially with
people who carry large sum of cash
from their ligit business proceeds.

Physical surveillance - This section
of yanta affidavits were misleading,
deceiving and a reckless disregards
for the truth. The courts knows I
was the owner of club levels and
scoopies soulfood cafe' and lawrence
maynard was the A.B.C. manager who
handle the liquor and manage the
bartenders. yes, me and Lawrence
maynard had a key to open and
lock club levels. yes, there was many
vehicles parked outside of club levels,
some went to willie's body shop and
mike's breaksfast carry out both
business was under club levels attached
to the same building, other people
patrolized scoopies cafe'.
During the morning the fost trafic
volume was many, up to the hundreds.
mikes carry out open at 5am, willies
body shop open at 8pm and scoopies
cafe' open from 11 to 8pm and also
while the restourants in club levels
was open we could have happy
hours parties in the club that also
brought in other patrons.
while scoopies soulfood cafe' was
open for business, the doors stayed wide

P611

open to the public. The patrons
had a choice to eat down stairs or
upstairs. Club levels and scoopies
Cafe employee would pass out flyers
For scoopies Cafe and club levels in front
of the club.

Me, Lawrence Maynard, Adrian
Jackson, Nicholas Jones and Carolynette
Wadell all was available for the
public to show the club, take them on
walkthroughs and book up coming events.
Never was the club close to the public
while any one was in the club.

During club level parties, happy hours
and special events I will pay 5th district
police officers to park their vehicles
in front of the club, in the parking lot,
and all around the club neighborhood.
The officers (along with club levels
security) would post their selves
out side of the club and some will
go inside of the club but all police
officers was welcome in the club.
Matter of a fact some officers
had parties and events at the club.

Adrian Jackson - one of the wire tap
target who prove his innocent and got a
acquittal. Adrian Jackson was club levels
owner who parked his vehicles daily
in front of club level's

Nicholas Jones - was another wire-
Tap target who was a club levels
employee's. He was a club manager
who parked his vehicles in front of the

daily. Nicholas Jones was designated
to open the club doors in the
morning for club levels employees
and scoopies care' employees, this
was confirmed in the FBI 302s and
the F.B.I surveillance tape of the club.

Also, I want to put on record that
nicholas Jones has gotten violated
months before yanta september 2 05
'wire tap affidavits and when yanta
testified under oath she seen nicholas
Jones on T.V., nicholas Jones on the news
Represented club levels at an aids
event months before yanta wire tap
affidavit, and most important during
yanta allegation of nicholas Jones he
was incarcerated on a violation.

Yes, I have to conceded and
admit that club levels employees lawrence
maynards, Adrian Jackson, nicholas
Jones, and me parked our vehicles
outside of club levels.

HAROLD HOLDEN - Harold Holden was
also a club level employee, a close and
trusted friend (who was a government
cooperator who also parked his vehicle
daily in front of the club.

Harold Holden was so trusted that I
gave him a key to the club and made
him head of security, he did the
hiring and firing.

I got Harold Holden a job at the

P 613

sports and learning computer with me,
got Him a Job being security at the
Redskins games and made Him the
manager over club levels security.
   I want to put on Records that I
called Harold Holden on a B.O.P
Recorses - and monitored called while I
was at U.S.P Florence.
   During this calls I discuss His
cooperation, with His bust and buys, with
Him testifying for the Government in
the Tainided murdure trial, and "Harold
told me that "Yanto and nonno Noari"
came to visit Him". ( Harold Holden
said He will testified that the officers
come to visit Him). I didnt know
Harold Holden was cooperating with
the Government, nor did I know He
was performing control buy and bust,
I didnt expect Harold was debriefing
with the Government nor preppring to
testified for the Government, Harold
Holden was my trusted and close friend
that's why I kept Him around me and
working as my head of security, "Firing
and Hiring".

   Pen Register Data - I Admit that
I did called Jamaica a few times, I
was calling a friend who need finicial
support, the wire tap will confirmed
that. now me calling meallen texas.
during the time yanto mentioned, I
strongly believe that was the time
my wife Deniece Jones Had a ligitimate

P 614

business contract in Texas and yes
I called and talked to my wife.

UZbekistan - is clearly Reckless
disregard From the truth, no number
ever called me From Uzbekistan, my
cell phone Records show and prove that
the Pen Register was tainted and tamper
with. Also, during the discussion with
me and mr maynard, He told me that
He never Received a called From
Uzbekistan which also confirmed the
Pen Register was tainted and tamper with,
both of us are willing to submit to a
Polygraph test on the Uzbekistan
allegation.

Bradford wadell is one of the
brothers of Carolynthe wadell-scoopies
soul food cafe Executive manager, He
often Patrolize club levels and scoopies'
cafe. MR wadell is also a close Friend
of me and we never conspired against
the government, distribute narcotics
together nor broke the law.

Annette Bigesby - yes, I know Annette
Bigesby but I don't know samuel Johnson
AKA Pepsi yanta mentioned as me and
samuel Johnson calling and communicating
with Annette Bigesby.
    I want to put on Records that mr
Anthony Koonce told me that He didn't
know Annette Bigesby thus He never

worked for Annette Bigesby salon as
yanto mentioned in her wire tap
Affidavit. Also, Mr. Balango Investigator Mark
Glick could confirm that Ms Bigesby
dont know Anthony Koonce and never
had Anthony Koonce work at her Hair
salon.

CS-1 (Kelvin Ray), yes, I know
Kevin Ray, but I haven't spoke to
Kevin Ray sence some time in Fall of
2004, and only once in February 2005.
The text messages and wire tap
Affidavit Kevin Ray CS-1 information
is "Stale", "Historical in nature" and
unreliable that the Government
dare to bring CS-1 (Kevin Ray) to
niether of my trial.

Once again I swear under Penalty
of Perjury (28 USCS §1746) that every
thing I wrote in this declaration is
accurate, correct and true, and I am
willing to take a polygraph test on
every thing in this sworn Affidavits.

Respectfully Submitted

Antoine Jones SR
241912
1901 D St SE
Washington DC 20003
Date 3-23-2012
signature Antoine Jones

Terosa Washington
Notary Public, District of Columbia
My Commission Expires