# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 05-CR-386(1) (ESH)** |
| | **:** | **Trial: 1/22/13** |
| **ANTOINE JONES,** | **:** | |
| | **:** | |
| *Defendant.* | **:** | |

## DEFENDANT'S MOTION TO AMEND DEFENDANT'S MOTION TO RECONSIDER MOTION TO SUPPRESS EVIDENCE RELATED TO SEARCH OF 400 HAMPTON PARK BOULEVARD WAREHOUSE (DOC # 620)

**DEFENDANT** Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to amend this previously filed Motion to Reconsider Defendant's Motion to Suppress Evidence relating to the Search of the 400 Hampton Park Boulevard Warehouse (Doc. # 620) and states as follows:

On May 22, 2012, undersigned counsel filed Mr. Jones' Motion to Reconsider Defendant's Motion to Suppress Evidence relating to the Search of the 400 Hampton Park Boulevard Warehouse.  Unfortunately, counsel neglected to include additional exhibits and respectfully requests leave to amend the Motion to include Exhibits 4 - 6 (Declarations of Lawrence Maybard (Exh. 4); Antoine Jones (Exh. 5); Antoine Jones (Exh. 6).

Mr. Jones Respectfully requests this Honorable Court to consider the contents of Exhibits 4-6 in its consideration of his motion to suppress.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Jones respectfully requests that this Motion be **GRANTED**.

Dated:  Washington, DC
        June 20, 2012           Respectfully submitted,

**BALAREZO LAW**

By: _____
     A. Eduardo Balarezo, Esq.
     D.C. Bar # 462659
     400 Fifth Street, NW
     Suite 300
     Washington, DC  20001
     (202) 639-0999

     *Counsel for Antoine Jones*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of June 2012, I caused a true and

correct copy of the foregoing Defendant's Motion to Amend Motion to Reconsider Defendant's

Motion to Suppress Evidence Seized at Levels Nightclub to be delivered to the parties in this

matter via Electronic Case Filing (ECF).

A. Eduardo Balarezo, Esq.