UNDER PENALTY OF PERJURY

AFFIRMATION



HAMPTON BLVD WAREHOUSE

THE I.C.E. AGENTS HAD TO HAVE TAKEN THOSE PHOTOS

PRIOR TO THE APRIL 2004 DATE. SOME OF THE ITEMS

WERE USE IN CLUB LEVELS, OTHERS ON THE DELIVERY

TRUCK THAT I WORKED WITH DAILY AND TO MY KNOWLEDGE

GREG WILLIS HAD IN HIS POSSESSION AFTER OUR ARREST.


THERE IS NOT A NOTARY AVAILABLE

LAWRENCE MAYNARD

_Lawrence Maynard_