## AFFIDAVIT OF ANTOINE JONES

Pursuant to 28 U.S.C. **1746**, I Antoine Jones Sr. do declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

### Statement of Facts

On April 30, 2004, I Antoine Jones terminated my lease on the **400** Hampton Park Blvd warehouse and vacated the building.

I, Antoine Jones Sr, and Mr. Schaffer did conduct a "walk-through" inspection of the **400** Hampton Park Blvd warehouse to check for any damages to the warehouse and any lease termination violations.

During the walk through and inspection on April 30, 2004, there were no items or property left behind. There were items pictured in the photographs taken by the I.C.E. agents. The I.C.E. photographs were submitted into evidence at trial. The items were not present in the warehouse when Mr. Schaffer and I (Antoine Jones) conducted our walk-through and inspection of the warehouse the date the lease was terminated.

The week and days before April 30, 2004, Mr. Maynard and I emptied the warehouse. We threw out the trash and over filled the dumpster outside the warehouse. We used a power washer and power washed the entire warehouse walls and floors and left no property remaining in the warehouse.

The pegboard that Mr. Gregory Wills and Mr. Lawrence Maynard had placed on the warehouse wall was still on the wall on April 30, 2004 when Mr. Schaffer and I conducted the walk-through inspection.

On April 30, 2004, Mr. Schaffer was so satisfied with the clear and clean condition the warehouse was left in after I moved out. Mr. Schaffer returned the full security deposit and noted that I had no security deposit or lease violations.

Special Note: The Office Chair pictured in Exhibit Photo 15A was taken to Club Levels and used in the main office of the Club as pictured in S.W.2 – Club Levels Photo.

The blow up mattress in Prints 17A and 10A was used at Club Levels and stored in the closet located in the main office at the club.

The small black chair in Print 16A belonged to Club Levels and was taken back to Club Levels. You can see the same style chair in the Club Levels Photos (upstairs office). In both photos the small black chair is present. At the front entry you will see stack of that similar small black chair (right next to the metal detector).

The small radio in Print 16A on the blue blanket (plug in) is my personal radio. The handyman (Greg Wills) took it from my house on Brandywine Road when he was doing work at the house. He asked if he could use it to entertain him while working at the Hampton Road warehouse. I took the radio from the Hampton Road warehouse to Club Levels when we vacated the warehouse.

The Jacket in 19A and 21A, belongs to Mr. Lawrence Maynard. Mr. Maynard took the jacket to the Club and gave the jacket to Club Levels employee Lavance Howard and Mr. Howard wore the jacket many days. Mr. Howard can be seen wearing the jacket in the FBI surveillance tape in front of Club Levels on the rainy day (I believe the date is October 14, 2005).

Also in photos 19A and 21A Valentine Day gift baskets can be seen. These baskets were sold by Mr. Maynard and the ones pictured in the photographs were the last of the baskets remaining. Mr. Maynard took the remaining baskets home with him long before the April 30th date.

Also focus on photos **19A** and **21A** again, there **is a box** with a **glass** table (laying on the floor next to the Valentine's gift basket). The glass table was taken to Club Levels and set up in the upstairs office of the Club. In the Photos taken at Club Levels, the **glass** table can be seen in the office next to the wall.

The Skill Saw on the table was used by the **Handyman** Greg Wills. Mr. Wills was working at Club Levels renovating the Club and the saw was taken from the Hampton Park Blvd warehouse long before the warehouse was vacated, Mr. Wills was already working as a handyman at Club Levels months before the April 30* lease termination date. [Mr. Wills testified he took his Skill Saw with him to the Club Levels in trial during Mr. Lyons' crossexamination.]

The 2 trashcans were also taken from the Hampton Park Blvd warehouse to Club Levels and were used both inside and outside the Club.

The 2 new boxes of shrink wrap were put on the white **box truck** and used in transporting furniture and large items to Club Levels and **Mr.** Maynard also continued to book moving jobs and used the shrink wrap to wrap **furniture** for the moving jobs.

The blue moving blankets were stored on the box truck and were used to wrap furniture for moving jobs.

The joint compound pictured under the table and the other compound in the middle of the floor was taken to Club Levels and used for the many renovation projects at the Club.

The 2 Rolodex File cards, one with a Baltimore number (443-340-5936 and with Mr. Maynard's address and number 301-350-7778) were not left behind at the Hampton Park Blvd warehouse because prior to the walkthrough the entire warehouse floor was power washed. Nothing was left on the floor of the warehouse.

The photos are proof that the I.C.E. team entered the warehouse and took the photos long before April 30, 2004. Mr. Wills' Skill Saw is indicative that renovations were still going on at the warehouse. The trashcans were full of debris in the warehouse photos.

The photos submitted into evidence by the I.C.E. team along with the photographs taken at Club Levels during the search on October 24, 2005 prove the I.C.E. agents entered the Hampton Park Blvd warehouse without a Search Warrant long before I vacated the warehouse on April 30, 2004.

Signed, *Antoine Jones*     Date: 6-10-09

Antoine Jones

Address: 18600-016, USP Florence, PO Box 7000, Florence, CO 81226-7000

Notary: *L. Klein*

my commission expires 3.18.2010

P 6 100