# UNLAWFUL SEARCH OF HAMPTON BLVD WAREHOUSE

## Antoine Jones Sr Sworned Declaration Under Penalty of Perjury (28 USCS §1746)

I Antoine Jones swears under Penalty of Perjury (28 U.S.C.S § 1746) that this sworned declaration is correct, accurate and true.

I Antoine Jones is volunteering and willing to submit to a polygraph examination and ready to tell the truth in an evidentiary hearing or suppression hearing to complete the record.

### STATEMENT OF FACTS

I want to put on records that a couple of days before and up to April 30 2004, me and Mr Lawrence Maynard cleaned and I power wash the Hampton Pk Blvd Warehouse

Me and Mr Lawrence Maynard threw away items and dump the trash in the dumpster filling up the dumpster and with our personal property we even stored it on the white box truck to take it to the club or we took some of our personal property home but we completely cleaned up and cleaned out the warehouse with all of our personal property and no items was left behind.

The I.C.E. surveillance tape will confirm

us cleaning up and cleaning out the warehouse before April 30 2004 the day I vacated my lease.

It's impossible that the I.C.E photo's was taken on April 30 2004 at 11:AM because all the items and personal property tooken in the I.C.E photo's was taken from the warehouse and nothing was left behind.

I will detailed and point out those items showing in the I.C.E photo's are the same items and personal property in the club levels photo's that was taken on October 24 2005 by Agent Kelie O'Brien over a year and a half later. This is clearly a (18 USCS § 2236 – search without warrant) and a 4th Amendment violation.

The I.C.E photo's consisted of 32 photo's and I will point out some of the items that is seen in the club levels photo's

The LARGE OFFICE CHAIR in the I.C.E photo was taken to club levels with another office chair that can't be seen in the I.C.E photo's because the I.C.E Agent didn't take photo's of the fully furnish office, and the lights was off. This LARGE

p3

office chair can be seen in Room H in the club levels office.

The small black table chair with the plug of Radio on it was taken to club levels and you could see this small black chair in the club levels photo's in the upstairs office.

The small old-black Radio was taken from my Brandywine Rd house so the Handyman Gregory Wills could listen to the Radio while he did his carpetry worked at the warehouse and I took this same Radio to club levels after I vacated the warehouse so club levels employee's could listen to it while we clean up and do work around the club.

The inflatable mattress with the battery pack attached to it in the I.C.E photo's also was taken to club levels and you could see this same inflatable mattress in Room J, a storage Room in club levels office.

The brand new Box with a brand new complete glass table in the I.C.E photo's is the complete built glass table in the upstairs office in club levels.

The trash cans in the I.C.E photo's was taken to club levels, you can see

these trash cans near the dumpster and when the club levels employees clean up in front of the club, the F.B.I surveillance tapes will confirmed that.

The long sleeves shirt and the sports Jacket, Lawrence Maynard told me they were his and that he took the long sleeves shirt home and the sports Jacket he gave to Lavance Howard and skinny one of club levels employee. The F.B.I surveillance tape will confirmed that Lavance Howard wore this sport Jacket almost daily.

The skill saw in the I.C.E photo's was Gregory Wills skill saw and he took the skill saw with him after he completed the work at the warehouse.
This could be confirmed when defense witness Gregory Wills in the second trial testified under oath the saw was his and he took the skill saw with him.
I personally seen Greg Wills use the same skill saw at club levels and at Carolynette Waddell House after I uncrated the warehouse.

The Valentine's Gift basket seen in the I.C.E photo's belong to Lawrence Maynard, Mr Maynard stored the Valentines Gift basket in the

P 65

Ware House and He told me that Him and His daughter sold the Valentine's Gift Basket during Pre Valentines and on Valentines day Feb 14, 2004.

The numerous of <u>Blue-furniture blankets and Boxes of Plastic furniture wraps</u> in the I.C.E photo's was stored on the white box truck.

Some of these Blue Blanket and Plastic wrap was Brand new and we stored them at the club because we had some use ones on the white box truck. Me and Lawrence Maynard place both the blue blankets and the Boxes of Plastic wrap on the white box trucks and later use them on club property and furniture delivery to the club, plus Mr Maynard use the blue blankets and Plastic wrap in His side-furniture delivery service.

The <u>two rolodex cans</u> in the I.C.E photo's was not left behind because one I power wash the entire club and swept and mop the entire floor.

These Rolodex cans was still in the Rolodex when it was at club level.

There are two crucial evidence that show and prove the I.C.E agents photo's was taken some time before I vacated my lease is:
(1) The I.C.E photo's don't show a <u>large white Pegboard</u> on the wall,