# Exhibit 1

## FIRST AFFIDAVIT

I, Kellie R. O'Brien, Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Office, Washington, D.C., (hereinafter affiant) being duly sworn, depose and state as follows:

1. I have been a Special Agent with the FBI since May 1999.  From 1999 to September, 2006, I was assigned to the Safe Streets Task Force, which is tasked with the investigation of violent narcotics traffickers in the District of Columbia and elsewhere.  I have previously participated in investigations that led to the arrest and conviction of narcotics dealers.  Since 1999, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, white collar crimes, search warrant applications, and various other crimes.  In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies.  In the course of conducting these investigations, your affiant has been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short-term and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms and other contraband.

2. Starting in October 2004, your Affiant was part of a team of FBI agents and officers of the Metropolitan Police Department investigating the drug trafficking activity of Antoine JONES and a number of his associates.  I acted as the administrator of the Title III wire intercept that was part

of that investigation, as well as, performing a number of other tasks.

3. Prior to the Title III application in September 2005, based upon cooperating witnesses and sources, investigators believed that JONES was trafficking substantial quantities of cocaine throughout the District of Columbia Metropolitan area, and that he was being supplied at least in part by individuals belonging to or associated with Mexican cartels. In April 2005 in North Carolina, when law enforcement seized a large amount of cash from a hidden compartment in a vehicle registered to JONES and driven by a coconspirator, Lawrence Maynard, it appeared that the JONES organization was making purchases of cocaine closer to the sources in Mexico. Investigators believed, based upon the quantities of drugs being trafficked by JONES, and the nature of his source, that, as a means to thwart law enforcement and maintain distance from the larger quantities of cocaine, it was likely JONES was using a stash location. Through my training and experience, I know that it is a fairly common practice for Mexican cartels to establish stash houses supervised by their employees in cities where the cartel has major customers. Large quantities of drugs are stored in the houses with customers coming there to pick-up drugs or the cartel employees making deliveries of the drugs elsewhere in the area.

4. Toll records and intercepted calls on JONES's cellular telephone[1] indicated that JONES was consistently in contact with (678) 330-7712[2] subscribed to John YI, of 6624 Jimmy Carter Blvd.,

---

[1] A Title III wire intercept on the phone used by JONES became active on September 2, 2005.

2. The (678) 330-7712 phone number was later determined to belong to Jose Carlos Reyna, a.k.a. Charlie, of 1541 Wetherfeild Road Snellsville, GA, whose vehicle, a blue Honda Odyssey with Georgia license plate ALQ3963 was located at 9508 Potomac Drive on 10/24/2005.

Norcross, GA; (713) 386-9548[3] subscribed to Juan LOPEZ of 117 W. Nolana Street Mcallen, TX, and, later in the period of interception, (909) 975-0957[4] subscribed to Mike WILLS, of PO Box 54988 Irvine, CA.  The intercepted calls on these phoned indicated they were being used for drug related conversations.

5.  Leading up to the week of September 26, 2005, there were a number of intercepted pertinent incoming and outgoing calls with (678)330-7712.  These calls primarily involved time frames such as call session number 2472 on September 26, 2005,  where JONES told the unknown Hispanic male, "15-20 minutes."  Based on these calls, agents believed that JONES was arranging to drop off money to, or pick up cocaine from, the user of (678) 330-7712, who we believed to be in the Washington D.C. metropolitan area.

6.  Calls with (713) 386-9548 were less frequent and the content of the calls with that number indicated that JONES was talking with the individual who was supplying him with and directing shipments of cocaine to JONES.  On  September 20, 2005, in call session 1511, JONES called (713) 386-9548 and spoke to an unknown Hispanic male.  The two discussed having a couple of  weeks to "come back once the music is straight."  In this call, your Affiant believed that the unknown Hispanic male was talking about a shipment of cocaine.  Additionally, on September 26, 2005 in call session 2376, the unknown Hispanic male told JONES that he had a friend coming on Wednesday (September 28) to come and pick up the "discs" and that there were only nine left.  It was believed that this conversation was referring to the next shipment of cocaine to the Washington D.C. area.

_____

[3]  The (713) 386-9548 phone number was later determined to belong to Jose Guadencio Garcia, a.k.a. Primo

[4]  The (909) 975-0975 phone number was later determined to belong to Roel Bermea, Jr. a.k.a. H.E.B.  Bermea was arrested at 9508 Potomac Drive on 10/24/2005.

7.  Magistrate Judge Facciola signed Pen Register Order 05-361 for (678) 330-7712 IMSI 3160101012531700, the line described in paragraph 3 above, on September 16, 2005. On or before September 26, 2005, several intercepted calls to the (678) 330-7712 and (713) 386-9548 numbers cemented the investigators view that the user of (678) 330-7712 was likely a cartel employee supervising a stash house in the Washington, D.C. area.  On or about that same day, hoping to locate the user of the phone, and thus the stash house, agents contacted Nextel by phone and requested global positioning ("GPS") for (678) 330-7712.   Nextel provided the latitude and longitude coordinates verbally based upon Pen Order 05-361.  This request resulted in only one latitude and longitude reading for (678) 330-7712, and only for the moment when the request was being answered.  Agents then entered the latitude and longitude coordinates provided by Nextel into GOOGLE maps which identified a location.  (See Attachment A).  This location was not inside of any structure, but closest to the driveway of 9508 Potomac Drive.

8.  On September 26, 2005, based upon the Nextel GPS latitude and longitude information provided by Nextel, your Affiant searched the on-line Maryland Department of Assessments and Taxation real property data base for the following addresses: 9600, 9601, 9505, 9500, 9508, 9509 and 9501 Potomac Drive, Fort Washington, Maryland.  (See Attachment B).  As a result of the search, I determined that only two locations were not owner-occupied residences, 9508 and 9509 Potomac Drive.  The investigation team knew, based upon training and experience, that it is common practice for the cartels to use rented stash locations to store large quantities of drugs.

9.  Also on September 26, 2005, your Affiant conducted a video surveillance of Potomac Drive.  The residence at 9508 Potomac Drive was notable because it appeared to be unkempt.  At this point, your Affiant and the other investigators believed that 9508 was the stash house.

4

10. The property records check revealed that 9508 Potomac Drive was owned by Delia Alvarez of Manassas, and 9509 was owned by Carol Brauninger of Washington, D.C. (See attachment B). Additional property records searches on September 29 and 30, 2005, revealed that Alvarez owned numerous homes in the Washington, D.C. area and along the east coast. Public records listed her employment as G&S Construction.[4] Her apparent income did not appear to match with the amount of property in her name. In contrast, property records for Brauniger were consistent, and did not appear suspicious.

11. On September 29, 2005, I caused two subpoenas to be issued to Verizon Md. Inc. requesting subscriber and billing information for the two properties of interest; 9508 and 9509 Potomac Drive. (See attachment C). I was advised that Verizon Md. Inc. did not have a record of a functioning land line at 9508 Potomac Drive.

12. Based upon this additional background assessment of the owners of 9508 and 9509 Potomac Drive, the latitude and longitude position provided by Nextel, and the property's physical appearances, your Affiant believed that 9508 was most likely the location that JONES and the Hispanic males were using to conduct their drug trafficking.

13. On October 4, 2005, in intercepted call session 3570, JONES called (909) 975-0975 and asked an unknown Hispanic male what time could he "get to the spot?" The Hispanic male said 15-20 minutes. As a result of this call, your Affiant and other investigators established a static surveillance at the intersection of Sandy Bar Drive and Montezuma Drive, which is very close to

---

[4] The investigation later revealed that G&S Construction is owned by Guadencio Fernandez who is the individual who rented 9508 Potomac Drive to Jose Carlos Reyna, a.k.a Charlie. According to public records at the time, G&S Construction employed three to four individuals.

9508 Potomac Drive. The surveillance vehicle was located on the south east side of Montezuma Drive (where it intersects with Sandy Bar Drive) in a attempt to capture JONES going to the area of 9508 Potomac Drive, where investigators believed the stash house was located. This location was already known to your Affiant based upon the investigative measure taken on September 26, 2005, described above, and was not aided by the GPS device on JONES' vehicle. At this time, JONES met with and was observed with an unknown male. Agents photographed JONES and the unknown male driving in JONES' Jeep Cherokee. Photographs were taken of them both leaving and returning to the Sandy Bar Drive and Montezuma Drive intersection. After a brief period of time, JONES and the unknown male returned to the area and then both departed the area in separate vehicles.

14. Shortly thereafter your Affiant drove to the 9500 block of Potomac Drive. Your Affiant again noted that 9508 looked quite different from the surrounding houses, i.e., the blinds were drawn on all the windows, there were no visible personal items on the property that indicated that someone was occupying the residence, such as yard decorations or patio furniture, and there was no indication of any pets. This, along with the totality of earlier findings concerning 9508 Potomac Drive, including the background of the owner of 9508, reenforced the view that it was likely the stash house.

15. On or before October 5, 2005, Agents contacted Brauninger regarding her property at 9509 Potomac Drive. She indicated that she was renting the location to an individual who imported Italian granite and was out of the country regularly. Brauninger agreed to allow the FBI to use her property for a static surveillance post. On or about October 7, 2005, a static camera was placed in the driveway of 9509 Potomac Drive, and later a permanent camera was installed at this location. This static surveillance post, in conjunction with JONES' phones calls to (678) 330-7712 and (909)

6

975-0975, enabled the FBI to confirm that JONES was in fact, regularly coming to 9508 Potomac Drive.

16.  Your Affiant has recently reviewed the GPS data from the device that was activated upon JONES' Jeep Cherokee on September 27, 2005.  Although the data documents numerous trips to the Potomac Drive area,  the specific address of 9508 Potomac Drive does not appear anywhere in the data collected by the GPS.

Kellie R. O'Brien
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me this _____20_____ th day of June, 2012.

Jessica McCormick
Notary Public, District of Columbia
My Commission Expires December 14, 2016

**Attachment A**

KELLY,

GPS POSITION FROM NEXTEL

TIM



N38°45'30.6"

W 77°01'33.24"

W 77°01'33.96"

N38°45'29.88"

W 77°01'34.68"

W 77°01'35.4"

W 77°01'36.12"

W 77°01'36.84"

1'37.56"

N38°45'29.16"

N38°45'28.44"

©2006 Google

Pointer  38°45'29.69" N  77°01'35.06" W  elev  19 ft        Streaming |||||||||| 100%        Eye alt  343 ft

POTOMAC DR



**Attachment B**

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**     District - 12 Account Number - 1266386

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | ALVAREZ,DELIA | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 10950 PENNYCRESS ST | **Deed Reference:** | 1) |
| | MANASSAS VA 20110 | | 2) |

## Location & Structure Information

**Premises Address**
9508 POTOMAC DR
FORT WASHINGTON 20744

**Legal Description**

GEORGE THORNE

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | C4 | | | 6920 | | | 24 | 1 | Plat Ref: | |

| **Special Tax Areas** | | **Town** | |
|---|---|---|---|
| | | **Ad Valorem** | |
| | | **Tax Class** | 08 |

| **Primary Structure Built** | **Enclosed Area** | **Property Land Area** | **County Use** |
|---|---|---|---|
| 1978 | 1,188 SF | 20,026.00 SF | 001 |

| **Stories** | **Basement** | **Type** | **Exterior** |
|---|---|---|---|
| 1 | YES | STANDARD UNIT | FRAME |

## Value Information

| | **Base Value** | **Value As Of** 01/01/2004 | **Phase-in Assessments** As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| **Land:** | 58,520 | 76,600 | | |
| **Improvements:** | 89,650 | 106,760 | | |
| **Total:** | 148,170 | 183,360 | 171,630 | 183,360 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Seller:** | AWRET,UZIEL | **Date:** | 02/17/2005 | **Price:** | $370,400 | |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | | **Deed2:** | | |
| **Seller:** | SMITH,LAWRENCE A | **Date:** | 07/19/1999 | **Price:** | $157,000 | |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /13237/ 427 | **Deed2:** | | |
| **Seller:** | JOHNSON,STEPHEN & | **Date:** | 03/08/1978 | **Price:** | $16,000 | |
| **Type:** | UNKNOWN | **Deed1:** | / 4898/ 346 | **Deed2:** | | |

## Exemption Information

| **Partial Exempt Assessments** | **Class** | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| **County** | 000 | 0 | 0 |
| **State** | 000 | 0 | 0 |
| **Municipal** | 000 | 0 | 0 |

| | | | |
|---|---|---|---|
| **Tax Exempt:** | NO | **Special Tax Recapture:** | |
| **Exempt Class:** | | * NONE * | |

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**        District - 12 Account Number - 1234608

| Owner Information |
|---|

| | | | |
|---|---|---|---|
| **Owner Name:** | BRAUNINGER,CAROL A | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 5063 LOUGHBORO RD | **Deed Reference:** | 1) /15087/ 464 |
| | WASHINGTON DC 20016 | | 2) |

| Location & Structure Information |
|---|

**Premises Address**
9509 POTOMAC DR
FORT WASHINGTON 20744

**Legal Description**
L1932 F313
GEORGE THORNE

WATERFRONT

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | C4 | | | 6920 | | | 20 | 1 | Plat Ref: | |

| | | |
|---|---|---|
| **Special Tax Areas** | Town | |
| | Ad Valorem | |
| | Tax Class | 08 |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1956 | 1,436 SF | 20,313.00 SF | 001 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 1 | NO | STANDARD UNIT | FRAME |

| Value Information |
|---|

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| Land: | 241,630 | 301,630 | | |
| Improvements: | 78,830 | 107,130 | | |
| Total: | 320,460 | 408,760 | 379,326 | 408,760 |
| Preferential Land: | 0 | 0 | 0 | 0 |

| Transfer Information |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | HERBST,SCOTT A | **Date:** | 10/16/2001 | **Price:** | $412,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /15087/ 464 | **Deed2:** | |
| **Seller:** | HERBST,SCOTT A ETAL | **Date:** | 10/06/2000 | **Price:** | $0 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | /14100/ 643 | **Deed2:** | |
| **Seller:** | FERRIS,H JAMES & ELEANOR A | **Date:** | 11/08/1996 | **Price:** | $250,000 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | /11108/ 317 | **Deed2:** | |

| Exemption Information |
|---|

| Partial Exempt Assessments | Class | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

| | |
|---|---|
| **Tax Exempt:** NO | **Special Tax Recapture:** |
| **Exempt Class:** | * NONE * |

Real Property Search - Individual Report                                    Page 1 of 2

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**     District - 12 Account Number - 1265982

| Owner Information | |
|---|---|

| | | | |
|---|---|---|---|
| **Owner Name:** | NAYAK,RAMESH K & SHEELA R | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 9501 POTOMAC DR | **Deed Reference:** | 1) / 7868/ 371 |
| | FORT WASHINGTON MD 20744-6932 | | 2) |

| Location & Structure Information |
|---|

**Premises Address**
9501 POTOMAC DR
FORT WASHINGTON 20744

**Legal Description**
L6118 F687

WATERFRONT                    GEORGE THORNE

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | C4 | | | 6920 | | | 22 | 1 | Plat Ref: | |

**Special Tax Areas**

Town
Ad Valorem
Tax Class          08

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1957 | 2,352 SF | 20,994.00 SF | 001 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 2 | NO | SPLIT LEVEL | BRICK |

| Value Information | | | |
|---|---|---|---|

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| **Land:** | 241,690 | 301,690 | | |
| **Improvements:** | 228,610 | 246,550 | | |
| **Total:** | 470,300 | 548,240 | 522,260 | 548,240 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

| Transfer Information | | |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | BAUER,RICHARD A & | **Date:** | 01/31/1991 | **Price:** | $0 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | / 7868/ 371 | **Deed2:** | |
| **Seller:** | | **Date:** | 10/27/1982 | **Price:** | $200,000 |
| **Type:** | UNKNOWN | **Deed1:** | / 5597/ 833 | **Deed2:** | |
| **Seller:** | | **Date:** | | **Price:** | |
| **Type:** | | **Deed1:** | | **Deed2:** | |

| Exemption Information |
|---|

| Partial Exempt Assessments | Class | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

**Tax Exempt:**     NO                              **Special Tax Recapture:**
**Exempt Class:**
                                                          * NONE *

Real Property Search - Individual Report                                                                                                                            Page 1 of 2

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**      **District - 12 Account Number - 1358829**

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | WHITE,JAMES M | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 9500 POTOMAC DR | **Deed Reference:** | 1) /17717/ 558 |
| | FORT WASHINGTON MD 20744-6931 | | 2) |

## Location & Structure Information

**Premises Address**
9500 POTOMAC DR
FORT WASHINGTON 20744

**Legal Description**

GEORGE THORNE

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|-----|------|--------|--------------|-------------|---------|-------|-----|-----------------|----------|--------|
| 113 | C4 | | | 6920 | | | 23 | 1 | Plat Ref: | |

**Special Tax Areas**

Town
Ad Valorem
Tax Class        08

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|-------------------------|---------------|--------------------|-----------|
| 1963 | 1,337 SF | 20,700.00 SF | 001 |

| Stories | Basement | Type | Exterior |
|---------|----------|------|----------|
| 1 1/2 | YES | STANDARD UNIT | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| **Land:** | 61,670 | 76,670 | | |
| **Improvements:** | 105,290 | 113,970 | | |
| **Total:** | 166,960 | 190,640 | 182,746 | 190,640 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | CITIFINANCIAL MORTGAGE CO IN | **Date:** | 07/14/2003 | **Price:** | $230,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /17717/ 558 | **Deed2:** | |
| **Seller:** | SAMPLER,ANTHONY S & ILKA M | **Date:** | 03/26/2003 | **Price:** | $197,900 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | /17096/ 64 | **Deed2:** | |
| **Seller:** | TINSLEY,HAROLD R & WILMA A | **Date:** | 12/12/1994 | **Price:** | $182,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | / 9929/ 618 | **Deed2:** | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| **County** | 000 | 0 | 0 |
| **State** | 000 | 0 | 0 |
| **Municipal** | 000 | 0 | 0 |

**Tax Exempt:**        NO
**Exempt Class:**

**Special Tax Recapture:**

* NONE *

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**   District - 12 Account Number - 1265990

| Owner Information | | |
|---|---|---|
| **Owner Name:** ETHRIDGE,DEBBIE A & PHYLLIS A | **Use:** | RESIDENTIAL |
| | **Principal Residence:** | YES |
| **Mailing Address:** 9505 POTOMAC DR | **Deed Reference:** | 1) / 9872/ 710 |
| FORT WASHINGTON MD 20744-6932 | | 2) |

## Location & Structure Information

| Premises Address | Legal Description |
|---|---|
| 9505 POTOMAC DR | L5600 F652 |
| FORT WASHINGTON 20744 | |
| WATERFRONT | GEORGE THORNE |

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | C4 | | | 6920 | | | 21 | 1 | Plat Ref: | |

| Special Tax Areas | Town | |
|---|---|---|
| | Ad Valorem | |
| | Tax Class | 08 |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1986 | 3,375 SF | 20,313.00 SF | 001 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 2 | YES | STANDARD UNIT | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| Land: | 241,630 | 301,630 | | |
| Improvements: | 421,810 | 454,810 | | |
| Total: | 663,440 | 756,440 | 725,440 | 756,440 |
| Preferential Land: | 0 | 0 | 0 | 0 |

## Transfer Information

| Seller: | BAUER,RICHARD A & PATRICIA S | Date: | 11/03/1994 | Price: | $635,000 |
|---|---|---|---|---|---|
| Type: | IMPROVED ARMS-LENGTH | Deed1: / 9872/ 710 | | Deed2: | |
| Seller: | JOHNSON,HARVEY A | Date: | 01/31/1991 | Price: | $0 |
| Type: | IMPROVED ARMS-LENGTH | Deed1: / 7868/ 359 | | Deed2: | |
| Seller: | | Date: | | Price: | |
| Type: | | Deed1: | | Deed2: | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

| | | |
|---|---|---|
| **Tax Exempt:** NO | **Special Tax Recapture:** | |
| **Exempt Class:** | * NONE * | |

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**    District - 12 Account Number - 1358464

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | CHASE,CAROL & CARMEN SAN MIGUE | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 9601 POTOMAC DR | **Deed Reference:** | 1) |
| | FORT WASHINGTON MD 20744-6934 | | 2) |

## Location & Structure Information

**Premises Address**                                          **Legal Description**
9601 POTOMAC DR
FORT WASHINGTON 20744-6934

WATERFRONT                              GEORGE THORNE

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|-----|------|--------|--------------|-------------|---------|-------|-----|-----------------|----------|--------|
| 113 | C4 | | | 6920 | | | 19 | 1 | Plat Ref: | |

| **Special Tax Areas** | Town |
|---|---|
| | Ad Valorem |
| | Tax Class    08 |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1962 | 1,674 SF | 25,418.00 SF | 001 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 1 | YES | STANDARD UNIT | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| Land: | 242,140 | 302,140 | | |
| Improvements: | 111,680 | 190,460 | | |
| Total: | 353,820 | 492,600 | 446,340 | 492,600 |
| Preferential Land: | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | SAN MIGUEL,CARMEN & CAROL CHASE | **Date:** | 07/30/2004 | **Price:** | $0 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | | **Deed2:** | |
| **Seller:** | THORNE,W HERBERT | **Date:** | 03/24/1998 | **Price:** | $340,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /12052/ 43 | **Deed2:** | |
| **Seller:** | | **Date:** | 01/31/1991 | **Price:** | $0 |
| **Type:** | UNKNOWN | **Deed1:** | / 7868/ 365 | **Deed2:** | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

| | | | |
|---|---|---|---|
| **Tax Exempt:** | NO | **Special Tax Recapture:** | |
| **Exempt Class:** | | * NONE * | |

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**  **District - 12 Account Number - 1358373**

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | COFFIN,LAURENCE E & BEATRIZ D | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 9600 POTOMAC DR | **Deed Reference:** | 1) /15073/ 379 |
| | FORT WASHINGTON MD 20744-6933 | | 2) |

## Location & Structure Information

**Premises Address**
9600 POTOMAC DR
FORT WASHINGTON 20744

**Legal Description**

GEORGE THORNE

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | A-1319 |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | C4 | | | 6920 | | | 25 | 1 | Plat Ref: | |

| **Special Tax Areas** | **Town** | | |
|---|---|---|---|
| | **Ad Valorem** | | |
| | **Tax Class** | 08 | |

| **Primary Structure Built** | **Enclosed Area** | **Property Land Area** | **County Use** |
|---|---|---|---|
| 1948 | 1,243 SF | 21,256.00 SF | 001 |

| **Stories** | **Basement** | **Type** | **Exterior** |
|---|---|---|---|
| 1 | YES | STANDARD UNIT | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2005 | As Of 07/01/2006 |
|---|---|---|---|---|
| **Land:** | 61,720 | 76,720 | | |
| **Improvements:** | 95,740 | 118,780 | | |
| **Total:** | 157,460 | 195,500 | 182,820 | 195,500 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | RADDE,PAUL O | **Date:** | 10/11/2001 | **Price:** | $212,500 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /15073/ 379 | **Deed2:** | |
| **Seller:** | MCCOY,THOMAS W & | **Date:** | 06/06/1989 | **Price:** | $210,500 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | / 7328/ 574 | **Deed2:** | |
| **Seller:** | | **Date:** | 06/15/1981 | **Price:** | $84,100 |
| **Type:** | UNKNOWN | **Deed1:** | / 5417/ 113 | **Deed2:** | |

## Exemption Information

| **Partial Exempt Assessments** | **Class** | 07/01/2005 | 07/01/2006 |
|---|---|---|---|
| **County** | 000 | 0 | 0 |
| **State** | 000 | 0 | 0 |
| **Municipal** | 000 | 0 | 0 |

| | | | |
|---|---|---|---|
| **Tax Exempt:** | NO | **Special Tax Recapture:** | |
| **Exempt Class:** | | * NONE * | |



**Maryland Department of Assessments and Taxation**
**PRINCE GEORGE'S COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search

**District** - 12 **Account Number** - 1266386



Property maps provided courtesy of the Maryland Department of Planning ©2004.
For more information on electronic mapping applications, visit the Maryland Department of Planning
web site at www.mdp.state.md.us/webcom/index.html

**Attachment C**

U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION

# SUBPOENA

### In the matter of case numbers

166E-WF-213679-SBP   654

**TO:** VERIZON MD INC.

**IMMEDIATE RESPONSE REQUESTED**

**AT:** 99 SHAWAN RD. 1ST FLR.
COCKEYSVILLE, MD 21030
ATTN: SECURITY DEPT.

**GREETING:**

By the service of this subpoena upon you by _____ SSA Calvin A. Shivers
who is authorized to serve it, you are hereby commanded and required to appear before ADIC Michael A. Mason _____, an officer of the Federal Bureau of Investigation
to give testimony and to bring with you and produce for examination the following books, records, and papers
at the time and place hereinafter set forth:

Please provide **SUBSCRIBER AND BILLING INFORMATION** for the following ADDRESS:

9508 POTOMAC DR., FT. WASHINGTON, MD

In lieu of a personal appearance, compliance may be satisfied by mailing or faxing the requested material to:Federal Bureau of Investigation, Attn: SSA Calvin A. Shivers, Squad CR-6, 601 4th St. NW, Washington, DC 20535, Telephone: 202-278-2164/(Fax) 202-278-2482. "Questions concerning this subpoena, should be directed to **IA Theresa Greenhill**, (202) 278-2194".

**PURSUANT TO AN OFFICIAL CRIMINAL INVESTIGATION OF A SUSPECTED FELONY BEING CONDUCTED BY THE FBI, IT IS REQUIRED THAT YOUR COMPANY FURNISH THE ABOVE INFORMATION.**

**YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA INDEFINITELY. ANY SUCH DISCLOSURE COULD OBSTRUCT AND IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.**

Production in electronic format is requested if requested materials are so maintained. Production in electronic format must be approved by named officer prior to compliance date.

Place and time for appearance:

At ___ 601 4th Street, NW, Washington, DC 20535-0002 ___

on the ___ 29TH ___ day of ___ SEPTEMBER ___ , ___ 2005 ___ , at ___ 9:00 ___ o'clock ___ A ___ M.

**Failure to comply with the requirements of this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of the subpoena, and to punish default or disobedience.**

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

### ATTESTED COPY

Signature: _____
Calvin A. Shivers

Issued This __29TH__ day of __SEPTEMBER__ __2005__   Title: ___ SSA ___

U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION

# SUBPOENA

### In the matter of case numbers

166E-WF-213679-SBP   649

**TO:**  VERIZON MD INC.

**IMMEDIATE RESPONSE REQUESTED**

**AT:**  99 SHAWAN RD. 1ST FLR.
COCKEYSVILLE, MD 21030
ATTN: SECURITY DEPT.

**GREETING:**

By the service of this subpoena upon you by _____ SSA Calvin A. Shivers

who is authorized to serve it, you are hereby commanded and required to appear before ADIC Michael A. Mason _____ , an officer of the Federal Bureau of Investigation

to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Please provide **SUBSCRIBER AND BILLING INFORMATION** for the following ADDRESS:

**9509 POTOMAC DR., FT. WASHINGTON, MD**

In lieu of a personal appearance, compliance may be satisfied by mailing or faxing the requested material to:Federal Bureau of Investigation, Attn: SSA Calvin A. Shivers, Squad CR-6, 601 4th St. NW, Washington, DC 20535, Telephone: 202-278-2164/(Fax) 202-278-2482."**Questions concerning this subpoena, should be directed to IA Theresa Greenhill**, (202) 278-2194".

**PURSUANT TO AN OFFICIAL CRIMINAL INVESTIGATION OF A SUSPECTED FELONY BEING CONDUCTED BY THE FBI, IT IS REQUIRED THAT YOUR COMPANY FURNISH THE ABOVE INFORMATION.**

**YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA INDEFINITELY. ANY SUCH DISCLOSURE COULD OBSTRUCT AND IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.**

Production in electronic format is requested if requested materials are so maintained.  Production in electronic format must be approved by named officer prior to compliance date.

Place and time for appearance:

At _____ 601 4th Street, NW, Washington, DC 20535-0002

on the _____ 29TH _____ day of _____ SEPTEMBER _____ , 2005 , at 9:00 o'clock A M.

**Failure to comply with the requirements of this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of the subpoena, and to punish default or disobedience.**

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

### ATTESTED COPY

Signature: _____

Calvin A. Shivers

Issued This 29TH day of SEPTEMBER _____ 2005 _____ Title: SSA