# Exhibit 2

**FILED**

IN THE UNITED STATES DISTRICT COURT        SEP 1 5 2005
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE MATTER OF THE          )
APPLICATION OF THE UNITED     )
STATES OF AMERICA FOR AN ORDER )    MISC. NO.  05-361
AUTHORIZING THE INSTALLATION  )
AND USE OF A PEN REGISTER, TRAP )    UNDER SEAL
AND TRACE, AND CALLER         )
IDENTIFICATION DEVICE ON CELLULAR )
TELEPHONE NUMBER 678-330-7712 )
AND DISCLOSURE OF SUBSCRIBER AND )
CELL SITE INFORMATION         )

## ORDER

This matter having come before the Court pursuant to an

application under Title 18, United States Code, Section 3122, by

Rachel Carlson Lieber, an attorney for the Government, which

application requests an Order under Title 18, United States Code,

Section 3123, authorizing the installation and use of a pen

register, trap and trace, a caller identification device, and cell

site information on 678-330-7712, a cellular telephone, Electronic

Serial Number (ESN) 316010102531700, and under Title 18, United

States Code, Sections 2703(c)(1)(B) and 2703(d), directing the

disclosure of subscriber records and information likely to be

obtained by such installation and use, and that the disclosure of

such records is relevant to an ongoing criminal investigation into

possible violations committed by the user(s) of the cellular

telephone and others of federal law, including Title 21, United

States Code, Section 841, and

1

IT APPEARING that the numbers dialed or pulsed to and from the cellular telephone bearing 678-330-7712, a cellular telephone, Electronic Serial Number (ESN) 316010102531700 , subscribed to by John Yi, 6624 Jimmy Carter Blvd, Norcross, Georgia 30071, are relevant to an ongoing criminal investigation of possible violations of Title 21, United States Code, Section 841, and

IT FURTHER APPEARING that there are reasonable grounds to believe that the contents of the requested records, subscriber information and cell site information are relevant and material to an ongoing criminal investigation described in the application;

IT IS ORDERED, pursuant to Title 18, United States Code, Section 3123, that agents of the Federal Bureau of Investigation may install and use (1) a pen register to register numbers dialed to or pulsed from 678-330-7712, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receivers in question are off the hook for incoming or outgoing calls; and (2) a trap and trace and caller identification device on 678-330-7712 to capture the incoming electronic and other impulses which identify the originating number of a wire or electronic communication and the date and time of such incoming pulses, for a period of sixty (60) days; and

IT IS FURTHER ORDERED that the information obtained from the caller identification feature provided pursuant to this Order shall

2

be geographically limited only by the technology of the service provider for the cellular telephone and the technology of the originating telephone number service providers; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(b)(2), that Nextel shall furnish agents of the Federal Bureau of Investigation forthwith all information, facilities, and technical assistance necessary to accomplish the installation of the devices unobtrusively and with minimum interference with the services that are accorded persons whose dialings and pulsings are the subject of the pen register, the trap and trace and the caller identification device; and

IT IS FURTHER ORDERED, that Nextel shall be compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Sections 2703(c)(1)(B) and 2703(d), that, for each telephone number for which they possess such information, Nextel and any other provider of electronic communication service shall provide to agents of the Federal Bureau of Investigation all subscriber information, including subscriber name and address, telephone location, and length of service, as well as all information regarding the means and source of payment for service, for all telephone numbers dialed or pulsed from cellular telephone number 678-330-7712, as indicated

3

by the pen register, and all telephone numbers calling 678-330-7712,

as indicated by the trap and trace and caller identification device,

whether published or non-published, and

**IT IS FURTHER ORDERED** , pursuant to Title 18 U.S.C. §2703(d)

that Nextel shall provide the cell site/sector (physical address)

at call origination (for outgoing calls), call termination (for

incoming calls), and it reasonably available, during the progress

of the call, for cellular telephone number 678-330-7712, and

**IT IS FURTHER ORDERED**, that this Order shall apply not only

to 678-330-7712, but also to any telephone number(s) subsequently

assigned to an instrument bearing the same ESN as the subject

cellular telephone number, or any changed ESN subsequently assigned

to the same telephone number, or an additional changed telephone

numbers and/or ESN numbers, whether the changes occur consecutively

or simultaneously, which are listed to the same subscriber and

wireless telephone account number as the subject cellular telephone

number within the sixty (60) day period authorized by this order.

**IT IS FURTHER ORDERED** , pursuant to Title 18, United States

Code, Section 3123(d), that this Order and the application shall be

sealed until otherwise ordered by the Court, and that Nextel, its

agents, employees and affiliates, shall not disclose the existence

of the pen register, trap and trace or caller identification device

or the existence of the investigation

4

to the listed subscriber, or to any other person, unless or until
otherwise ordered by the Court.

   **SO ORDERED** this _16"_ day of _September_, 2005.


                              _John M. Facciola_
                              UNITED STATES MAGISTRATE JUDGE

                              United States District Court
                              For the District of Columbia
                              A TRUE COPY
                              NANCY MAYER WHITTINGTON, Clerk
                              By _____
                                      Deputy Clerk

5