# Exhibit 3

FD-26 (Rev. 7-26-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

# CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   Jeep Grand Cherokee Laredo

   MD Tag: M667480

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

10/24/05
Date

_____
Signature

Witness    _____