# Exhibit 4

RESPECTFULLY SUBMITTED

*Antoine Jones*
ANTOINE JONES
JANUARY 7, 2008

*Lawrence Maynard*
LAWRENCE MAYNARD
JANUARY 7, 2008