# Exhibit 5

TO WHETHER THE JUDGE APPROVES OR DISAPPROVES OF THE LAW IN QUESTION AND MAKE REASONABLE ACCOMODATIONS TO ENSURE PRO SE LITIGANT THE OPPORTUNITY TO HAVE THEIR MATTER FAIRLY HEARD.

RESPECTFULLY SUBMITTED

*Antoine Jones*
ANTOINE JONES
JANUARY 7, 2008

*Lawrence Maynard*
LAWRENCE MAYNARD
JANUARY 7, 2008