# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 05-386 (ESH) |
| | : | |
| **ANTOINE JONES,** | : | |
|        **Defendant.** | : | |
| | : | |

## JOINT PROPOSED SCHEDULE FOR BRIEFING CELL SITE DATA MOTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and A. Eduardo Balarezo, Esq., counsel for the defendant, submit this proposed briefing schedule for any motion challenging the legality of the cell site data pursuant to the Court's directive issued on May 31, 2012.[1]

- The defendant shall file any additional supplemental pleadings to his original Motion to Suppress Cell Site Data (Document #606) by July 27, 2012.

- The government shall file its opposition by August 20, 2012.

- The defense shall file any reply by August 30, 2012.

                          Respectfully submitted,

| | |
|---|---|
| RONALD C. MACHEN JR. | _____/s/_____ |
| United States Attorney | A. Eduardo Balarezo, Esq. |
| | DC Bar 462-659 |
| _____/s/_____ | 400 Fifth ST., NW |
| Arvind K. Lal, DC Bar 389-489 | Suite 300 |
| Darlene M. Soltys, DC Bar 431-036 | Washington, DC 20001 |
| Courtney D. Spivey, N.Y. Bar | 202-639-0999 |
| Assistant United States Attorneys | |
| 555 4th Street, N.W. | |
| Washington, DC 20530 | |

---

[1] The government advised counsel that it does not anticipate receiving a report from its expert witness until mid-August, 2012. The parties recognize that the defense may file a motion *in limine* regarding the expert's testimony at a later time.