UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| **ANTOINE JONES,** | : | |
| | : | |
| *Defendant.* | : | |

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY

**DEFENDANT** Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court pursuant to Fed. R. Crim. P. 45(b) for an enlargement of time to file Defendants' Memorandum of Facts and Law and state as follows:

1. The Court previously set deadlines of May 22, 2012, for Jones' pre-trial motions; June 26 for the government's response and July 9 for Jones' reply. Jones and the government filed their motions and response accordingly. However, due to the power outages and resulting access issues caused by the violent storm in the area the weekend of June 29, counsel was unable to complete his reply. Additionally, counsel has been away on vacation with his family since July 3 and will not return to the office until July 16.

2. As a result, Jones respectfully requests an enlargement of time until July 27 to file his reply.

3. Trial in this matter is scheduled for January 2013 and there are no motions hearings scheduled. The government consents to this request.

**WHEREFORE**, for the foregoing reasons, and any other that may become apparent to the Court, Defendants respectfully request that this motion be **GRANTED**.

Dated: Washington, DC.
July 11, 2012

Respectfully submitted,

**BALAREZO LAW**

By: _/s/_____
A. Eduardo Balarezo
Bar No. 462659
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 639-0899 (fax)
filings@balarezolaw.com

*Counsel for Antoine Jones*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of July 2012, I caused a true and correct copy of the foregoing Defendants' Consent Motion for Enlargement of Time to File Reply to be delivered via Electronic Case Filing to the Parties in this case.

/s/
_____
A. Eduardo Balarezo