## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | |
| : | Case No. 05-CR-386(1) (ESH) |
| **ANTOINE JONES,** : | |
| : | |
| *Defendant.* : | |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Reply and for good cause shown, it is this ____ day of _____ 2012, hereby

**ORDERED,** that Defendant's Motion is **GRANTED**; and it further

**ORDERED**, that Defendant has until July 27, 2012, to file his Reply to the government's response to Defendant's pre-trial motions.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**