UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 1 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 05-CR-386(1) (ESH) |
| ANTOINE JONES, | : |
| *Defendant.* | : |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Reply and for good cause shown, it is this _11_ day of _July_ 2012, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it further

**ORDERED**, that Defendant has until July 27, 2012, to file his Reply to the government's response to Defendant's pre-trial motions.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE