UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | Criminal No. 05-386(1) (ESH) |
| **ANTOINE JONES** | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE OF FILING

Undersigned counsel, pursuant to the Court's Order dated April 4, 2012 (Doc. No. 613), hereby notifies the Court that Mr. Jones has insisted that counsel file: a) Motion to Reconsider Motion to Suppress Evidence Seized at Levels Nightclub; b) Motion to Reconsider Motion to Suppress Fruits of Search and Seizure of a Honda Minivan in North Carolina; c) Motion to Reconsider Motion to Suppress Evidence Seized at Moore Street Residence; d) Motion to Reconsider Motion to Suppress Evidence Seized at Hampton Park Boulevard Warehouse; and e) Motion to Reconsider Motion to Suppress Wiretap. Mr. Jones' proposed filings contained documents signed by Mr. Jones and titled "sworn declarations." Counsel has explained to Mr. Jones the legal ramifications of making such declarations.

The Court's has ordered Mr. Jones "to refrain from filing *pro se* motions. His counsel has been ordered to file, on Mr. Jones' behalf, all non-frivolous motions. If Mr. Jones' motions are too frivolous to file, his counsel must file a statement consistent with *Anders v. California*, 386 U.S. 738 (1967)." (Doc. No. 613). Consistent with the Court's Order, Counsel hereby notifies the Court that he has considered each motion and while the contemplated motions are not necessarily frivolous, counsel declines to file said motions. A copy of Jones' motions are attached as Exhibits 1, 2, 3, 4 and 5, and counsel respectfully requests the Court to accept the

motions as if filed *pro se* by Mr. Jones.

Dated: Washington, DC
       July 26, 2012                      Respectfully submitted,

**BALAREZO LAW**

By: _____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Antoine Jones*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July 2012, I caused a true and correct copy of the foregoing Notice of Filing to be delivered via Electronic Case Filing to the Parties in this case.

_____
A. Eduardo Balarezo