<u>Reply to Government Opposition to motion to Reconsider motion to Suppress Fruit of search and seizure of a Honda mini van in NC.</u>

<u>Maynard and Gordon's declarations demonstrates that there was no probable cause to search the mini van and that the officers exceeded the scope of any consent given by Maynard.</u>

Citing <u>United States v. Robert Macias Jr</u> (Fifth Circuit) 2011 US APP Lexis 19647 September 27 2011. Defendant argues that the officers exceeded scope of the traffic stop by extensively questioning Lawrence Maynard and passenger Derreck Gordon on matters unrelated to the purpose of the speeding violation, thus unconstitutionally prolonged the detention beyond the time necessary to investigate the circumstances that justified in a traffic stop with a speeding violation.

<u>No Probable Cause</u>

In Mr Gordon sworned declaration he writes that He and Mr Maynard was heading to South Carolina to pick up a

PG 2

D.J for an event for the club and "He never told the officer that He was going to Atlanta GA.

Also, Mr Maynard swears under penalty of perjury stated that they was traveling south on 85 and the government has to concede that Lawrence Maynard also told them He was Heading to south Carolina.

The officers wrote in the Incident Report: when I asked Him that I could see Him pause almost as though He was trying to Hold His Breathe. He then opened His mouth and was trying to respond. However nothing comming out of His mouth. Then suddenly He said He had a cooler in the Rear Hatch Back area.

Lawrence Maynard sworned declaration stated: "Frustrated" I return to the rear of the vehicle in which time the officer asks several more questions. I explain that there is nothing in the vehicle at the same time I open the rear hatch showing the officer a cooler opening it to show Him the contents was only Bottle water. The officer then asked can he search

the vehicle. Again I'm looking him in the face, but "I'm frustrated" and closed my eyes so no curse, I hesitated, looking at the situation as the officer persistently asking questions.

Lawrence Maynard not knowing Derrick age is here or there because Derrick was an employee and defendant Jones nephew and to this day I couldn't tell you his age because he look much younger than he ~~look~~ is.

Derrick Gordon is the only one of his sibling that last name isn't "Jones" Lawrence remember that Derrick last name wasn't Jones but at the pressure situation he couldn't remember his last name at the time but not remembering or knowing some one last name isn't suspicious or illegal.

Reading Gordon and Maynard sworned declaration shows there wasn't any probable cause, no illegal activities going on and the contradiction of the police version warrant a fair opportunity to a hearing.

Conclusion

B. Defendant argues that not only did the ~~officers~~ officers had no probable cause, the officers exceed the scope of the search with the overwhelming of unrelated questioning by the officers and the search

A. became "unreasonable" once the officers (~~~~ got permission to search) instantly started to destroy and pry open the interior of the vehicle knowing the vehicle wasn't Mr Maynard. The officers, took out the seats, destroy the door paneling, the interior roof paneling (stop - Question Mr Maynard) and went back using crowbars prying open the vehicle floor paneling.

Special Note. The officer concluded in the incident report and in the trials that His own objective was to wait on a K9 dog, so His volume of questioning was to stalled and prolonged the search which is unreasonable and a 4th Amendment violation.

Respectfully Submitted
Antoine Jones
241917
1901 D St SE
WDC 20003.
Sign Antoine Jones
Date 7-3-2012