## SWORNED DECLARATION to GOVERNMENT OPPOSSITION OF DEFENDA. Antoine Jones motion to SUPPRESS EVIDENCE seized from moore st House

Pursuant to 28 USC § 1746, I Antoine Jones SR, declare, verify and state under penalty of perjur that the foregoing is true and correc

### Antoine Jones SR Reply
### Entry time

From beginning of this case, when Defendant Jones received the moore street discovery, search warrant returned, consent form to search Jeep Cherokee and the search warrant cover page, defendant due dilligently complain to counsel (MR BALAREZO) and the courts that FBI Agents NAUGLE An His crew of agents unlawfully enter the moore street house when they, "<u>use an unauthorized door key</u>" to unlock moore street front door to "<u>illegally enter the moore street House before 6AM on October 24 2005</u>" And not once produce, presented or left with the Jones's (Antoine Jones SR, MRS Deniece Jones, Antoine B. Jones JR)

put their Authority when the Agents seized items that wasn't name on the Attachment, such as for example (the Jeep Cherokee, the Toyota Sequoia - niether had illegal narcotics or illegal contraband in them) Plus the Agents seized personal property from Mrs Jones personal office such as (church documents, Her Real estate and Her business F,T,N document and our Personal property that wasn't name in the Attachment) nor was the property use in the investigation or in niether trial, matter of a fact these volumes of me and Mrs Jones personal property haven't been returned back to us, which is a violation of 18 USC §2234.

Mrs Jones testified under oath that the Agents unlawfully enter the moore st House At "4:45 AM", And Defendant Jones "Boldly" swears under penalty of perjury that I corroborate Mrs Jones truthful testimony of "4:45 AM" being the entry time by stating that I seen Agent Nausle use a key to enter the moore st House before 5 AM on monday October 24 2005

763

to testified under oath in an Evidentiary Hearing, (Antoine Jones Sr, Deniece Jones and Antoine Jones Jr) are willing and volunteering to submit to a polygraph exam ASAP, to show and proved that Agent Naugle perjury his self in the first trial ( Trial Tr. 96: 19-22 nov. 6 2006 (PM session)) when under oath Agent Naugle testified he enter the Moore St House at <u>6:00 AM</u>, this is clearly an <u>18 USC 1621</u> violation and an <u>18 USC 1001</u>, and <u>18 USC 1519</u> when Agent Naugle obstruct justice by writing a false entry time (6:15 AM) in the <u>time warrant executed</u> ~~on~~ section on the search warrant return.

3

<u>Attachment A - Rule 41 F Violation</u>

In defendant sworned declaration he stated that he asked the officer numerous time if they had a search warrant and what were they doing in my House? The officers ignored my questions and never showed me the search warrant. (End up getting up

4 questioned the agents about a search warrant. One of the men said, go ahead and take him downtown.

In Antoine B. Jones JR sworned declaration he stated "I herd my dad ask the agents can he see the search warrant. And he notice that the agents never showed him the search warrant but kept ignoring him.

Defendant Jones's argues the language in United States v. Terry W. Thompson (667 F. Supp 2D 758-2009 - decided November 2009) Southern District of Ohio, Eastern Division, because just like Thompson wife, "me and my wife was naked" when the agents enter the moore st House and my son was in his boxers, all of the Jones was half dress, me in just a pair jeans - no underwear, no top or socks, Mrs Jones had only a dress on no bra, underwears or socks, my son only had boxers, shirt and pants on, none of us was disorderly, uncooperative, a threat to the special agent or any way jeopardized the search, and just like Thompson wife repeatedly asking to see the search warrant, "Defendant Jones repeatedly

And the Attachment A, which is another violation of Rule 41f and Exceeding their Authority 18 USC § 2234.

## Forged signature on the consent to search form.

Defendant Jones's do not argues or dispute that the forged signature on the consent to search form look like my handwritting on any of my Prose motions, Defendant Jones Swears under Penalty of Perjury (28 USC § 1746) that the Agent forged Defendant signature, obstructing Justice, manufacturing evidence violating 18 USC § 1001, and 18 USC § 1519.

Special note: not only has Defendant Jones submitted in sworned declaration under penalty of perjury (28 USC 1746), Defendant Jones volunteer to submit to a handwriting Expert and also submit to a polygraph examination, to show and proved the signature is a fake and a fraud, and he never signed a consent form to search the Jeep Cherokee.

To clearafied the Government argument that in Document 144 at 15 Jones,... felt no choice but to sign the consent form authorizing a search of the Jeep Cherokee.... Jones felt no

P66 but to sign the papers which turned out to be a consent form. When Jones signed the consent form, it was blank and did not list what item he was consenting to be searched.

This statement was instantly corrected by counsel because Mr Balarezo not defendant Jones wrote that incorrect statement without consultation with defendant Jones and once defendant Jones seen and read the crucial erred by Mr Balarezo, defendant Jones told Mr Balarezo none of what he wrote happen and that in fact "the consent form is forgery of defendant Jones name," in a foot note.[10] In document 151, the Government notate the correct conduct, which is the agents forge the consent form, a clear violation of obstruction of Justice. (18 USCS § 1001, 1519).

I strongly believe the Government is incorrect that defendant didn't argue the issue in the court of appeals, view appellant Jones prose motion, you should see this argument in the unlawful search of Moore Street.

special note: The big question is: why would the agent need defendant Jones to sign a consent form to search the Jeep Cherokee when they allege they had a proper search warrant and more important is the owner of the Jeep Cherokee was present (Deniece Jones) who could have sign or give them permission to search the Jeep.

## Conclusion

Defendant Jones mother in law Mary Johnson will submit a sworned declaration under penalty of perjury that "also" some F.B.I Agents unlawfully enter defendant Brandywine Rd House on October 24 2005 before 5am, and the 911 called to the ?6 police will confirmed that more FBI unlawfully enter another defendant house.

special note: The Government didn't mentioned the Brandywine Rd House in the footnotes when the Agents testified about other Houses or they didn't present any sworned statement the Agents enter the Brandywine Rd House Legally after 6am.

The court should give great weight to the sworned declaration under penalty of perjury (28 USC § 1746) by Antoine Jones Sr, Deniece Jones and Antoine Jones Jr) And specificly the sworned testimony by Mrs Deniece Jones on the entry time 4:45 am.

Reason being if found guilty of "28 usc 1746, the person shall be fined and be imprisoned not more than five years."

Without Agent Naugle submitting a factual written proffer or a sworn affidavit, with these extraordinary circumstances, there is need for additional ORAL litigation to present facts and evidence that will complete the RECORD.

Defendant is Requesting that this Court suppress all evidence from the Moore street House and evidence from the Jeep Cherokee or very least Have an evidentiary Hearing so defendant Jones could show and prove all truthful claims. Once again defendant will submit to a polygraph examination and a Hand writing expert to show and prove his truthful claims.

Respectfully submitted

Antoine Jones
1912
101 D st SE
DC 20003

⸻ Antoine Jones
⸻ July 1, 2012

Joy Thomas
Notary Public, District of Columbia
My Commission Expires 01-20-13