2012 Pre-Franks Hearing

Boiler Point Language — (Introduction - page 1, 2,
(Target Telephone - 4, 5)
(Objective - page 5, 6, 7) (Other Investigative
Techniques - page 51, 52) (Period of Time for
Interception Page 60, 61) (Monitoring And Minimization
Page 61, 62) (Technical Assistance - Page 63)
(Conclusion - Pg 63).

No Probable Cause or Illegal Activities Information.

(Targets and Offenses - Pg 3, 4) (Persons
likely to be intercepted - P6 7, 8, 9, 10, 11, 12,
13, 14, 15) (Prior Applications - 15, 16)
(Summary of Investigation - Pg 16, 17, 18)
(Detail of Investigation - Pg 18) (Pen Register
And Call Data - 44, 45, 46, 47, 48, 49,) (Pen Register
And Airtime Records - 55,)

Historical In Nature and Stale
Information. Citing US V Lindsey

CS-1 - Kevin Ray - Unreliable - not
credible enough to bring to Neither trial
His allege allegation is stale and Historical
In nature. (Pg 19, 20, 21, 22, 23, 24, 27, 28, 29, 30

info continues.

CS-2 - Anthony Bivens - wasn't credible enough to bring back to the second trial. His testimony was impeach on the video confessing plus He was so unreliable the Government Dismiss His count. Relating to count two.

The Government "Dismissal should be mentioned because it shows the Government didn't believe His false testimony plus He show He didn't know me when He pick Adrian Jackson and Mike Huggins - Also I swore under Penalty of Perjury I Don't Know CS-2..... Also His information is ( misleading, deceiving and reckless disregards to the truth
Page 33, 34, 35

NC Traffic stop - Historical in nature and stale info.... Also no incriminating info on illegal activities.
Page 29, 38, 39, 40, 5?

Please can you cite United State V. Linsey. The case Judge Lamberth rule on. After I delete the rest of the Affidavit due to misleading and Reckless disregards to the truth, the

Pb3

<u>Misstatement</u> - <u>Misleading</u> - <u>Deceiving</u> and <u>Reckless disregard to the truth</u>.

Page 23 - speaks on <u>Twana Cambell</u> - someone that was decease, I dont know and never had the pleasure to meet. All statem on Twana Cambell should be "<u>deleted</u>"

<u>Damien Broussard</u> - Pg 24, Quentess Broussard testified that the info in the affidavits is false - she explained her text messages "<u>need you</u>" "<u>need one bad</u>" "<u>need 2 talk 2 u tonight please R U comin in</u>" "<u>have your package, will c u 2nite at work if that okay</u>"

Yanta knew Quentess was the author of the text messages. <u>Yanta writes:</u> Broussard has a relative name Quentess Broussard who resides at 432 Longfellow St NW WDC. As set forth more fully in Kas. Investigat believe that <u>Damien Broussard</u> is using cellular telephone in the name of Quenta Broussard to engage in narcotics-traffick with Antoine Jones... This is misleading and deceiving - page 14, page 24 should be <u>delete</u>

<u>Wallace Ward</u> - another decease person I dont know and never met. The text message

"<u>You will like me, promise check me out", "Just between me and u set at me psap, and you should set at me as soon as you get a chance you won.</u>" (In my sworn declaration I detail the author of the text messages was Lawrence Maynard's female friend name Collette Watson – Wallace Ward's niece who was flirting with me)

Collette Watson also text Lawrence Maynard a sexual text message "<u>My man is back up and working with a monster</u>,"

<u>Tymind Ponder</u> testified in the first trial and Lawrence Maynard stated in his sworn declaration "working with a monster" is referring to his "<u>penis</u>".

All info on Wallace Ward and Tymind Ponder speaking of the "monster and penis" should be deleted. <u>Page 26, deleted</u>,

<u>Karissa Jones</u> – Testified at trial on her text messages and submitted a sworn statement "<u>2 cakes & malibu, plus hold money</u>" "<u>need a can opener! hold money</u>" <u>Page 26 delete</u>

Also Yanta misled the courts on page 15 when she writes: FNU, LNU aka Karissa Jones is believe to be a fictious person, as investigators could find no information of any kind regarding this individual. But yet on page 26 Yanta put Karissa Jones address "11010

PGS **Nita Worley** - Brittney club level Bartender who interpret her text messages. "I need Ice 4 my beer" <u>Page 27 - should be deleted</u>

In Ms Worley sworned declaration she stated "Ice 4 my beers" mean she need ICE for her beers at the club bar

These sexual in content text messages as the club level employees text messages were taken out of content thus was misleading and show reckless disregard to the truth and <u>Page 24, 25, 26</u> should be deleted.

---

**CS-2 - Anthony Givens** - This entire information is reckless because I didnt know this dude and He confirmed it when He couldnt pick you out. Plus the Government felt the same way once they dismiss His Related count. <u>Page 33, 34, 35 should be deleted</u>.

---

**CS-3** - The unredacted version shows that the information is reckless. because I never been to Brazil to by 500 kilos for 7 thousand dollars with Anthony Nounce. Matter a fact Nounce written two sworned affidavits saying He dont know me and never ben to Brazil with me

All the information with CS-3 and info on Anthony Nounce should be dismiss - page 36, 37, 38 -

Pg6 ...works. It speaks about Antoine being employed by Annette Bigesby at her Hair salon is completely deceiving because "Annette Bigesby sworn declaration states she don't know Anthony Kosner and he never work at her salon." PG38 have to be deleted.

Physical Surveillance - Yanta trial testimony Defendant Jones, Lawrence Maynard, Carolynett Waddell, Jessica Waddell, Adrian Jackson and Layvonne Howard sworn declaration detail that Yanta affidavit on Physical Surveillance is misstatements, misleading, deceiving and reckless. The 3025 surveillance of the vehicles, the FBI surveillance video, the FBI photo's all support our argument.

In the photo's you clearly see the Grand Opening Banner, the neon sign read Scoopie Suulkood CAFE and it hours of operation, you can see the BOLD BANNER above the front door. Page 42, 43, 44 should be deleted.    Page 52, 53 - deleted

Nimrod Babylon - Info should be deleted because the warden in his sworn affidavit He don't know me and he never called me - page 53 should be deleted.

Uzbekistan - We prove in the trial that the number did show on my cell phone records. In my sworn declaration I stated Uzbekistan numb...

Pg 7 ~~Undercover Officer~~ - The systemic

Indeed, the FBI knows of no sources who is in a position to be able to purchase narcotics from Antoine Jones, or to make an introduction of an undercover officer for the purpose....

(1) Donald Hunter was encouraging CS-1 to get back in the loop and he would be the middle man.

(2) Harold Belser was a trusted-close friend who was the head of security who did the hiring and firing for security plus he was working as a cooperator who set up people by buy and bust. Also he was debriefing with numerous of prosecutors and none of the club level employees knew he was cooperating with the Government.

(3) The Government was prepare to set up Kirk Carter with an undercover but decline to set him up.

Confidential Sources - Page 56 - y/n to concede that CS info is historical in nature, and should be evaluated as stale info or historical in nature.

Search Warrant - The only search warrant that was before the affidavits was the "text message" which we all knew was mislead. Page 52 should be deleted.

Grand Jury and Interview - This info is misleading - It says Anthony Noonce Allege Part of Antoine Jones Enterprise. This is Reckless because He told the Government He don't know me. Page 58 should be deleted

Donald Hunter - The Government beef up the Affidavit by repeating it over and over that Donald Hunter allegedly purchase 500 grams of a kilo from Antoine Jones. Ynots mentioned this information Eight times.

### Conclusion

After deleted all the Boiler plate info and deleting all the misstatements and Reckless info, the only pages of the Sept 2 2005 Wiretap Affidavit will be the "stale" - Historical in nature in the CS-1 Herm Ray info and the NC stop info. We need to cite Judge Lambera ruling (United States v Linsey).

This will happen at the Franks Hearing. We win the Franks hearing, I will regained my freedom. You have to make sure all the Wiretap sworn declaration is in.