UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | Criminal No. 05-386(1) (ESH) |
| **ANTOINE JONES** | : | |
| | : | |
| *Defendant.* | : | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, A. Eduardo Balarezo, pursuant to Local Rule 44.5(d) respectfully moves this Honorable Court to grant him leave to withdraw as counsel and states follows:

1. As the Court is aware, Mr. Jones' saga before this Court began in 2005 and includes two trials, one conviction, an appeal and a historic victory at the Supreme Court, which affirmed the reversal of his conviction. Counsel entered his appearance as appointed counsel for Mr. Jones in April 2012.

2. Counsel served as Mr. Jones' trial counsel, a position he once again enjoys. Nevertheless, sometimes all good things must come to an end because it is apparent that the attorney-client is irretrievably broken, as evidenced by:

   a) Mr. Jones' refusal to accept counsel's advice and insistence on acting as his own counsel;

   b) Mr. Jones' belief that counsel "didn't argue or mention [a] crucial argument" (*See* Exh. 1 – Jones' "sworned declaration);"

   c) Mr. Jones' assertion that counsel made factual representations to the Court "without consulting with defendant;" (*See* Exh. 2 – Jones' "sworned

declaration" concerning Moore Street residence, at 6;

    d)  Mr. Jones' assertion that counsel's decision not to argue that the gun allegedly seized at the Level's nightclub was planted by the FBI amounts to ineffective assistance of counsel (*See* Exh. 4 – Jones' Levels Nightclub filing, AT 8-9).

  3.  Although counsel has been diligently preparing for a third trial, it is evident that Mr. Jones no longer has confidence in counsel's ability to represent him. Therefore, counsel respectfully requests that this Honorable Court grant his Motion to withdraw and that new counsel be appointed as soon as practicable.

Dated: Washington, DC
   July 26, 2012         Respectfully submitted,

                **BALAREZO LAW**

By: _____
   A. Eduardo Balarezo
   D.C. Bar # 462659
   400 Fifth Street, NW
   Suite 300
   Washington, DC  20001

   *Counsel for Antoine Jones*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July 2012, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be delivered via Electronic Case Filing to the Parties in this case. A copy has also been sent via United States Mail, postage pre-paid to:

>Antoine Jones
>DCDC # 241912
>Central Detention Facility
>1901 D Street, SE
>Washington, DC  20001

_____
A. Eduardo Balarezo