Sworn declaration of penalty of perjury (1746) by Antoine Jones

PG1

Exhibit #3

I Antoine Jones swears under penalty of perjury that this written statement is true, accurate and true.

During the legal visit with Mr Balarezo (the week before he submitted) the May 22 2012 motions and many of times, me and Mr Balarezo discuss that the agents planted a gun in the club and the FBI photo's the government represent as the club office is **bogus** and a **FRAUD** because they **are not** of the club.

Once I read and notice Mr Balarezo didn't argue or mentioned this crucial argument, I submitted a motion to amend on 6-18-2012 to reserved my rights to the argument if the court didn't except my prose argument. Defendant will conclude that the agents obstruct justice by misrepresenting the FBI photo's of the gun as the club office with a gun, a clear violation of 18 USC 1001, 1519 and perjury when Agent Kellie OBrien and MPD Detective Norma Horne testified in the trials.

P 62   Just these extraordinary circumstances warrant a fair opportunity to a Hearing.

Respectfully Submitted

Antoine Jones  Sign. Antoine Jones
24119-012  Date July 3 2012
1901 D St SE
WDC 20003