UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | **Criminal No. 05-386(1) (ESH)** |
| **ANTOINE JONES** : | |
| : | |
| *Defendant.* : | |

# ORDER

Upon consideration of Attorney A. Eduardo Balarezo's Motion to Withdraw as Counsel and for good cause shown, it is this \_\_\_\_ day of _____ 2012, hereby

**ORDERED,** that this Motion is **GRANTED**.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**