**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 05-CR-386(1) (ESH)** |
| **ANTOINE JONES,** | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANTS' CONSENT MOTION FOR**
**ENLARGEMENT OF TIME TO FILE REPLY**

**DEFENDANT** Antoine Jones ("Jones"), by and through undersigned counsel,
respectfully moves this Honorable Court pursuant to Fed. R. Crim. P. 45(b)(1)(B) for leave to
file Defendants' Reply to Government's Response to Defendant's Motions out of time and state
as follows:

1.      Defendants' Reply was due August 6, 2012.

2.      As a result of counsel being ill most of the preceding weekend, he was not
able to file by the due date.

3.      Counsel advised chambers that he would be filing late and the government
did not object to the late filing.

**WHEREFORE**, for the foregoing reasons, and any other that may become apparent to the Court, Defendants respectfully request that this motion be **GRANTED**.

Dated: Washington, DC.
August 8, 2012

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
Bar No. 462659
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 639-0899 (fax)
filings@balarezolaw.com

*Counsel for Antoine Jones*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 8th day of August 2012, I caused a true and

correct copy of the foregoing Defendants' Consent Motion for Enlargement of Time to File

Reply be delivered via Electronic Case Filing to the Parties in this case.

/s/

_____

A. Eduardo Balarezo