## ANTOINE JONES WIRETAP TIMELINE

### September 2, 2005 (Friday)

**3:48 pm**: wiretap on cellular telephone of **Antoine Jones** goes live – (202) 538-3946

**4:08 pm**: first call recorded

**5:23 pm**: calls **Pauline Spence** and asks "did Lawrence talk to you yet?" (55)

**5:52 pm**: plans to meet **Kevin Holland** at the carwash on Branch, they move meeting to Circuit City (59/60)

**5:55 pm**: calls **Demetris Johnson**, wants to meet him at Sam's Carwash, agrees to meet him at the Wendy's (62/68)

**6:31 pm**: meets with **Holland** on Branch Ave  (71)

**7:20 pm**: agrees to meet with **Adrian Jackson** at the Ford dealer on Branch Avenue (92)

**7:27 pm**: calls **Mike Huggins** who is at his house, they agree to meet; they meet at the Shell gas station a few minutes later (93/96)

**7:33 pm**: calls **Jackson** who is at the Shell gas station (96)

**September 3, 2005 (Saturday)**

**9:05 am**: leaves a message for **Kevin Holland** to call him (179)

**9:07 am**: calls **Pauline Spence** and ask how many tickets she needs, tells her he's "coming through there early" (181)

**9:12 am**: calls **Carlos Reyna** (182)

**9:15 am**: leaves a message for **Mike Huggins** to call him (186)

**9:18 am**: leaves a message for **Demetris Johnson** to call him (188)

**9:36 am**: calls **John Adams** who says he is "about to get rid of those tickets" (192)

**9:47 am**: **Johnson** calls back, **Jones** asks if he wants "the same old, same old,  or something different?" (200)

**10:53 am**: calls **Adams** and says he'll stop by (214)

**10:56 am**: discusses how many tickets **Huggins** has left (216)

**6:02 pm**: speaks with  **Johnson**, who says that he'll "shoot up there"; **Johnson** calls later and says he's "downstairs" (312/324)

**September 4, 2005 (Sunday)**

    **5:12 pm**: **Pauline Spence** calls and tells **Jones** she is ready, he says he'll see her later (428)

    **11:59 pm**: leaves a message for **Kevin Holland** to call him (474)


**September 5, 2005 (Monday)**

    **12:01 am**: calls **Demetris Johnson**, mailbox full (475/476/477)

    **12:27 am**: calls **Kevin Holland**, they agree to meet in the morning (478)

    **2:28 am**: calls **Johnson** again, no message (494)

    **11:25 am**: calls **Johnson** and tells him he is on the way to Johnson's house (516)

    **1:35 pm**: calls **Holland**, they agree to meet on Branch Avenue near "Paul's house" (529)

    **3:28 pm**: calls **Pauline Spence** and says "I'm outside" (573)

    **3:54 pm**: calls **Carlos Reyna** and says "I'll holla at you" (580)

    **4:44 pm**: calls **Lawrence Maynard**, who says that he got something from **Pauline**, but forgot to tell **Jones**, he "hid that joint" (584)

    **4:45 pm**: calls **Spence** and tells her that **Maynard** forgot all about it and that if **Jones** doesn't catch her, he'll see her in the morning (585)

**September 6, 2005 (Tuesday)**

**9:55 am**: calls **Kevin Holland** and tells him he'll meet **Holland** at Chris's (646)

**9:57 am**: calls **John Adams** and tells him he will be at **Adams's** house in 5 minutes (647)

**9:58 am**: calls **Pauline Spence** and tells her he is on his way to her house (648)

**11:30 am**: calls **Donald Hunter** and tells him to meet at "the Circuit"(668)

**11:59 am**: calls **Adams** and says he will be at **Adams's** house in 2 minutes (673)

**12:21 pm**: calls **Hunter** and tells him to meet at the carwash (689)

**1:03 pm**: calls **Spence** and they discuss how many tickets "they" need (722)

**2:08 p.m**: calls **Spence**, who says she needs 3 big, VIP tickets (739)

**9:04 pm**: calls **Spence** and tells her he will be there in 3 or 4 minutes (798)

**9:31 pm**: calls **Carlos Reyna** and tells him "10 minutes" (809)

**10:48 pm**: calls **Gregory Hawkins** and they discuss money discrepancy (823)

**11:55 pm**: calls **Hawkins** again and says "meet me at the door" (827)

**September 7, 2005 (Wednesday)**

**10:24 am**: calls **John Adams** and tells him to catch up with **Lawrence** for that ticket, **Lawrence** knows what to do with it (843)

**10:25 am**: calls **Lawrence Maynard** and tells him that **John** has that ticket for **Pauline**, so **Maynard** should get it from **John** and give it to her (845)

**10:26 am**: calls **Pauline Spence** and tells her that **Lawrence** is going to call her and "take care of that, what we were talking about," and **Jones** will have another VIP ticket for her when he returns from looking at houses in Baltimore (846)

**10:33 am**: **Gregory Hawkins** calls **Jones**, and the conversation continues regarding money and "math homework"(848)

**1:50 pm**: calls **Adrian Jackson** and tells him to call him so they can meet up (874)

**2:14 pm**: calls **Hawkins**, who is at home, and says "I'll talk to you" (881)

**2:51 pm**: calls **Demetris Johnson** and they discuss the upcoming Monday Night Football event at Levels, including 200 tickets, the Lissen Band, and the cost of the party (898)

**4:24pm**: calls **Jackson** and tells him he is at the CVS (933)

**7:30 pm**: leaves a message for **Kevin Holland** to call him (985)

**7:31 pm**: leaves a message for **Pauline Spence** to call him (986)

**7:33 pm**: leaves a message for **Mike Huggins** to call him (987)

**8:45 pm**: **Holland** is waiting in the subway lot by the Safeway, **Jones** is 10 minutes away (1003/1034)

**9:04pm**: calls **Carlos Reyna** and tells him "5 minutes" (1047)

**9:05 pm**: calls **Pauline Spence**, she needs a smaller ticket, they will meet tomorrow (1048)

**9:07 pm**: calls **Huggins** and tells him he needs a ticket back for tonight, Jones will give him a VIP tomorrow (1049)

**9:47 pm**: calls **Kirk Carter** and says he's going to call **Carter** in about 30 minutes; **Carter** asks "what area?"; **Jones** replies "same one as last time" (1061)

**9:50 pm**: calls **Adrian Jackson**, **Jackson** is in SW, **Jones** says he'll catch **Jackson** in the morning (1063)

**10:42 pm**: calls **Gregory Hawkins**, says he's at the door (1072)

**10:49 pm**: **Kevin Holland** calls, they agree to meet in 5 minutes

**10:50 pm**: calls **Kirk Carter**, they agree to meet in 5 minutes at the house by the circle (1086)

**10:57 pm**: calls **John Adams**, and says he is going to stop by for a second (1087)

**September 8, 2005 (Thursday)**

**9:53 am**: leaves a message for **Adrian Jackson** that **Jones** left a bag for **Jackson** at **John's** house (1116)

**10:54 am**: calls **John** and tells him that only one bag is for **Adrian** (1128)

**12:21 pm**: calls **Demetris Johnson** and they discuss promotions and tickets (1147)

**3:28 pm**: calls **Kevin Holland** and tells him that he is waiting on him (1156)

**3:31 pm**: calls **Adams** and tells him he is on his way over to pick up "that bookbag" (1158)

**3:32 pm**: calls **Pauline Spence** and tells her he is on his way to her house (1159)

**8:46 pm**: calls **Holland**, who says he is 5 minutes away (1243)

**8:48 pm**: **Adams** calls and says he got the money from the last tickets and will be at the club soon (1245)

**9:08 pm**: calls **Kirk Carter** and cancels meeting, says "I'll catch you in the morning" (1256)

**9:08 pm**: **Holland** calls and says he's downstairs (1260)

**10:30 pm**: **Jones** calls **Spence** and tells her he will be there in 3 minutes, then calls a few minutes later and says he is "outside"(1280/1281)

**September 9, 2005 (Friday)**

**8:21 am**: calls **Kirk Carter**, asks if he is ready for "half-time" and says he can meet **Carter** at his workplace in about 20 minutes, **Carter** will wait for **Jones** (1310)

**10:10 am**: calls **Carlos Reyna** and says "5 minutes, 10 minutes, something like that" (1351)

**11:35 am**: **Demetris Johnson** calls and says he wants to meet **Jones** on Branch Avenue (1378)

**11:40 am**: calls **Kevin Holland** and says he is going to Branch Avenue, and mentions tickets (1382)

**11:42 am**: calls **John Adams** and asks if he is home (1383)

**11:45 am**: leaves message for **Adrian Jackson** to call him (1384)

**12:18 pm**: calls **Holland**, **Holland** is on his way to meet **Jones**, they will meet at Levels (1393)

**12:34 pm**: calls **Adrian Jackson**, they will meet at Levels (1399)

**12:45 pm**: **Johnson** calls, they will meet at the club (1405)

**12:58 pm**: calls **Holland**, they will meet instead at the Subway by Hechinger Mall (1411)

**1:20 pm**: calls **Johnson** and they discuss Monday Night Football and the Lissen Band (1418)

**5:41 pm**: calls **Pauline Spence** and says "I'm outside" (1470)

**7:07 pm**: calls **Kirk Carter** and tells him to meet at Sam's Carwash on Branch Avenue (1481)

**7:40 pm**: meets with **Carter** at the Chinese restaurant by Sam's Carwash (1494)

**September 10, 2005 (Saturday)**

**Jones** changes his cellular telephone number to (202) 746-0470

**2:20 pm**: calls **Kevin Holland** and gives him the new number (1534)

**2:21 pm**: calls **Mike Huggins** and gives him the new number (1535)

**2:22 pm**: calls **Demetris Johnson** and gives him the new number (1536)

**2:25 pm**: calls **Lawrence Maynard** and gives him the new number (1537)

**2:26 pm**: calls **Adrian Jackson** and gives him the new number (1538)

**5:43 pm**: calls **Pauline Spence** and gives her the new number, tells her that if nothing is happening with her cousin, someone else will "get the tickets" (1549)

**5:44 pm**: calls **John Adams** and gives him the new number (1550)

**5:51 pm**: calls **Kirk Carter** and gives him the new number; **Carter** wants to see **Jones**, they agree to meet at Sam's Carwash (1552)

**6:24 pm**: **Mike Higgins** calls and **Jones** tells him he is running down to Sam's carwash, **Huggins** is on his way home and will call **Jones** when he gets there (1556)

**6:27 pm**: calls **Carter** who is now at McDonald's instead (1557)

**7:00 pm**: tells **Huggins** he is on his way (1559)

**7:35 pm**: calls **Holland** and tells him he is on his way to **Holland's** house (1564)

**September 11, 2005 (Sunday)**

    **1:22 pm**: calls **Carlos Reyna** and says "10 minutes" (1607)

    **5:19 pm**: calls **Kevin Holland** and they agree to meet at the Home Depot near Levels (1632)

**September 12, 2005 (Monday)**

    **8:45 am**: calls **Demetris Johnson** and says he will meet him in 2 minutes (1663)

    Counter on the wiretap equipment resets at 1

    **2:31 pm**: calls **Kevin Holland**, they will meet at the barbershop in Cheverly (14)

    **3:42 pm**: agrees to meet **Johnson** at the barbershop (37)

    **4:17 pm**: calls **Pauline Spence** and says he will meet her in 2 minutes (41)

    **4:35 pm**: calls **Johnson** and discusses "that VIP ticket," meets with **Johnson** at a Shell gas station in Landover (44/45/47)

    **5:21 pm**: calls **Spence**, she will walk across the street to CVS to meet him (60)

    **9:36 pm**: calls **Holland**, discusses meeting (91)

    **10:37 pm**: calls **Johnson** and asks if he still needs "those two little tickets"; they discuss "homework" and "half-time seats" (93)

    **10:42 pm**: calls **John Adams** and says he needs two tickets and will give them back tomorrow; **Adams** agrees; **Jones** will come to **Adams's** house shortly (98)

    **10:48 pm**: agrees to meet **Huggins** so **Huggins** can give **Jones** two of the "other tickets" (109)

    **10:54 pm**: calls **Carlos Reyna** and says "30 minutes" (114)

    **11:05 pm**: **Jones** is waiting for **Huggins** in front of **Huggins's** house; **Huggins** is 5 minutes away on Branch Avenue

    **11:22 pm**: agrees to meet **Holland** later, **Jones** needs to look over the "homework to grade it" (126)

    **11:23 pm**: calls **Johnson** and says he will meet him at his house (128)

10

**September 13, 2005 (Tuesday)**

**1:24 am**: calls **Kevin Holland**, they will meet at a gas station in 5 minutes (150)

**4:50 pm**: **John Adams** calls **Jones** and says he needs the two tickets back "ASAP"; **Jones** says "let me make a call" (210)

**5:17 pm**: calls **Demetris Johnson** and tells him that he needs the two tickets back (213)

**7:18 pm**: calls **Johnson** again and they agree to meet on Branch Avenue (231)

**8:57 pm**: calls **Adams** and says he's on his way to **Adams's** house (241)

**9:04 pm**: calls **Johnson**, they will meet at the Red Lobster off Branch Avenue (245)

**9:13 pm**: calls **Mike Huggins** and says he's on his way to **Huggins's** house (247)

**September 14, 2005 (Wednesday)**

**10:45 am**: calls **Kevin Holland**, and they agree to meet at the ice cream place (307)

**11:14 am**: calls **Carlos Reyna** and says "5 minutes, 3 minutes" (336)

**12:29 pm**: calls **Demetris Johnson** and tells him to meet him on Branch (347)

**12:31 pm**: leaves a message for **Mike Huggins** to call him (348)

**1:00 pm**: calls **Holland**, they are going to meet (353)

**2:38 pm**: calls **Pauline Spence**, they agree to meet in the hallway in a few minutes; **Jones** calls back, he's at the door (387/388)

**4:46 pm**: calls **Adrian Jackson**, who wants to get 2 cases of flyers for himself, not for somebody else (410)

**6:32 pm**: calls **Holland** and they will meet shortly (422)

**7:00 pm**: calls **Holland** again and tells him to put it in the back and lock the door (435)

**9:01 pm**: calls **Holland** again and tells him he is out in front of his house (445/446)

**September 15, 2005 (Thursday)**

    **4:35 pm**: meets with **Kirk Carter** at Sam's Carwash on Branch Avenue (634) (surveillance)

    **4:40 pm**: **Carter** and **Jones** leave Sam's and meet again at Circuit City (surveillance)

    **4:43 pm**: calls **Adrian Jackson** and tells him to meet at the gas station on Branch (651)

**September 16, 2005 (Friday)**

    **6:39 pm**: calls **Adrian Jackson** and they talk about the Monday Night Football event, and the fact that WPGC has been promoting it, and that **Jones** has been out all day selling tickets (819)

**September 17, 2005 (Saturday)**

**11:24 am**: calls **Demetris Johnson** and they discuss how **Johnson** messed up the flyers and ticket money, **Jones** tells him to be more organized, to put the money in a bag (920)

**12:04 pm**: agrees to meet with **Mike Huggins** at Levels (922/923)

**12:08 pm**: **Jones** calls **Johnson** back and apologizes for the money confusion, saying that "it just hit me where, where I put your homework" (925)

**8:53 pm**: calls **Gregory Hawkins** and says he'll be to his house shortly (1017)

**9:01 pm**: calls **Johnson** and they agree to meet off Branch and Pennsylvania Avenue (1021)

**9:15 pm**: calls **Johnson** twice, they will meet at Oakrest in 3 minutes (1026)

**10:32 pm**: calls **Carlos Reyna** and says "5 minutes" (1041)

**September 18, 2005 (Sunday)**

**12:00 am**: calls **John Adams** and says he's pulling up (1057)

**12:09 am**: calls **Adrian Jackson** who is at the Branch Ave CVS, Jones is coming from John's house, is 2 minutes away (1062)

**3:24 am**:   **Kevin Holland** calls, and they agree to meet at Levels shortly (1069)

**12:28 pm**: calls **Adams** and asks whether he has "cut that cake yet," and says that he "gave Youngin a piece of the pie" (1080)

**1:46 pm**:   calls **Holland** and they agree to meet at the lot in 30 minutes (1089)

**2:21 pm**:   calls **Mike Huggins** and tells **Mike's** wife he is on his way over there (1101)

**2:57 pm**:   **Holland** calls and says he is in the parking lot

**6:25 pm**:   calls **Carlos Reyna** and says he will be there in 10 minutes  (1157)

**6:29 pm**: **Holland** calls, he needs to see **Jones**, they agree to meet at Rivertown, **Holland** tells **Jones** to "tell Shirley to come with" him (1161)

**6:55 pm**: meets with **Holland** at the Shoppers Food Warehouse parking lot, **Holland** tosses a bag into Jones's Jeep (1170/1171/1174) (surveillance)

**8:15 pm**: calls **Holland** and says he will meet him at the lot in 10 minutes, **Holland** is already there (1193)

**8:15 pm**: leaves a message for **Mike Huggins** to call him (1194)

**8:17 pm**: calls **Kirk Carter** and tells him to meet him by the circle and the subway, **Carter** will be there in 20 minutes (1195)

**8:19pm**: **Huggins** calls **Jones** back and they discuss little tickets and big VIPs (1197)

**8:30 pm**: meets with **Holland** at a lot on Branch Avenue (1202/1203)

**8:44 pm**: calls **Carter**, who assures Jones he will be there in 15 minutes, **Jones** agrees to wait for him (1209)

**September 19, 2005 (Monday)**

    **12:12 pm**: calls **John Adams** and they talk about ticket sales to that night's Monday Night Football event at Levels (1295)

    **9:00 pm**: Monday Night Football event at Levels

**September 20, 2005 (Tuesday)**

    **10:45 am**: Supplier (**Primo**) calls from Texas and they discuss that music is coming in a couple of weeks, **Jones** says he still has some music left (1509)

    **10:47 am**: **Primo** calls back after first call was dropped, **Jones** tells him the customers are happy with the quality of the music he has sent up, and that **Jones** will be ready in a couple of weeks when it's ready (1511)

    **8:24 pm**: meets with **Pauline Spence** at her house (1601/1602)

**September 21, 2005 (Wednesday)**

    **5:23 pm**: calls **Carlos Reyna** and says "5 minutes" (1703)

    **6:26 pm**: calls **John Adams** and tells him he is on the way to Adams's house (1713)

    **7:27 pm**: calls **Mike Huggins** and asks his wife to tell Mike to come outside (1722)

    **7:33 pm**: calls **Demetris Johnson** and tells him to meet at the Circle (1723)

**September 22, 2005 (Thursday)**

**9:15 am**: leaves a message for **Adrian Jackson** to call him back (1744)

**12:42 pm**: calls **Kevin Holland** and they agree to meet in 10 minutes (1769)

**5:13 pm**: plans to meet **Demetris Johnson** at Levels shortly (1818)

**8:46 pm**: meets with **Kirk Carter** at Levels, **Carter** is "at the door" (1862)

**11:29 pm**: **Jones** is waiting on **Holland** who is "getting ready to pull up" (1882)

**11:32 pm**: agrees with **Carter** to meet in the morning (1884)

**September 23, 2005 (Friday)**

**8:43 am**: calls **Demetris Johnson**, **Jones** is "trying to holler at" him, they will talk later

**9:18 am**: calls **Carlos Reyna** and says "10 minutes" (1913)

**9:46 am**: calls **Kevin Holland** and they make plans to meet on Branch (1920/1921)

**10:56 am**: meets with **Holland**, who is "outside" (1941)

**12:54 pm**: calls **Reyna** and says "I'll be there" because he had to meet with a promoter at the club (1966)

**2:49 pm**: calls **Johnson** and asks him to meet at the circle in 12 minutes (1980)

**2:52 pm**: calls **Mike Huggins**, they agree to meet later (1981)

**3:00 pm**: leaves a message for **Kirk Carter** to call him back (1984)

**3:52 pm**: calls **Jackson** and tells him that he "left it with John" because he needed to meet his wife (2000)

**7:00 pm**: calls **Huggins**, **Jones** is at his door (2023)

**7:47 pm**: meets with **Carter** outside his workplace, Nutrition Inc. (2024/2027)

**8:03 pm**: calls **Pauline Spence**, **Jones** is "outside" her house (2029)

**10:32 pm**: calls **Holland**, they will meet at Chris's shop (1937)

**September 24, 2005 (Saturday)**

    **12:08 pm**: calls **John Adams**, who says he gave **Jones** $24 in two little stacks (2059)

    **12:15 pm**: calls **Alvin Proctor** who says he gave **Jones** $5 in "two big stacks and the rest in singles" (2063)

    **9:02 pm**: calls **Demetris Johnson**, who will meet **Jones** at Levels (2125)

    **10:38 pm**: **Kevin Holland** calls and says he is behind the Club by the garage (2137)

**September 25, 2005 (Sunday)**

    **11:54 am**: calls **Mike Huggins** and asks whether his "man been through yet?" **Jones** is "getting ready to take care of something" (2166)

    **11:56 am**: calls **Carlos Reyna** and tells him he will be there in 10 minutes (2168)

    **1:10 pm**: calls **Kevin Holland** and asks him to meet on Branch Avenue, Holland can be there in 25 minutes (2173); they meet at 2:10 pm (2197)

    **1:10 pm**: calls **Huggins**, does not leave a message (2174)

    **1:13 pm**: calls **Demetris Johnson** and tells him he only has 6 tickets left, and he is "riding around," one dude has already said he wants one; they agree to meet on Branch Avenue in 15 minutes (2176)

    **1:32 pm**: **John Adams** returns **Jones's** message, and **Jones** says he is going to come to John's house (2189)

    **9:50 pm**: calls **Holland** to check and make sure that **Holland** "will be alright"; **Holland** is planning to see **Jones** first thing in the morning

**September 26, 2005 (Monday)**

**Roel Bermea** arrives at 9508 Potomac Drive

**6:35 pm**: calls **Primo**, tells him he has 9 discs left, they are getting ready, working round the clock, and should have everything together by Wednesday (2376)

**7:34 pm**: calls **Bermea** and tells him "15 minutes"

**7:52 pm**: agrees to meet with **Kirk Carter** at Levels (2387)

**9:43 pm**: agrees to meet with **Demetris Johnson** at Levels (2410)

**9:53 pm**: calls **John Adams** and says he'll meet him in 10 minutes (2419)

**9:54 pm**: leaves a message for **Mike Huggins** to call him (2421)

**9:58 pm**: calls **Reyna** and tells him he'll be there in "15 to 20 minutes" (2422)

**11:09 pm**: calls **Kevin Holland** and tells him he can meet him in the morning (2434)

**11:21 pm**: calls **Huggins**, they discuss how many tickets Mike has, Jones agrees to hold a VIP for Huggins until tomorrow (2442)

**11:33 pm**: calls **Adrian Jackson** and asks if he is going to "get the last one"; **Jackson** says yes (2443)

**11:39 pm**: calls **Jackson** again, and they agree to meet at **John's** house (2444)

**11:47 pm**: calls **Huggins** and says he'll be there in 10-15 minutes (2451)

**11:59 pm**: calls **Adams**, and says he is around the corner (2453)

**September 27, 2005 (Tuesday)**

**12:10 am**: agrees to meet **Demetris Johnson** on Branch Avenue (2454)

**12:13 am**: agrees to meet **Adrian Jackson** where they usually meet (2456)

**12:26 am**: calls **Kirk Carter** and says he'll see him in the morning (2467)

**9:08 am**: agrees to meet **Kevin Holland** where "Toby used to work" (2479); meet at 10:09 am (2493)

**11:41 am**: **Carter** calls and says he will be at the Club in minute, **Jones** will call **Lawrence Maynard** and tell him (2508)

**11:44 am**: calls **Maynard** and tells him that **Kevin** is downstairs and has something for **Jones**, **Maynard** should hold it for **Jones** (2519)

**11:45 am**: calls **Carter** back and tells him that **Maynard** has that box for him (2521)

**11:48 am**: calls **Holland** and tells him that **Lawrence** is waiting on him; **Holland** is at the club and sees **Maynard**(2524)

**1:17 pm**: calls **Maynard** and tells him that there is a lot of "dead time" right now at the club, and encourages him to work harder (2534)

**4:28 pm**: calls **Carter** and confirms that **Carter** came through the club (2557)

**7:24 pm**: calls **Demetris Johnson** who is "waiting on a few phone calls" and will call **Jones** back (2585)

**8:43 pm**: calls **John Adams** and asks if anything is happening; **Jones** says that he needs to get these people to go so they can come back (2599)

**8:47 pm**: calls **Mike Huggins** and asks if "anything is happening"; frustrated, "damn, these people gonna be mad at me, I told 'em, I be doing ah'ight for 'em so they could go" (2600)

**8:48 pm**: calls **Johnson** asking for some good news to give these people (2601)

**8:54 pm**: calls **Carlos Reyna** and says he will see him later on; **Reyna** says "OK, I have more work for you" (2602)

20

**8:57 p.m.**: asks **Adams** if he is working on anything; **Adams** says is man Ron is gonna get his ticket tomorrow; **Jones** has to run around there because he didn't keep his word (2603)

**9:25 pm**: calls **Pauline Spence** and asks her if "anything is happening," he is trying to get these people to go (2604)

**9:51 pm**: Jeep arrives at Potomac Drive, remains until 10:31 (GPS) – tracking device installed today at approximately 4pm

**September 28, 2005 (Wesnesday)**

**12:16 pm**: calls **Adrian Jackson**, they discuss housing prices; at end of call, **Jones** tells **Jackson** that he still has some good news because "Unc's brother might need a little help"; they agree to talk when they see each other (2668)

**4:36 pm**: calls **Kevin Holland** and tells him that he might have some good news for him later on (2702)

**4:58 pm**: **Carlos Reyna** calls and asks whether **Jones** is coming, **Jones** will come later on (2704)

**5:28 pm**: calls **Mike Huggins**, says he is trying to make the rounds (2712)

**5:30 pm**: **John Adams** calls, they discuss the ticket **Jones** left for Youngin, Jones says "it's still his" and says that **John** can give it to him; **Jones** tells **Adams** that he needs some help right now

**5:32 pm**: calls **Adams** back, **Adams** won't be finished with his tickets until tomorrow, everyone is giving **Jones** the "same old song," he will make some more calls (2716)

**5:34 pm**: calls **Holland**, **Holland** will call him back (2717)

**5:35 pm**: calls **Pauline Spence**, she will call him when she is over there (2718)

**5:37 pm**: calls **Jackson,** saying "we'll talk to my uncle, right . . . ain't nothing happening with you, is it?"; they will meet at Levels (2719)

**5:38 pm**: calls **Kirk Carter**, **Carter** is still selling his tickets, **Jones** is trying to make his rounds so he can take care of something (2720)

**7:02 pm**: **Reyna** calls and says "Roel is here"; **Jones** says he is trying to take care of something so he can come through there (2736)

**7:28 pm**: calls **Huggins** and says he is on his way – Jeep to **Huggins's** house at 8:11 pm for 20 minutes (GPS)

**7:31 pm**: calls **Demetris Johnson**, who might have some slight good news for him (2738)

**8:10 pm**: calls **Adams**, asks if he has any good news – Jeep to **Adams's** house at 8:30 pm for 22 minutes (2755/2756) (GPS)

**9:10 pm**: **Jackson** calls, he is at the CVS, **Jones** will be right there (2767) (GPS)

**9:35 pm**: Jeep at Potomac Drive until 10:16 pm (GPS)

**9:55 pm**: **Gregory Hawkins** calls, they will meet at the house

**10:18 pm**: calls **Kevin Holland**, who says "two" (2787)

**10:34 pm**: Jeep at Steed Road for 13 minutes (GPS)

**September 29, 2005 (Thursday)**

**7:33 am**: calls **Roel Bermea** and **Carlos Reyna**  and says "15 minutes" (2805/2806)

**8:08 am**: calls **Kevin Holland** on his other phone, **Holland** says it is supposed to be "three contracts" (2814)

**8:27 am**: Jeep at Potomac Drive until 9:08 am (GPS)

**9:10 am**: calls **Holland** and tells him he is en route (2820)

**9:21 am**: Jeep at Steed Road for 8 minutes (GPS)

**9:28 am**: **Holland** calls and says he is across the street from the apartment parking joint (2833)

**8:06 pm**: calls **Mike Huggins** who says that he is supposed to meet up with Playboy tonight (2920)

**8:18 pm**: asks **John Adams** to tell him some good news (2922)

**8:28 pm**: meets with **Holland** at the Club (2923) (GPS)

**9:32 pm**: meets with **Kirk Carter** at the Club (2937) (GPS)

**10:13 pm**: agrees to meet with **Pauline Spence** at her house; Jeep there (2945/2946) (GPS)

**10:32 pm**: agrees to meet with **Adrian Jackson** on Martin Luther King Avenue; Jeep there (2950) (GPS)

**10:57** pm: Jeep at **Adams's** house until 11:18 pm (2964) (GPS)

**11:21 pm**: calls **Bermea** and says he will see them in the morning (2969)

**September 30, 2005 (Friday)**

**8:32 am**: agrees to meet at **Demetris Johnson's** house; Jeep there (2972/2973) (GPS)

**9:49 am**: agrees to meet at Potomac Drive with **Roel Bermea** and **Carlos Reyna**; Jeep there until 10:48 am (2977/2978) (GPS)

**10:30 am**: calls **Kevin Holland** and asks whether he is "sure about [his] man wanting the other, um, ticket for the show tonight" (2985)

**11:16 am**: agrees to meet with **Greg Hawkins** near the old apartment; Jeep at Summit Circle (2991/2993) (GPS)

**11:25 am**: agrees to meet with **Holland** at the post office; Jeep there (2997/3005) (GPS)

**1:39 pm**: **John Adams** calls and asks about how many tickets are left, **Jones** can't do 5 VIPs because they are almost sold out and then everyone else will be short (3032)

**5:55 pm**: **Mike Huggins** calls and says he wants 4 tickets, which "sounds like good news" to **Jones** (3087)

**8:16 pm**: calls **Johnson** and is "checking to see if anything is happening" (3109)

**9:07 pm**: **Huggins** calls, **Jones** tells him that his manager **John** will come by to save **Mike** a trip to the club (3118)

**9:10 pm**: calls **John Adams** and asks him to go to **Mike's** house to pick up something on his way to the club (3119)

**9:33 pm**: meets with **Holland** at the club (3122/3123/3125) (GPS)

**11:15 pm**: meets with **Adams** at the club (3132/3133) (GPS)

**October 1, 2005 (Saturday)**

**9:51 am**: calls **Derrick Barrett** and tells him to catch up with John (3167)

**10:38 am**: calls **John Adams** and tells him he needs jerseys for **Brian**, **Tyrone** and **Derrick**, saying that **Derrick** will get part of the jersey and wondering whether **Adams** can iron over it (3178)

**4:23 pm**: calls **Kevin Holland** and asks "was all the tickets finished?" (3219)

**5:15 pm**: calls **Adams** and asks why he only gave **Derrick** his jersey and not the ones for **Brian** and **Ty**; they discuss how **Adams** got to "go um swimming" and that the pool looks a lot better (3237)

**5:20 pm**: calls **Derrick Barrett** and tells him to give **Ty** a 3-1 jersey; also discuss 6-2 (3240)

**6:42 pm**: meets with **Holland** at Levels (3262/3267) (GPS)

**7:03 pm**: calls **Bermea** and tells him he'll be there in 15 or 20 minutes and they discuss what happened to "the three" (3273); calls **Reyna** and tells him 15 or 20 minutes (3274)

**7:35 pm**: agrees to meet with **Demetris Johnson** at McDonald's; jeep there (3276) (GPS)

**7:52 pm**: calls **Lawrence Maynard** and they discuss club business, then says that he is "going to see unc" in a minute (3277)

**7:56 pm**: Jeep at Potomac Drive for one hour (GPS)

**October 2, 2005 (Sunday)**

**6:29 pm**: calls John Adams, who tells him that he needs one more ticket because he only
has 3 left and the dude he wants four tickets; they agree to discuss it more in a
few minutes, because Jones is "right down the street" from Adams's house
(3374)

**6:31 pm**: calls **Mike** Huggins to see "what's happening," Huggins says "you can stop by;
Jeep there (3373) (GPS)


**October 3, 2005 (Monday)**

**9:54 am**: calls **John Adams** and asks whether the dude came and got those three tickets;
**Jones** wants **Adams** to call him as soon as he sells the tickets because Jones
needs to pay the lease today (3431)

**2:36 pm**:  calls **Demetris Johnson** and tells him he is trying to save him a few tickets
(3480)

**3:20 pm**: calls **Pauline Spence** who says "come whenever you are ready"; **Jones** calls
back and says "I'm going to pull up"(3487/3488); Jeep there at 3:24 pm (GPS)

**3:30 pm**: agrees to meet **Greg Hawkins** on Bates Street (3485/3486); Jeep there (GPS)

**4:58 pm**: calls **Adams** and asks for good news; **Adams** is "waiting on him now" (3511)

**5:30 pm**: calls **Hawkins**, says "I'm on 95, I'm on my way"(3514); Jeep at Steed Road
(GPS)

**5:58 pm**: calls **Adams** who tells him that he sold the tickets; they agree to meet in the
morning (3518)

**7:13 pm**:  calls **Roel Bermea** and says "I'll probably meet you in the morning" (3527)

**October 4, 2005 (Tuesday)**

      **11:08 am**: agrees to meet with **John Adams** (3564); Jeep at John's house (GPS)

      **11:33 am**: agrees to meet with **Roel Bermea** (3582); Jeep at Potomac Drive for 15 minutes (GPS) (surveillance), back to Potomac Dr at 11:45, leaves at 11:46am

      **4:25 pm**: speaks with **Bermea** who tells him that they will have the party on Saturday after all (3612)

**October 5, 2005 (Wednesday)**

      **8:49 am**: agrees to meet with **Demetris Johnson** at **Johnson's** house (3632); Jeep there (GPS)

      **11:10 am**: **Mike Huggins** calls, they discuss how many tickets **Huggins** has left, he had 2, he sold 1 and a half, he now has a half ticket left (3665/3667)

      **11:52 am**: calls **Pauline Spence** and tells her that it's supposed to be here soon (3674)

      **1:10 pm**: talks to **John Adams** about bar money, 3 bottles of Remy, and a dispute over whether it was 1983 or 1985; **Jones** and **Maynard** went over it twice and **Adams** is wrong (3685/3686/3687/3690)

      **7:45 pm**: agrees to meet with **Huggins** at **Huggins's** house (3747); Jeep there (GPS)

**October 6, 2005 (Thursday)**

      **8:58 pm**: agrees to meet with **Mike Huggins** at **Huggins's** house (3884); Jeep there at 9:11 pm (GPS)

**October 7, 2005 (Friday)**

    **3:23 pm**:  calls **Roel Bermea** who says "that's tomorrow . . . tomorrow it's a done deal"
        (3976)


**October 8, 2005 (Saturday)**

    **1:43 am**: calls Alvin Proctor who says "yeah, we straight, we waiting for you to come";
        **Jones says** that he will talk to his uncle tomorrow, and that Proctor should put
        something in an envelope for **Maynard**, who knows what to do with it (4074)

    **1:55 am**: calls **Derrick Barrett** and tells him to put something in an envelope and give it
        to **Maynard**

    **11:25 am**: calls **Roel Bermea**, who informs him that something has been delayed
        (4112)

    **12:26 pm**: Jeep at Potomac Drive (GPS), through 12:37 pm

    **12:44 pm**: calls unknown person and says the rain delayed the party, that it will probably
        happen tomorrow (4140)

    **12:46 pm**: calls **Kevin Holland**, and says that he talked to his uncle and the rain delayed
        the party (4142)

    **6:06 pm**: discusses with **Lawrence Maynard** the financial problems the Club is having,
        how they can't make their payroll obligations (4169)

    **7:38 pm**: tells **Mike Huggins** that they cancelled out for today (4194)

**October 9, 2005 (Sunday)**

 **11:14 am**: calls **Roel Bermea**, who tells **Jones** that he will call as soon as it arrives
  (4231)

**October 10, 2005 (Monday)**

 **6:05 pm**: call from **Primo** "probably next week, we gonna go by over there . . . 7 or 8
  days" (4376)

 **9:34 pm**: **Roel Bermea** calls **Jones** and tells him that "my friend, he should be getting
  here in about 4 hours" (#4384)

**October 11, 2005 (Tuesday)**

**7:39 am**: calls **Roel Bermea** at Potomac Drive, who tells him "I got it here already" (4390)

**7:41 am**: leaves a message for **Adrian Jackson** to call him; **Jackson** calls back, they agree to meet shortly by Chris's office (4392/4393/4403)

**7:46 am**: calls **John Adams**, tells him to call when he is back home (4394)

**7:49 am**: calls **Mike Huggins**, tells him to call when he gets done with work (4395)

**7:56 am**: calls **Kevin Holland**, they make plans to meet later (4398)

**7:58 am**: calls **Demetris Johnson**, they make plans to meet later (4399)

**8:27 am**: agrees to meet with **Jackson** at CVS (4408); Jeep at Silver Hill/Branch  (GPS)

**8:43 am**: calls **Roel Bermea**, and says that he'll be there in about 20 minutes (4409); Jeep at Potomac Drive from 9:15 am until 11:39 am  (GPS)

**11:38 am**:  calls **Jackson** and says he is on his way (4424)

**11:54 am**: agrees to meet with **Adams** at **Adams's** house; Jeep there (GPS)

**11:56 am**:  asks **Huggins** how many tickets he needs; **Huggins** needs "about 8" (4433)

**4:09 pm**: meets with **Pauline Spence** at **Spence's** house (4477/4478); Jeep there (GPS)

**5:19 pm**: calls **Adams** and asks if he can "run around" because "**Mike** was uh asking about" him (4491)

**5:20 pm**: calls **Huggins** and tells him he only has "4 left" (4492)

**8:00 pm**: agrees to meet with **Holland** at the 501 Club (4505/4506); Jeep there (GPS)

**11:07 pm**: agrees to meet with **Huggins** at **Huggins's** house (4527); Jeep there at 11:14 pm (GPS)

**11:27pm**: agrees to meet with **Adams** at **Adams's** house (4528); Jeep there (GPS)

**October 12, 2005 (Wednesday)**

**12:36 pm**: **Roel Bermea** calls **Jones** and tells him that "the girls are coming tomorrow night"; **Jones** replies "tell Shirley I said hi"(#4571)

**12:44 pm**: calls **John Adams** and tells him "sometime tomorrow" (#4572)

**12:47 pm**: calls **Gregory Hawkins** and tells him "I was talking to your uncle, they ah, um, he said they going to come talk to you tomorrow" (#4574)

**1:40 pm**: tells **Mike Huggins** "sometime tomorrow, man" (#4585)

**3:05 pm**: calls **Adrian Jackson** and tells him "tomorrow, your uncle, tomorrow" (#4595)

**7:40 pm**: calls **Gregory Hawkins** and says that he'll see him because "their uncle say he going to see us probably tomorrow, tomorrow evening" (4620)

**9:18 pm**: **Kevin Holland** calls, he wants to borrow $7,000 for an event, **Jones** tells **Holland** that "your Uncle was talking to me and he supposed to be in tomorrow anyway" (4633/4634)


**October 13, 2005 (Thursday)**

**12:44 pm**: calls **Roel Bermea** and tells him that he has to make a couple of runs but needs to come talk to **Bermea** about something (4681)

**2:51 pm**: calls **Mike Huggins** and asks whether "Playboy" is "just looking for the tickets" (4715)

**2:53 pm**: tells **Kirk Carter** "might be this evening, your cousin was telling me this evening" (4716)

**5:25pm**: **Bermea** tells **Jones** that he is going to "meet the girls" after 8pm; they discuss "VIP tickets" (4735);

**7:13 pm**: calls **Bermea** and says he's "5-10 minutes away"(4760); Jeep there at 7:24 (GPS)

**October 14, 2005 (Friday)**

**6:19 am: Jones** calls **Roel Bermea**, no audio recorded (#4791)

**6:35 am**: Jeep to Steed Road until 6:50 am (GPS)

**7:03 am**: Jeep to Potomac Drive until approx 8:15 am (8:17 on Oxon Hill Rd) (GPS)

**8:16 am**: calls **Kirk Carter** and leaves message to give **Jones** a call (#4801)

**8:17 am**: calls **Kevin Holland** and they agree to meet at the circle by Branch Ave (#4802)

**8:19 am**: calls **Demetris Johnson** and they agree to meet at the circle by Branch Ave (#4803)

**8:21 am**: calls **Mike Huggins** at work and tells him to tell his wife **Jones** is on his way over (#4805)

**8:43 am**: Jeep to Steed Road for 26 minutes (GPS)

**9:21 am**: Jeep to **John Adams's** house (GPS)

**9:25 am**: Donald Hunter calls and says he needs to see **Jones** (#4814)

**9:35 am**: calls Carter from **John's** house and tells him "whenever you ready" (#4818)

**10:23 am**: agrees to go to **Huggins's** house (4816/4824); Jeep there (GPS)

**10:30 am**: agrees to meet with **Johnson** at the Circle (4815/4823); Jeep there (Old Silver Hill and Branch) (GPS)

**10:43 am**: agrees to meet with **Holland**; Jeep  further down Silver Hill Road (4827/4828/4829) (GPS)

**10:49 am**: calls **Pauline Spence** twice and tells her "I was talking to your Uncle" (#4830/4835)

**11:30 am**: (approximate) **Donald Hunter** meets **Jones** at Levels and gives him $5,750 for a quarter-kilogram of cocaine; they agree that **Jones** will call **Hunter** when it's ready

**11:45am**: **Donald Hunter** arrested

**2:33 pm**: calls **Carter** and says that he'll catch up with him after he gets back from Baltimore with his wife (4870)

**3:08 pm**: batteries die on GPS tracking device on **Jones's** Jeep

**3:26 pm**: calls **Demetris Johnson** and tells him to "tell 'em to be ready" (4885)

**4:23 pm**: **John Adams** tells **Jones** that people are complaining about the quality of the "whole ticket" (#4890)

**5:45 pm**: **Adams** tells **Jones** that people want their money back (#4897)

**6:32 pm**: calls **Adams** and tells him he is on his way (#4899)

**6:35 pm**: calls **Kevin Holland** and they agree to meet in a few hours; **Jones** has "people knocking at [his] door for that contract" (#4903)

**6:36 pm**: calls **Kirk Carter** and tells him to give **Jones** a call (4904)

**6:44 pm**: calls **Roel Bermea** and tells him he needs to talk to him (#4910)

**6:45 pm**: leaves another message for **Carter** to give him a call (4911)

**7:04 pm**: **Mike Huggins** calls and tells **Jones** "'bout two, 'bout two more hours" (#4913)

**7:05 pm**: **Johnson** complains about quality, says he needs "about two shirts" (#4914)

**7:15 pm**: calls **Huggins** again and tells him he's got to take care of some business out there and that **Huggins** should call back in 20 minutes (4915)

**8:05 pm**: **Jones** and **Johnson** agree to meet in 15 minutes "where [they] were at this morning"

**8:06 pm**: calls **Adams** and tells him where to meet for Jones to pick up something (4923)

**8:29 pm**: calls **Donald Hunter**, no message left (#4925)

**8:41 pm**: agrees to meet with **Johnson** shortly  (4929)

**8:46pm**: calls **Donald Hunter** and tells him "hey, holler at me" (#4930)

**8:48 pm**: calls **Huggins** and tells him to call, that he is leaving **Huggins's** house right now (4932)

**10:48 pm**: calls **Holland** who will be ready in about 20 minutes (4952)

**11:32 pm**: calls **Holland** again, who says he is just trying to finish up (4959)

**October 15, 2005 (Saturday)**

      **12:07 am**: meets with **Kevin Holland** (#4961)

      **12:09 am**: calls **Demetris Johnson** (#4962)

      **12:10 am**: calls **Adrian Jackson** (#4963)

      **12:10 am**: calls **Lawrence Maynard** (#4964)

      **10:10 am**:  calls **Johnson** who is trying to catch up with "two dudes" and will call **Jones** soon (#4997)

      **10:27 am**: agrees to meet **Mike Huggins** at Lowe's (#5000)

      **10:55 am**: tells **Gregory Hawkins** that he is on his way to meet him (#5001)

      **11:04 am**: calls **Donald Hunter** and leaves message to call him (#5006)

      **11:45 am**: meets **Huggins** at Lowes (#5014/5015)

      **11:50 am**: calls **Roel Bermea** and tells him he'll be at Potomac Drive in 10 minutes (#5018)

      **2:39 pm**: calls **Gregory Hawkins** and says he will be there (#5031)

      **2:43 pm**: calls **John Adams** who tells him that the "party was cool with brother-in-law" and that the flyers were pretty good (5033)

      **3:38 pm**: meets with **Kirk Carter** (#5056)

      **3:44 pm**: tells **Huggins** that he's got the VIP (#5059)

      **3:45 pm**: agrees to meet with **Adams** at **Adams's** house (#5060)

      **3:46 pm**: calls **Hunter** and tells him to holler at him (#5061)

      **3:52 pm**:  **Johnson** calls and says he is still waiting for someone to call (#5065)

      **7:17 pm**: calls **Johnson** who has someone waiting for him, he will meet **Jones** at the Club afterwards (#5076)

      **7:26 pm**: calls **Adrian Jackson**, **Jones** is waiting for **Johnson**, **Jackson** will come that way (5081)

**7:34 pm**: calls **Pauline Spence**, she is busy, they will meet in the morning (#5083)

**7:57 pm**: agrees to meet with **Demetris Johnson** (#5090)

**9:17 pm**:  **Johnson** calls, **Jones** says that he is "trying to straighten up" that mess (#5107)

**9:57 pm**: calls **Johnson** and they agree to meet again in 10-15 minutes (#5114)


**October 16, 2005 (Sunday)**

**9:07 am**:  **Demetris Johnson** calls and says "both of them broke up real bad" (5134)

**5:43 pm**: calls **Adrian Jackson** and they discuss how Levels is not making any money, they are only working one day a week (5171)

**5:54 pm**:  **Johnson** calls, **Jones** has people calling for **Johnson's** music (#5174)

**6:01 pm**: tells **John Adams** he will be to **Adams's** house in 5-10 minutes (#5177)

**6:50 pm**: meets with **Mike Huggins** at **Huggins's** house (#5167/5188/5193)

**7:26 pm**: calls **Kevin Holland** and tells him he is getting ready to meet him (#5201/5215)

**7:39 pm**: agrees to meet **Pauline Spence** at her house shortly (#5216/5217)

**11:51 pm**: agrees to meet **Adrian Jackson** at 12:15 am (10/17/05)

**October 17, 2005 (Monday)**

>**12:31 am**: agrees to meet **Kevin Holland** at "Mom's Joint" in 20 minutes (#5264)

>morning: Roel Bermea leaves, says he "took off, I am going to be off for a day    or two" (#5315)

>**10:39 am**:  **Johnson** calls and talks of "wrestling," "swimming," and says "it's a go" (#5254)

>**4:34 pm**: calls **John Adams** and asks whether anything is happening; **Adams** is waiting for cuz to get off work (5296)

>**4:51 pm**: calls **Kirk Carter** to discuss prices of tickets (#5297)

**October 18, 2005 (Tuesday)**

>No pertinent calls

**October 19, 2005 (Wednesday)**

>**10:13 am**: calls **John Adams** who says that he hasn't gotten rid of any of those tickets yet, but that it should be today though (5390)

>**11:15 am**: **Primo** calls from Texas and says that the "tickets" are on their way and should be there by Friday the 21st (#5400/5401)

>**12:58 pm**: bateries on GPS tracker on Jones's Jeep replaced

>**1:45 pm**: Angel Goodman goes to Levels to get **Donald Hunter's** money back; **Jones** tells **Maynard** to check and see who it is; Goodman gives **Maynard** a note regarding the money for **Maynard** to give to **Jones**; **Jones** and Goodman agree to meet the next day, **Jones** will "put it in an envelope" for her (#5429/5433/5435/5436/5437/5442/5443/5444/5445)

>**5:19 pm**: **Roel Bermea** calls **Jones** and tells him he is back at Potomac Drive (#5477)

**October 20, 2005 (Thursday)**

**9:49 am**: calls **Demetris Johnson** and they agree to meet shortly at the lot (#5556) (GPS)

**5:14 pm**: agrees to meet with **Gregory Hawkins** (5704); Jeep at Steed Road, remains until 6:16 pm (GPS)

**5:11 pm**: agrees to meet with **Roel Bermea** (5709); Jeep at Potomac Drive at 6:30 pm, remains until 7:36 pm (GPS)

**7:44 pm**: calls **Kevin Holland** and tells him he is headed to meet him (#5736)

**7:51 pm**: calls **Mike Huggins** who tells **Jones** he will call when he gets home (#5741)

**7:53 pm:** Angel Goodman calls **Jones** and says that she is on her way to the Club (#5742)

**7:56 pm**: calls **Adrian Jackson**, offers to go to his house, **Jackson** does not want **Jones** to come to his house, they agree to meet at Levels (#5744)

**7:57 pm**: agrees to meet with **John Adams** at **Adams's** house (#5745); Jeep there (GPS)

**8:24 pm**: Jeep arrives at Levels, remains until 9:35 pm (GPS)

**9:37 pm**: agrees to meet with **Pauline Spence** at **Spence's** house (#5767); Jeep there (GPS)

**October 21, 2005 (Friday)**

    **10:38 am**: calls **Mike Huggins** who says that he has 4 tickets, and needs 4 more (#5783)

    **11:18 am**: agrees to meet with **John Adams** at **Adams's** house; Jeep there (GPS)

    **7:35 pm**: agrees to meet with **Demetris Johnson** (#5879) (GPS)

    **7:58 pm**: agrees to meet at **Adams's** house (#5880); Jeep there until 8:45 pm (GPS)

    **8:47 pm**: tells **Huggins** he gave something to Anja Huggins (#5889/5890); Jeep at **Huggins's** house (GPS)

    **9:01 pm**: agrees to meet **Gregory Hawkins** (5862); Jeep at Steed Road at 9:06 am, remained until 10:02 pm (GPS)

**October 22, 2005 (Saturday)**

    No calls.

**October 23, 2005 (Sunday)**

Incoming calls, throughout the day from **Kevin Holland** (8, 2 messages left),**John Adams** (7, 2 messages left), **Mike Huggins** (8, 1 message left), **Adrian Jackson** (2)

**7:56 pm**: calls **Huggins**, tells him he is going to make his "rounds" (#6019)

**8:07 pm**: calls **Demetris Johnson**, leaves message to call him (#6020)

**8:08 pm**: calls **Kirk Carter** and they agree to get together that night (#6021)

**8:14 pm**: calls **Huggins**, they agree to meet in Clinton, MD (#6024)

**8:19 pm**: calls **Gregory Hawkins**, who wants to wait to meet until morning (#6026)

**8:30 pm**: meets with **Huggins** in Clinton (#6033) (GPS)

**8:35 pm**: calls **Jackson**, and tells him he is making his "rounds" (#6034)

**8:48 pm**: meets with **Adams** at **Adams's** house, collected **John's** money (#6040) (GPS)

**9:00 pm**: meets with **Huggins** at **Huggins's** house (GPS)

**9:07 pm**: calls **Pauline Spence**, she is not home, they agree to meet in the morning (#6044)

**9:11 pm**: calls **Carter**, leaves a message that "it's here" (#6045)

**9:25 pm**: meets with **Carter** at his apartment on Pomeroy Road, SE, until 10:04 pm (#6046/6048/6055) (GPS)

**10:07 pm**: calls **Holland** and says that he is "out here making my rounds" so he can "take care of those contracts for ah ah ah that band," **Jones** says that "it's a definite,"that he just has to "touch base with all the musicians and stuff;" they agree to meet early the next morning (#6060/6061)

**October 24, 2005 (Monday)**

**6:00 am**: search warrants and arrests of **Jones** and others

**8:53 am**: **Kevin Holland** calls **Jones**, no message; 10 more calls from **Holland** this day