USA_DC
09/27/05 21:25:43 local; 38°54'53"N 76°58'34"W; 0; DC: 1955 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:25:53 local; 38°54'53"N 76°58'34"W; 0; DC: 1955 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:03 local; 38°54'53"N 76°58'33"W; 2; DC: 1957 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:13 local; 38°54'53"N 76°58'33"W; 2; DC: 1959 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:23 local; 38°54'53"N 76°58'33"W; 2; DC: 1956 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:33 local; 38°54'53"N 76°58'33"W; 0; DC: 1956 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:43 local; 38°54'53"N 76°58'33"W; 0; DC: 1956 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:26:53 local; 38°54'53"N 76°58'33"W; 3; DC: 1960 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:27:03 local; 38°54'54"N 76°58'35"W; 15; DC: 1939 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:27:13 local; 38°54'57"N 76°58'39"W; 31; DC: 1893 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:27:23 local; 38°55'00"N 76°58'41"W; 20; DC: 1861 MONTANA AVE NE, Washington, USA_DC
09/27/05 21:27:33 local; 38°55'01"N 76°58'39"W; 12; DC: RAMP, Washington, USA_DC
09/27/05 21:27:43 local; 38°55'01"N 76°58'34"W; 26; DC: US HWY 1 ALT, USAHWY
09/27/05 21:27:53 local; 38°55'01"N 76°58'29"W; 32; DC: US HWY 1 ALT, Washington, USA_DC
09/27/05 21:28:03 local; 38°55'01"N 76°58'23"W; 32; DC: US HWY 1 ALT, USAHWY
09/27/05 21:28:13 local; 38°55'02"N 76°58'17"W; 31; DC: US HWY 50, USAHWY
09/27/05 21:28:23 local; 38°55'02"N 76°58'10"W; 37; DC: US HWY 50, USAHWY
09/27/05 21:28:33 local; 38°55'02"N 76°58'02"W; 45; DC: US HWY 50, USAHWY
09/27/05 21:28:43 local; 38°55'01"N 76°57'53"W; 50; DC: US HWY 50, USAHWY
09/27/05 21:28:53 local; 38°55'01"N 76°57'44"W; 51; DC: US HWY 50, USAHWY
09/27/05 21:29:03 local; 38°55'00"N 76°57'35"W; 48; DC: 3404 US HWY 50, Washington, USA_DC
09/27/05 21:29:13 local; 38°55'01"N 76°57'27"W; 43; DC: US HWY 50, USAHWY
09/27/05 21:29:23 local; 38°55'04"N 76°57'19"W; 49; DC: US HWY 50, Washington, USA_DC
09/27/05 21:29:33 local; 38°55'08"N 76°57'10"W; 56; DC: US HWY 50, USAHWY
09/27/05 21:29:43 local; 38°55'08"N 76°56'57"W; 70; DC: US HWY 50, Washington, USA_DC
09/27/05 21:29:53 local; 38°55'06"N 76°56'46"W; 64; ANACOSTIA RIVER PARK: Nameless street, Washington, USA_DC
09/27/05 21:30:03 local; 38°55'05"N 76°56'36"W; 55; ANACOSTIA RIVER PARK: US HWY 50, Washington, USA_DC
09/27/05 21:30:13 local; 38°55'05"N 76°56'25"W; 56; MD: US HWY 50, USAHWY
09/27/05 21:30:23 local; 38°55'07"N 76°56'15"W; 59; MD: US HWY 50, USAHWY

09/27/05 21:30:33 local; 38°55'08"N 76°56'05"W; 55; MD: US HWY 50, USAHWY
09/27/05 21:30:43 local; 38°55'06"N 76°56'01"W; 23; MD: Nameless street, USAHWY
09/27/05 21:30:53 local; 38°55'03"N 76°56'00"W; 25; MD: Nameless street, District 2 Bladensburg, USA_MD
09/27/05 21:31:03 local; 38°55'02"N 76°55'59"W; 8; MD: Nameless street, USAHWY
09/27/05 21:31:13 local; 38°55'02"N 76°55'58"W; 8; MD: Nameless street, District 2 Bladensburg, USA_MD
09/27/05 21:31:23 local; 38°54'59"N 76°55'56"W; 22; MD: AMTRAK RAILROAD, District 2 Bladensburg, USA_MD
09/27/05 21:31:33 local; 38°54'52"N 76°55'57"W; 46; MD: STATE HWY 295 N, District 2 Bladensburg, USA_MD
09/27/05 21:31:43 local; 38°54'46"N 76°56'00"W; 51; MD: STATE HWY 295 N, District 2 Bladensburg, USA_MD
09/27/05 21:31:53 local; 38°54'39"N 76°56'06"W; 52; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:32:03 local; 38°54'32"N 76°56'12"W; 59; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:32:13 local; 38°54'25"N 76°56'18"W; 62; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:32:23 local; 38°54'18"N 76°56'24"W; 55; DC: Nameless street, Washington, USA_DC
09/27/05 21:32:33 local; 38°54'14"N 76°56'30"W; 48; DC: STATE HWY 295, USAHWY
09/27/05 21:32:43 local; 38°54'08"N 76°56'36"W; 50; DC: STATE HWY 295, USAHWY
09/27/05 21:32:53 local; 38°54'04"N 76°56'42"W; 42; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:33:03 local; 38°53'59"N 76°56'48"W; 45; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:33:13 local; 38°53'55"N 76°56'53"W; 45; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:33:23 local; 38°53'50"N 76°57'00"W; 47; DC: Nameless street, Washington, USA_DC
09/27/05 21:33:33 local; 38°53'45"N 76°57'06"W; 51; DC: Nameless street, Washington, USA_DC
09/27/05 21:33:43 local; 38°53'39"N 76°57'13"W; 53; DC: STATE HWY 295, USAHWY
09/27/05 21:33:53 local; 38°53'33"N 76°57'18"W; 53; DC: STATE HWY 295, USAHWY
09/27/05 21:34:03 local; 38°53'27"N 76°57'24"W; 53; DC: Nameless street, Washington, USA_DC
09/27/05 21:34:13 local; 38°53'22"N 76°57'32"W; 55; DC: STATE HWY 295, USAHWY
09/27/05 21:34:23 local; 38°53'18"N 76°57'40"W; 48; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:34:34 local; 38°53'11"N 76°57'44"W; 49; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 21:34:44 local; 38°53'03"N 76°57'47"W; 60; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:34:54 local; 38°52'54"N 76°57'50"W; 62; ANACOSTIA RIVER PARK: STATE HWY 295, USAHWY
09/27/05 21:35:04 local; 38°52'46"N 76°57'55"W; 64; ANACOSTIA RIVER PARK: STATE HWY 295, USAHWY
09/27/05 21:35:14 local; 38°52'38"N 76°58'03"W; 67; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 21:35:24 local; 38°52'32"N 76°58'13"W; 68; ANACOSTIA RIVER PARK: Nameless street, USAHWY
09/27/05 21:35:34 local; 38°52'31"N 76°58'25"W; 67; DC: Exit 5, USAHWY
09/27/05 21:35:44 local; 38°52'28"N 76°58'35"W; 58; DC: STATE HWY 295, Washington, USA_DC
09/27/05 21:35:54 local; 38°52'24"N 76°58'43"W; 53; DC: STATE HWY 295, USAHWY

09/27/05 21:36:04 local; 38°52'21"N 76°58'50"W; 44; DC: STATE HWY 295, Washington, USA_DC

09/27/05 21:36:14 local; 38°52'17"N 76°58'56"W; 42; DC: STATE HWY 295, USAHWY

09/27/05 21:36:24 local; 38°52'14"N 76°59'03"W; 44; DC: STATE HWY 295, USAHWY

09/27/05 21:36:34 local; 38°52'11"N 76°59'12"W; 53; DC: STATE HWY 295, USAHWY

09/27/05 21:36:44 local; 38°52'06"N 76°59'20"W; 55; DC: STATE HWY 295, USAHWY

09/27/05 21:36:54 local; 38°52'01"N 76°59'26"W; 50; DC: I 295 N, Washington, USA_DC

09/27/05 21:37:04 local; 38°51'55"N 76°59'31"W; 49; DC: B AND O RAILROAD, Washington, USA_DC

09/27/05 21:37:14 local; 38°51'50"N 76°59'38"W; 50; DC: Nameless street, Washington, USA_DC

09/27/05 21:37:24 local; 38°51'48"N 76°59'47"W; 52; DC: I 295 N, USAHWY

09/27/05 21:37:34 local; 38°51'46"N 76°59'56"W; 50; DC: I 295 N, USAHWY

09/27/05 21:37:44 local; 38°51'43"N 77°00'05"W; 56; DC: I 295 S, USAHWY

09/27/05 21:37:54 local; 38°51'36"N 77°00'11"W; 57; DC: I 295 S, USAHWY

09/27/05 21:38:04 local; 38°51'28"N 77°00'13"W; 58; DC: I 295 N, USAHWY

09/27/05 21:38:14 local; 38°51'19"N 77°00'16"W; 67; DC: I 295 N, USAHWY

09/27/05 21:38:24 local; 38°51'10"N 77°00'21"W; 67; DC: I 295 N, Washington, USA_DC

09/27/05 21:38:35 local; 38°51'00"N 77°00'27"W; 68; DC: I 295 S, USAHWY

09/27/05 21:38:49 local; 38°50'47"N 77°00'26"W; 64; DC: I 295 S, USAHWY

09/27/05 21:38:59 local; 38°50'38"N 77°00'26"W; 62; DC: I 295 N, Washington, USA_DC

09/27/05 21:39:09 local; 38°50'29"N 77°00'28"W; 64; DC: I 295 N, Washington, USA_DC

09/27/05 21:39:19 local; 38°50'19"N 77°00'31"W; 75; DC: I 295 N, Washington, USA_DC

09/27/05 21:39:29 local; 38°50'10"N 77°00'37"W; 71; DC: I 295 N, USAHWY

09/27/05 21:39:39 local; 38°50'01"N 77°00'43"W; 71; DC: I 295 N, USAHWY

09/27/05 21:39:49 local; 38°49'52"N 77°00'50"W; 73; SHEPARD PARKWAY: I 295 N, USAHWY

09/27/05 21:39:59 local; 38°49'43"N 77°00'58"W; 72; DC: I 295 N, USAHWY

09/27/05 21:40:09 local; 38°49'35"N 77°01'02"W; 64; DC: 5040 OVERLOOK AVE SW, Washington, USA_DC

09/27/05 21:40:19 local; 38°49'24"N 77°01'01"W; 72; DC: I 295 S, Washington, USA_DC

09/27/05 21:40:30 local; 38°49'12"N 77°01'01"W; 77; DC: I 295 N, USAHWY

09/27/05 21:40:40 local; 38°49'00"N 77°01'04"W; 84; DC: I 295 N, Washington, USA_DC

09/27/05 21:40:50 local; 38°48'50"N 77°01'10"W; 78; DC: I 295 N, USAHWY

09/27/05 21:41:00 local; 38°48'41"N 77°01'17"W; 75; DC: I 295 N, USAHWY

09/27/05 21:41:26 local; 38°48'20"N 77°01'20"W; 57; DC: I 295 N, Washington, USA_DC

09/27/05 21:41:41 local; 38°48'01"N 77°01'13"W; 90; OXON HILL FARM: I 295 N, USAHWY

09/27/05 21:41:51 local; 38°47'53"N 77°01'07"W; 67; MD: Nameless street, District 12 Oxon Hill, USA_MD

09/27/05 21:42:01 local; 38°47'45"N 77°01'01"W; 64; MD: Nameless street, District 12 Oxon Hill, USA_MD

09/27/05 21:42:11 local; 38°47'41"N 77°00'52"W; 57; MD: Nameless street, Fort Washington, USA_MD

09/27/05 21:42:21 local; 38°47'42"N 77°00'42"W; 52; MD: Nameless street, Fort Washington, USA_MD

09/27/05 21:42:31 local; 38°47'47"N 77°00'34"W; 58; MD: Nameless street, USAHWY

09/27/05 21:42:41 local; 38°47'52"N 77°00'25"W; 56; MD: Nameless street, USAHWY

09/27/05 21:42:51 local; 38°47'57"N 77°00'18"W; 54; MD: Nameless street, USAHWY

09/27/05 21:43:01 local; 38°48'00"N 77°00'10"W; 50; MD: Nameless street, USAHWY

09/27/05 21:43:11 local; 38°47'59"N 77°00'00"W; 51; MD: Nameless street, USAHWY

09/27/05 21:43:21 local; 38°47'54"N 76°59'55"W; 47; MD: Nameless street, USAHWY

09/27/05 21:43:31 local; 38°47'48"N 76°59'59"W; 42; MD: DRIVEWAY, Fort Washington, USA_MD

09/27/05 21:43:41 local; 38°47'48"N 77°00'08"W; 46; MD: DRIVEWAY, Fort Washington, USA_MD

09/27/05 21:43:51 local; 38°47'49"N 77°00'11"W; 19; MD: 6929 STATE HWY 414, Fort Washington, USA_MD

09/27/05 21:44:01 local; 38°47'46"N 77°00'12"W; 22; MD: 6965 STATE HWY 414, Fort Washington, USA_MD

09/27/05 21:44:11 local; 38°47'39"N 77°00'10"W; 49; MD: STATE HWY 414, USAHWY

09/27/05 21:44:21 local; 38°47'33"N 77°00'11"W; 42; MD: STATE HWY 414, USAHWY

09/27/05 21:44:31 local; 38°47'26"N 77°00'11"W; 44; MD: 7223 DOMINION DR, Fort Washington, USA_MD

09/27/05 21:44:41 local; 38°47'20"N 77°00'13"W; 46; MD: 7328 DOMINION DR, Fort Washington, USA_MD

09/27/05 21:44:51 local; 38°47'14"N 77°00'15"W; 43; MD: 7457 DOMINION DR, Fort Washington, USA_MD

09/27/05 21:45:01 local; 38°47'07"N 77°00'16"W; 46; MD: 7576 ABBINGTON DR, Fort Washington, USA_MD

09/27/05 21:45:11 local; 38°47'02"N 77°00'18"W; 37; MD: 237 CEDAR RIDGE DR, Fort Washington, USA_MD

09/27/05 21:45:21 local; 38°46'58"N 77°00'21"W; 34; MD: 247 CAREYBROOK LN, Fort Washington, USA_MD

09/27/05 21:45:31 local; 38°46'52"N 77°00'21"W; 43; MD: 7931 ESTHER DR, Fort Washington, USA_MD

09/27/05 21:45:41 local; 38°46'45"N 77°00'21"W; 44; MD: 129 KERBY HILL RD, Fort Washington, USA_MD

09/27/05 21:45:51 local; 38°46'39"N 77°00'19"W; 45; MD: 8140 OXON HILL RD, Fort Washington, USA_MD

09/27/05 21:46:01 local; 38°46'38"N 77°00'22"W; 16; MD: 8004 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:46:11 local; 38°46'38"N 77°00'27"W; 29; MD: 8050 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:46:21 local; 38°46'40"N 77°00'33"W; 35; MD: 8108 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:46:31 local; 38°46'39"N 77°00'38"W; 29; MD: 8188 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:46:41 local; 38°46'35"N 77°00'42"W; 35; MD: 8232 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:46:51 local; 38°46'31"N 77°00'45"W; 32; FORT FOOTE PLAY GROUND: 8276 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:47:01 local; 38°46'28"N 77°00'49"W; 32; MD: 8340 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:47:11 local; 38°46'24"N 77°00'52"W; 32; MD: 281 BLACKBERRY DR, Fort Washington, USA_MD

09/27/05 21:47:21 local; 38°46'21"N 77°00'54"W; 26; MD: 8496 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:47:31 local; 38°46'18"N 77°00'57"W; 26; MD: 8528 LOUGHRAN RD, Fort Washington, USA_MD

09/27/05 21:47:41 local; 38°46'16"N 77°01'02"W; 32; MD: 8606 E FORT FOOTE TER, Fort Washington, USA_MD

09/27/05 21:47:51 local; 38°46'15"N 77°01'07"W; 30; MD: 8629 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:48:01 local; 38°46'13"N 77°01'13"W; 30; MD: 8675 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:48:11 local; 38°46'12"N 77°01'18"W; 30; MD: 8707 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:48:21 local; 38°46'10"N 77°01'21"W; 25; MD: 8604 DOVER ST, Fort Washington, USA_MD

09/27/05 21:48:31 local; 38°46'07"N 77°01'24"W; 28; MD: 8776 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:48:41 local; 38°46'04"N 77°01'28"W; 25; MD: 8822 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:48:51 local; 38°46'01"N 77°01'28"W; 21; MD: 978 JESSICA DR, Fort Washington, USA_MD

09/27/05 21:49:01 local; 38°45'58"N 77°01'28"W; 24; MD: 8966 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:49:11 local; 38°45'55"N 77°01'29"W; 17; MD: 9020 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:49:21 local; 38°45'51"N 77°01'28"W; 30; MD: 9108 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:49:31 local; 38°45'45"N 77°01'27"W; 41; MD: 1201 MERTON TRL, Fort Washington, USA_MD

09/27/05 21:49:41 local; 38°45'39"N 77°01'26"W; 41; MD: 9306 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:49:51 local; 38°45'33"N 77°01'26"W; 40; MD: 9388 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:50:01 local; 38°45'32"N 77°01'25"W; 10; MD: 9502 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 21:50:11 local; 38°45'28"N 77°01'25"W; 30; MD: 1178 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 21:50:21 local; 38°45'27"N 77°01'27"W; 15; MD: 1222 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 21:50:31 local; 38°45'27"N 77°01'30"W; 18; MD: 1259 SANDY BAR DR, Fort Washington,

USA_MD
09/27/05 21:50:41 local; 38°45'27"N 77°01'33"W; 16; MD: 1291 SANDY BAR DR, Fort Washington, USA_MD
09/27/05 21:50:51 local; 38°45'27"N 77°01'35"W; 9; MD: 9663 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:01 local; 38°45'29"N 77°01'36"W; 9; MD: 9605 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:11 local; 38°45'29"N 77°01'35"W; 8; MD: 9574 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:21 local; 38°45'30"N 77°01'34"W; 3; MD: 9576 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:31 local; 38°45'30"N 77°01'34"W; 3; MD: 9570 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:41 local; 38°45'30"N 77°01'33"W; 1; MD: 9570 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:51:51 local; 38°45'30"N 77°01'33"W; 0; MD: 9570 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:01 local; 38°45'30"N 77°01'33"W; 0; MD: 9570 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:11 local; 38°45'30"N 77°01'33"W; 0; MD: 9570 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:21 local; 38°45'29"N 77°01'33"W; 3; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:31 local; 38°45'29"N 77°01'33"W; 0; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:41 local; 38°45'29"N 77°01'33"W; 0; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:52:51 local; 38°45'29"N 77°01'33"W; 0; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:01 local; 38°45'29"N 77°01'33"W; 0; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:11 local; 38°45'29"N 77°01'33"W; 0; MD: 9584 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:21 local; 38°45'29"N 77°01'33"W; 6; MD: 9622 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:31 local; 38°45'29"N 77°01'33"W; 0; MD: 9622 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:41 local; 38°45'29"N 77°01'33"W; 2; MD: 9606 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:53:51 local; 38°45'29"N 77°01'33"W; 0; MD: 9606 POTOMAC DR, Fort Washington, USA_MD
09/27/05 21:54:01 local; 38°45'29"N 77°01'33"W; 0; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

file:///El/M667480.gps.txt

09/27/05 21:54:11 local; 38°45'30"N 77°01'32"W; 9; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:55:05 local; 38°45'30"N 77°01'32"W; 1; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:55:15 local; 38°45'29"N 77°01'33"W; 4; MD: 9602 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:55:25 local; 38°45'29"N 77°01'33"W; 3; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:55:35 local; 38°45'29"N 77°01'33"W; 3; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:56:37 local; 38°45'30"N 77°01'32"W; 1; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:56:47 local; 38°45'30"N 77°01'32"W; 3; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:56:57 local; 38°45'29"N 77°01'32"W; 1; MD: 9596 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:57:07 local; 38°45'29"N 77°01'33"W; 1; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:57:45 local; 38°45'29"N 77°01'33"W; 2; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:57:55 local; 38°45'29"N 77°01'34"W; 2; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:58:05 local; 38°45'29"N 77°01'33"W; 1; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:58:15 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:58:25 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:58:40 local; 38°45'29"N 77°01'34"W; 1; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:59:03 local; 38°45'29"N 77°01'33"W; 2; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:59:21 local; 38°45'30"N 77°01'33"W; 1; MD: 9578 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:59:31 local; 38°45'30"N 77°01'33"W; 3; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:59:41 local; 38°45'29"N 77°01'33"W; 2; MD: 9588 POTOMAC DR, Fort Washington, USA_MD

09/27/05 21:59:51 local; 38°45'29"N 77°01'33"W; 1; MD: 9588 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:00:01 local; 38°45'30"N 77°01'33"W; 2; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:00:22 local; 38°45'28"N 77°01'33"W; 5; MD: 9644 POTOMAC DR, Fort Washington,

USA_MD

09/27/05 22:00:32 local; 38°45'29"N 77°01'33"W; 9; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:00:46 local; 38°45'30"N 77°01'33"W; 1; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:00:56 local; 38°45'29"N 77°01'34"W; 4; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:06 local; 38°45'29"N 77°01'34"W; 1; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:16 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:26 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:36 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:46 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:01:56 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:02:06 local; 38°45'29"N 77°01'33"W; 5; MD: 9622 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:02:16 local; 38°45'28"N 77°01'33"W; 3; MD: 9634 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:02:59 local; 38°45'28"N 77°01'34"W; 1; MD: 9628 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:03:09 local; 38°45'29"N 77°01'33"W; 4; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:03:19 local; 38°45'29"N 77°01'33"W; 1; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:03:30 local; 38°45'29"N 77°01'33"W; 3; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:03:52 local; 38°45'28"N 77°01'32"W; 2; MD: 1273 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:04:02 local; 38°45'29"N 77°01'32"W; 5; MD: 1273 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:04:30 local; 38°45'29"N 77°01'32"W; 1; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:04:40 local; 38°45'30"N 77°01'32"W; 4; MD: 9582 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:04:50 local; 38°45'29"N 77°01'32"W; 4; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:05:00 local; 38°45'30"N 77°01'34"W; 12; MD: 9554 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:05:15 local; 38°45'27"N 77°01'32"W; 17; MD: 1279 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:05:25 local; 38°45'26"N 77°01'32"W; 4; MD: 1278 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:05:38 local; 38°45'29"N 77°01'34"W; 18; MD: 9588 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:05:48 local; 38°45'29"N 77°01'34"W; 2; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:05:58 local; 38°45'29"N 77°01'35"W; 4; MD: 9582 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:06:31 local; 38°45'31"N 77°01'32"W; 6; MD: 1344 THORNTON PKWY, Fort Washington, USA_MD

09/27/05 22:07:01 local; 38°45'30"N 77°01'33"W; 3; MD: 9572 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:07:11 local; 38°45'29"N 77°01'32"W; 6; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:07:21 local; 38°45'29"N 77°01'32"W; 2; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:07:31 local; 38°45'28"N 77°01'33"W; 3; MD: 9632 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:07:41 local; 38°45'28"N 77°01'33"W; 5; MD: 9650 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:09:13 local; 38°45'28"N 77°01'28"W; 3; MD: 1231 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:09:51 local; 38°45'29"N 77°01'31"W; 5; MD: 1265 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:10:01 local; 38°45'28"N 77°01'31"W; 6; MD: 1263 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:10:11 local; 38°45'28"N 77°01'32"W; 7; MD: 1273 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:10:34 local; 38°45'29"N 77°01'33"W; 4; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:10:44 local; 38°45'29"N 77°01'33"W; 1; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:10:54 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:11:04 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:11:14 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:11:24 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:11:34 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington,

USA_MD

09/27/05 22:11:44 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:11:54 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:04 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:14 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:24 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:34 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:44 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:12:54 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:13:04 local; 38°45'29"N 77°01'33"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:13:29 local; 38°45'29"N 77°01'26"W; 14; MD: 1149 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:13:39 local; 38°45'30"N 77°01'33"W; 36; MD: 9578 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:13:49 local; 38°45'30"N 77°01'33"W; 1; MD: 9576 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:13:59 local; 38°45'30"N 77°01'33"W; 0; MD: 9576 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:14:09 local; 38°45'30"N 77°01'33"W; 0; MD: 9576 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:14:19 local; 38°45'30"N 77°01'33"W; 0; MD: 9576 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:14:29 local; 38°45'29"N 77°01'33"W; 2; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:14:41 local; 38°45'29"N 77°01'33"W; 0; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:14:51 local; 38°45'29"N 77°01'33"W; 2; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:01 local; 38°45'29"N 77°01'34"W; 1; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:11 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:21 local; 38°45'29"N 77°01'34"W; 0; MD: 9594 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:31 local; 38°45'29"N 77°01'34"W; 2; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:41 local; 38°45'29"N 77°01'34"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:15:51 local; 38°45'29"N 77°01'34"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:01 local; 38°45'29"N 77°01'34"W; 0; MD: 9604 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:11 local; 38°45'29"N 77°01'33"W; 3; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:21 local; 38°45'29"N 77°01'33"W; 0; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:31 local; 38°45'29"N 77°01'33"W; 0; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:41 local; 38°45'29"N 77°01'33"W; 0; MD: 9598 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:16:51 local; 38°45'29"N 77°01'33"W; 2; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:17:12 local; 38°45'29"N 77°01'34"W; 0; MD: 9586 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:17:22 local; 38°45'29"N 77°01'33"W; 1; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:17:32 local; 38°45'29"N 77°01'33"W; 1; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:17:42 local; 38°45'29"N 77°01'33"W; 0; MD: 9590 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:17:52 local; 38°45'29"N 77°01'33"W; 1; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:18:02 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:18:12 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:18:22 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:18:32 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:18:42 local; 38°45'29"N 77°01'33"W; 0; MD: 9600 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:21:11 local; 38°45'31"N 77°01'34"W; 1; MD: 1360 THORNTON PKWY, Fort Washington, USA_MD

09/27/05 22:21:21 local; 38°45'30"N 77°01'33"W; 12; MD: 9580 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:22:00 local; 38°45'29"N 77°01'33"W; 2; MD: 9606 POTOMAC DR, Fort Washington,

USA_MD
09/27/05 22:22:10 local; 38°45'30"N 77°01'33"W; 6; MD: 9582 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:22:20 local; 38°45'30"N 77°01'33"W; 1; MD: 9576 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:24:27 local; 38°45'29"N 77°01'33"W; 0; MD: 9606 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:24:37 local; 38°45'29"N 77°01'33"W; 2; MD: 9598 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:25:21 local; 38°45'29"N 77°01'31"W; 3; MD: 1265 SANDY BAR DR, Fort Washington, USA_MD
09/27/05 22:26:08 local; 38°45'29"N 77°01'34"W; 3; MD: 9592 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:26:18 local; 38°45'29"N 77°01'32"W; 8; MD: 9602 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:26:28 local; 38°45'29"N 77°01'32"W; 1; MD: 9606 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:26:54 local; 38°45'30"N 77°01'32"W; 2; MD: 9586 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:09 local; 38°45'29"N 77°01'33"W; 6; MD: 9588 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:19 local; 38°45'30"N 77°01'33"W; 2; MD: 9578 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:29 local; 38°45'30"N 77°01'33"W; 0; MD: 9578 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:39 local; 38°45'30"N 77°01'33"W; 0; MD: 9578 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:49 local; 38°45'29"N 77°01'34"W; 3; MD: 9590 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:27:59 local; 38°45'29"N 77°01'34"W; 0; MD: 9590 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:28:37 local; 38°45'30"N 77°01'33"W; 1; MD: 9576 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:28:47 local; 38°45'29"N 77°01'34"W; 5; MD: 9582 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:28:57 local; 38°45'29"N 77°01'34"W; 1; MD: 9590 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:29:07 local; 38°45'29"N 77°01'34"W; 0; MD: 9590 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:29:56 local; 38°45'29"N 77°01'33"W; 2; MD: 9630 POTOMAC DR, Fort Washington, USA_MD
09/27/05 22:30:06 local; 38°45'29"N 77°01'33"W; 2; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:31:10 local; 38°45'28"N 77°01'33"W; 1; MD: 9650 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:31:20 local; 38°45'29"N 77°01'34"W; 11; MD: 9584 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:31:30 local; 38°45'29"N 77°01'33"W; 6; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:31:40 local; 38°45'29"N 77°01'34"W; 3; MD: 9606 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:31:50 local; 38°45'28"N 77°01'34"W; 6; MD: 9642 POTOMAC DR, Fort Washington, USA_MD

09/27/05 22:32:00 local; 38°45'27"N 77°01'33"W; 11; MD: 1285 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:32:10 local; 38°45'27"N 77°01'30"W; 17; MD: 1251 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:32:20 local; 38°45'27"N 77°01'26"W; 18; MD: 1179 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:32:30 local; 38°45'29"N 77°01'26"W; 8; MD: 1159 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:32:40 local; 38°45'30"N 77°01'27"W; 12; MD: 1127 SANDY BAR DR, Fort Washington, USA_MD

09/27/05 22:32:50 local; 38°45'32"N 77°01'28"W; 13; MD: 9439 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:33:00 local; 38°45'34"N 77°01'28"W; 15; MD: 9385 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:33:10 local; 38°45'37"N 77°01'29"W; 23; MD: 9331 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:33:20 local; 38°45'42"N 77°01'30"W; 33; MD: 1280 ARCHERY DR, Fort Washington, USA_MD

09/27/05 22:33:30 local; 38°45'47"N 77°01'31"W; 40; MD: 1236 VERDUN TRL, Fort Washington, USA_MD

09/27/05 22:33:40 local; 38°45'53"N 77°01'31"W; 38; MD: 1247 FORTSIDE DR, Fort Washington, USA_MD

09/27/05 22:33:50 local; 38°45'59"N 77°01'32"W; 43; MD: 8931 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:34:00 local; 38°46'04"N 77°01'31"W; 36; FORT FOOTE NATIONAL PARK: 8847 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:34:10 local; 38°46'09"N 77°01'28"W; 36; MD: 8781 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:34:20 local; 38°46'14"N 77°01'25"W; 39; MD: 642 BONNIE MEADOW LN, Fort Washington, USA_MD

09/27/05 22:34:30 local; 38°46'14"N 77°01'18"W; 39; MD: 8705 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:34:40 local; 38°46'16"N 77°01'12"W; 35; MD: 8653 FORT FOOTE RD, Fort Washington,

USA_MD

09/27/05 22:34:50 local; 38°46'17"N 77°01'06"W; 32; MD: 8617 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:35:00 local; 38°46'20"N 77°01'01"W; 34; MD: 410 POTOMAC VALLEY DR, Fort Washington, USA_MD

09/27/05 22:35:10 local; 38°46'22"N 77°00'57"W; 25; MD: 8483 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:35:20 local; 38°46'24"N 77°00'56"W; 18; MD: 8441 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:35:30 local; 38°46'30"N 77°00'52"W; 42; MD: 8337 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:35:40 local; 38°46'36"N 77°00'48"W; 50; MD: 326 RIVER BEND RD, Fort Washington, USA_MD

09/27/05 22:35:50 local; 38°46'41"N 77°00'43"W; 39; MD: 248 RIVER BEND RD, Fort Washington, USA_MD

09/27/05 22:36:00 local; 38°46'43"N 77°00'38"W; 31; MD: 203 RIVER BEND RD, Fort Washington, USA_MD

09/27/05 22:36:10 local; 38°46'42"N 77°00'32"W; 36; MD: 8107 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:36:20 local; 38°46'40"N 77°00'24"W; 44; MD: 8037 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:36:30 local; 38°46'39"N 77°00'22"W; 14; MD: 8013 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:36:40 local; 38°46'38"N 77°00'22"W; 2; MD: 8011 FORT FOOTE RD, Fort Washington, USA_MD

09/27/05 22:36:50 local; 38°46'40"N 77°00'22"W; 12; MD: 8095 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:37:00 local; 38°46'45"N 77°00'24"W; 37; MD: 7933 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:37:10 local; 38°46'53"N 77°00'26"W; 54; MD: 7831 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:37:20 local; 38°46'59"N 77°00'25"W; 47; MD: 7729 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:37:30 local; 38°47'05"N 77°00'23"W; 43; MD: 184 PANORAMA DR, Fort Washington, USA_MD

09/27/05 22:37:40 local; 38°47'09"N 77°00'20"W; 28; MD: 7595 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:37:50 local; 38°47'13"N 77°00'19"W; 30; MD: 7531 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:38:00 local; 38°47'17"N 77°00'18"W; 31; MD: 7443 OXON HILL RD, Fort Washington, USA_MD

09/27/05 22:38:10 local; 38°47'22"N 77°00'17"W; 36; MD: 7281 OXON HILL RD, Fort Washington, USA_MD

file:///E|/M667480.gps.txt

09/27/05 22:38:20 local; 38°47'28"N 77°00'16"W; 38; MD: STATE HWY 414, USAHWY
09/27/05 22:38:30 local; 38°47'34"N 77°00'15"W; 41; MD: 7107 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:38:40 local; 38°47'40"N 77°00'14"W; 44; MD: 7037 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:38:50 local; 38°47'45"N 77°00'13"W; 34; MD: 6979 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:39:00 local; 38°47'46"N 77°00'12"W; 11; MD: 6961 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:39:10 local; 38°47'47"N 77°00'12"W; 4; MD: 6955 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:39:20 local; 38°47'47"N 77°00'12"W; 2; MD: 6953 STATE HWY 414, Fort Washington, USA_MD
09/27/05 22:39:30 local; 38°47'49"N 77°00'11"W; 15; MD: STATE HWY 414, USAHWY
09/27/05 22:39:40 local; 38°47'55"N 77°00'09"W; 46; MD: STATE HWY 414, USAHWY
09/27/05 22:39:50 local; 38°48'03"N 77°00'06"W; 54; MD: OXON HILL FARM RD, Fort Washington, USA_MD
09/27/05 22:40:00 local; 38°48'06"N 76°59'59"W; 46; MD: Nameless street, USAHWY
09/27/05 22:40:10 local; 38°48'06"N 76°59'56"W; 13; MD: STATE HWY 414, USAHWY
09/27/05 22:40:20 local; 38°48'06"N 76°59'56"W; 1; MD: STATE HWY 414, USAHWY
09/27/05 22:40:30 local; 38°48'06"N 76°59'55"W; 10; MD: STATE HWY 210, USAHWY
09/27/05 22:40:40 local; 38°48'09"N 76°59'54"W; 20; MD: STATE HWY 210, USAHWY
09/27/05 22:40:50 local; 38°48'13"N 76°59'54"W; 30; MD: STATE HWY 210, USAHWY
09/27/05 22:41:00 local; 38°48'17"N 76°59'54"W; 26; MD: STATE HWY 210, USAHWY
09/27/05 22:41:10 local; 38°48'19"N 76°59'51"W; 19; MD: Nameless street, USAHWY
09/27/05 22:41:20 local; 38°48'17"N 76°59'49"W; 18; MD: Nameless street, District 12 Oxon Hill, USA_MD
09/27/05 22:41:30 local; 38°48'14"N 76°59'51"W; 22; MD: I 95 S, USAHWY
09/27/05 22:41:40 local; 38°48'11"N 76°59'55"W; 35; MD: I 95 N, Fort Washington, USA_MD
09/27/05 22:41:50 local; 38°48'07"N 77°00'03"W; 50; MD: I 95 N, USAHWY
09/27/05 22:42:00 local; 38°48'03"N 77°00'10"W; 47; MD: I 95 N, USAHWY
09/27/05 22:42:10 local; 38°47'59"N 77°00'18"W; 53; MD: I 95 N, USAHWY
09/27/05 22:42:20 local; 38°47'54"N 77°00'28"W; 65; MD: I 95 N, USAHWY
09/27/05 22:42:30 local; 38°47'49"N 77°00'39"W; 67; MD: I 95 N, Fort Washington, USA_MD
09/27/05 22:42:40 local; 38°47'47"N 77°00'48"W; 53; MD: Nameless street, USAHWY
09/27/05 22:42:50 local; 38°47'48"N 77°00'57"W; 52; MD: Nameless street, USAHWY
09/27/05 22:43:00 local; 38°47'51"N 77°01'04"W; 41; MD: Nameless street, USAHWY
09/27/05 22:43:10 local; 38°47'55"N 77°01'09"W; 42; MD: Nameless street, District 12 Oxon Hill, USA_MD
09/27/05 22:43:20 local; 38°48'00"N 77°01'13"W; 38; MD: I 295 N, District 12 Oxon Hill, USA_MD
09/27/05 22:43:30 local; 38°48'06"N 77°01'17"W; 46; MD: I 295 S, USAHWY
09/27/05 22:43:40 local; 38°48'13"N 77°01'20"W; 52; MD: I 295 S, District 12 Oxon Hill, USA_MD
09/27/05 22:43:50 local; 38°48'21"N 77°01'21"W; 58; DC: I 295 S, USAHWY

09/27/05 22:44:00 local; 38°48'30"N 77°01'21"W; 62; DC: I 295 N, Washington, USA_DC
09/27/05 22:44:10 local; 38°48'40"N 77°01'18"W; 68; DC: I 295 S, USAHWY
09/27/05 22:44:20 local; 38°48'49"N 77°01'13"W; 73; DC: I 295 S, USAHWY
09/27/05 22:44:30 local; 38°48'58"N 77°01'07"W; 71; DC: I 295 N, Washington, USA_DC
09/27/05 22:44:40 local; 38°49'08"N 77°01'02"W; 70; DC: I 295 N, USAHWY
09/27/05 22:44:50 local; 38°49'18"N 77°00'59"W; 71; DC: I 295 N, USAHWY
09/27/05 22:45:00 local; 38°49'27"N 77°00'59"W; 69; DC: Nameless street, Washington, USA_DC
09/27/05 22:45:10 local; 38°49'37"N 77°00'59"W; 67; DC: I 295 N, USAHWY
09/27/05 22:45:20 local; 38°49'46"N 77°00'57"W; 62; DC: I 295 S, USAHWY
09/27/05 22:45:30 local; 38°49'54"N 77°00'52"W; 65; DC: I 295 S, USAHWY
09/27/05 22:45:40 local; 38°50'02"N 77°00'46"W; 65; DC: 298 OVERLOOK AVE SW, Washington, USA_DC
09/27/05 22:45:50 local; 38°50'11"N 77°00'39"W; 72; DC: 252 OVERLOOK AVE SW, Washington, USA_DC
09/27/05 22:46:00 local; 38°50'20"N 77°00'33"W; 70; DC: S CAPITOL ST SW, USAHWY
09/27/05 22:46:10 local; 38°50'29"N 77°00'30"W; 68; DC: S CAPITOL ST SE, USAHWY
09/27/05 22:46:20 local; 38°50'39"N 77°00'27"W; 71; DC: I 295 S, Washington, USA_DC
09/27/05 22:46:30 local; 38°50'49"N 77°00'26"W; 69; DC: I 295 S, USAHWY
09/27/05 22:46:40 local; 38°50'59"N 77°00'26"W; 69; DC: I 295 N, Washington, USA_DC
09/27/05 22:46:50 local; 38°51'09"N 77°00'22"W; 74; DC: I 295 S, USAHWY
09/27/05 22:47:00 local; 38°51'19"N 77°00'17"W; 76; DC: I 295 S, USAHWY
09/27/05 22:47:10 local; 38°51'28"N 77°00'13"W; 64; DC: I 295 S, USAHWY
09/27/05 22:47:20 local; 38°51'35"N 77°00'11"W; 50; DC: I 295 S, USAHWY
09/27/05 22:47:30 local; 38°51'42"N 77°00'07"W; 50; DC: Nameless street, USAHWY
09/27/05 22:47:40 local; 38°51'46"N 77°00'00"W; 54; DC: Nameless street, USAHWY
09/27/05 22:47:50 local; 38°51'48"N 76°59'50"W; 54; DC: I 295 S, USAHWY
09/27/05 22:48:00 local; 38°51'50"N 76°59'41"W; 50; DC: I 295 N, Washington, USA_DC
09/27/05 22:48:10 local; 38°51'54"N 76°59'33"W; 52; DC: I 295 N, Washington, USA_DC
09/27/05 22:48:20 local; 38°52'00"N 76°59'27"W; 57; DC: Nameless street, USAHWY
09/27/05 22:48:30 local; 38°52'07"N 76°59'21"W; 53; DC: STATE HWY 295, USAHWY
09/27/05 22:48:40 local; 38°52'11"N 76°59'13"W; 55; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 22:48:50 local; 38°52'14"N 76°59'05"W; 51; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 22:49:00 local; 38°52'18"N 76°58'57"W; 47; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 22:49:10 local; 38°52'22"N 76°58'49"W; 54; DC: STATE HWY 295, USAHWY
09/27/05 22:49:20 local; 38°52'26"N 76°58'40"W; 59; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:49:30 local; 38°52'30"N 76°58'30"W; 59; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:49:40 local; 38°52'32"N 76°58'19"W; 60; ANACOSTIA RIVER PARK: STATE HWY 295, Washington, USA_DC
09/27/05 22:49:50 local; 38°52'35"N 76°58'08"W; 65; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:50:00 local; 38°52'42"N 76°57'59"W; 68; ANACOSTIA RIVER PARK: STATE HWY

295, USAHWY
09/27/05 22:50:10 local; 38°52'50"N 76°57'52"W; 72; ANACOSTIA RIVER PARK: STATE HWY 295, USAHWY
09/27/05 22:50:20 local; 38°53'00"N 76°57'48"W; 74; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:50:30 local; 38°53'10"N 76°57'44"W; 71; DC: STATE HWY 295, USAHWY
09/27/05 22:50:40 local; 38°53'18"N 76°57'38"W; 66; DC: STATE HWY 295, USAHWY
09/27/05 22:50:50 local; 38°53'23"N 76°57'30"W; 57; DC: E CAPITOL ST NE, USAHWY
09/27/05 22:51:00 local; 38°53'28"N 76°57'23"W; 53; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:51:10 local; 38°53'35"N 76°57'16"W; 57; DC: STATE HWY 295, USAHWY
09/27/05 22:51:20 local; 38°53'41"N 76°57'10"W; 59; DC: STATE HWY 295, USAHWY
09/27/05 22:51:30 local; 38°53'48"N 76°57'03"W; 58; DC: STATE HWY 295, USAHWY
09/27/05 22:51:40 local; 38°53'54"N 76°56'55"W; 60; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:51:50 local; 38°54'00"N 76°56'47"W; 59; DC: STATE HWY 295, Washington, USA_DC
09/27/05 22:52:00 local; 38°54'06"N 76°56'40"W; 60; DC: STATE HWY 295, USAHWY
09/27/05 22:52:10 local; 38°54'12"N 76°56'33"W; 58; DC: STATE HWY 295, USAHWY
09/27/05 22:52:20 local; 38°54'18"N 76°56'26"W; 56; DC: STATE HWY 295, USAHWY
09/27/05 22:52:30 local; 38°54'24"N 76°56'19"W; 54; DC: STATE HWY 295, USAHWY
09/27/05 22:52:40 local; 38°54'31"N 76°56'14"W; 56; DC: STATE HWY 295, USAHWY
09/27/05 22:52:50 local; 38°54'38"N 76°56'07"W; 59; DC: STATE HWY 295, USAHWY
09/27/05 22:53:00 local; 38°54'44"N 76°56'02"W; 54; MD: STATE HWY 295 S, USAHWY
09/27/05 22:53:10 local; 38°54'50"N 76°55'57"W; 50; MD: STATE HWY 295 N, District 2 Bladensburg, USA_MD
09/27/05 22:53:20 local; 38°54'57"N 76°55'56"W; 46; MD: STATE HWY 295 N, USAHWY
09/27/05 22:53:30 local; 38°55'03"N 76°55'56"W; 44; MD: STATE HWY 295 N, District 2 Bladensburg, USA_MD
09/27/05 22:53:40 local; 38°55'09"N 76°55'55"W; 43; MD: STATE HWY 295 N, District 2 Bladensburg, USA_MD
09/27/05 22:53:50 local; 38°55'14"N 76°55'54"W; 32; MD: Nameless street, USAHWY
09/27/05 22:54:00 local; 38°55'12"N 76°55'51"W; 19; MD: Nameless street, District 2 Bladensburg, USA_MD
09/27/05 22:54:10 local; 38°55'08"N 76°55'51"W; 31; MD: Nameless street, USAHWY
09/27/05 22:54:20 local; 38°55'07"N 76°55'56"W; 27; MD: US HWY 50, District 2 Bladensburg, USA_MD
09/27/05 22:54:30 local; 38°55'09"N 76°56'03"W; 43; MD: US HWY 50, District 2 Bladensburg, USA_MD
09/27/05 22:54:40 local; 38°55'09"N 76°56'12"W; 46; MD: US HWY 50, USAHWY
09/27/05 22:54:50 local; 38°55'06"N 76°56'21"W; 56; MD: US HWY 50, District 2 Bladensburg, USA_MD
09/27/05 22:55:00 local; 38°55'04"N 76°56'31"W; 58; ANACOSTIA RIVER: US HWY 50, USAHWY
09/27/05 22:55:10 local; 38°55'05"N 76°56'44"W; 67; ANACOSTIA RIVER PARK: US HWY 50, USAHWY
09/27/05 22:55:20 local; 38°55'07"N 76°56'55"W; 66; DC: US HWY 50, USAHWY
09/27/05 22:55:30 local; 38°55'09"N 76°57'07"W; 62; DC: US HWY 50, Washington, USA_DC

09/27/05 22:55:40 local; 38°55'06"N 76°57'17"W; 60; DC: US HWY 50, Washington, USA_DC
09/27/05 22:55:50 local; 38°55'01"N 76°57'26"W; 63; DC: 3610 US HWY 50, Washington, USA_DC
09/27/05 22:56:00 local; 38°55'00"N 76°57'37"W; 57; NATIONAL ARBORETUM: 3381 US HWY 50, Washington, USA_DC
09/27/05 22:56:10 local; 38°55'00"N 76°57'47"W; 56; NATIONAL ARBORETUM: US HWY 50, USAHWY
09/27/05 22:56:20 local; 38°55'01"N 76°57'56"W; 51; DC: US HWY 50, Washington, USA_DC
09/27/05 22:56:30 local; 38°55'02"N 76°58'06"W; 50; DC: US HWY 50, USAHWY
09/27/05 22:56:40 local; 38°55'02"N 76°58'13"W; 40; DC: NEW YORK AVE NE, Washington, USA_DC
09/27/05 22:56:50 local; 38°55'02"N 76°58'18"W; 27; DC: NEW YORK AVE NE, Washington, USA_DC
09/27/05 22:57:00 local; 38°55'01"N 76°58'19"W; 7; DC: US HWY 50, USAHWY
09/27/05 22:57:10 local; 38°55'01"N 76°58'19"W; 0; DC: US HWY 50, USAHWY
09/27/05 22:57:20 local; 38°55'00"N 76°58'21"W; 15; DC: 1957 BLADENSBURG RD NE, Washington, USA_DC
09/27/05 22:57:30 local; 38°54'56"N 76°58'25"W; 36; DC: 1867 BLADENSBURG RD NE, Washington, USA_DC
09/27/05 22:57:40 local; 38°54'52"N 76°58'28"W; 32; DC: 1820 BLADENSBURG RD NE, Washington, USA_DC
09/27/05 22:57:50 local; 38°54'50"N 76°58'30"W; 17; DC: 1792 BLADENSBURG RD NE, Washington, USA_DC
09/27/05 22:58:00 local; 38°54'50"N 76°58'31"W; 2; DC: 1993 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:58:10 local; 38°54'50"N 76°58'31"W; 5; DC: 1782 BLADENSBURG RD NE, Washington, USA_DC
09/27/05 22:58:20 local; 38°54'50"N 76°58'32"W; 4; MOUNT OLIVET CEMETERY: 1987 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:58:30 local; 38°54'50"N 76°58'32"W; 1; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:58:40 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:58:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:20 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:30 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1981 MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981

MONTANA AVE NE, Washington, USA_DC
09/27/05 22:59:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:20 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:30 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:00:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1981
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:20 local; 38°54'51"N 76°58'33"W; 2; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:30 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:40 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:01:50 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:00 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:10 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:20 local; 38°54'51"N 76°58'33"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:30 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:40 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:02:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:03:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:03:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC

09/27/05 23:03:20 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:03:30 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:03:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:03:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:20 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:30 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:04:50 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:10 local; 38°54'50"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:20 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:30 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:40 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:05:50 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:00 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:10 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:20 local; 38°54'51"N 76°58'32"W; 3; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:30 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:06:50 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1979

file:///El/M667480.gps.txt

MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:00 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:10 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1979
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:20 local; 38°54'51"N 76°58'32"W; 3; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:30 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:40 local; 38°54'50"N 76°58'32"W; 3; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:07:50 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:00 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:10 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:20 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:30 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:40 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:08:50 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:00 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:10 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:20 local; 38°54'51"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:30 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:40 local; 38°54'51"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:09:50 local; 38°54'50"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:10:00 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:10:10 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC
09/27/05 23:10:20 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983
MONTANA AVE NE, Washington, USA_DC

09/27/05 23:10:30 local; 38°54'50"N 76°58'32"W; 2; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:10:40 local; 38°54'50"N 76°58'32"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:10:50 local; 38°54'50"N 76°58'31"W; 2; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:00 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:10 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:20 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:30 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:40 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:11:50 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:00 local; 38°54'51"N 76°58'31"W; 2; DC: 1987 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:10 local; 38°54'51"N 76°58'31"W; 1; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:20 local; 38°54'51"N 76°58'31"W; 0; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:30 local; 38°54'51"N 76°58'31"W; 0; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:40 local; 38°54'51"N 76°58'31"W; 3; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:12:50 local; 38°54'51"N 76°58'31"W; 0; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:00 local; 38°54'51"N 76°58'31"W; 0; DC: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:10 local; 38°54'50"N 76°58'32"W; 2; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:20 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:30 local; 38°54'50"N 76°58'32"W; 0; MOUNT OLIVET CEMETERY: 1983 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:40 local; 38°54'50"N 76°58'31"W; 2; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:13:50 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington, USA_DC

09/27/05 23:14:00 local; 38°54'50"N 76°58'31"W; 0; DC: 1989 MONTANA AVE NE, Washington,