IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05-CR-386(1) (ESH) |
| | ) | |
| ANTOINE JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF ELECTRONIC FRONTIER FOUNDATION AND CENTER FOR DEMOCRACY & TECHNOLOGY IN SUPPORT OF DEFENDANT ANTOINE JONES' MOTION TO SUPPRESS CELL SITE DATA**

Pursuant to Federal Rule of Civil Procedure 65, the Electronic Frontier Foundation and Center for Democracy & Technology hereby move for leave to file an *amici curiae* brief in support of defendant Antoine Jones' motion to suppress cell site data (Dkt. No. 606). The grounds for this motion are set forth in the following memorandum of points and authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

*Amici* seek leave to file this brief because it raises critical questions about the application of the Fourth Amendment to emerging technologies.

The Electronic Frontier Foundation ("EFF") is a non-profit, member-supported organization based in San Francisco, California, that works to protect free speech and privacy rights in an age of increasingly sophisticated technology. As part of that mission, EFF has served as counsel or *amicus curiae* in many cases addressing Fourth Amendment issues raised by emerging technologies, including location-based tracking techniques such as GPS and collection of cell site tracking data. *See, e.g., United States v. Jones*, 132 S. Ct. 945 (2012); *City of Ontario v. Quon*, 130 S. Ct. 2619 (2010), *United States v. Warshak*, 631 F.3d 266 (6th Cir. 2010).

The Center for Democracy & Technology ("CDT") is a non-profit public interest organization focused on privacy and other civil liberties issues affecting the Internet, other communications networks, and associated technologies. CDT represents the public's interest in an open Internet and promotes the constitutional and democratic values of free expression, privacy, and individual liberty.

Earlier this year, the Supreme Court ruled that the government's installation of a GPS tracking device on a motor vehicle to track Antoine Jones' location over a prolonged period of time constituted a Fourth Amendment search. *Jones*, 132 S. Ct. 945. On remand, Jones now moves to suppress data obtained from his cell phone provider — without a warrant — that the government acquired to monitor Jones' location over six months.

This case raises important questions with implications larger than the immediate matter. Specifically, the Court must decide whether the government is required to obtain a warrant based on probable cause to obtain data from a cellular service provider for the purpose of tracking a subscriber's location for six months. The resolution of this question will have a significant impact on the privacy of the hundreds of millions of Americans who carry a cell phone. Given the invasive nature of cell phone tracking, EFF and CDT urge the Court to rule that a search warrant is required for the government to obtain cell site information to track a person over a prolonged period of time.

EFF and CDT have long been interested in the constitutionality of warrantless searches and seizures, including filing an *amici curiae* brief in this very case when it was before the Supreme Court. EFF and CDT have also actively litigated the constitutionality of requests made under the Stored Communications Act for cell site tracking information, most recently in *In re:*

*Application of the United States of America for Historical Cell Site Data*, No. 11-20884 (5th Cir. 2012).

For these reasons, we respectfully request that the Court grant *amici* leave to file their brief in support of defendant Antoine Jones' motion to suppress cell site data.

Pursuant to D.D.C. Local Rule 7(m), counsel for *amici* has discussed this brief with counsel for both the government and the defendant. Counsel for Antoine Jones has informed undersigned counsel Marcia Hofmann that his client does not object to the filing of this *amici* brief. Ms. Hofmann spoke via telephone with Assistant United States Attorney Arvind K. Lal on August 9 and Assistant United States Attorney Darlene M. Soltys on August 10 to ascertain the government's position on the filing of this *amici* brief. To date, the government has not expressed a position.

DATED:  August 13, 2012                                  Respectfully submitted,

                                                                            */s/ Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136
HANNI FAKHOURY
JON B. EISENBERG
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
marcia@eff.org

Counsel for *Amici Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES, | : | Case No. 05-cr-386(1) (ESH) |
| Plaintiff, | : | Trial 5/7/12 |
| v. | : | |
| ANTOINE JONES, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, I served the following documents:

- NOTICE OF APPEARANCE

- MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE OF ELECTRONIC FRONTIER FOUNDATION AND CENTER FOR DEMOCRACY & TECHNOLOGY IN SUPPORT OF DEFENDANT ANTOINE JONES' MOTION TO SUPPRESS CELL SITE DATA

- BRIEF AMICI CURIAE OF THE ELECTRONIC FRONTIER FOUNDATION AND CENTER FOR DEMOCRACY & TECHNOLOGY IN SUPPORT OF DEFENDANT ANTOINE JONES' MOTION TO SUPPRESS CELL SITE DATA

- PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

via first-class mail, postage prepaid on the following parties:

Attorneys for Plaintiff USA:
John V. Geise
Arvind K. Lal
Rachel Carlson Lieber
Peter S. Smith
Darlene Michele Soltys
Courtney Denise Spivey
OFFICE OF THE U.S. ATTORNEY
555 Fourth Street, NW

1

Washington, DC 20530
(202) 252-7683
(202) 514-8779 (fax)
john.geise@usdoj.gov


Attorneys for Defendant Antoine Jones:
A. Eduardo Balarezo
BALAREZO LAW
400 Fifth Street, NW, Suite 300
Washington, DC 20001-2719
(202) 639-0999
(202) 639-0899 (fax)
filings@balarezolaw.com


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 13, 2012 at San Francisco, California.


                                                                        Marcia Hofmann
                                                                        (D.C. Bar No. 484136)
                                                                        ELECTRONIC FRONTIER
                                                                        FOUNDATION
                                                                        454 Shotwell Street
                                                                        San Francisco, CA 94110
                                                                        Tel: (415) 436-9333
                                                                        Fax: (415) 436-9993
                                                                        marcia@eff.org

                                                                        Counsel for *Amici Curiae*
                                                                        *Center for Democracy & Technology and Electronic Frontier Foundation*

2