NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  05-386 (ESH)

Antoine Jones
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X]  CJA            [ ]  RETAINED            [ ]  FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey B. O'Toole   (244509)
(Attorney & Bar ID Number)

O'Toole, Rothwell, Nassau & Steinbach
(Firm Name)

1350 Connecticut Ave. NW, Suite 200
(Street Address)

Washington,          DC          20036
(City)              (State)      (Zip)

202-775-1550
(Telephone Number)