# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * |
| | * |
| v. | *  **Criminal Case No. 05-386 (ESH)** |
| | * |
| **ANTOINE JONES,** | * |
| Defendant. | * |
| | * |

## ORDER

This matter comes before the Court on Consent Motion For A Second Extension Of Time For Defendant To Reply To Government's Opposition To Defendant's Motion To Suppress Cellsite Data ("Consent Motion"). Upon consideration of the Consent Motion, the record herein, and good cause having been found, it is this _____ day of _____, 2012

**HEREBY ORDERED** that the Consent Motion For An Extension Of Time For Defendant To Reply To Government's Opposition To Defendant's Motion To Suppress Cellsite Data is **GRANTED,** and it is

   **SO ORDERED.**

Date_____                          _____
                                          United States District Judge


Copies to:

Jeffrey B. O'Toole (#244509)
O'Toole Rothwell
1350 Connecticut Avenue NW Suite 200
Washington, DC 20036

Arvind K. Lal, Bar # 389489
Darlene M. Soltys, Bar # 431036
Courtney D. Spivey, N.Y. Bar
Assistant United States Attorneys

Mark Eckenwiler, N.Y. Bar
Associate Director,
Dept. Of Justice, Office of Enforcement
Operations
United States Attorneys Office
555 4th Street, N.W., Room 4106 (Lal)
Washington, DC 20530