United States of America

VS.

Antoine Jones

Civil/Criminal No. 05-386-01

(EVIDENTIARY HEARING)

| | | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| Government | ☐ | | | | | |
| Plaintiff | ☐ | | | | | |
| Defendant | ☐ | | | | | |
| Joint | ☐ | | | | | |
| Court | ☑ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Summary of Phone Calls Coinciding with GPS Locations | 12/12/12 | 12/12/12 | Special Agent Yanta | |

United States of America

VS.

Antoine Jones

(EVIDENTIARY HEARING)

Civil/Criminal No. CR 05-386-01

Government ☐
Plaintiff ☐
Defendant ☐
Joint ✓
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | 302 of Kellie O'Brien | 12/12/12 | 12/13/12 | Kellie O'Brien | |
| 2 | Yanta's extension of 9/30/05 | 12/12/12 | 12/13/12 | Kellie O'Brien | |
| 3 | Transcript of 11/21/07; Vol.3 | 12/12/12 | 12/12/12 | Rachel Lieber | |
| 4 | Letter from Sprint and a copy the Subpoena | 12/13/12 | 12/13/12 | | |

United States of America

vs.

Antoine Jones

(EVIDENTIARY HEARING)

Civil/Criminal No. CR 05-386-01

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Kellie O'Brien's Affidavit and Attachments | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 1a | Google Map (Close up shot) | 12/12/12 | 12/12/12 | Kellie O'Brien, Rachel Lieber | |
| 1b | Google Map (Distance shot) | 12/12/12 | 12/12/12 | Kellie O'Brien, Rachel Lieber | |
| 1c | Property Map from Maryland State Tax | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 2 | Photo 9508 (Close) | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 3 | Photo 9508 (Far) | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 3a | Photograph | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 4 | Transcripts of phone calls | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 5 | M.J. Facciola Order | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 6 | 9/26/05 Video | 12/12/12 | 12/12/12 | Kellie O'Brien | |

| | |
|---|---|
| Government | ✓ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Antoine Jones

(EVIDENTIARY HEARING)

Civil/Criminal No. CR 05-386-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6a | Cassette (mini) | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 6b | Kellie O'Brien's white envelope | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 6c | Still photo of the house at 9508 | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 7 | 9/28/05 disk of photos | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 8a | Photo from 10/04/05 of Jones & Bermea | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 8b | Photo | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 8c | Photo | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 8d | Photo | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 9 | Photo 10/11/05 | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 10 | Photo 10/14/05 | 12/12/12 | 12/12/12 | Kellie O'Brien | |

United States of America

VS.

Antoine Jones

(EVIDENTIARY HEARING)

Civil/Criminal No. CR 05-386-01

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Photo 10/20/05 | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 12 | Photo 10/22/05 | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 6d | Still Photo from the disk of the White Van | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 6e | Still Photo from the disk (Van in drive way) | 12/12/12 | 12/12/12 | Kellie O'Brien | |
| 13 | DVD containing 3,106 GPS data | 12/12/12 | 12/13/12 | Rachel Lieber | |
| 14 | Time Line previously Gvt. Misc. No. 1 trial exhibit | 12/13/12 | 12/13/12 | Rachel Lieber | |
| 15 | Detective Kirchner's Cross Examintion | 12/13/12 | 12/13/12 | Rachel Lieber | |
| 16 | Yanta's affidavit from the Search Warrant issued in Maryland | 12/13/12 | 12/13/12 | | |
| | | | | | |

United States of America
VS.
Antoine Jones

Civil/Criminal No. 05-386-01

(Motion #646 to Suppress)

- Government ✓
- Plaintiff ☐
- Defendant ☐
- Joint ☐
- Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Affidavit and Attachment of Katerina Kane | 12/13/12 | 12/13/12 | Special Agent Katerina Kane | |
| 2 | Photo of Apartment at Summit Circler | 12/13/12 | 12/13/12 | Special Agent Katerina Kane | |
| 3 | Photo of the House on Mrytle Ave | 12/13/12 | 12/13/12 | Special Agent Katerina Kane | |
| 4 | Photo of the Warehouse at 400 Hampton Blvd | 12/13/12 | 12/13/12 | Special Agent Katerina Kane | |