UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 05-386 (ESH)** |
| : | |
| **ANTOINE JONES,** : | |
|         **Defendant.** : | |
| : | |

## GOVERNMENT'S NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully asks the Court to make additional findings of fact and conclusions of law regarding the defendant's motions to reconsider earlier rulings [Documents # 619, amended as #629c and # 620, amended as #624]. The government submits proposed findings as its attachments.

        Respectfully submitted,

        RONALD C. MACHEN JR.,  Bar No. 447889
        United States Attorney
        _____/s/_____
        Darlene M. Soltys, Bar # 431036
        Courtney D. Spivey, N.Y. Bar
        Assistant United States Attorneys
        555 4th Street, N.W.,
        Washington, DC 20530
        Darlene.soltys@usdoj.gov