CLERK OF COURT OFFICE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FILED**

JAN 29 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES

V.

ANTOINE JONES

DEFENDANT

Let this
be filed
E84
1/29/13

MOTION TO SUPPRESS INFORMATION AND EVIDENCE
FROM CELLPHONE 240-416-2249, 202-746-0470

DEFENDANT JONES IS REQUESTING THIS COURT TO
SUPPRESS THE INFORMATION AND EVIDENCE THE
GOVERNMENT RECEIVED FROM CELLPHONE 240-916-2249
AND 202-746-0470 BECAUSE HONORABLE UNITED STATES
MAGISTRATE JUDGE DEBORAH A. ROBINSON ERRED
BY RUBBER STAMPING THE WARRANT REQUEST.

THE PROBABLE CAUSE THE GOVERNMENT STATED IN
THE SEARCH WARRANT AFFIDAVIT IS "STALE",
"HISTORICAL" AND "ANCIENT."

HONORABLE "CHEIF JUDGE LAMBERT" STATED IN "UNITED
STATES V. LINSEY" THAT YOU CAN'T HAVE PROBABLE
CAUSE ON "STALE" INFORMATION.

THE APPLICATION - AFFIDAVIT CONSIST OF 2 1/2 PAGES
OF BOILER PLATE EXPERIENCE AND TRAINING BY
DETECTIVE NORMA HORNE, AND IN THE OTHER
2 1/2 PAGES DETECTIVE HORNE DISCUSS IN HER
INVESTIGATION SECTION, "STALE" AND HISTORICAL
INFORMATION ABOUT THE "PAST" SEVEN YEARS AGO
INVESTIGATION ALONG ~~WITH~~ WITH WHAT HAPPENED IN
THIS CASE

STAND ON CHIEF JUDGE LAMBERT'S OPINION ON
"STALE "INFORMATION" AND ANY FEDERAL CASE ON
"STALE EVIDENCE", "SEVEN YEARS" EXCEED ANY STALE
OR HISTORICAL INFORMATION OR EVIDENCE IN ANY
CASE FOR THIS REASON BEING THE EVIDENCE SHOULD BE
SUPPRESSED.

RESPECTFULLY SUBMITTED

ANTOINE JONES              Antoine Jones
241-912                    1-20-2013
1901 D. ST SE
WASH. DC 20003