IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: ) | CR 05-386-01 |
| ) | |
| NOKIA Cingular Cellular Telephone ) Model 6010 bearing IMEI #010560 00 35412606 ) with CODE #0520950IM14TK and Cingular ) Part #758478002766 ) (Target Device 1) ) | |
| ) | |
| SAMSUNG AT&T Cellular Telephone ) Model SGH-X426 bearing ) IMEI #010330 00 500729 8 with AWS ) Part #797553008576 ) (Target Device 2) ) | **FILED** JAN 29 2013 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Norma Horne, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

I am an investigative and law enforcement officer of the United States and District of Columbia who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substances Act of 1970, Title 21 of the United States Code (USC), as amended and the Uniform Controlled Substances Act, Title 48 of the District of Columbia Code as well as Title 18 offenses.

I am an officer of the District of Columbia Metropolitan Police Department and have been so employed for over twenty-two years. Although I am currently assigned to the Homicide Section as a detective, during 2005, I was a task force officer detailed to the FBI, where I was a member of the Safe Streets Task Force. I have received training from the Metropolitan Police Department Training Division, the United States, Attorneys Office and gang training from the

Mid Atlantic Great Lakes Organized Crime Law Enforcement Network. I have attended the Expert Witness class offered by Major Narcotics Branch, MPD. I have also received firearms trafficking and identifying an armed subject training from the Bureau of Alcohol Tobacco and Firearms. I have been personally involved in numerous narcotics and weapons investigations throughout the District of Columbia, with concentrated efforts in the Northeast area of the city. I have worked in an undercover capacity during which I purchased firearms and a controlled substance. As a result of these experiences and formal training, I am familiar with the actions, habits, traits, and terminology utilized by the traffickers and abusers of controlled dangerous substances. I have prepared and participated in the preparation and execution of over two hundred search and arrest warrants. I also have testified as a witness in the Superior Court and United States District Court for the District of Columbia.

In the course of conducting these investigations, your affiant has been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses, conducting physical surveillance; conducting short term and long term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms and other contraband.

Through instruction and participation in investigations; your affiant has become familiar with the manner in which narcotics traffickers conduct their illegal business and the methods, language, and terms that are used to disguise conversations about their narcotics activities. From experience and training, your affiant has learned, among other things, that; (a) drug traffickers

virtually never expressly refer to cocaine or other illegal drugs by name; instead to conceal the true nature of their illegal activities and to thwart detection by law enforcement, they refer to the drugs and drug quantities using seemingly innocent terms; (b) narcotics traffickers frequently use Cellular telephones, digital telephones, and other communications devices to further their illegal activities by, among other things, remaining in constant or ready communication with one another without restricting either party to a particular telephone or location at which they might be the subject of physical surveillance by law enforcement authorities; and (c) narcotics traffickers frequently transmit pre arranged numerical codes to telephones to identify themselves or to otherwise communicate information, such as price or quantity of drugs, to the person in possession of the phone/device.

## INVESTIGATION

Throughout this investigation involving a narcotic trafficker named Antoine Jones, your affiant has worked with other Special Agents (SAs) of the FBI, and members of the Washington, D.C. Metropolitan Police Department (MPD) assigned to the Safe Streets Task Force. This affidavit is based on my personal knowledge derived from my participation in the is investigation; as well as speaking with other law enforcement officers assigned to this investigation, and includes but is not limited to, the following information: (a) oral and written law enforcement reports regarding this and other related investigations; (b) physical surveillance; (c) review of dialed number recorder data (pen register records) and telephone toll records; (d) review of vehicle registration records and licenses; (e) review of criminal history records and; (f) review of wire interceptions pertaining to the target telephone used by Antoine Jones and authorized by United States District Court Judge Paul Friedman on September 2, 2005, and extended on September 30, 2005 (for 202-538-3946 and then for 202-746-0470 as the same

electronic serial number was assigned to both numbers) and (g) debriefings of confidential informants.

By way of background, I inform the Court that on October 21, 2005, Magistrate Judge Deborah A. Robinson signed search warrants for numerous addresses of co-conspirators involved in this narcotic conspiracy investigation. On October 24, 2005, investigators executed ten search warrants at various locations throughout the greater Washington, D.C. area. At the location identified as the Mexican suppliers' "stash house" (that is, 9508 Potomac Dr., Ft. Washington, MD) investigators recovered ninety-seven (97) kilograms of cocaine, over a kilogram and a half of crack cocaine and over $850,000.00 At this location were three Hispanic males, two of whom are/were Mexican nationals and all were arrested. Also recovered from this location were a number of cellular telephones matching telephone numbers that were captured on the wire intercept communicating with the Antoine Jones' telephones. (One of those people arrested later testified that Antoine Jones regularly came to the stash house to acquire kilogram quantities of cocaine and that he had been doing so for a significant period of time.)

Another search warrant was issued for the house of Antoine Jones, the target of the wiretap authorization. On October 24, 2005, investigators executed the search warrant at his residence at 10870 Moore St., Waldorf, MD and seized, among other items, $69,191 in U.S. Currency, and the two cell phones that are the subject of the instant affidavit. This search warrant affidavit is for these two cellular telephones which are currently in the possession of the FBI at the Washington Field Office. These two cell phones are identified as

*NOKIA, Cingular Model 6010, IMEI#010560 00 35412606, CODE#0520950IM14TK, Cingular Part #758478002766 with a cell phone number of (202) 538-3964.*

*SAMSUNG, AT&T Wireless Model SGH-X426, IMEI#010330 00 500729 8, AWS Part#797553008576 with a cell phone number of (202) 746-0470.*

4

Antoine Jones was indicted for his involvement in a narcotics conspiracy and a trial was conducted during the fall of 2007 through early 2008 before the Honorable Ellen S. Huvelle. His conviction was reversed after appeals and his case remanded for a new trial. See United States v. Lawrence Maynard, 615 F.3d 544 (D.C. Cir. 2010) *aff'd sub. nom* United States v. Antoine Jones, 132 S.Ct. 945 (2012) (placement and monitoring of GPS tracking device of Jones' vehicle held to be in violation of the Fourth Amendment). Re-trial is scheduled for January 22, 2013. The government seeks this warrant to search the contents of the telephones, including a review of the contact lists for each of the two target telephones. These two telephones were the subject of the Title III wiretap intercepts. As such, there is ample probable cause to believe that Antoine Jones used each telephone to engage in drug trafficking activities. Your affiant knows that people often store the names, nicknames and telephone numbers of their friends, acquaintances and people with whom they have business dealings in the contact file of their telephones for ease and convenience. Contact lists in these telephones may provide further evidence connecting Jones to the telephones seized at the stash house at 9508 Potomac Dr., Ft. Washington, MD.

This warrant authorizes the forensic examination of the **Target Devices** for the purpose of identifying the electronically stored information described in Attachment A.

## CONCLUSION

I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the **Target Devices** to seek the items described in Attachment A.

Respectfully submitted,

_____
Norma Horne, Detective
Metropolitan Police Department
Washington, DC

Subscribed and sworn to before me on January 9, 2013.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

All records on the **Target Devices** that relate to violations of Title 21, United States Code, Sections 841 and 846 and involve Antoine Jones, including:

   a. names and telephone numbers listed as contacts;

   b. names and telephone numbers associated with all outgoing, incoming, missed calls, emails, and text messages;

   c. lists of customers and related identifying information;

   d. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   e. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   f. any text and email messages stored on the devices

2.  Evidence of user attribution showing who used or owned the **Target Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
NOKIA Cingular Cellular Telephone Model 6010 bearing IMEI #010560 00 35412606 with CODE #0520950IM14TK and Cingular Part #758478002766
(Target Device 1)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Columbia____
*(identify the person or describe the property to be searched and give its location)*: A NOKIA Cingular Cellular Telephone Model 6010 bearing IMEI #010560 00 35412606 with CODE #0520950IM14TK, seized by MPD task force detectives on October 24, 2005, upon execution of a search warrant on the residence of Antoine Jones,

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A incorporated herein as a part of the Affadavit and this Application

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _January 23, 2013_
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Deborah A Robinson____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of ____

Date and time issued: _JAN 9 2013_ _____
*Judge's signature*

City and state: __Washington, DC__   __Deborah A Robinson, United States Magistrate Judge__
*Printed name and title*

AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

All records on the **Target Devices** that relate to violations of Title 21, United States Code, Sections 841 and 846 and involve Antoine Jones, including:

    a. names and telephone numbers listed as contacts;

    b. names and telephone numbers associated with all outgoing, incoming, missed calls, emails, and text messages;

    c. lists of customers and related identifying information;

    d. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    e. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    f. any text and email messages stored on the devices

2. Evidence of user attribution showing who used or owned the **Target Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>NOKIA Cingular Cellular Telephone Model 6010 bearing<br>IMEI #010560 00 35412606 with CODE<br>#0520950IM14TK and Cingular Part #758478002766<br>(Target Device 1) | )<br>)<br>)<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_\_\_Columbia\_\_\_\_
*(identify the person or describe the property to be searched and give its location)*: A NOKIA Cingular Cellular Telephone Model 6010 bearing IMEI #010560 00 35412606 with CODE #0520950IM14TK, seized by MPD task force detectives on October 24, 2005, upon execution of a search warrant on the residence of Antoine Jones,

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A incorporated herein as a part of the Affadavit and this Application

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_January 23, 2013\_\_\_
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Deborah A. Robinson_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for \_\_\_\_ days *(not to exceed 30)*
☐until, the facts justifying, the later specific date of

Date and time issued: JAN 09 2013
@ 3:38 pm

City and state: Washington, DC

Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken and name of any person(s) seized: |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date. _____     _____
                                                                    *Executing officer's signature*

                                                                    _____
                                                                    *Printed name and title*

## ATTACHMENT A

All records on the **Target Devices** that relate to violations of Title 21, United States Code, Sections 841 and 846 and involve Antoine Jones, including:

    a. names and telephone numbers listed as contacts;

    b. names and telephone numbers associated with all outgoing, incoming, missed calls, emails, and text messages;

    c. lists of customers and related identifying information;

    d. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    e. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    f. any text and email messages stored on the devices

2. Evidence of user attribution showing who used or owned the **Target Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>NOKIA Cingular Cellular Telephone Model 6010<br>bearing IMEI #010560 00 35412606 with CODE<br>#0520950IM14TK and Cingular Part #758478002766<br>(Target Device 1) | )<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)* A NOKIA Cingular Cellular Telephone Model 6010 bearing IMEI #010560 00 35412606 with CODE #0520950IM14TK, seized by MPD task force detectives on October 24, 2005, upon execution of a search warrant on the residence of Antoine Jones,

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A incorporated herein as a part of the Affadavit and this Application

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 & 846 | Possession with Intent to Distribute and Conspiracy |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Norma Horne, Detective, MPD

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/09/2013

*Judge's signature*

City and state:  Washington, DC

Deborah A. Robinson, United States Magistrate Judge

*Printed name and title*

## ATTACHMENT A

All records on the **Target Devices** that relate to violations of Title 21, United States Code, Sections 841 and 846 and involve Antoine Jones, including:

    a. names and telephone numbers listed as contacts;

    b. names and telephone numbers associated with all outgoing, incoming, missed calls, emails, and text messages;

    c. lists of customers and related identifying information;

    d. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    e. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    f. any text and email messages stored on the devices

2. Evidence of user attribution showing who used or owned the **Target Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.