**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

## Law Enforcement Report

**Report Processed:**
Date: 10/10/05

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Verified Address

### Subject Information:
Name: DEMETRIUSC C JOHNSON
DOB: [redacted]
SSN: [redacted] issued in District of Columbia between *01/01/1975* and *12/31/1976*
Age: 38

### Names Associated With Subject:
DEMETRIUS CORTEZ JOHNSON  DOB [redacted] Age: 38
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DEMETRIUUS C JOHNSON  DOB [redacted] Age: 38
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DEMETRIA CORTEZ JOHNSON  Age:
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DERETRIAS JOHNSON  Age:
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DEMETRIUS CORTEZ JOHNSON     DOB [redacted] Age: 38
DEMETRIUS C JOHNSON  DOB [redacted] Age: 38
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DEMETRIUS C JOHNSON  DOB: [redacted] Age: 36
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1975
DEMETRIUS N JOHNSON     Age:
JOHNSON DEMETRIUS  DOB [redacted] Age: 38
[redacted] issued in District of Columbia between 01/01/1975 and 12/31/1976
DEMETRIA C JOHNSON  Age:
[redacted] issued in Maryland between 01/01/1992 and 06/01/1993

### Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
CONTRACTING LLC JOHNSON  Age:
[redacted]44 issued in District of Columbia between 01/01/1975 and 12/31/1976

### Comprehensive Report Summary:

| Names Associated With Subject | 10 Found |
|---|---|
| Others Associated With Subjects SSN | 1 Found |
| Possible Criminal Records | None Found |
| Sexual Offenses | None Found |
| Driver's License | 1 Found |
| Florida Accidents | None Found |
| Concealed Weapons Permit | None Found |
| Corporate Affiliations | None Found |
| People at Work | 2 Found |
| Professional Licenses | None Found |
| FAA Certifications | None Found |

| | |
|---|---|
| FAA Aircrafts | None Found |
| Watercraft | None Found |
| Voter Registration | None Found |
| Hunting/Fishing Permit | None Found |
| Bankruptcies | 1 Found |
| Tax Liens & Judgments | None Found |
| UCC Filings | None Found |
| Possible Properties Owned | None Found |
| Possible Associates | 13 Found |
| Possible Relatives | 1st Degree - 10 Found<br>2nd Degree - None Found<br>3rd Degree - None Found |
| Neighbors | 1st Neighborhood - 4 Found<br>2nd Neighborhood - 4 Found |

## Address Summary:

| Address | County | Dates | Maps |
|---|---|---|---|
| 10441 CRESCENT PARK WAY, WALDORF MD 20601-3757 | CHARLES | Oct 2004 - Feb 2005 | Map |
| ███████████ CLINTON MD 20735-1129 | PRINCE GEORGE'S | Oct 2002 - Aug 2005 | Map |
| ███████████ DISTRICT HEIGHTS MD 20747-1343 | PRINCE GEORGE'S | Oct 2001 - Aug 2005 | Map |
| ███████████ CLINTON MD 20735 | PRINCE GEORGE'S | Oct 2002 - Oct 2004 | Map |
| ███████████ SUITLAND MD 20746-3946 | PRINCE GEORGE'S | Nov 1994 - Jun 2004 | Map |
| ███████████ UPPER MARLBORO MD 20792-6778 | PRINCE GEORGE'S | Dec 2000 - Sep 2002 | Map |
| ███████████ TEMPLE HILLS MD 20748-6648 | PRINCE GEORGE'S | Jul 2001 - Jan 2002 | Map |
| ███████████ UPPER MARLBORO MD 20774-1332 | PRINCE GEORGE'S | Mar 1999 - Jan 2002 | Map |
| ███████████ MD 20774-3752 | PRINCE GEORGE'S | Jan 2001 - Jan 2002 | Map |
| ███████████ TEMPLE HILLS MD 20748-6646 | PRINCE GEORGE'S | Jan 2001 - Nov 2001 | Map |
| ███████████ UPPER MARLBORO MD 20792-6878 | PRINCE GEORGE'S | Apr 2001 - Jun 2001 | Map |
| ███████████ DISTRICT HEIGHTS MD 20747 | PRINCE GEORGE'S | Jul 1997 - Oct 2000 | Map |
| ███████████ KETTERING MD 20774 | PRINCE GEORGE'S | Feb 2000 - Oct 2000 | Map |
| ███████████ HYATTSVILLE MD 20785-3763 | PRINCE GEORGE'S | Dec 1996 - Apr 2000 | Map |
| ███████████ LAUREL MD 20708-2735 | PRINCE GEORGE'S | Jun 1998 - Mar 1999 | Map |
| ███████████ LAUREL MD 20708 | PRINCE GEORGE'S | Nov 1998 - Jan 1999 | Map |
| ███████████ DISTRICT HEIGHTS MD 20747-2050 | PRINCE GEORGE'S | Apr 1998 - Jan 1999 | Map |
| ███████████ LAUREL MD 20708 | PRINCE GEORGE'S | Aug 1998 | Map |
| ███████████ DISTRICT HEIGHTS MD 20747 | PRINCE GEORGE'S | Jul 1997 | Map |
| ███████████ RIVERDALE MD 20737-2852 | PRINCE | Oct 1993 | Map |