October 4, 2005
1:14 p.m.
Outgoing to (202) 436-0020 (Adrian Jackson)
#3603

    {UI} talking before phone call

| | |
|---|---|
| Jackson: | Hello |
| Jones: | Hey. |
| Jackson: | Yeah? |
| Jones: | Um, you say, what's that street? |
| Jackson: | Ah, Harvey Drive |
| Jones: | Harvey Drive? |
| Jackson: | Yeah. |
| Jones: | So cross on General Harvey Drive? |
| Jackson: | Yeah it's right off, which way you coming from? |
| Jones: | Coming down, um, like, you pass that big church you know, like coming, and ah I'm gonna come down- |
| Jackson: | You coming up, so you gonna make a left on the joint, you coming up ah Sheriff Road? |
| Jones: | Naw, I'm coming down, like I'm, you know, that big church you know where Largo Town Center at? |
| Jackson: | You probably gonna, you probably gonna make the right there |
| Jones: | Yeah, I'm gonna make a right, I'm gonna come down hill, I'm gonna cross, I'm gonna cross ah the stadium |
| Jackson: | Ah-hah. |
| Jones: | You know, because I'm right here now at the um, what's that say [UI] |
| Jackson: | So you'll be coming down Brightseat Road, what's that Brightseat? |

00274

| | |
|---|---|
| Jones: | Yeah yeah, yeah, I'm on Brightseat Road. |
| Jackson: | O.K. |
| Jones: | Make a right on Harvey Drive |
| Jackson: | Yeah, then make a left. |
| Jones: | Then make a left, OK. |
| Jackson: | Yeah, you'll see the car there, it ain't nothing like two houses three houses down yeah. |
| Jones: | Alright, OK |
| Jackson: | 7921 |
| Jones: | I'll be there in 5 minutes |
| Jackson: | Alright |

(END OF CALL)