# National Comprehensive Report | CARTER, KIRK | 02/01/13 05:28 PM | Reference: N/A

Report Section Summary

    User-Supplied Information (1)
    Subject (1)
    Possible AKAs (3)
    Possible Other Records/Names Associated with Subject's SSN (1)
    Possible Addresses Associated with Subject (10)
    Possible Utility Services (2)
    Possible SSN & Current Address Fraud Alerts (1)
    Possible Real-Time Vehicles (1)
    Possible Vehicles Registered to the Subject (2)
    Possible Vehicles Registered at Subject's Addresses (2)
    Possible Property Owners of Subject's Addresses (2)
    Possible Criminal Records & Traffic Citations (2)
    Possible Liens & Judgments (4)
    Possible Lawsuits (1)
    Possible Dockets (3)

## User-Supplied Information

| | |
|---|---|
| Name: | CARTER, KIRK R |
| DOB: | ██04/09/196█ |
| SSN: | ██████████ |
| Address: | ██PO BOX 9██ |
| | ██OXON HILL, MD 20750 |

## Subject

**KIRK R CARTER**

| | |
|---|---|
| SSN: | ███-██-██5 - issued in DC between 1974-1975 |
| DOB (Age): | ██04/09/196█ (49) |

## Possible AKAs

| Name | SSN | DOB |
|---|---|---|
| CARTER, KIRK | | |
| CARTER, KIRT | ██78-88-4755 | |
| CARTER, KIRK RODNEY | | |

## Possible Other Records/Names Associated with Subject's SSN

| Name | SSN | DOB | Age |
|---|---|---|---|
| CARTER, KIRK R | ██78-88-4755 | | |

Possible Addresses Associated with Subject

| Date Range | Address | Source(s) | Reported Date(s) |
|---|---|---|---|
| 02/01/2012 - 06/08/2012 | PO BOX ███<br>OXON HILL, MD 20750 | Experian<br>TransUnion Gateway | 02/02/2012 - 06/08/2012<br>02/01/2012 - 02/01/2012 |
| 04/01/2012 - 04/18/2012 | ███ GALVESTON PL SE<br>WASHINGTON, DC 200██<br>Phone: (301) ███-████<br>Phone: (202) ███-████<br>Phone: (202) ███-████ | Utility<br>Experian Gateway<br>Experian | 04/01/2012 - 04/18/2012<br>04/03/2012 - 04/03/2012<br>04/03/2012 - 04/03/2012 |
| 02/04/2003 - 11/20/2009 | ███ WADE RD SE ███<br>WASHINGTON, DC 20020 | Experian Gateway<br>Experian<br>Utility | 11/20/2009 - 11/20/2009<br>11/20/2009 - 11/20/2009<br>02/04/2003 - 10/02/2007 |
| 01/10/2006 - 07/23/2007 | ███ MARCY AVE ███<br>OXON HILL, MD 20745 | Experian Gateway<br>Experian<br>TransUnion Gateway | 07/23/2007 - 07/23/2007<br>01/10/2006 - 09/11/2006<br>02/07/2006 - 02/07/2006 |
| 01/24/2007 - 01/24/2007 | ███ KING RICHARD PL<br>UPPER MARLBORO, MD 20772 | Experian Gateway<br>Experian | 01/24/2007 - 01/24/2007<br>01/24/2007 - 01/24/2007 |
| 02/23/2004 - 11/29/2006 | 2504 POMEROY RD SE 402<br>WASHINGTON, DC 20020 | Experian Gateway<br>Experian | 02/23/2004 - 11/29/2006<br>02/23/2004 - 11/29/2006 |
| 10/05/2005 - 10/05/2005 | ███ KENNEBEC ST ███<br>OXON HILL, MD 20745 | Experian Gateway<br>Experian | 10/05/2005 - 10/05/2005<br>10/05/2005 - 10/05/2005 |
| 04/12/2001 - 05/13/2004 | ███ BIRNEY PL SE ███<br>WASHINGTON, DC 20020 | Experian Gateway<br>Experian<br>TransUnion | 04/12/2001 - 05/13/2004<br>07/31/2001 - 04/30/2004<br>07/13/2001 - 07/13/2001 |
| 07/01/2000 - 07/15/2002 | ███ DEAL DR 20█<br>OXON HILL, MD 20745 | Experian Gateway<br>Experian<br>TransUnion | 07/19/2000 - 07/15/2002<br>07/19/2000 - 07/15/2002<br>07/01/2000 - 07/01/2000 |
| | ███ WADE SE RD 101 ███<br>WASHINGTON, DC 20020 | TransUnion Gateway | |

Possible Utility Services

| Name: | CARTER, KIRK | Driver's License (State & Number): |
|---|---|---|
| SSN(s): | | Partial SSN(s): |