October 23, 2005
9:24 p.m.
Outgoing to (202) 437-0047 (Kirk Carter)
#6055

| | |
|---|---|
| Jones: | (phone rings) I forgot (laughs). |
| Carter: | Hello. |
| Jones: | I think I be out to Devon's so long ago. |
| Carter: | It's down Pomeroy. |
| Jones: | You, you see me? |
| Carter: | Naw, uh huh. |
| Jones: | Okay, okay you said Pomeroy. Um, over there um I think I know what you talk'n bout. Over there way my man ummm Melvin use to live at. Where the pool... |
| Carter: | ...down in the cut. Down in the back yeah. Down in the bottoms. |
| Jones: | Alright man. Let me let me go down here try. Man, it's been a long time. But, I think um. Hold up hold up. |
| Carter: | Alright, what you doin'? |
| Jones: | Huh? |
| Carter: | What you doin'? |
| Jones: | I'm on ah ah oh ah ah Bowen. |
| Carter: | Bowen? |
| Jones: | Yeah... |
| Carter: | ...Bowen... |
| Jones: | ...like, like past the sales place. |
| Carter: | Naw, it's like. It like says youz gonna to our joint. Come up by the walk bridge. |

1

Jones:     Ah huh

Carter:    And come up that street all the way up. That back street. Right pass Stanton Rd. come all way round. Like it's a circle come back here. Them apartments right there.

Jones:     Backup. Hold up. I, oh you can come back up the ah. We come pass that way. I, hold up I'm go'n back up dis way. I'm comin' up all the way up, you know, where um Oxen North and all that at.

Carter:    Who Oxon Manor?

Jones:     Ox Oxon North, aw. I, I, I...

Carter:    ...Oxon Manor?

Jones:     That's Oxon Manor?

Carter:    That's what it's called.

Jones:     That what it's called.

Carter:    Yeah.

Jones:     Alright. I'm just now comin' back up Howard Road.

Carter:    Okay, come by the job.

Jones:     Oh, come up come up Howard Road. Comin' up pass the high. I'm comn', comin' back towards the job, man.

Carter:    Right. Come up by where the school is.

Jones:     Come pass...(UI) been a long time. I forgot.

Carter:    Just around the corner.

Jones:     Okay, I'm passin' where I just left at. No. Alright when I get to the stop sign. What you want me make a right or left?

Carter:    Right. What you passin' school, passin' job right?

Jones:     Yeah, I'm passin'. Yeah, I'm passing...

Carter:     ...make a right...

Jones:      ...right at the stop sign. Make a right at the stop sign?

Carter:     Yeah, come down um on Pomeroy Road.

Jones:      Alright. I'm comin'. Okay, you down here where my cousins use to live. Alright, I'm comin'. Come on down the hill?

Carter:     Yeah.

Jones:      Alright, I'm gettin' ready, I'm gettin' ready pass stop sign. Come right down...

Carter:     ...come straight cross over.

Jones:      Alright. Yeah, yeah, yeah, okay. I know.

Carter:     Yeah, down down the hill, yeah.

Jones:      Yeah, comin' down. Come all way down?

Carter:     Yeah, you will see the 'partments on the left.

Jones:      Alright.

(END OF CALL)