FD-302 (Rev 10-6-95)

*Attachment*

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/24/2006

On Monday April 24th 2006 Demetrius Johnson (protect Identity) was `debriefed at U.S. District Court in room 1217C. Present were Demetreus Johnson, his attorney Michael Blumenthal, AUSA Jack Geise, Det Norma Horne and Det Steven Kirschner.

Mr Johnson stated he started purchasing powder cocaine from Antoine Jones after a pool party that Johnson gave on August 7th 2005. Prior to this party Mr Johnson had done some renovation work through his company at Levels. He would give a price, get paid, pay the workers, but stated there was no paper work done. Johnson said he only did work on the club at the time. Antoine Jones once told him that he and his wife were looking at houses in Baltimore.

Johnson was asked about some calls that Lawrence Maynard made to his cell phone back in March of 2005, Johnson stated he doesn't know why Maynard would call him except for work being done at the club.

When shown photos of drugs recovered from the search of his house 10441 Crescent Park Way Waldorf, Maryland, on 10/24/05 he stated the zip lock bags were 50's (fifty dollar bags) that were inside a bag, he stated in all it was less then an ounce. Johnson sold ounces of powder cocaine and at the buyers request bag them as 50's about 20-25 zip lock bags which were less than an ounce. Johnson would also break the powder cocaine into 31' and 62's. (shown in Nike bag photo). Johnson stated he once sold a ½ a Kilogram for $11,500. and had gotten it for $10,500. from Antoine Jones. He sold 31's for $850. and 62's for $1,700.

Calls listened to:

#93 09/12/05
Jones asks if he still needs the "little tickets" (Johnson stated they were two 1/8's) Jones refers to the homework you were looking into (Johnson stated Jones is looking for half the money. $2,900. each)

#213 09/13/05

---

Investigation on  04/24/06  at  Washington, D.C.

File #  245D-WF-213679                              Date dictated

        Det Steven Kirschner
by      Det Norma Horne

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to your agency,
it and its contents are not to be distributed outside your agency

FD-302a (Rev. 10-6-95)

245D-WF-213679

Continuation of FD-302 of _____ , On 04/24/06 , Page 2

Jones asks if he still has the "two tickets" he gave him. Johnson is about to get rid of them. Johnson is gonna need the "VIP" in a minute. (Johnson said the VIP was a 1/4 Kilogram)
#4914 10/14/05
Jones asks how many "shirts" do you need (Johnson said Jones is talking about 1/8's) Jones asks for money so he can go ahead and get the "shoes" (Johnson said shoes was referring to powder cocaine).

#5174 10/16/05
Jones asks if everything is alright people are calling for Johnson's "music" (Johnson said music was referring to powder cocaine, Jones was trying to get a 1/4 kilogram back)

#5301 10/17/05
Johnson is at the lot on Branch Ave (6524 Earl Lane) Jones is looking for money from Johnson, Johnson says he is waiting for the call from the man

Johnson said his rent at 10441 Crescent Park Way, Waldorf, Maryland was $1,800. dollars a month, the BMW was $1,275. a month and the Chevy truck was $600. a month. The previous address at 12110 Deka Rd Clinton, Maryland was $1,150. a month.