PG1

Clerk of Court Office
United States District Court
For The District of Columbia Circuit

United States

v.                                    Case No. 05-CR-386(1)ESH

Antoine Jones
    Defendant

2/7/13

Reply to Government's Response to Defendant's Oral Motion To Suppress Evidence From Three Search Warrants

On page 3 of the Government response, the Government mentioned that after listening to some of the wire tap calls on September 2 2005, Detective Norma Horne surveilled Johnson meeting with Jones in Cheverly Maryland.

The Government attached a photo of Mr Jones and Mr Demetris Johnson standing outside of a shopping mall.

This photo doesn't have any date on it and the Government conceeded that they dont possess any other photo's or any 302s surveillance of this Allege September 2 2005 observation.

Without any 302s or some concrete evidence this photo is on september 2 2005, the court should rule this allege date (september 2 2005) is lacking and insufficient evidence.

The next date the Government mentioned is that on october 10 2005 the agents ran a search using an open source data base and verified that Demetris Johnson was listed as residing at 10441 Crescent Parkway MD.

This october 10 2005 date doesnt support the Government argument of Independant evidence.

There testimony that the Government surveil the GPS on Mr Jones Jeep during this time of 9-30-2005 which support Mr Jones argument that 10441 Crescent Parkway was first notice and found by the GPS on Mr Jones Jeep Cherokee.

Further support Mr Jones argument Mr Jones submit Exhibit #1 Mr Johnson 302 Interview.

In this Monday April 24th 2005 it mentioned that Mr Johnson previous address was 12410 Deha Rd Clinton MD the information on the Wire Tap.

In the Wire Tap conversation with Adrian Jackson there's no mentioned of Allendale Drive, 7921 was mentioned and Harvey Drive was mentioned, on October 2005 the GPS gave the Agents the location of 7921 Allendale Drive

Both of these Houses 7921 Allendale Drive and 10441 Cresent Park Way was found with the GPS and the Evidence should be suppress under the fruit of the poisonous tree doctrine.
Respectfully Submitted

Antoine Jones
241-912
1901 D St SE
WDC 20003
Sign Antoine Jones
Date 2-7-2013