CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES

V.      CR NO - 05-386 (ESH)

ANTOINE JONES

WRITTEN PROFFER FROM DEFENDANT JONES

ON FEBRUARY 4, 2013 AM SESSION HONORABLE JUDGE HUVELLE GAVE DEFENDANT ANTOINE JONES INSTRUCTIONS (PAGE 9 LINE 19, 20) TO MAKE A WRITTEN PROFFER BEFORE THE COURT WILL PURSUE THE OBSTRUCTION OF JUSTICE RELATING TO THE $100,000.00 THAT WAS BROUGHT INTO THE COURTROOM BY A GOVERNMENT INFORMER.

DEFENDANT JONES PROFFER THAT SOME WEEKS AGO _____ CAME THROUGH THE INTAKE UNIT WHERE JONES WORKED, WENT IN HOUSE DETAIL, THEN ONE DAY _____ WENT OVER TO DISTRICT COURT, THIS WAS BEFORE THE TRIAL, SO _____ AND MR JONES WERE DISCUSSING HIS PLANS OF HIS DEFENSE WITH _____, SOME HOW MR KEVIN HOLLAND CAME UP IN THE CONVERSATION ON WHICH MR. JONES TOLL _____ THAT HE WILL CALL ADRIAN JACKSON AND KEVIN HOLLAND AS MR JONES KEY WITNESSES.

ON JANUARY 30, 2013 MR JONES SAW _____

IN THIS COURTROOM WHEN HE GAVE ME A COUPLE OF NOTICE-
ABLE NODS WHEN I ARRIVED IN THE COURT ROOM.

ALSO LATER ON THAT EVENING SOMEONE TOLD MR
JONES THAT THIS GUY            TOLD THEM THAT
HE WAS MR JONES' COUSIN UNTIL PEOPLE ASKED
            WHAT WAS MR JONES' AUNT'S NAME. THEN
            TOLD THE PEOPLE THAT HE WAS KEVEN
HOLLAND'S COUSIN.

WHILE            WAS IN THE HALL HE GAVE
PEOPLE BUSINESS CARDS, ALSO HE PULLED OUT A WAD OF MONEY.
STACKS OF MONEY IN A BRIEF CASE MAKING SURE PEOPLE
SAW THE MONEY.

WHEN THIS INFORMATION HIT THE STREETS, SOURCES
MENTIONED THAT            HAD BEEN ARRESTED
IN BALTIMORE ON 12/8/12 AND TRANSFERRED TO DC
DISTRICT COURT 1/14/13. ALSO INFORMATION SHOWS
THAT HE WAS IN POSSESSION OF 9 KILOS OF COCAINE AND
1 KILO OF HEROINE.

SEVERAL SOURCES HAVE SAID THAT
            IS A GOVERNMENT INFORMANT WHO SET
UP MR KEVEN HOLLAND. SO THAT MR HOLLAND COULDN'T
TESTIFY IN MR JONES BEHALF.

SOURCES ALSO SAY THAT _____ IS WORKING FOR ~~THE~~ FBI AGENT ~~_____~~ AS A CONFIDENTIAL SOURCE.

THE $100,000 THAT WAS BROUGHT INTO THE COURT ROOM BY _____ WAS ON BEHALF OF THE FBI AGENT, NOT MR. JONES.

MR JONES' CONCERNS ARE THAT $100,000 WAS NEVER CONFISCATED FROM _____ AND HE COULD HAVE ACCOMPLISHED HIS GOAL OR OBJECTIVE IN OBSTRUCTION OF JUSTICE BY PAYING OFF THE JURY.

MR JONES IS HUMBLY REQUESTING THE COURT TO QUESTION _____ TO SEE WHY HE BROUGHT THE $100,000 INTO THE COURTROOM, WHO GAVE HIM THE $100,000, AND WHAT DID HE DO WITH THE $100,000. MOST IMPORTANTLY IS HE A GOVERNMENT WITNESS OR INFORMANT FOR ANY FBI AGENT RELATING TO THIS CASE.

I AM REQUESTING ALSO FOR THE COURT TO QUESTION AGENT _____ TO SEE WHAT HE KNOWS ABOUT _____ AND THE $100,000.

THE COURT OR THE GOVERNMENT CANNOT TAKE THIS REQUEST LIGHTLY BECAUSE MR JONES IS FACING LIFE IN PRISON AND _____ CONDUCT COULD

OBSTRUCT JUSTICE AND TAINTED THE JURY.

MR JONES THINKS IT WILL BE LESS PREJUDICE TO QUESTION _____ AND AGENT THAN QUESTIONING THE JURY WHICH WOULD DEFINITELY PREJUDICE MR JONES MORE THAN THE GOVERNMENT.

RESPECTFULLY SUBMITTED

ANTOINE JONES
241 914
1901 D ST SE
WASH DC 20003
SIGN:
DATE: