Antoine Jones, Sr.

05-386-01

## Declaration

I, Antoine Jones, Sr., declare under penalty of perjury (28USC§1746) that this declaration is correct, accurate and true.

On Monday morning October 24, 2005, I came home, arriving in the early morning hours. I went into the house through the side door (garage door). The alarm panel is just in front of the door. The alarm had been set, as we each customarily set the alarm when we leave the house and before we go to bed at night. I entered my code to deactivate the alarm and reset the alarm as soon as I walked in the house. I quickly glanced at the mail on the table (we had been out of town for the weekend so I was checking to see if bills or anything else needed my attention). I then checked to make sure the doors (front and back) were secured and locked and went upstairs. As I routinely do, I check my son's room, he was asleep.

I went into my bedroom. My wife was awake and she got up and got into the shower with me. After taking a shower we got in the bed. Not long after we were relaxing in bed I heard some loud noises at the front door. I jumped up to investigate the noise. I could see someone using a key to open the front door and I heard the lock when it was turned (it makes a very loud noise that echoes through the house). My mind started to run in a thousand directions because my front door key had been missing from my key chain and since the lock was a specialty lock we were having a hard time finding a locksmith to duplicate my wife's front door key.

(Of course, I later realized it was the agents who came through the front door – a violation of "18USC§3109".) The agents bum-rushed the house running up the steps, pointing guns in my face. They were inside our bedroom within seconds with guns pointed at us and had cornered me and threw me on the floor. They handcuffed me and eventually let me put on a pair of pants and later they took me downstairs.

It was still dark outside and still very early (not 5:00 a.m. yet) as I could see the clock – a violation of "Rule 41H".

I asked if I could see the search warrant because they were all through my house and I wanted to know what they were looking for and why they were there. They had already asked my wife if there were any weapons in the house and she told them already "no". The agents ignored my request to see a search warrant. The agent took me to the den (my wife's home office) and once we got there I asked to see the search warrant again. The agent got frustrated with me and one of the other agents said "he's a smart ass, take him in". They took me out of the house and put me in a car and took me downtown.

<u>Special note</u>: My wife and I were nude, my son in his boxer underwear. None of us were a threat at any time. None of us resisted their demands. To not show or produce a search warrant after my numerous requests is clearly a <u>Rule 41(f)</u> violation and <u>18USC§2234</u> – <u>exceeding their authority.</u>

I will conclude that I never signed a consent form, the signature is a forgery and I am willing to submit to a polygraph exam or handwriting expert. This is a clear violation of <u>18USC§1001 and 18USC§1519</u> along with the false entry time of <u>6:15 a.m.</u> which is clearly obstruction of justice and perjury once Agent Naugle testified under oath that the Moore Street house door was ajar and the agents entered the Moore Street house at 6:07 a.m. (The front door had to be completely closed or the alarm system could not be activated.)

Signed:                                                              Date:

*Antoine Jones*                                                  4-17-2012