UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 19 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

_United States_

PLAINTIFF

vs.

_Antoine Jones_

DEFENDANT

CR CASE NO. 05-386-01 (ESH)

## Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendant acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the jury for deliberations.

Counsel for Plaintiff: _[signature]_

Date: 2/19/13

Counsel for Defendant: _Antoine Jones_

Date: 2-19-2013