# United States v. Antoine Jones
## Criminal No. 05-386

### Government Exhibit List

### Ice Exhibits

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ICE-1(a) | PHOTO - SUMMIT CIRCLE | 1-24-13 | 1-24-13 | Kane | |
| ICE-1(b) | PHOTO - SUMMIT CIRCLE WITH POOL | | | | |
| ICE-1(c) | PHOTO - SUMMIT CIRCLE WITH FENCE | | | | |
| ICE-1(d) | PHOTO - SUMMIT CIRCLE WITH FENCE | 1-24-13 | 1-24-13 | Kane | |
| ICE-2 | JONES SUMMIT CIRCLE APPLICATION | 1-24-13 | 1-24-13 | Kane | |
| ICE-3 | JONES SUMMIT CIRCLE LEASE AGREEMENT | 1-24-13 | 1-24-13 | Kane | |
| ICE-4 | SUMMIT CIRCLE PARKING PASSES | 1-24-13 | 1-24-13 | Kane | |
| ICE-5 | JONES WAGE DOCUMENTS - THOMAS BROWN AGENCY | | | | |
| ICE-6 | JONES WAGE DOCUMENTS - DC PARKS & REC | | | | |
| ICE-7(a) | PHOTO - MYRTLE AVENUE (WIDE SHOT) | 1-24-13 | 1-24-13 | Kane | |
| ICE-7(b) | PHOTO - MYRTLE AVENUE (CLOSE SHOT) | 1-24-13 | 1-24-13 | Kane | |
| ICE-8 | PHOTO - MYRTLE AVENUE SEARCH | 1-24-13 | 1-24-13 | Kane | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ICE-9 | PHOTO - MYRTLE AVENUE SEARCH | | | | |
| ICE-10 | SKETCH – JONES'S HAMPTON PARK WAREHOUSE UNIT | 1-29-13 | 1-29-13 | Kane | |
| ICE-11 | PHOTO - OUTSIDE OF JONES'S HAMPTON PARK WAREHOUSE UNIT | 1-30-13 | 1-30-13 | Kane | |
| ICE-12 | PHOTO - OPEN VIEW OF INSIDE OF JONES'S WAREHOUSE UNIT | | | | |
| ICE-13 | PHOTO - COVERED WINDOW, HAMPTON PARK UNIT | | | | |
| ICE-14 | PHOTO - UNCOVERING WINDOW, HAMPTON PARK UNIT | 1-30-13 | 1-30-13 | Kane | |
| ICE-15 | PHOTO - COVERALLS/JACKET, HAMPTON PARK UNIT | | | | |
| ICE-16 | PHOTO - PADDING, HAMPTON PARK UNIT | | | | |
| ICE-17 | PHOTO - AIR MATTRESSES, HAMPTON PARK UNIT | | | | |
| ICE-18 | PHOTO - BOX OF SHRINK WRAP, HAMPTON PARK UNIT | | | | |
| ICE-19 | PHOTO - OPEN BOX OF SHRINK WRAP, HAMPTON PARK UNIT | | | | |
| ICE-20 | PHOTO - MORE SHRINK WRAP, HAMPTON PARK UNIT | 1-30-13 | 1-30-13 | Kane | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ICE-21 | JONES 4/13/04 LETTER BREAKING LEASE TO HAMPTON PARK UNIT | 1-30-13 | 1-30-13 | Kane | |
| ICE-22 | LEASE TO HAMPTON PARK UNIT -JONES | 1-30-13 | 1-30-13 | Kane | |
| ICE-23(a) | PHOTO - HAMPTON PARK | 1-30-13 | 1-30-13 | Kane | |
| ICE-23(b) | PHOTO - HAMPTON PARK STRIP | 1-30-13 | 1-30-13 | Kane | |
| ICE-23(c) | PHOTO - HAMPTON PARK | 1-30-13 | 1-30-13 | Kane | |
| ICE-24 | HAMPTON PARK LAYOUT | 1-30-13 | 1-30-13 | Kane | |
| ICE-25 | LEASE TO MYRTLE AVENUE - MAYNARD | 1-30-13 | 1-30-13 | Kane | |
| ICE-26 | | | | | |
| ICE-27 | MAYNARD LETTER BREAKING MYRTLE AVENUE LEASE | 1-30-13 | 1-30-13 | Kane | |
| ICE-28 | LETTER FROM "THOMAS BROWN AGENCY" RE: MAYNARD'S EMPLOYMENT | 1-30-13 | 1-30-13 | Kane | |
| ICE-29 | MAYNARD MYRTLE AVE RENTAL APPLICATION | 1-30-13 | 1-30-13 | Kane | |
| ICE-30 | RENT CHECK FROM JONES TO SUMMIT CIRCLE | 1-29-13 | 1-29-13 | Kane | |
| ICE-31 | | | | | |
| ICE-32 | SUMMIT CIRCLE DIAGRAM | | | | |
| ICE-33 | CREDIT APPLICATION FOR FTN CONSULTANTS | | | | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ICE-34 | COPIES OF MAYNARD AND JONES DRIVERS LICENSES | | | | |
| ICE-35 | INVESTIGATION REPORT | | | | |
| ICE-37 | Report Prepared by Kline 4/25/05 | 1-30-13 | Kline | | |
| | | | | | |
| | | | | | |

4

**Photo Exhibits**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO-1 | ANTOINE JONES | 2/4/13 | 2/4/13 | Hible | |
| PHOTO-2 | ADRIAN JACKSON | 2/4/13 | | | |
| PHOTO-3 | MICHAEL HUGGINS | | | | |
| PHOTO-4 | KEVIN HOLLAND | | | | |
| PHOTO-5 | KIRK CARTER | | | | |
| PHOTO-6 | JOHN ADAMS | | | | |
| PHOTO-7 | DEMETRIUS JOHNSON | 2/4/13 | 2/4/13 | Hible | |
| PHOTO-8 | ROEL BERMEA, JR. | 1-28-13 | 1-28-13 | Keith O'Brien | |
| PHOTO-9 | ALBERTO CARRILLO-MONTELONGO | 1-28-13 | 1-28-13 | webb | |
| PHOTO-10 | RICARDO SANCHEZ-GONZALEZ | 1-29-13 | 1-29-13 | webb | |
| PHOTO-11 | DONALD HUNTER | 2-4-13 | 2-4-13 | Hible | |
| PHOTO-12 | LAWRENCE MAYNARD | 2-4-13 | 2-4-13 | Hible | |
| PHOTO-13 | FRANCISCO JAVIER GONZALEZ-RUAN | 1-29-13 | 1-24-13 | kane | |
| PHOTO-14 | DANIEL ZINTURA | 1-30-13 | 1-30-13 | kane | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO-15 | EMMANUEL GARCIA | 1-30-13 | 1-30-13 | Ventura | |
| PHOTO-16 | JOSE GUADENCIA GARCIA | 1-28-13 | 1-28-13 | Kelli C. Brun | |
| PHOTO-17 | GUADALUPE BARRON | 1-30-13 | 1-30-13 | Ventura | |
| PHOTO-18 | CARLOS REYNA | 1-28-13 | 1-28-13 | Kelli C. Brun | |
| PHOTO-19(a) | LEVELS FROM ABOVE | 1-28-13 | 1-28-13 | Kelli C. Brun | |
| PHOTO-19(b) | LEVELS FROM ABOVE SHOWING REAR | 1-28-13 | 1-28-13 | Kelli C. Brun Heine | |
| PHOTO-19(c) | LEVELS FROM ABOVE SHOWING REAR | 1-28-13 | 1-28-13 | Kelli C. Brun Heine | |
| PHOTO-20 | JEEP AT LEVELS | 1-28-13 | 1-28-13 | Kelli C. Brun | |
| PHOTO-21 | ODYSSEY AT LEVELS | 2-4-13 | 2-4-13 | Heine | |
| PHOTO-22 | CADILLAC AT LEVELS | 1-30-13 | 1-30-13 | Kane | |
| PHOTO-23 | WIDE SHOT OF ODYSSEY AND CADILLAC AT LEVELS | 2-4-13 | 2-4-13 | Heine | |
| PHOTO-24 | WHITE ISUZU BOX TRUCK AT LEVELS | 1-24-13 | 1-24-13 | Kane | |

6

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO-25 | CLOSEUP OF LICENSE PLATE OF WHITE ISUZU TRUCK AT LEVELS | | | | |
| PHOTO-26(A) | AERIAL PHOTO OF 9508 POTOMAC DR. FT. WASHINGTON, MD | 1-26-13 | 1-26-13 | Kara | |
| PHOTO-26(B) | AERIAL PHOTO OF 9508 POTOMAC DR. FT. WASHINGTON, MD | 1-28-13 | 1-28-13 | Kelli C Bun | |
| PHOTO-27 | 10/11/05 BERMEA'S CAR PULLING INTO POTOMAC | 1-28-13 | 1-28-13 | Kelli C Bun | |
| PHOTO-28 | 10/14/05 VAN AND JEEP AT 9508 POTOMAC | 7 | 7 | Kelli C Bun | |
| PHOTO-29 | 10/14/05 JEEP LEAVING 9508 POTOMAC | | | Kelli C Bun | |
| PHOTO-30 | 10/20/05 JEEP PULLING INTO 9508 POTOMAC | | | Kelli C Bun | |
| PHOTO-31 | 10/20/05 JEEP PULLING INTO 9508 POTOMAC (CLOSE-UP) | | | Kelli C Bun | |
| PHOTO-32 | 10/22/05 BERMEA'S CAR LEAVING POTOMAC (CLOSE-UP) | | | Kelli C Bun | |
| PHOTO-33 | CD OF PHOTOS FROM 10/14/05 AT 9508 POTOMAC DR. | 1-28-13 | 1-28-13 | Kelli C Bun | |
| PHOTO-34 | | | | | |
| PHOTO-35 | | | | | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO- 36 | | | | | |
| PHOTO- 37(a) | PHOTO OF JONES/CARTER MTG AT SAM'S CARWASH ON 9/14/05 | | | | |
| PHOTO- 37(b) | PHOTO OF JONES/CARTER MTG AT SAM'S CARWASH ON 9/14/05 | | | | |
| PHOTO- 37(c) | PHOTO OF JONES/CARTER MTG AT SAM'S CARWASH ON 9/14/05 | | | | |
| PHOTO- 37(d) | PHOTO OF JONES/CARTER MTG AT SAM'S CARWASH ON 9/14/05 | | | | |
| PHOTO- 37(e) | | | | | |
| PHOTO- 38(a) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | 2-4-13 | 2-4-13 | Heric | |
| PHOTO- 38(b) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | 4 | 4 | Heric | |
| PHOTO- 38(c) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | | | Heric | |
| PHOTO- 38(d) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | 2-4-13 | 2-4-13 | Heric | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO-38(e) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | 2-4-13 | 2-4-13 | Horn | |
| PHOTO-38(f) | PHOTO OF JONES/HOLLAND MTG AT SHOPPERS FOOD WAREHOUSE PARKING LOT ON 9/18/05 | 2-4-13 | 2-4-13 | Horn | |
| PHOTO-39 | | | | | |
| PHOTO-40 | 10/4/05 JONES AND BERMEA LEAVING POTOMAC IN JEEP | 1-28-12 | 1-28-12 | Kellie O'Burn | |
| PHOTO-41 | 10/4/05 PHOTO SERIES 1 | 1-28-12 | 1-28-12 | Kellie O'Burn | |
| PHOTO-42 | 10/4/05 PHOTO SERIES 2 | 1-28-12 | 1-28-12 | Kellie O'Burn | |
| PHOTO-43 | 10/4/05 PHOTO SERIES 3 | 1-28-12 | 1-28-12 | Kellie O'Burn | |
| PHOTO-44 | 10/4/05 BERMEA LEAVING POTOMAC (CLOSE-UP) | 1-28-12 | 1-28-12 | Kellie O'Burn | |
| PHOTO-45 | | | | | |
| PHOTO-46 | | | | | |
| PHOTO-47 | | | | | |

9

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| PHOTO-48 | | | | | |
| PHOTO-49 | | | | | |
| PHOTO-50 | | | | | |
| PHOTO-51 | | | | | |
| PHOTO-52 | | | | | |
| PHOTO-53 | | | | | |
| PHOTO-54 | | | | | |
| PHOTO-55 | | | | | |
| PHOTO-56 | | | | | |
| PHOTO-57 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Wiretap Exhibits**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---------|------------------------|---------------|----------------------|---------|------------------------------------------|
| WT-1 | WHOLE WIRETAP (1 OF 5) | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-2 | WHOLE WIRETAP (2 OF 5) | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-3 | WHOLE WIRETAP (3 OF 5) | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-4 | WHOLE WIRETAP (4 OF 5) | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-5 | WHOLE WIRETAP (5 OF 5) | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-6 | CALLS PLAYED AT TRIAL | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-7 | TRANSCRIPT BINDER | 1-28-13 | 1-28-13 | Kellie O'Brien | |
| WT-8 | CALL TIME LINE 9/18/05 | 2-4-13 | 2-4-13 | none | |
| WT-9 | CALL TIME LINE 10/11/05 | 2-4-13 | 2-4-13 | none | |

11

**Phone Exhibits through SA Kellie O'Brien**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| KOB-1 | PHONE NUMBER CHART | 1-26-13 | 1-26-13 | O'Brien | |
| KOB-2 | ANALYSIS PHONE Ex. # 9508-SW-5 | 1-26-13 | 1-26-13 | | |
| KOB-3 | ANALYSIS PHONE Ex. # 9508-SW-6 | | | | |
| KOB-4 | ANALYSIS PHONE Ex. # 9508-SW-7 | | | | |
| KOB-5 | ANALYSIS PHONE Ex. # 9508-SW-8 | 1-26-13 | 1-26-13 | O'Brien | |
| KOB-6 | ANALYSIS PHONE Ex. # 9508-SW-9 | | | | |
| KOB-7 | ANALYSIS PHONE Ex. # 9508-SW-10 | | | | |
| KOB-8 | ANALYSIS PHONE Ex. # 9508-SW-11 | | | | |
| KOB-9 | ANALYSIS PHONE Ex. # 9508-SW-12 | 1-26-13 | 1-26-13 | O'Brien | |
| KOB-10 | | | | | |
| KOB-11 | | | | | |
| KOB-12 | | | | | |
| KOB-13 | | | | | |
| KOB-14 | | | | | |
| KOB-15 | | | | | |
| KOB-16 | | | | | |
| KOB-17 | | | | | |

12

**9508 Potomac Drive Search Warrant**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-1 | SKETCH OF FIRST FLOOR | | | | |
| 9508-SW-2 | SKETCH OF BASEMENT | | | | |
| 9508-SW-3 | PHOTO OF EXTERIOR OF HOUSE | 1-29-13 | 1-29-13 | WP&D DUNWKULWG | |
| 9508-SW-4 | | | | | |
| 9508-SW-5 | CELL PHONE FROM CARILLO-MONTELONGO | 1-29-13 | 1-29-13 | WP&D | |
| 9508-SW-6 | CELL PHONE FROM CARILLO-MONTELONGO | | | | |
| 9508-SW-7 | CELL PHONE FROM CARILLO-MONTELONGO | | | | |
| 9508-SW-8 | CELL PHONE | 1-29-13 | 1-29-13 | WP&D | |
| 9508-SW-9 | CELL PHONE | | | | |
| 9508-SW-10 | CELL PHONE | | | | |
| 9508-SW-11 | CELL PHONE | 1-29-13 | 1-29-13 | WP&D | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-12 | CELL PHONE | 1-24-13 | 1-24-13 | w/DD | |
| 9508-SW-13 | WALLET OF RICARDO SANCHEZ-GONZALEZ | ⌃ | ⌃ | w/DD | |
| 9508-SW-14 | CARD CASE OF RELIGIOUS CARDS, SANCHEZ-GONZALEZ WALLET | | | w/DD | |
| 9508-SW-15 | VISA - ALBERTO CARILLO-MONTELONGO | | | w/DD. | |
| 9508-SW-16 | LICENSE - ROEL BERMEA | 1-24-13 | 1-24-13 | w/DD | |
| 9508-SW-17 | HEAT SEALER | 1-24-13 | 1-24-13 | w/DD | |
| 9508-SW-18 | Heat Sealer and Bags | 1-24-13 | 1-24-13 | w/DD | |
| 9508-SW-19 | LEASE TO 9508 AND RELATED PAPERWORK | 1-28-13 | 1-28-13 | Kellie O'Brien w/DD | |
| 9508-SW-19(a) | PAPERWORK OF CARLOS REYNA FROM AUTO AUCTION | 1-28-13 | 1-28-13 | Kellie O'Brien w/DD. | |
| 9508-SW-20(a) | SHEETS WITH COMPUTATIONS (LOOSE) | 1-24-13 | 1-24-13 | w/DD. | |
| 9508-SW-20(b) | NOTEBOOK WITH TALLY SHEETS | 1-24-13 | 1-24-13 | w/DD. | |
| 9508-SW-20(c) | CARLOS REYNA PEPCO BILL FOR 9508 POTOMAC DRIVE | 1-28-13 | 1-28-13 | Kellie O'Brien w/DD. | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-22 | SHOE BOX AND CONTENTS | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-22(B) | NOTEBOOK WITH COMPUTATIONS FROM SHOE BOX | 1-29-13 | 1-29-13 | WBB. | |
| 9508-SW-23 | MONEY COUNTING MACHINE | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-24 | PHOTO - MONEY COUNTER IN ROOM E CLOSET | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-25 | TALLY SHEETS | 1-29-13 | 1-29-13 | WBB. | |
| 9508-SW-26 | ENVELOPE W/ RECEIPTS AND CALLING CARDS | 1-29-13 | 1-29-13 | WBB. | |
| 9508-SW-27(a) | EMPTY BLUE BAG | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-27(b) | EMPTY BLUE BAG | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-28 | JACKSON ELECTRIC BILL, CARLOS REYNA, LAWRENCEVILLE, GA | 1-29-13 | 1-29-13 | WBB. | |
| 9508-SW-29(A) | SPIRAL NOTEBOOK | 1-29-13 | 1-29-13 | WBB. | |
| 9508-SW-29(B) | NOTECARDS | 1-29-13 | 1-29-13 | WBB | |
| 9508-SW-30 A-C | BAGS OF CRACK/POWDER COCAINE 9508-SW-30 (a, b, c) | 1-29-13 | 1-29-13 | WBB. | |

15

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-31 | BLACK DUFFEL BAG WHICH ORIG HAD HEAT SEALED MONEY - $750,000 | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-32 | BLUE/BLACK DUFFEL BAG WHICH ORIG HAD 25 BLACK KILOGRAMS OF COCAINE | 1-29-13 | | *(signature)* | |
| 9508-SW-33 | BLUE/BLACK DUFFEL BAG WHICH ORIG HAD 30 BLACK KILOGRAMS OF COCAINE | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-34 | RED DUFFEL BAG WHICH ORIG HAD 25 BLACK KILOGRAMS OF COCAINE | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-35 | BLACK DUFFEL BAG WHICH ORIG HAD 17 BLUE KILOGRAMS OF COCAINE | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-36 | TIMBERLAND SHOE BOX WHICH ORIG CONTAINED $94,000 | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-37 | | | | | |
| 9508-SW-38 | 96.4 KILOGRAMS OF COCAINE  Dark + Blue Heat sealed | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-39 | Tested Powder Cocaine 24 kilo Clear bag w/ white powder | 1-29-13 | 1-29-13 | Woo. | |
| 9508-SW-40 | PHOTO OF 600 GRAMS OF CRACK COCAINE IN SHOPPING BAG | 1-29-13 | 1-29-13 | *(signature)* | |
| 9508-SW-41 | PHOTO OF 600 GRAMS OF CRACK COCAINE OUT OF BAG | ↓ | ↑ | *(signature)* | |
| 9508-SW-42 | PHOTO OF BAG OF 600 GRAMS OF CRACK COCAINE IN ATTIC | 1-29-13 | 1-29-13 | *(signature)* | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-43 | PHOTO OF TIMBERLAND BOX CONTAINING $94, 000.00 | | | WWD | |
| 9508-SW-44 | PHOTO OF OPEN TIMBERLAND BOX SHOWING CASH | 1-29-13 | 1-29-13 | WWD | |
| 9508-SW-45 | PHOTO OF DUFFEL BAG IN ATTIC | | | WWD | |
| 9508-SW-46 | PHOTO OF DUFFEL BAGS FROM ATTIC | | | WWD | |
| 9508-SW-47 | PHOTO OF BLACK DUFFEL BAG | | | WWD | |
| 9508-SW-48 | PHOTO OF OPEN BLACK DUFFEL BAG | 1-29-13 | 1-29-13 | WWD | |
| 9508-SW-49 | PHOTO OF 17 BLUE KILOS FROM BLACK DUFFEL BAG | | | WWD | |
| 9508-SW-50 | PHOTO OF RED DUFFEL BAG | | | WWD | |
| 9508-SW-51 | PHOTO OF OPEN RED DUFFEL BAG | | | WWD | |
| 9508-SW-52 | PHOTO OF 25 BLACK KILOS FROM RED DUFFEL BAG | | | WWD | |
| 9508-SW-53 | PHOTO OF BLACK DUFFEL BAG | | | WWD | |
| 9508-SW-54 | PHOTO OF OPEN BLACK DUFFEL BAG | 1-29-13 | 1-29-13 | WWWD | |

17

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-55 | PHOTO OF $750, 000.00 FROM BLACK DUFFEL BAG | 1-29-13 | 1-29-13 | W.Bob. | |
| 9508-SW-56 | PHOTO OF BLUE & GREY DUFFEL BAG | | | W.Bob | |
| 9508-SW-57 | PHOTO OF OPEN BLUE & GREY DUFFEL BAG | | | W.Bob | |
| 9508-SW-58 | PHOTO OF 30 BLACK KILOS FROM BLUE &GREY DUFFEL BAG | | | W.Bob | |
| 9508-SW-59 | PHOTO OF BLUE & GREY DUFFEL BAG | | | W.Bob | |
| 9508-SW-60 | PHOTO OF OPEN BLUE & GREY DUFFEL BAG | | | W.Bob | |
| 9508-SW-61 | PHOTO OF 25 BLACK KILOS FROM BLUE & GREY DUFFEL BAG | 1-29-13 | 1-29-13 | W.Bob | |
| 9508-SW-62 | PHOTO OF BLUE HONDA ODYSSEY MINIVAN AT 9508 POTOMAC DRIVE | 1-28-13 | 1-28-13 | Keith C Bowie, W.Bob. | |
| 9508-SW-63 | PHOTO OF LIVING ROOM OF 9508 POTOMAC DRIVE | 1-29-13 | 1-29-13 | W.Bob. | |
| 9508-SW-64 | PHOTO OF BEDROOM E | 1-29-13 | 1-29-13 | W.Bob | |
| 9508-SW-65 | PHOTO OF BEDROOM G | | | W.Bob | |
| 9508-SW-66 | PHOTO OF BEDROOM H | 1-29-13 | 1-29-13 | W.Bob | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-67 | PHOTO OF MONEY COUNTER | 1-29-13 | 1-29-13 | little b.o.. | |
| 9508-SW-68 | PHOTO OF BOX OF SUPPLIES | ↗ | ↗ | little b.o.. | |
| 9508-SW-69 | PHOTO OF ROOM A – KITCHEN | ↙ | ↙ | little b.o.. | |
| 9508-SW-70 | 9/25/05 TALLY SHEETS | 1-29-13 | 1-29-13 | little b.o.. | |
| 9508-SW-71 | 9/25/05 TALLY SHEETS | ↗ | ↗ | little b.o.. | |
| 9508-SW-72 | 9/26/05 TALLY SHEETS | | | little b.o.. | |
| 9508-SW-73 | LIST OF PAYMENTS | | | little b.o.. | |
| 9508-SW-74 | LIST OF KILOS GIVEN OUT | 1-29-13 | 1-29-13 | little b.o.. | |
| 9508-SW-75 | PHOTO OF POOL TABLE IN GARAGE | 1-29-13 | 1-29-13 | little b.o.. | |
| 9508-SW-76 | PHOTO OF GARAGE | ↗ | ↗ | little b.o.. | |
| 9508-SW-77 | PHOTO OF TARGETS IN KITCHEN | | | little b.o.. | |
| 9508-SW-78 | PHOTO OF FIREPLACE | 1-29-13 | 1-29-13 | little b.o.. | |

19

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 9508-SW-79 | PHOTO OF WEIGHT ROOM | 1-29-13 | 1-29-13 | u-8DD- | |
| 88 | Search Warrant | 1-24-13 | | u2boo. | |
| | | | | | |
| | | | | | |
| | | | | | |

**North Carolina Traffic Stop - Maynard**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| NC-STOP-1 | PHOTO OF UNDERSIDE OF HONDA ODYSSEY | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-2 | PHOTO OF 2ND GAS TANK IN HONDA ODYSSEY | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-3 | PHOTO OF TARGET SHOPPING BAGS IN HIDDEN COMPARTMENT | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-4 | PHOTO OF BUNDLED MONEY FROM TARGET BAGS | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-5 | PHOTO OF MONEY ON TABLE | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-6 | COPY OF MAYNARD'S DRIVER'S LICENSE | 1-31-13 | 1-31-13 | Whitehead | |
| NC-STOP-7 | | | | | |
| NC-STOP-8 | FORFEITURE RECORDS FOR   JONES'S UNCLAIMED HONDA ODYSSEY | 2-8-13 | 2-8-13 | Rangnuth | |
| NC-STOP-9 | | | | | |
| NC-STOP-10 | | | | | |
| NC-STOP-11 | | | | | |

21

## Levels Search Warrant

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| LEVELS-SW-1 | PHOTO OF LEVELS | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-2 | PHOTO OF LEVELS OFFICE | | | | |
| LEVELS-SW-3 | PHOTO OF LEVELS OFFICE, BACK | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-4 | PHOTO OF GUN IN PLACE | | | | |
| LEVELS-SW-5 | PHOTO OF GUN AND CLIP | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-6 | GUN | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-7 | SKETCH OF LEVELS | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-8 | SKETCH OF LEVELS | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-9 | BULLETS FROM GUN | 2-7-13 | 2-7-13 | Holmes | |
| LEVELS-SW-10 | | | | | |
| LEVELS-SW-11 | HOLIDAY INN EXPRESS, DULUTH, GA BILL - MAYNARD 2/23/05 (CASH) | 2-11-13 | 2/11/13 | O'Brien | |

Levels-SW-6A  Bag the Gun was stored in

22

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| LEVELS-SW-12 | HOLIDAY INN EXPRESS, DULUTH, GA ROOM KEYS | 2-7-13 | 2-7-13 | Henne | |
| LEVELS-SW-13 | COMFORT SUITES, DULUTH, GA BILL - MAYNARD 2/18/05 (CASH | 2-7-13 | 2-7-13 | Henne | |
| LEVELS-SW-14 | COPY OF NC SPEEDING TICKET MAYNARD-4/12/05-JONES'S MINIVAN | 1-31-13 | 1-31-13 | Miller Henne | |
| LEVELS-SW-15 | | | | | |
| LEVELS-SW-16 | HANDWRITTEN LIST OF PHONE NUMBERS | 2-7-13 | 2-7-13 | Henne | |
| LEVELS-SW-17 | | | | | |
| LEVELS-SW-18 | ABC APPLICATION – LEVELS | | | | |
| LEVELS-SW-19 | ABC LICENSE – LEVELS | | | | |
| LEVELS-SW-26 | CERT OF REGISTRATION, LEVELS ENTERTAINMENT | | | | |
| LEVELS-SW-27 | BLUE FOLDER CONTAINING DOCUMENTS | 2-7-13 | 2-7-13 | Henne | |
| LEVELS-SW-30 | COPY OF HAMPTON PARK LEASE – JONES | 2-7-13 | 2-7-13 | Henne | |
| LEVELS-SW-31 | HAMPTON PARK BROCHURE | 2-7-13 | 2-7-13 | Henne | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| LEVELS-SW-32 | HAMPTON PARK FLYER | 2-7-13 | 2-7-13 | Herne | |
| LEVELS-SW-33 | JONES LETTER TO BREAK HAMPTON PARK LEASE | 2-7-13 | 2-7-13 | Herne | |
| LEVELS-SW-34 | | | | | |
| LEVELS-SW-35 | MYRTLE AVENUE LEASE – MAYNARD | | | Herne | |
| LEVELS-SW-36 | THOMAS BROWN AGENCY LETTER RE MAYNARD | 2-7-13 | 2-7-13 | | |
| LEVELS-SW-37 | MONEY ORDERS FOR MYRTLE AVE RENT – MAYNARD | 1 | 1 | | |
| LEVELS-SW-38 | DEAR MR. KELLY LETTER | | | | |
| LEVELS-SW-39 | DRAFT OF DEAR MR. KELLY LETTER | | | | |
| LEVELS-SW-40 | MYRTLE AVE MRIS PRINTOUT | | | | |
| LEVELS-SW-41 | MYRTLE AVE FOLDER | | | | |
| LEVELS-SW-42 | MYRTLE AVE LEASE ADDENDUM | 2-7-13 | 2-7-13 | Herne | |
| LEVELS-SW-43 | MONEY COUNTER | 2-7-13 | 2-7-13 | Herne | |

24

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| LEVELS-SW-44 | MYRTLE AVE SMOKE DETECTOR ADDENDUM | 2-7-13 | 2-7-13 | Hearka | |
| LEVELS-SW-45 | COPY OF THOMAS BROWN LTR | | | Hearke | |
| LEVELS-SW-46 | PHOTO OF BAR | | 2-7-13 | Heirke | |
| LEVELS-SW-47 | PHOTO OF INTERIOR | | | | |
| LEVELS-SW-48 | PHOTO OF INTERIOR | | | | |
| LEVELS-SW-49 | PHOTO OF INTERIOR | | | | |
| LEVELS-SW-50 | PHOTO OF INTERIOR | | | | |
| LEVELS-SW-51 | PHOTO OF INTERIOR | 2-7-13 | 2-7-13 | Heirke | |

25

## Michael Huggins Search Warrant
## (5119 Barto Avenue, Suitland, MD)

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MH-SW-1 | SKETCH | 2-7-13 | 2-7-13 | (Ashby) | |
| MH-SW-2 | SLIP OF PAPER WITH JONES'S PHONE NUMBER | 2-7-13 | 2-7-13 | Ashby | |
| MH-SW-3 | | | | | |
| MH-SW-4 | PHOTO - FRONT DOOR | 2-7-13 | 2-7-13 | Ashby | |
| MH-SW-5 | PHOTO - ROOM E | | 2-7-13 | Ashby | |
| MH-SW-6 | PHOTO - ROOM E | 2-7-13 | 2-7-13 | Ashby | |
| MH-SW-7(a) | DIGITAL SCALE AND RAZOR | . | 2-7-13 | | |
| MH-SW-7(b) | PHOTO - DIGITAL SCALE AND RAZOR | 2-7-13 | 2-7-13 | Ashby | |
| MH-SW-7(c) | PHOTO - DIGITAL SCALE AND RAZOR IN DRAWER | 2-7-13 | 2-7-13 | Ashby | |
| MH-SW-8 | PHOTO - BLUE SHOE BOX | 2-7-13 | 2-7-13 | r/sh | |
| MH-SW-9 | PHOTO - BLUE SHOE BOX WITH DIGITAL SCALE | 2-7-13 | 2-7-13 | | |

26

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MH-SW-10 | PHOTO - BLUE SHOE BOX WITH COCAINE | 2-7-13 | 2-7-13 | 1/31/04 | |
| MH-SW-11 | PHOTO - ROOM A | 2-7-13 | 2-7-13 | | |
| MH-SW-12 | DIGITAL SCALE FROM SHOE BOX UNDER BED | 2-7-13 | | 1/31/04 | |
| MH-SW-13 | BLUE SHOE BOX | | | | |
| MH-SW-14 | COCAINE FROM BLUE SHOE BOX | | | | |
| MH-SW-15 | COCAINE FROM DRESSER | 2-7-13 | 2-7-13 | 1/31/04 | |
| MH-SW-16 | | | | | |
| MH-SW-17 | | | | | |
| MH-SW-18 | PHOTO OF MONEY UNDER MATTRESS | 2-7-13 | 2-7-13 | 1/31/04 | |
| MH-SW-19 | CLOSEUP PHOTO OF MONEY | 2-7-13 | 2-7-13 | 4/31/04 | |
| MH-SW-20 | PHOTO OF MONEY IN SAFE | 2-7-13 | 2-7-13 | 1/31/04 | |
| MH-SW-21 | PHOTO - HOUSE WITH WHITE BMW | 2-7-13 | 2-7-13 | 1/31/04 | |

27

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MH-SW-22 | PHOTO - ROOM H | 2-7-13 | 2-7-13 | 4/5/104 | |
| MH-SW-23 | PHOTO - ROOM L | 2-7-13 | ↑ | | |
| MH-SW-24 | PHOTO - ROOM M | | ↑ | | |
| MH-SW-25 | PHOTO - WHITE BMW | ↓ | ↓ | | |
| MH-SW-26 | PHOTO - BLACK BMW | 2-7-13 | 2-7-13 | 4/5/104 | |
| MH-SW-27 | | | | | |
| MH-SW-28 | | | | | |
| MH-SW-29 | | | | | |
| MH-SW-39 | | | | | |
| MH-SW-40 | W2 FORM | 2-7-13 | 2-7-13 | 4/5/104 | |
| MH-SW-41 | WALLET AND ID FROM SAFE | 2-7-13 | 2-7-13 | 4/5/104 | |
| MH-SW-42 | | | | | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MH-SW-43 | W2 FORM FOR MICHAEL HUGGINS | 2-7-13 | 2-17-13 | Gishby | |
| MH-SW-44 | | | | | |
| MH-SW-45 | DIRECTIONS TO HUGGINS HOUSE | 2-7-13 | 2-7-13 | Gishby | |

Residence of Antoine Jones Search Warrant (Moore Street)

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| AJ-SW-1 | PHOTO OF FRONT OF MOORE ST. | | | | |
| AJ-SW-2 | BAG W/ WALLET, ID CARDS | 2-11-13 | 2-11-13 | Naughy | |
| AJ-SW-3 | ENVELOPE & SOCIAL SECURITY STATEMENT | 1-28-13 | 1-28-13 | Brown | |
| AJ-SW-4 | SKETCH OF MOORE STREET | 2-11-13 | 2-11-13 | Naughy | |
| AJ-SW-5 | PHOTO OF FRONT DOOR | | | | |
| AJ-SW-6 | PHOTO OF DINING ROOM | 2-11-13 | 2-11-13 | Naughy | |
| AJ-SW-7 | TITLE TO JEEP | 1-28-13 | 1-28-13 | Lillie C Brown | |
| AJ-SW-8 | NY EVE PHOTO OF ADAMS, JONES, & JACKSON | 2-11-13 | 2-11-13 | Naughy | |
| AJ-SW-9 | PHOTO OF WEIGHT ROOM | | | | |
| AJ-SW-10 | STATE FARM INS. CERTIFICATION 1997 HONDA MINIVAN | 2-11-13 | 2-11-13 | | |
| AJ-SW-11 | PHOTO OF JEEP AND SEQUOIA | | | | |
| AJ-SW-12 | PHOTO OF JEEP & SEQUOIA | | | | |
| AJ-SW-13 | PHOTO OF VIEW THROUGH JEEP WINDOW | 2-11-13 | 2-11-13 | Naughy | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| AJ-SW-14 | PHOTO OF BLACK COMPUTER BAG-OPEN | | | | |
| AJ-SW-15 | PHOTO OF BLACK COMPUTER BAG-OPEN WITH CASH AND BROWN BAG | 2-11-13 | 2-11-13 | Esparta. | |
| AJ-SW-16 | PHOTO OF BLACK COMPUTER BAG WITH CASH ROLL | | | | |
| AJ-SW-17 | PHOTO OF BLUE COOLER BAG OPEN IN JEEP | | | | |
| AJ-SW-18 | CLOSEUP PHOTO OF AJ-SW-17 | 2-11-13 | 2-11-13 | De Rada. | |
| AJ-SW-19 | PHOTO OF RED PLASTIC BAG FROM JEEP | | | | |
| AJ-SW-20 | PHOTO OF BAGS WITHIN RED PLASTIC BAG FROM JEEP | | | | |
| AJ-SW-21 | PHOTO OF MONEY FROM BAGS WITHIN RED PLASTIC BAG FROM JEEP | | | | |
| AJ-SW-22 | PHOTO OF BROWN PAPER BAG WHICH HAD $11,500 FROM JEEP | | | | |
| AJ-SW-23 | PHOTO OF MONEY ON TABLE | 2-11-13 | 2-11-13 | De Rada. | |
| AJ-SW-24 | PHOTO OF STAIRWELL | 2-11-13 | 2-11-13 | Naugle. | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| AJ-SW-25 | PHOTO OF MONEY ON JONES'S BEDROOM FLOOR | | | | |
| AJ-SW-26 | PHOTO OF KITCHEN | 2-11-13 | 2-11-13 | Nwufe | |
| AJ-SW-27 | PHOTO OF ROOM M | | | | |
| AJ-SW-28 | PHOTO OF KITCHEN | | | | |
| AJ-SW-29 | PHOTO OF BEDROOM | 2-11-13 | 2-11-13 | Nwufe | |
| | consent to search | | | | |
| AJ-SW-65 | | 2-11-13 | 2-11-13 | Nwufe | |
| AJ-SW-67 | SCRAP PAPER WITH CHARLY'S PHONE NUMBER | 1-29-13 | 1-29-13 | Couvin | |
| AJ-SW-68 | BOX FOR NOKIA PHONE | 1-29-13 | 1-29-13 | Couvin | |
| AJ-SW-69 | BAG OF BAGS SEIZED FROM JONES'S JEEP | 2-11-13 | 2-11-13 | Erpata | |
| AJ-SW-70 | BLUE COOLER FROM JEEP | | | | |
| AJ-SW-71 | TALLY SHEET FROM AJ-SW 70 | 2-11-13 | 2-11-13 | Erpata | |

32

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| AJ-SW-72 | TALLY SHEET FROM AJ-SW-70 | | | | |
| AJ-SW-73 | NOKIA CELL PHONE FOUND IN HOUSE BEARING 202-746-0470 | 2-11-13 | 2-11-13 | Sopata | |
| AJ-SW-74 | SCREEN SHOT OF NOKIA P CONTACT NUMBER | 2-11-13 | 2-11-13 | Ndunyi | |
| AJ-SW-75 | SCREEN SHOT OF NOKIA PHEB CONTACT NUMBER | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-76 | MOTOROLA CELL PHONE FOUND IN JEEP BEARING 202-746-0470 | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-77 | SCREEN SHOT OF MOTOROLA P CHARLIE CONTACT | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-78 | SCREEN SHOT OF MOTOROLA PHEB CONTACT NUMBER | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-79 | SCREEN SHOT OF MOTOROLA P!!NEW CONTACT NUMBER | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-80 | PHOTO OF SEARCH OF JEEP | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-81 | PHOTO OF FRONT INTERIOR OF JEEP | 1-24-13 | 1-24-13 | O'Brien | |
| AJ-SW-82 | PHOTO OF REAR INTERIOR OF JEEP | 1-24-13 | 1-24-13 | O'Brien | |

## John Adams Search Warrant (Gloria Drive)

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| JA-SW-1 | SKETCH OF 5803 GLORIA DR | | | | |
| JA-SW-2 | KNIFE AND RAZOR BLADE | | | | |
| JA-SW-3 | POWDER COCAINE FROM HEADBOARD | | | | |
| JA-SW-4 | PHOTO OF POWDER COCAINE FROM HEADBOARD | | | | |
| JA-SW-5 | PHOTO OF $9600 SEIZED FROM ADAMS (FORFEITED) | | | | |
| JA-SW-6 | LEVELS PAY STUB - JOHN ADAMS | 2·7·13 ✓ | 2·7·13 ✓ | Kirschner | |
| JA-SW-7 | PHOTO ADAMS AND JACKSON | | | | |
| JA-SW-8 ✗ | GUN FOUND IN BEDROOM/ (50) Bullets | | | | |
| JA-SW-9 | PHOTO OF GUN FOUND IN BEDROOM | | | | |
| JA-SW-10/JCq Bullets | GUN IN SAFE ON FIRST FLOOR/10a- | | | | |
| JA-SW-11 | PHOTO OF GUN OF FROM SAFE | | | | |
| JA-SW-12 | PHOTO OF ROOM M | | | | |
| JA-SW-13 | PHOTO OF JACKET IN CLOSET WHICH CONTAINED COCAINE | 2·7·13 ✓ | 2·7·13 ✓ | Kirschner | |

5a    Bullets in Magazine

34

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| JA-SW-14 | BLUE AND WHITE BAG AND ZIPLOCK OF COCAINE | 2-7-13 | 2-7-13 | Kuschner | |
| JA-SW-15(a) | PHOTO OF BLUE AND WHITE BAG AND ZIPLOCK OF COCAINE | | | | |
| JA-SW-15(b) | CLOSEUP PHOTO OF ZIPLOCK BAGS OF COCAINE | | | | |
| JA-SW-16 | DIGITAL SCALE | | | | |
| JA-SW-17 | IRS FORM, JOHN ADAMS, 5703 GLORIA DRIVE, SUITLAND, MD | | | | |
| JA-SW-18 | PHOTO OF FRONT DOOR | 2-7-13 | 2-7-13 | | |
| JA-SW-19 | PHOTO OF ROOM A | | | | |
| JA-SW-20 | PHOTO OF ROOM D | | | | |
| JA-SW-21 | PHOTO OF ROOM G | | | | |
| JA-SW-22 | PHOTO OF ROOM H | | | | |
| JA-SW-23 | PHOTO OF SAFE WITH AMMUNITION | | | | |
| JA-SW-24 | PHOTO OF SHOE BOXES IN CLOSET | 2-7-13 | 2-7-13 | Kuschner | |
| JA-SW-25 | PHOTO | 2-7-13 | 2-7-13 | Kuschner | |

**Adrian Jackson Search Warrant (Allendale Drive)**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ADJ-SW-1 | PHOTO OF JACKSON, JONES, UNKNOWN MALE | | | | |
| ADJ-SW-2 | | | | | |
| ADJ-SW-3 | DC INSURANCE CARD, ADRIAN JACKSON | | | | |
| ADJ-SW-4 | GUN FOUND IN CLOSET OF BEDROOM | | | | |
| ADJ-SW-5 | AMMUNITION (5 ROUNDS, .40 CALIBER) FROM GUN | 2-7-13 | 2-7-13 | Crawley | |
| ADJ-SW-6 | | | | | |
| ADJ-SW-7 | DIGITAL SCALE FOUND IN BEDROOM DRESSER DRAWER | 2-7-13 | 2-7-13 | Crawley | |
| ADJ-SW-8 | SMALL ZIPLOCK BAG OF CRACK COCAINE FOUND IN BEDROOM DRESSER | 2-7-13 | 2-7-13 | Crawley | |
| ADJ-SW-9 | CRACK COCAINE/ Bag w/ residue | 2-7-13 | 2-7-13 | Crawley | |
| ADJ-SW-10 | BLACK GUESS POUCH CONTAINING CRACK COCAINE | 2-7-13 | 2-7-13 | Crawley | Withdrawn |
| ADJ-SW-11 | CLUB LEVELS CARD | | | | by Soltys |

36

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| ADJ-SW-12 | LEVELS PAYCHECK STUBS, ADRIAN JACKSON | | | | |
| ADJ-SW-13 | PHOTO - MONEY ON BED | 2-7-13 | 2-7-13 | Clouds | |
| ADJ-SW-14 | PHOTO - FRONT DOOR | 2-7-13 | 2-7-13 | Clouds | |
| ADJ-SW-15 | SW SKETCH | 1 | 1 | | |
| ADJ-SW-16 | SW PHOTO - BEDROOM AND NIGHTSTAND | | | | |
| ADJ-SW-17 | PHOTO - LIVING ROOM | | | | |
| ADJ-SW-18 | SW PHOTO - OPEN NIGHTSTAND DRAWER WITH POUCH AND         CRACK | | | | |
| ADJ-SW-19 | SW PHOTO - BEDROOM AND NIGHTSTAND | 2-7-13 | 2-7-13 | Clouds | |
| ADJ-SW-20 | Photo of the Chest | 2-7-13 | 2-7-13 | Clouds | Withdrawn by Soltys |
| ADJ-SW-21 | | | | | |
| ADJ-SW-22 | SW PHOTO - ____ CRACK COCAINE SCALE AND GUESS POUCH | 2-7-13 | 2-7-13 | Clouds. | |
| ADJ-SW-23 | SW PHOTO - $2743 | | | | |

37

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---------|------------------------|---------------|---------------------|---------|----------------------------------------|
| ADJ-SW-24 | SW PHOTO - GUN AND AMMUNITION | 2-7-13 | 2-7-13 | (court) | |
| ADJ-SW-25 | SW PHOTO - GUN IN CLOSET | 2-7-13 | 2-7-13 | (court) | |
| ADJ-SW-26 | | | | | |
| ADJ-SW-27 | SW PHOTO - CLOSET IN BACK BEDROOM | 2-7-13 | 2-7-13 | (court) | Withdrawn by Soltys |
| ADJ-SW-28 | SW PHOTO | 2-7-13 | 2-7-13 | | Withdrawn by Soltys |
| ADJ-SW-29 | SW PHOTO | | | | withdrawn by Soltys |
| ADJ-SW-30 | SW PHOTO | 2-7-13 | 2-7-13 | (court) | withdrawn by Soltys |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Demetrius Johnson Search Warrant (Crescent Parkway)**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| DJ-SW-1 | SKETCH | | | | |
| DJ-SW-2 | COCAINE FROM NIKE BAG | 2-8-13 | 2-8-13 | | |
| DJ-SW-3 | PHOTO OF NIKE BAG WITH COCAINE | 2-8-13 | 2-8-13 | | |
| DJ-SW-4 | DIGITAL SCALE | | 2-8-13 | | |
| DJ-SW-5 | NIKE BAG | | | | |
| DJ-SW-6 | DRUGS FROM FANNY PACK | | | | |
| DJ-SW-7 | PHOTO OF DRUGS IN FANNY PACK | | | | |
| DJ-SW-8 | SHOE BOX WITH ZIPLOCK BAGS | | | | |
| DJ-SW-9 | PHOTO OF SHOE BOX WITH ZIPLOCK | 2-8-13 | 2-8-13 | | |
| DJ-SW-10 | PHOTO OF FANNY PACK WITH DIGITAL SCALE AND INDIV BAGGED COCAINE | | | | |
| DJ-SW-11 | TICKETS | 2-8-13 | 2-8-13 | | |
| DJ-SW-12 | PHOTO OF CASH | 2-8-13 | 2-8-13 | | |
| DJ-SW-13 | PHOTO OF FRONT DOOR | | | | |
| DJ-SW-14 | PHOTO OF ROOM E | 2-8-13 | 2-8-13 | | |

39

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| DJ-SW-15 | LEASE | | | | |
| DJ-SW-16 | FANNY PACK | | | | |
| DJ-SW-17 | PHOTO OF TV IN BEDROOM | 2-8-13 | 2-8-13 | | |
| DJ-SW-18 | PHOTO OF TV IN OTHER BEDROOM | | | | |
| DJ-SW-19 | PHOTO OF DINING ROOM | | | | |
| DJ-SW-20 | PHOTO OF SHOES | | | | |
| DJ-SW-21 | PHOTO OF SCALE IN DRAWER | | | | |
| DJ-SW-22 | PHOTO OF BMW | 2-8-13 | 2-8-13 | | |
| DJ-SW-23 | PHOTO OF MONEY, KEYS, PHONE IN ROOM J | | | | |

**Kirk Carter Search Warrant (Pomeroy Drive)**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| KC-SW-1 | ENVELOPE - KIRK CARTER | 2-5-13 | 2-8-13 | Horne | |
| KC-SW-2(a) | JUROR NOTICE FOR CARTER | | | | |
| KC-SW-2(b) | NEXTEL CONTRACT | 2-8-13 | 2-8-13 | Horne | |
| KC-SW-3 | STRAINER W/ WHITE POWDER | 2-5-13 | 2-8-13 | Horne | |
| KC-SW-4 | SCALE | 2-8-13 | 2-8-13 | Horne | |
| KC-SW-5 | SCALE | 2-8-13 | 2-8-13 | Horne | |
| KC-SW-6 | PHOTO OF FRONT DOOR | 2-8-13 | 2-8-13 | Horne | |
| KC-SW-7 | BLACK POUCH WITH AMMUNITION | 2-5-13 | 2-8-13 | Horne | |
| KC-SW-7(a) | PHOTO OF BLACK POUCH | | | | |
| KC-SW-7(b) | PHOTO OF AMMUNITION FROM BLACK POUCH | 2-5-13 | 2-8-13 | Horne | |
| KC-SW-8(a) | | | | | |
| KC-SW-8(b) | | | | | |
| KC-SW-8(d) | | | | | |

41

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| KC-SW-8(e) | | | | | |
| KC-SW-9 | | | | | |
| KC-SW-9(a) | | | | | |
| KC-SW-9(b) | | | | | |
| KC-SW-9(c) | | | | | |
| KC-SW-9(e) | | | | | |
| KC-SW-13 | ZIP LOCK BAGS | | | Houng | |
| KC-SW-14 | PHOTO OF ROOM C | 2-8-13 | 2-8-13 | Houng | |
| KC-SW-15 | POUCH WITH AMMUNITION | 2-8-13 | 2-8-13 | | |
| KC-SW-16 | PHOTO OF ROOM M WITH NUTRITION INC SHIRTS | | | | |
| KC-SW-17 | SKETCH | 2-8-13 | 2-8-13 | Houng | |

**DMV Exhibits**

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| DMV-1 | MD REGISTRATION FOR JONES'S JEEP CHEROKEE (M667480) | 1-28-13 | 1-28-13 | Willie O'Brien | |
| DMV-2 | MD REGISTRATION FOR JONES'S HONDA ODYSSEY MINIVAN (273M195) | 1-31-13 | 1-31-13 | Willie Benjamin | |
| DMV-3 | MD REGISTRATION FOR JONES'S ISUZU TRUCK (63M462) | 1-24-13 | 1-24-13 | Ken | |
| DMV-4 | MD REGISTRATION FOR JONES'S BLACK CADILLAC (MCW738) | 1-3-13 | 1-30-13 | Bennett | |
| DMV-5 | MD DRIVER'S LICENSE - LAWRENCE MAYNARD | 1-31-13 | 1-31-13 | Willie | |
| DMV-6 | DE REGISTRATION FOR BARRONE'S CHEVY IMPALA (XA913316) | 1-24-13 | 1-24-13 | Ken | |
| DMV-7 | DE REGISTRATION FOR BARRONE'S PLYMOUTH VAN (XA913310) | 1-24-13 | 1-24-13 | Ken | |
| DMV-8 | TX DRIVER'S LICENSE - GUADALOUPE BARRONE (PELOS) | | | | |
| DMV-9 | | | | | |

43

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---------|------------------------|---------------|----------------------|---------|------------------------------------------|
| DMV-10 | TX DRIVER'S LICENSE - JOSE GARCIA (PRIMO) | | | | |
| DMV-11 | DERRICK GORDON DC DL | | | | |
| DMV-12 | CARLOS REYNA GA DL | | | | |

44

## Miscellaneous Exhibits

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MISC-1 | GOOGLE EARTH MAP POTOMAC DR | 1-25-13 | 1-25-13 | Kellie O'Brien | |
| MISC-2 | DEA CHEMIST STIPULATION | 2-8-13 | 2-8-13 | | |
| MISC-3 | JONES PRIOR CONVICTIONS STIPULATION | 2-12-13 | 2-12-13 | | |
| MISC-4(a) | STIPULATIONS (ATLANTA) | 2-1-13 | 2-1-13 | | |
| MISC-4(b) | STIPULATIONS (ICE LOCATED PROPERTIES) | 1-24-13 | 1-24-13 | Kane | |
| MISC-5 | BERMEA PLEA AGREEMENT | 2-5-13 | 2-5-13 | | |
| MISC-6 | JOHNSON PLEA AGREEMENT | 2-11-13 | 2-11-13 | Johnson | |
| MISC-7(a) | BARRON PLEA AGREEMENT 1 | 2-1-13 | 2-1-13 | Barron | |
| MISC-7(b) | BARRON PLEA AGREEMENT 2 | 2-1-13 | 2-1-13 | Barron | |
| MISC-8 | ZINTURA PLEA AGREEMENT | 1-30-13 | 1-30-13 | Zintura | |
| MISC-9 | ADAMS PLEA AGREEMENT | | | | |
| MISC-10 | GOOGLE EARTH SHOWING SEARCH WARRANT LOCATIONS | 1-28-12 | 1-28-12 | Kellie O'Brien | |
| MISC-11 | GOOGLE EARTH SHOWING SUMMIT, MYRTLE, HAMPTON | 1-30-13 | 1-30-13 | Kane | |
| MISC-12 | KELLIE O'BRIEN STASH HOUSE LOCATION MATERIALS (10 PAGES) | 1-28-13 | 1-28-13 | Kellie O'Brien | |

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MISC-13(A) | STILL FROM 9/26/05 VIDEO | 1-28-13 | 1-28-13 | Kelli E. Brown | |
| MISC-13(B) | STILL FROM 9/26/05 VIDEO | 1-28-13 | 1-28-13 | Kelli E Brown | |
| MISC-13(C) | STILL FROM 9/26/05 VIDEO | 1-28-13 | 1-28-13 | Kelli E.Brown | |
| MISC-14 | ZINTURA NOTE FROM JONES | 1-30-13 | 1-30-13 | Zintura | |
| MISC-15 | PHOTO OF ATLANTA HOUSE | 2-4-13 | 2-4-13 | | |
| MISC-16 | DIRECTIONS FROM 3500 VENTURE PARKWAY TO POPLAR RIDGE | 2-4-13 | 2-4-13 | | |
| MISC-17 | DIRECTIONS FROM 3700 SHACKLEFORD RD., DULUTH GA TO POPLAR RIDGE | 2-4-13 | 2-4-13 | | |
| MISC-18 | DIRECTIONS FROM 3670 SHACKLEFORD RD. DULUTH, GA TO POPLAR RIDGE | 2-4-13 | 2-4-13 | | |
| MISC-19 | JACKSON ELECTRIC RECORDS | 2-1-13 | 2-1-13 | | |
| MISC-20 | HOLIDAY INN EXPRESS RECORDS | 2-1-13 | 2-1-13 | | |
| MISC-21 | HOLIDAY INN EXPRESS RECORDS | 2-1-13 | 2-1-13 | | |
| MISC-22 | STIPULATION RE: NOTE TO ZINTURA | 1-30-13 | 1-30-13 | | |
| MISC-23 | NC STOP CITATION | | | | |
| MISC-24 | CHOICE HOTELS SPREADSHEET | 2-1-13 | 2-1-13 | | |
| MISC-25 | QUALITY INN RECORDS - MAYNARD | 2-1-13 | 2-1-13. | | |

46

| Ex. No. | Description Of Exhibits | Marked for ID | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| MISC-26 | QUALITY INN RECORDS - JONES 4/2/05 ROOM 238 | | | | |
| MISC-27 | QUALITY INN RECORDS - JONES 4/2/05 ROOM 240 | 2-1-13 | 2-1-13 | | |
| MISC-28 | CERTIFICATE OF NON-FILING (JONES) FROM IRS | 2-14-13 | 2-14-13 | Victor O'Brien | |
| MISC-29 | CERTIFICATE OF NON-FILING (LEVELS) FROM IRS | 2-14-13 | 2-14-13 | Victor O'Brien | |
| MISC-30 | CELL SITE DATA FOR JONES, BERMEA, REYNA PHONES | 2-5-13 | 2-5-13 | O'Brien Eichert | |
| MISC-31 | Skadden Reports, PnuerConsortium  Replace w/ Mac 3 | 2-5-13 | | | ✓ |
| MISC-32 | Eicher Power Point Presentation | 2-5-13 | 2-5-13 | | |
| MISC-33 | CELL SITE TOWER LOCATIONS (AT&T) | | | | |
| MISC-34 | CELL SITE TOWER LOCATIONS (NEXTEL) | | | | |
| MISC-35 | CELL SITE ANALYSIS 678-330-7712 | 2-5-13 | 2-5-13 | Eichert | |
| MISC-36 | CELL SITE ANALYSIS 909-975-0975 | 2-5-13 | 2-5-13 | Eichert | |
| MISC-37 | CELL SITE ANALYSIS JONES 9/3/05-9/28/05 | 2-5-13 | 2-5-13 | Eicher | |
| MISC-38 | CELL SITE ANALYSIS JONES 9/29/05-10/10/05 | 2-5-13 | 2-5-13 | Eicher | |
| MISC-39 | PHOTO - BURTONSVILLE HOUSE | 2-1-13 | 2-1-13 | Barrera | |
| MISC-40 | PHOTO - AERIAL OF GARAGE AT BURTONSVILLE | 2-1-13 | 2-1-13 | Barrera | |
| MISC-41 | SURVEILLANCE SHEET 10/13/05 | 1-29-13 | | O'Brien | |
| MISC-42 | Surveillance | 2-4-13 | | Budden O'Brien | |
| MISC-43 | Order | 2-5-13 | | O'Brien | |
| MISC-44 | Court Order 909-975-0975 | 6-78-530-7712 | | O'Brien | |
| MISC-45 | Court Order 301-535-3546 215-740-6970 | 2-5-13 | | O'Brien | |

Government ___X___
Plaintiff _____
Defendant _____
Joint _____

United States

vs.

William K. Joyce

Civil/Criminal No. ___0-386___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Misc 46 | DEA Report | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 47 | DEA Report - to Gov's Ex 38 | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 48 | DEA Report for JA Sec 3 | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 49 | DEA Report for JA Sec 14 | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 50 | DEA exhibit of NAH-Sec 14 | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 51 | DEA Report of NAH-Sec 15 | 2-7-13 | 2-7-13 | Raywalt | |
| Misc 52 | Report | 2-1-13 | BB Only | Raywalt | |
| Misc 53 | Photo (Ex 33) | 2-12-13 | 2-12-13 | Willis | |
| Misc 54 | Photo (Ex 31) | 2-12-13 | 2-12-13 | Willis | |
| Misc 55 | Photo | 2-12-13 | 2-12-13 | Willis | |
| Misc 56 | Photo | 2-12-13 | 2-12-13 | Willis | Withdrawn by Pls |
| Misc 57 | Government Attorney of Cheryl Willis | 2-12-13 | 13 Only | Willis | |
| Misc 58 | Income Tax Returns to Rickie Joyce 1999 Texas | 2-14-13 | 2-14-13 | Documents | |
| Misc 59 (LD w/ 20 bills) | Income Tax Returns (10/6/2005) | 2-14-13 | 2-14-13 | Nevilla Henry | |

Government  ☒
Plaintiff    ☐
Defendant    ☐
Joint        ☐
Court        ☐

United States

vs.

United States

Civil/Criminal No. _C-05-386-C1_

Govt's Misc Exhibits

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Misc 60 | Evidentiary Entry Database Receipts | 2-14-13 | 2-14-13 | Data entry Magisman | |
| Misc 61 | Transcripts of Magistrate's File | 2-14-13 | | Magistrate | |
| Misc 62 | Database Entries Tix Data | 2-14-13 | 2-14-13 | witness Comm | |
| Misc 63 | Tix Info Letter | 2-14-13 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |