Government
Plaintiff
Defendant
Joint
Court

☐ ☐ ☑ ☐ ☐

United States of America

VS.

Antoine Jones

Civil/Criminal No. _____ 05cr386-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Application for sneak and peak of 2/27/04 | 1/30/13 | | Kane | |
| 2 | Document/Report by Agent Kane w/ Redaction (DEMONSTRATIVE) | 1/30/13 | | Kane | |
| 3 | Photos | 1/30/13 | 1/30/13 | Kane | |
| 4 | Photo | 1/31/13 | | Zentura | |
| 5 | Indictment in 06-CR-072 | 1/31/13 | 1/31/13 | Zentura | |
| 6 | Gov't Motion to Dismiss in 06-CR-072 | 1/31/13 | 1/31/13 | Zentura | |
| 7 | Drug Table from the Sentencing Guideline | 1/31/13 | 1/31/13 | Zentura | |
| 8 | Knights Inn Receipt for 2/12 & 2/13 | 2/1/13 | 2/1/13 | Zentura | |
| 9 | Notice of Plea (Same as Gov't's Misc. 7a) | 2/4/13 | 2/4/13 | Barrone | |
| 10 | Sealed Indictment | 2/4/13 | 2/4/13 | Barrone | |

| Government | | |
| Plaintiff | | |
| Defendant | ✓ | |
| Joint | | |
| Court | | |

United States of America

VS.

Antoine Jones

Civil/Criminal No.  05-86-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Photos (2 pictures) | 2/4/13 | 2/4/13 | Barrone | |
| 12 | Photos (4 pictures) | 2/4/13 | 2/4/13 | Barrone | |
| 13 | Text Messages | 2/4/13 | | | |
| 14 | Text Messages | 2/4/13 | | | |
| 15 | Photo (8 Pictures) | 2/5/13 | 2/5/13 | Horne | |
| 16 | Affidavit of Search Warrant by Norma Horne | 2/5/13 | | Horne | |
| 17 | Drug Range for Sentencing Guideline | 2/6/13 | | Bermea | |
| 18 | Photo copies of Sub-portions of Govt's (9508-SW–29A and 20B) by Roel Bermea | 2/7/13 | 2/7/13 | Bermea | |
| 19 | Photo (Same as Govt's Levels-SW-4) | 2/8/13 | 2/8/13 | Horne | |
| 20 | Photo (Same as Govt's Levels-SW-5) | 2/8/13 | 2/8/13 | Horne | |

United States of America

VS.

Antoine Jones

Civil/Criminal No. __05-386-01__

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Photo of a gun | 2/8/13 | 2/8/13 | Horne | |
| 22 | List of property from Levels | 2/8/13 | | Horne | |
| 23 | 302 of Levels Search Warrant | 2/8/13 | | Horne | |
| 24 | Photo Log | 2/8/13 | 2/8/13 | Horne | |
| 24A | Back side of exhibit 24 | 2/8/13 | 2/8/13 | Horne | |
| 24B | Back side of exhibit 24 | 2/8/13 | 2/8/13 | Horne | |
| 25 | Docket Sheet 12-cv-1334 | | | (Govt. Object/Substain) | |
| 26 | Maryland Search Warrant of Moore Street Waldorf, Md | 2/11/13 | 2/11/3 | Naugle | |
| 27 | 1st Trial Transcript of Det. Sopata | 2/11/13 | | Sopata | |
| 28 | 2nd Trial Transcript of Det. Sopata | 2/11/13 | | Sopata | |

Government
Plaintiff
Defendant
Joint
Court

United States of America

VS.

Antoine Jones

Civil/Criminal No. ___05-386-01___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 29 | Photos | 2/12/13 | 2/12/13 | Johnson | |
| 30 | 4/18/06 Debriefing letter of Demetrius Johnson | 2/12/13 | 2/12/13 | Johnson | |
| 31 | 10/24/05 Part of Seizing list from Levels | | | | |
| 32 | Keyon Randolph Statement | 2/12/13 | Substained | | |
| 33 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 34 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 35 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 36 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 37 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 38 | Photo | 2/12/13 | 2/12/13 | Wills | |

Government
Plaintiff
Defendant
Joint
Court

☐ ☐ ✓ ☐ ☐

United States of America

VS.

Antoine Jones

Civil/Criminal No. _05-386-01_

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 39 | Photo | 2/12/13 | 2/12/13 | Wills | |
| 40 | Stipulation b/w Jones & Govt. | 2/12/13 | 2/12/13 | | |
| 41 | Letters | 2/13/13 | | | |
| 42 | Photo | 2/13/13 | | | |
| 43 | Photo | 2/13/13 | | | |
| 44 | Photo | 2/13/13 | | | |
| 45 | Stipulation | 2/13/13 | 2/13/13 | | |
| 46 | 2005 Income Tax Return | 2/14/13 | 2/14/13 | Denise Jones | |
| 47 | 2002 Income Tax Return | 2/14/13 | 2/14/13 | Denise Jones | |
| 48 | 2001 Income Tax Return | 2/14/13 | 2/14/13 | Denise Jones | |

United States of Amercia

VS.

Civil/Criminal No. __05-386-01__

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

Antoine Jones

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 49 | 10870 Moore St. Waldorf, Md Search Warrant | 2/14/13 | 2/14/13 | Denise Jones | |
| 50 | Photo | 2/14/13 | 2/14/13 | Denise Jones | |
| 51 | Photo | 2/14/13 | 2/14/13 | Denise Jones | |
| 52 | Copies of Pay Stubs/Checks | 2/14/13 | 2/141/3 | Denise Jones | |
| 53 | Copies of Pay Stubs/Checks | 2/14/13 | 2/14/13 | Denise Jones | |
| 54 | Transcript of Maynard's Plea 6/23/06 | 2/14/13 | | Maynard | |
| 55 | 2006 Superseding Indictment | 2/1413 | | Maynard | |
| 56 | 2007 Superseding Indictment | 2/14/13 | | Maynard | |
| 57 | 7/9/07 Motion | 2/14/13 | Substained | | |
| 58 | Photo | 2/1413 | 2/1413 | Maynard | |

United States of America

VS.

Antoine Jones

Civil/Criminal No. ___05-386-01___

Government ☐
Plaintiff ☐
Defendant ☐
Joint ✓
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 59 | Photo | 2/14/13 | 2/14/13 | Maynard | |
| 60 | Photo | 2/14/13 | 2/14/13 | Maynard | |
| 61 | Photo | 2/14/13 | 2/14/13 | Maynard | |
| 62 | Photo | 2/14/13 | 2/14/13 | Maynard | |
| 63 | Photo | 2/14/13 | 2/14/13 | Maynard | |
| 64 | Report of Investigation Deposition of Katerina Gikas | 2/14/13 | | | |
| 65 | Alcohol Board License | 2/14/13 | 2/14/13 | Maynard | |
| 66 A-E | Photos | 2/14/13 | 2/14/13 | Maynard | |
| 67 | Notes Nicholas Jones | 2/14/13 | Substained | | |
| 68 A-B | Maria Delaney | 2/14/13 | Substained | | |

United States of America

VS.

Civil/Criminal No. 05-386-01

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

Antoine Jones

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 69 A-C | Photos | 2/14/13 | 2/14/13 | Maynard | |
| 70 | Magazine Article | 2/14/13 | Substained | | |
| 71 | 1 page Magazine Article on Levels | 2/14/13 | 2/14/13 | Maynard | |
| 72 | Flyers on events at Club Levels | 2/14/13 | 2/14/13 | Maynard | |
| 73 | Video of Summit Circle | 2/19/13 | 2/19/13 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |