CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 20 2013**

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

United States of America

)
)
vs. )  Civil/Criminal No.: CR 05-386-01
)
Antoine Jones )
)

## NOTE FROM JURY

We are still not fully agreeing at this time. May we be excused for today, because Monique is not feeling well. Come back in the morning to deliberate again. Thanks

Date: 2-20-13

Time: 3:50 pm.

FOREPERSON