CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 21 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America

)
)
vs.                                           )       Civil/Criminal No.: _____CR 05-386-01_____
)
Antoine Jones                                 )
)

## NOTE FROM JURY

We as a jury have not agreeing at this time with a verdict. We are going back and forth with reasoning about each one's verdict. What do we do?

Date: 2-21-13

Time: _____

_____
FOREPERSON