PG 1

CLERK OF COURT OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES
V.                              CR. NO. 05-386 (ESH)
ANTOINE JONES

Defendant Jones is requesting leave to file this motion requesting for a mistrial due to the multiple conspiracy testimony prejudicing Mr. Jones and confusing the jury that the multiple conspiracies in a single conspiracy mentioned in the superceeding indictment.

In the interest of justice the prejudice of these multiple conspiracy testimony is equivalent of a spillover of prejudice to Mr. Jones due to others conspiracies.

In this court's jury instruction, the court read to the jury, "In finding whether the government has proved beyond a reasonable doubt the alleged conspiracy," <u>you should understand that proof of several seperate conspiracies is not proof of the single,</u>

Pg 8

OVERALL CONSPIRACY CHARGED IN THE INDICTMENT." THIS COURT ALSO STATED THAT "IF YOU FIND THAT THE DEFENDANT IS A MEMBER OF ANOTHER CONSPIRACY NOT THE ONE CHARGED IN THE INDICTMENT, THEN YOU MUST ACQUITT THE DEFENDENT" IN OTHER WORDS, TO FIND THE DEFENDANT GUILTY YOU MUST FIND THAT HE WAS A MEMBER OF THE CONSPIRACY CHARGED IN THE INDICTMENT AND "NOT SOME OTHER SEPERATE CONSPIRACY"

## MULTIPLE CONSPIRACY

DEFENDANT JONES ARGUE THAT THE GOVERNMENT HAS PRESENTED MULTIPLE CONSPIRACY, MANY THAT ARE NOT PROVEN IN THE SINGLE CONSPIRACY THAT WAS CHARGED IN THE LAST SUPERSEEDING INDICTMENT.

THE GOVERNMENT EVIDENCE ESTABLISHED MULTIPLE CONSPIRACIES, SOME THAT DEFENDANT JONES CLEARLY DIDN'T PARTICIPATE IN, WHICH CAUSED A SPILL OVER AFFECT, CONFUSING THE JURY AND PREJUDICE MR JONES.

THE TESTIMONY OF BARRONS, ZINTURA AND BERMEA WAS MATERIAL AND KEY EVIDENCE IN THE GOVERNMENT'S CASE. THIS SUBSTANTIAL PREJUDICE SHOULD CAUSE A MISTRIAL.

IN DETERMINING WHETHER JUST A SINGLE CONSPIRACY EXISTED AS OPPOSED TO SEPERATE UN-RELATED MULTIPLE CONSPIRACIES, THE COURT LOOKS FOR SEVERAL FACTORS.

IN "TARANTINO, 846 F. 2D AT 1391," IF EVIDENCE OF MULTIPLE CONSPIRACIES PRESENTED AT TRIAL MATERIAL VARIED FROM THAT CHARGED IN THE INDICTMENT, DEPRIVING THEM OF A FAIR TRIAL. VARIENCE IS GROUNDS FOR A REVERSAL ONLY IF APPELLANT CAN SHOW THAT THE VARIENCE IS MATERIAL AND THAT IT SUBSTANTIAL-LY PREJUDICED THEM, SUCH AS BY CAUSING THE JURY TO TRANSFER EVIDENCE FROM ONE CONSPIRACY TO A DEFENDANT INVOLVED IN ANOTHER.

DEFENDANT JONES IS HUMBLY REQUESTING THE COURT TO DETERMINE WHO WAS MEMBERS OF THE SINGLE CONSPIRACY IN THE INDICTMENT, BECAUSE IT WILL BE MUCH EASIER AND LESS CONFUSING IF THE HONORABLE JUDGE WHO TRIED THIS CASE TWICE ALREADY, WHO KNOWS THE ALLEDGED PARTICIPANTS IN THE SINGLE CONSPIRACY CHARGED, JUST TO BE ABLE TO UNTWINE THE MULTIPLE CONSPIRACIES

PROOF SHOWED OF MULTIPLE CONSPIRACIES

PG 4

Guadalupe Barrone had some extensive testimony of a conspiracy with Daniel Zuntura, Bebe, Javier per himself and Pepe distributing hundreds of kilo's out of "some ranch in MD in 2003"

Even on pg 81 line 21-25! The Court was alert to a multiple conspiracy.

THE COURT: The conversations are not part of this case.
MS. URSCHEL: These conversations relate to our statement by co-conspirators, yes, your Honor.
THE COURT: Yeah, but in furtherance of what conspiracy.

On Page 84 line 11 (The Court warns the government that the testimony could be stricken)

THE COURT: She says "03". This is all news to me. So at the moment it's coming in. It will have to be stricken if he doesn't connect it to him. But, you know, you run into -- you're running into a multiple, single conspiracy problem, and you know, I don't

PG 5

KNOW WHO -- HOW YOU'RE GOING TO TEASE THIS OUT. "YOU CAN'T JUST THROW IT IN WITH HOLDEN AND THESE OTHER TWO GUYS." IT'S NOT GOING TO WORK.

MS. URSCHEL: WELL, YOUR HONOR, IF I CAN--

THE COURT: "IT GOT TO RELATE TO THIS CONSPIRACY."

(EXHIBIT #1) IS PAGES 79 THRU 93 OF 2/1/13 AM TRIAL TRANSCRIPTS.

IN BOTH TRIALS AND IN THE SUPERSEEDING INDICTMENT, THE ONLY EVIDENCE PRESENTED WAS SOME UNKNOWN MEXICANS (AND JAVIER) BELIEVED TO BE GOING INTO MR JONES APARTMENT (SUMMIT CIRCLE) AND MR JONES' BLACK CADILLAC WAS SUPPOSE TO PICK UP ONE OF THE MEXICANS AND DROP HIM OFF AT THE BWI AIRPORT.

ALSO IT WAS TESTIMONY OF I.C.E. AGENTS GOING INTO MYRTLE AVE AND MR JONES' WAREHOUSE. THE MOST MENTION OF JAVIER, ZUNIGA AND OTHERS WERE WHEN THE THREE UNKNOWN MEXICANS ESCAPING FROM SUMMIT CIRCLE AND JAVIER AND COMPANY ESCAPING MYRTLE AVENUE.

PG 6

Once Barrone testified that the conspiracy operation that started at the ranch in 2003 was taken to Mr Jones Summit Circle Apt which was never mentioned in the single conspiracy charged in the indictment is highly and clearly prejudice.

Not only was Barron's testimony on Summit Circle highly prejudicial. Barrone use perjured testimony to present this bias multiple conspiracy.

Pg 73 line 10-25 (Exhibit #2)
(Q) How long did you stay in this apartment?
(A) I don't recall exactly how long they spent at that apartment, but the guys came at least two times to that apartment.
(Q) What I'm asking, Mr Barron, is how long did he stay at this apartment?
(A) I stayed to sleep there several occasions.
(Q) Weeks? Months?
(A) Could be weeks
(Q) And do you remember what month and what year?
(A) Once I recalled a month. I believe it was February.

(EXHIBIT #2) PAGE 73 LINE 10-25 2/4/13 AM TRIAL TRANSCRIPT

DEFENDANT JONES BRINGS THIS COURT TO THE STIPULATION #4 – IN HIS FEBRUARY 9, 2011 INTERVIEW, GUADULUPE BARRONE SAID THAT HE NEVER STAYED AT THE APARTMENT (SUMMIT CIRCLE APARTMENT). ALSO IN THAT FEBRUARY 9, 2012 INTERVIEW BARRONE STATED OTHERS TOLD HIM WHERE SUMMIT CIRCLE WAS LOCATED.

THE POINT IS THAT ANY TESTIMONY OF SUMMIT CIRCLE BY BARRONE IS NOT ONLY PERJURY, HEARSAY BUT MOST IMPORTANTLY IT'S A MULTIPLE CONSPIRACY SEPERATE FROM THE SINGLE CONSPIRACY CHARGED IN THE INDICTMENT.

IN BARRONE'S SUMMIT CIRCLE TESTIMONY HE MENTIONS FOR THE FIRST TIME OUT OF THE OTHER TWO TRIALS NARCOTICS WERE STORED AT SUMMIT CIRCLE.

ALSO ON PAGE 92 LINE 22-25 AND PAGE 93 LINE 1-6, BARRONE STATED THE PEOPLE FROM THE RANCH GOT ANOTHER PLACE PER PEPE.

(A) THE SAME PEOPLE THAT WERE BUYING THE DRUGS FROM HIM GOT HIM ANOTHER PLACE.

Pg 8

(Q) AND WHAT WAS THIS NEW PLACE?
(A) KIND OF AN APARTMENT
(Q) CAN YOU DESCRIBE IT FOR ME?
(A) IT HAD THREE FLOORS, HAD A SWIMMING POOL, A FENCE ALL AROUND. YOU NEEDED A CODE TO GET INSIDE.
(Q) IF YOU SAW A PHOTO OF THIS APARTMENT COMPLEX THAT YOU'RE TALKING OF, WOULD YOU RECOGNIZE IT?
(A) YES

BARRONE PREJUDICED DEFENDANT JONES WHEN HE TESTIFIED THAT DRUGS WERE BROUGHT FROM THE RANCH TO SUMMIT CIRCLE APARTMENT.

PAGE 94 LINE 18-25
(Q) WERE THERE ANY DRUGS LEFT OVER AT THE RANCH WHEN PEPE STOPPED USING IT AND STARTED TO USE THE APARTMENT?
(A) NO, THEY BROUGHT THEM OVER TO THE APARTMENT.
(Q) WHEN YOU SAY THEY BROUGHT THEM OVER TO THE APARTMENT FROM WHERE?
(A) WHEN THERE WAS A PROBLEM WITH THE POLICE, THEY BROUGHT THEM FROM THE RANCH OVER TO THE APARTMENT.

PG 9

THE COURT: "WHO'S THEY?"
THE WITNESS: BEBE, PER DANIEL, JAVIER

PAGE 95 LINE 2-9
BARRONE PERJURED HIMSELF UNDER OATH ABOUT THIS MULTIPLE CONSPIRACY, RELATING TO ANTOINE JONES AND TONY.

(Q) DID ANTOINE JONES EVER COME TO THIS APARTMENT?
(A) THAT IS SO, SEVERAL TIMES
(Q) AND DID THIS T, TONY, PERSON COME TO THE APARTMENT?
(A) I THINK SO, ONCE
(Q) WERE YOU EVER THERE WHEN ANTOINE JONES CAME TO THE APARTMENT?
(A) THAT IS SO, SEVERAL TIMES

DEFENDANT REMINDS THE COURT IN STIPULATION #4 - BARRONE FEBRUARY 9, 2011 INTERVIEW WHERE HE SAID THAT HE NEVER STAYED AT THE APARTMENT AND IN THE SAME INTERVIEW BARRONE STATED OTHERS TOLD HIM ABOUT THE SUMMIT CIRCLE APARTMENT.

SO WHEN ON PAGE 96 LINE 14-25, PAGE 97 LINE 1-4, BARRONE MENTIONS MR JONES GIVING MONEY AND RECEIVING DRUGS IS ALSO HEARSAY, PERJURY AND THIS INFORMATION WASN'T PART OF THE SINGLE CONSPIRACY

CHARGED IN THE INDICTMENT.

BARRONE FURTHER PERJURED HIMSELF ON PG 97 LINE 5-6

(Q) WHILE "YOU", PEPE, JAVIER, DANNY, FER AND THE PEOPLE YOU MENTIONED WERE STAYING AT THE APARTMENT, DID THERE EVER COME A TIME WHEN ONE PERSON HAD TO LEAVE FOR A SHORT TIME?

(A) THAT IS SO, YES.

WHEN BARRONE MENTIONS DRUGS BEING STORED AT SUMMIT CIRCLE, OVER $500,000 TAKEN FROM SUMMIT CIRCLE TO MYRTLE AVE HOUSE AND MR JONES, WITH TONY BEST ON ANOTHER CONSPIRACY WITH PEPE, HIMSELF, BEBE, ZUNTURA, FER, EMMANUEL AND JAVIER CONFUSED THE JURY AND HIGHLY PREJUDICED MR JONES BECAUSE NONE OF THIS INFORMATION WAS IN EITHER OF THE TWO TRIALS OR IN THE SINGLE CONSPIRACY CHARGED IN THE INDICTMENT.

DEFENDANT JONES STILL HOLDS THAT DANIEL ZUNTURA DOESN'T KNOW MR JONES AND NEVER SEEN MR JONES BEFORE, HIS TESTIMONY IS PERJURY, HEARSAY AND A MULTIPLE CONSPIRACY UNRELATED TO THE CONSPIRACY IN THE SINGLE

CONSPIRACY CHARGED IN THE INDICTMENT.

ON STIPULATION #5 ZUNTURA NOVEMBER 7, 2012 INTERVIEW, DANIEL ZUNTURA SAID THAT THE SUMMIT CIRCLE APARTMENT WAS ONE BEDROOM. ALSO IN THE NOVEMBER 7, 2012 INTERVIEW ZUNTURA STATED THAT HE "BELIEVES" HE SAW BERLIO (ANTOINE JONES) OUTSIDE OF THE APARTMENT IN THE HALLWAY ON ONE OCCASION.

DEFENDANT JONES REMINDS THE COURT ON HOW MANY PREVIOUS OCCASIONS ZUNTURA SAYS HE DIDN'T KNOW AN ANTOINE JONES OR HAD NEVER SEEN ANTOINE JONES.

WHEN ZUNTURA TESTIFIED ABOUT SUMMIT CIRCLE IT WAS MISLEADING AND PREJUDICE.

IN ZUNTURA'S 1/30/13 PM TRIAL TRANSCRIPT HE STATE THAT GUADALUPE BARRONE INVITED HIM TO COME FROM TEXAS IN 2004. ZUNTURA TESTIFIED MANUEL ORESTI, PEPE ORESTI, JAVIER GONZALEZ, BENITO AND JORGE AKA BEBE WAS ALL WORKING FOR PEPE.

DANIEL ZUNTURA ALSO MENTIONS ANOTHER CONSPIRACY HE WAS RELATED TO (FRANK HOLDEN,

Roger, Tony and Zuntura threw Mr Jones name on that conspiracy. (Exhibit #3)

(Exhibit #4) Zuntura mislead the jury on his conspiracy page 27 line 8-22

(Q) When did you actually learn Berolo's real name?

(A) I found out in the house in Bowie where I was living for a couple of weeks. When I saw some mail with that name on it. Guadalupe Barrone and "Frank Holden" told me about his nickname as well.

(Q) Okay so, I'd like to talk to you now about how the operation worked. Do you understand my question?

(A) Yes

(Q) Okay, in 2004, the first time?

(A) I came to Maryland, Guadalupe Barrone and Oreste were already working with Antoine Jones, and "Frank Holden, Tony and Roger"

On page 47 line 4-7 Zuntura mentions others getting narcotics who are in his conspiracy.

PG 13

(EXHIBIT #5)

(Q) WERE THERE OTHER PEOPLE THAT OBTAINED NARCO-
TICS?
(A) FRANK HOLDEN AND ROGER, I DON'T KNOW HIS
LAST NAME, THEY WERE GIVEN THE KILO'S AT
STORES LIKE SHOPPERS AND HOME DEPOT AND
OTHER PLACES.

(EXHIBIT #6)

ZUNTURA MISLEAD THE JURY DISCUSSING BARRONE,
PEPE, ORESTE, AND JAVIER ESCAPING FROM SUMMIT
CIRCLE APARTMENT AND ZUNTURA GOING BACK TO
RECOVER MONEY, AND MONEY COUNTER MACHINES
FROM SUMMIT CIRCLE APARTMENT.

IN ZUNTURA'S 2/1/13 TESTIMONY HE TESTIFIED
THAT #350,000, TWO GUNS, TWO MONEY COUNTING MACHINES
AND TWO MACHINES TO SEAL THE PACKAGES.
PAGE 28 LINE 20-25, PAGE 29 LINE 1-9   (EXHIBIT #7)

(EXHIBIT #8)

PAGE 32 THRU PAGE 38 LINE 1-4

Zuntura discusses his own conspiracy in Baltimore, players such as Bebe Barrone, Tony Best, Frank Holden and someone named Tios aka Uncle.

On page 33 line 12-14, Zuntura states that he's never seen Frank Holden and Antoine Jones together. In this testimony not only is that a Baltimore operation spell over, Frank Holden had a drug conspiracy relationship and most importantly on page 37 line 22-25, page 38 line 1-4 Zuntura testifies that he came to DC area and the Maryland area to sell drugs with Bebe and Frank Holden in 2004.

Zuntura's objective is to conceal and cover up that the information he is testifying on was his own Baltimore, MD conspiracy.

When he testified that Javier and the group was escaping from Summit Circle - they called him around 3:00 pm or 4:00 pm in the afternoon and he arrived in the evening around 6pm to get what was left behind is clearly perjury because in the first trial ICE Agent Gilkas testified that her ICE team

PG 15

WENT INTO THE SUMMIT CIRCLE APARTMENT RIGHT AFTER THE UNKNOWN HISPANIC FLED THE AREA AND NONE OF THESE ITEMS THAT ZANTURA MENTIONS WERE IN THE APARTMENT.

PAGE 28 LINE 1-6

MR JONES: THEY CALLED YOU TO PICK UP MONEY?
THE WITNESS: WAS AROUND 3 OR 4 PM IN THE AFTERNOON
   (Q) 3 OR 4 IN THE AFTERNOON?
   (A) YES

PAGE 19 LINE 11-16 (DANIEL ZANTURA)

(Q) ISN'T IT TRUE THAT YOU TOLD THE GOVERNMENT THAT YOU'VE SEEN MR JONES ONE TIME WHEN WERE LOOKING OUT OF THE DOOR?
(A) YES
(Q) SO, YOU'VE STAYED AT MR JONES' APARTMENT, HAVE YOU EVER SEEN MR JONES INSIDE OF HIS APARTMENT?
(A) ONLY THERE AT THE DOOR.

DANIEL ZANTURA TESTIFIED THAT IN 2004 AND 2005 HE AND JAVIER WAS AT THE WAREHOUSE. (THE COURTS

and Government could stipulate that the warehouse wasn't leased in 2005 by Mr. Jones.

On page 29 line 20, 21, page 30 line 4-16, page 45 line 1-15, page 54 line 5, 6

Zuntura testified that Barrone slept over at the Summit Circle apartment for some months contradicting Barrone's statements. In his February 9, 2011 interview he never stayed at Summit Circle and in the same interview others told him of Summit Circle apartments.

Defendant Jones will conclude with (Exhibit #9) page 46 line 22-25, page 48 line 1-8

Barrone testified about the ICE investigation that that it was Tony Best and some black guy with a cap who was related to the narcotics distribution from the ranch in 2003 not Mr. Jones. So this conspiracy with Barrone and Tony Best prejudiced Mr. Jones and this conspiracy wasn't mentioned in the single conspiracy charge in the indictment nor was Zuntura's own conspiracy with Roger, Tony Best, Tedous, Bebe and Frank Holden mentioned or charged in the single conspiracy charged in the indictment,

PG 17●

WITH THESE TWO MULTIPLE CONSPIRACIES, THIS COURT COURT SHOULD DECLARE A MISTRIAL.

EVEN THIS COURT ON THE SECOND TRIAL WOULDN'T UNREDACT THE ICE AGENT'S GEKA TESTIMONY OF THE GRAND JURY. PG 33, 34 BECAUSE THE COURT STATED IT WASN'T RELATED TO THIS CASE.

(EXHIBIT #10) AS PAGE 3 OF GEKAS' FIRST TRIAL TESTIMONY AND ALSO ADDED AS PAGE 33, 34 OF GEKAS GRAND JURY - REDACTED, SPEAKING OF THE KNIGHTS GUN AND FRANK HOLDEN.

ROEL BERMEA TESTIFIED ABOUT WORKING FOR A SEPERATE CARTEL DIFFERENT FROM THE SINGLE CONSPIRACY MENTIONED ON THE INDICTMENT.

THE GOVERNMENT AND COURT HAS TO CONCEED THAT MR JONES WAS INDICTED AS JOSE GARCIA BEING THE CARTEL LEADER AND SUPPLIER FOR MR JONES AND ANY OTHER CARTEL OR SUPPLIER MENTIONED BESIDES THE SUPPLIER JOSE GARCIA AND HIS CARTEL AS ANOTHER CONSPIRACY AND THE TESTIMONY BY ROEL BERMEA AND BARRONE ON THIS OTHER CARTEL HAS PREJUDICED MR JONES.

BERMEA FEBRUARY 6, 2013 TESTIMONY

PAGE 80 LINE 16, 17

(A) YEAH BECAUSE PELOS MADE A DEAL WITH ME TO BRING SOME OTHER DRUGS FROM A DIFFERENT CARTEL TO MR. JONES.

PAGE 80 LINE 22, 23

(A) I MEAN, PELOS WANTED TO MAKE A DEAL WITHOUT PRIMO KNOWING ABOUT IT.

PAGE 87 LINE 10, 11

(A) WELL, THE KILOS WE WERE GETTING FROM PRIMO THEY WERE FROM "MATAMATHAS" PEOPLE, AND WHERE PELOS WAS GETTING HIS, THEY'RE FROM "REYNOSA", WHICH IS ANOTHER GROUP. SO THAT'S WHY PRIMO DIDN'T KNOW ABOUT IT.

BARRONE IN HIS TESTIMONY ALSO TESTIFIED ABOUT THIS OTHER CARTEL DIFFERENT FROM JOSE GARCIA AKA PRIMO. GARCIA IS THE SUPPLIER IN THE SINGLE CONSPIRACY CHARGED IN THE INDICTMENT.

PG
19

Defendant Jones is humbly requesting this court in the interest of justice to declare a mistrial because defendant Jones has been highly prejudice by the spillovers on the many conspiracies testified by Barrone, Zuntura and Bermea. It shouldn't be decided by the jury because they could have been confused that the multiple conspiracy testified to is the single conspiracy charged in the indictment.

<u>Respectfully Submitted</u>

Antoine Jones
241 912
1901 DST SE
Wash, D.C. 20003
Date:
Sign: