CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America

vs.

Antoine Jones

Civil/Criminal No.: CR 05-386-01

## NOTE FROM JURY

Need clarification of statement
Government has proven beyond a reasonable
doubt every element of the offense.

Jury Instruction No. 12
Burden of Proof (2.08)

Date: 2-25-13

Time: 9:52

FOREPERSON