PG 1

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V

ANTOINE JONES
    DEFENDANT

CRIMINAL NO. 05-386 (ESH)

[RECEIVED APR 17 2013, Clerk, U.S. District & Bankruptcy Courts for the District of Columbia]

Leave to file
4/17/13

DEFENDANT JONES' RESPONSE TO GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE

DEFENDANT JONES WILL GET STRAIGHT TO THE POINT, YES THE LAW STATES UNDER 18 USCS § 3142 AGAINST RELEASE ON PRETRIAL CONDITION BECAUSE MR JONES IS FACING THE TERM OF IMPRISONMENT OF NO LESS THAN 10 YEARS OR MORE THAN LIFE.

THE COURT MUST CONSIDER ANY AVAILABLE INFORMATION CONCERNING THE NATURE AND CIRCUMSTANCES OF THE OFFENSE CHARGED.

ON THIS PRESENT CASE "18 USCS § 3145 (b)(c)" "EXCEPTIONAL REASON" AND "EXCEPTIONAL CIRCUMSTANCES" SHOULD OVERRIDE 18 USCS § 3142 BECAUSE THE FACTS, EVIDENCE AND MISCONDUCT OF THIS CASE IS

PG 2

"EXTRAORDINARY CIRCUMSTANCES" THAT WILL WARRANT DISMISSAL AND TO CONTINUE THIS CASE WILL BE A GREAT MISCARRIAGE OF JUSTICE. SO IT WILL BE THE BEST INTEREST OF JUSTICE TO THE VERY LEAST ALLOW DEFENDANT JONES HOME CONFINEMENT OR THE VERY LEAST SOME TYPE OF MODIFIED RELEASE.

THE COMBINATION OF OUTRAGEOUS MISCONDUCT SUCH AS "FRAUD ON THE COURT", OBSTRUCTION OF JUSTICE, AND MANUFACTORING EVIDENCE CLEARLY SUPERSEDES AND OVER-RIDES THE GOVERNMENT'S EVIDENCE AGAINST MR JONES IN THE FOURTH TRIAL.

<u>NEW GROUNDS THAT SUPPORT RELEASE AND THIS CASE DISMISSED</u>

MR JONES IS A PROSE LITIGATOR WHO SHOULD CONSTITUTIONALLY HAVE THE SAME RIGHTS AND RESOURCES AS THE ASSISTANT UNITED STATES ATTORNEY.

YES, MR JONES AGREES HE HAS LIMITTED ACCESS TO THE LEGAL LAW LIBRARY, WHEN MONDAY FALLS ON A HOLIDAY, MR JONES DOESN'T GET TO GO TO THE LAW LIBRARY AT ALL THAT WEEK. IF THE COUNT DOESN'T CLEAR AT THE JAIL OR IF THE JAIL IS ON LOCKDOWN OR ANY SECURITY CONCERNS THAT HAPPEN ON A MONDAY LAW LIBRARY TIME IS CANCELLED FOR MR JONES THAT WEEK.

PG 3

EVEN WHEN MR JONES DOES GET TO THE LAW LIBRARY, THE CASE LAW IS OUT DATED. FOR EXAMPLE: THE NEXUS-LEXIS AT THE DC JAIL DOESN'T EVEN HAVE JONES V UNITED STATES OR MAYNARD V UNITED STATES OR MR JONES' SUPREME COURT CASE. MR JONES ONLY HAS ONE HOUR A WEEK TO PREPARE WITH OUT-DATED SECOND HAND CASE LAW.

MR JONES DISAGREES WITH THE GOVERNMENT'S STATEMENT THAT HE CAN INTERVIEW PROSPECTIVE LAWYERS AT THE DC JAIL. REASON BEING AS THE COURT KNOWS THAT IT WAS A TASK, TO FIND A LAWYER WHO COULD OR EVEN WANTED TO REPRESENT MR JONES. THE COURT SENT MR JONES, MR OTOOLE, WHO ENDED UP WITH A CONFLICT OF INTEREST OR SHOULD MR JONES QUOTE MS SCAALAHL "THEY ARE WITHDRAWING BECAUSE OF IRRECONCILEABLE DIFFERENCES. FOR THE RECORD MR JONES IS WITHOUT ANY TYPE OF COUNCEL REPRESENTATION SINCE MR OTOOLE AND MS SCAALAHL HAS WITHDRAWN.

MR JONES DISAGREES WITH MS SOLTYS THAT MR JONES HAS ACCESS TO FILES AND PAPERWORK BECAUSE THERE WILL BE MORE DISCOVERY REQUEST, GRAND JURY REQUEST, LOTS MORE SUBPOENA REQUEST AND I NEED SOMEONE COMPETENT WHO CAN REACH OUT TO TALK

PG 4

to potential witnesses and custodians.

Being locked up in DC Jail representing myself as a prose litigator, there's no way possible I could have access to the courts, proper library time or can prepare my witnesses for the fourth trial.

### EXTRAORDINARY CIRCUMSTANCES

Mr Jones has sent an extraordinary circumstance of misconduct from this trial that warrants dismissal on this case to the Office of Inspector General and Office of Attorney General.

Mr Jones has enclosed a copy of this entire package to OIG, to present his argument and facts of why Mr Jones should get some type of modified release because his case could be dismissed by the government or the Courts could use their supervisory power to dismiss this case went prejudice.

The evidence the government presented on the 3rd trial was all circumstantial evidence relating to Mr Jones but with Mr Jone representing on all clear and convincing evidence that will be proven

PG 5

OUTRAGEOUS AND THIS EVIDENCE WILL CLEARLY SUPERCEAD AND STRONGLY OVER-RIDE THE GOVERNMENT'S EVIDENCE.

SPECIAL NOTE! WITH THE FRAUD ON THE COURT BY AUSA RACHELLE LEEBER AND AUSA JOHN GEISE, THE COURTS, MS SOLTRY AND MS USCHELL ALL HAVE A BLIND EYE TO THE INVESTIGATOR FBI AGENTS AND MPD DETECTIVE OUTRAGEOUS MISCONDUCT.

MR JONES WILL PRESENT THESE EXHIBITS ON MIS-CONDUCT TO OPEN ALL PARTIES EYES TO THE TRUTH OF THESE EXTRAORDINARY EVENTS, THAT SHOULD GET THIS CASE DISMISS ON THE VERY LEAST SOME TYPE OF MODIFIED RELEASE SO MR JONES COULD PREPARE FOR THIS 4TH TRIAL.

<u>EVIDENCE OF OBSTRUCTION OF JUSTICE THAT WARRANTS EXTRAORDINARY CIRCUMSTANCES EXCEPTIONAL CIRCUMSTANCES AND EXCEPTIONAL REASON</u>

(1) <u>MOORE STREET ISSUE</u> - MR JONES ARGUES 18 USCS § 2234 EXCEEDING THEIR AUTHORITY, 18 USCS § 1001, 18 USCS § 1519 - FALSIFIED FEDERAL DOCUMENTS AND FALSE STATEMENTS BY FBI AGENT NAUGLE

18 USCS § 1621, 1622, 1623 - PERJURY BY AGENT NAUGLE AND

M.P.D. DETECTIVE JOSEPH SOPATA

(II) HAMPTON PARK BLVD WAREHOUSE ISSUE - MR JONES ARGUES 18 U.S.C.S. § 2236 - SEARCH WITHOUT A WARRANT, 18 USCS § 1621, 1622, 1623 - PERJURY BY I.C.E. AGENT KANE, 18 USCS § 1001, 1519 FALSIFIED FEDERAL RECORDS AND FALSIFIED FEDERAL DOCUMENTS, FALSE STATEMENTS.

(III) SUMMIT CIRCLE ISSUE - MR JONES ARGUES 18 USCS § 2236 - SEARCH WITHOUT A WARRANT, 18 U.S.C.S. § 1001, 1519 FALSIFIED FEDERAL DOCUMENTS, 18 U.S.C.S. § 1621, 1622, 1623 PERJURY.

IV CLUB LEVELS ISSUE - MR JONES ARGUES 18 U.S.C.S. § 2234 EXCEEDING THEIR AUTHORITY, 18 USCS § 1001, 1519 OBSTRUCTION OF JUSTICE WHEN PLANTING A GUN, OR BY MISREPRESENTING THE CLUB LEVELS PHOTOS BEING CLUB LEVELS, FALSIFIED RECORDS, FALSE STATEMENTS. 18 U.S.C.S. § 1621, 1622, 1623

V BRINGING THE 100,000 INTO THE COURT HOUSE AND THE COURT ROOM, 18 U.S.C.S § 1501 - OBSTRUCTION OF JUSTICE - TAMPERING WITH WITNESS.

MR JONES ALLEGATION AND EVIDENCE AGAINST HIM WILL BE

P6
7

irrelevant of these ICE agents, FBI agents and MPD detectives get investigated by OIG or worst a grand jury indict these law enforcements for their outrageous misconduct.

If this happens the government will not have any law enforcement witnesses to testify at the fourth trial, which means that they have no choice but to dismiss Mr. Jones' and Mr. Maynard's cases against them.

This bad news on these bad officers and agents, supports Mr. Jones argument that he should be given some type of modified release until the fourth trial or a dismissal with prejudice.

### The nature and seriousness of the danger to any person or the community.

The courts and the government should realize that Mr. Jones has no problem exposing the government outrageous misconduct and fight them in a fourth trial, fifth trial or sixth trial as I mentioned on Channel 7 News, the government's case has been weakened by each case. The Mexican witnesses are just not credible to

GET A CONVICTION AS WE'VE SEEN IN THE 3RD TRIAL. MR JONES KNOWS FOR A FACT THE ONLY THING THAT THE GOVERNMENT CAN PRESENT FROM "DANIEL ZANTURA" AND "GUADALUPE BARRONE" IS A MULTIPLE CONSPIRACY, WHICH IS THEIR CONSPIRACY EXEMPTING MR JONES FROM THEIR CONSPIRACY. (NOW THAT MR JONES KNOWS THE MEXICAN'S TESTIMONY THERE'S A BETTER PERCENTAGE CHANCE THAT MR JONES CAN GET AN ACQUITTAL OR THE VERY LEAST ANOTHER MISTRIAL. THIS CAN GO ON AND ON UNTIL MILLIONS OF TAXPAYERS MONEY HAS BEEN WASTED AND MR JONES STILL CAN GET A DISMISSAL. BUT "WHAT MR JONES WON'T DO IS RUN FROM RETAINING HIS FREEDOM IN TRIAL OR IN A DISMISSAL"

IT WOULD BE A BENEFIT FOR THE GOVERNMENT FINANCIALLY AND CAREER WISE, BECAUSE IF MR JONES DISAPEARS OUT OF THE PICTURE, THE CIVIL COMPLAINTS WILL GET DISMISSED, THE OIG INVESTIGATION WILL NOT HAPPEN AND WE WOULDN'T KNOW IF MR JONES COULD GET AN ACQUITTAL OR ANOTHER MISTRIAL IN THE FOURTH TRIAL.

THE GOVERNMENT HAS IT WRONG, THEIR GOVERNMENT WITNESSES ARE THE VIOLENT ONES AND WHO HAVE BEEN CHARGED WITH WITNESS TAMPERING OR OBSTRUCTION OF JUSTICE.

PG 9

GOVERNMENT WITNESS - JOHN ADAMS ENDED UP GETTING COMMUNITY FOR MURDERING A 15 YEAR OLD GOVERNMENT WITNESS FOR GOVERNMENT WITNESS DARRELL JACKSON, AND JOHN ADAMS GOT ARRESTED WITH TWO LOADED GUNS IN HIS HOUSE.

KEVIN RAY - CS-1 TOOK A PLEA TO OBSTRUCTION OF JUSTICE. HE STABBED GOVERNMENT COOPERATOR JOHN OLIVER AND HAD INVOLVEMENT WITH HIS BROTHER KILLING A FEMALE CODEFENDANT WHO WAS COOPERATING AT THE TIME ON KEVIN RAY. PLUS KEVIN RAY WAS ARRESTED WITH A LOADED GUN.

DONALD HUNTER - A GOVERNMENT WITNESS WHO TRIED TO RUN OVER SOME LAW ENFORCEMENT AT UNION STATION AND WHILE ON A HIGH SPEED CHASE, HE CRASHED INTO A MOTORCYCLE WHERE THE RIDER LOST HIS LEGS, ALSO DONALD HUNTER WAS ARRESTED WITH A LOADED GUN IN HIS VEHICLE.

RICARDO SANCHEZ-GONZALEZ - THIS GOVERNMENT WITNESS ALSO ENDED UP WITH TIME SERVED ONLY TO BE RELEASED, AND WHILE HE WAS OUT HE MURDERED SOMEONE.

THE GOVERNMENT HAS IT WRONG, THERE'S NO HISTORY OF VIOLENCE OR OBSTRUCTION OF JUSTICE IN MR. JONES' BACKGROUND FURTHERMORE THE LETTER TO DANIEL

PG 10

Zuntura was a note to a potential witness, to help me prepare for my third trial and to show and prove Daniel Zuntura didn't know and never had dealt with Mr. Jones. Daniel Zuntura tricked the government with his own conspiracy evidence, trying to put Mr. Jones with his conspiracy.

## CONCLUSION

With Mr. Jones unbelievable devotion and long hours studying and researching this case, Mr. Jones is humbly requesting this Honorable Court to please open her eyes to the truth. On review the enclosed documents, and if the courts see the clear misconduct that warrants dismissal, please allow Mr. Jones some type of modified release, so Mr. Jones can prepare properly for a fourth trial (even with a lawyer or pro se).

RESPECTFULLY SUBMITTED

Antoine Jones
24191-2
1901 D ST. SE
WDC 20003
DATE: 4-15-2013
SIGN: Antoine Jones