UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 05-0386 (ESH) |
| ANTOINE JONES, ) | |
| ) | |
| Defendant. ) | |

**FILED**

MAY 0 1 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

It is hereby **ORDERED** that the U.S. Marshals Service is directed to return prisoner Lawrence Maynard to his original facility.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 1, 2013