UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.            : | Criminal Case No. 05-386 (ESH) |
| : | |
| ANTOINE JONES, : | **FILED** |
| Defendant. : | MAY - 1 2013 |
| _____ : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## Statement of Facts

The parties agree that the following facts are true and accurate:

1. The defendant acknowledges that between the end of 2003 and October 2005, within the District of Columbia, and elsewhere, the defendant unlawfully, knowingly, and intentionally conspired and agreed with a number of persons, both known and unknown to the government, to unlawfully, knowingly and intentionally, distribute and possess with intent to distribute in the District of Columbia and elsewhere, cocaine.

2. As part of this conspiracy, Antoine Jones admits that he is accountable for at least 50 but less than 150 kilograms of cocaine and that these aggregated drug amounts were actually distributed by him or were quantities which were reasonably foreseeable to him that were distributed by those in the conspiracy.

3. In the state of Maryland and elsewhere, Antoine Jones acquired kilogram quantities of cocaine. He then either sold the kilograms as kilograms or divided them into smaller quantities and supplied them to other people, knowing that those people would in turn redistribute the narcotics to others. The redistribution occurred in Washington, D.C. and Maryland. Antoine Jones had an arrangement with certain Mexican Nationals whereby he would regularly acquire kilograms of cocaine

which they had shipped to the Washington, D.C. metropolitan area. Antoine Jones regularly communicated with these suppliers by way of his cell phone. One such location where Antoine Jones traveled to receive kilograms of cocaine was at a house located at 9508 Potomac Dr., Fort Washington, Maryland. At that location, on October 24, 2005, law enforcement found about 97 kilograms of cocaine and over $844,000 in U.S. currency. Had law enforcement not located the house and its contraband, Antoine Jones would have bought those kilograms and redistributed them.

4. Regarding Count One of the Indictment, Conspiracy to Distribute and Possess with Intent to Distribute cocaine, the defendant acknowledges that he and one or more persons reached an agreement or came to an understanding to distribute or possess with an intent to distribute cocaine. Further, the defendant knowingly, voluntarily and intentionally distributed cocaine as part of that conspiracy in order to receive a monetary benefit.

5. Antoine Jones has read and agrees with this statement of facts in support of his guilty plea.

6.      This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case.

>                       Respectfully submitted,
>
>                       RONALD C. MACHEN JR.
>                       UNITED STATES ATTORNEY
>                       D.C. Bar # 447-889
>
> By:                   */s/ Darlene M. Soltys*
>                       DARLENE M. SOLTYS
>                       Assistant U.S. Attorney
>                       U.S. Attorney's Office
>                       555 4th Street, N.W., Room
>                       Washington, D.C. 20530
>                       202-252-7685
>                       Darlene.Soltys@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my stand-by attorney, Errin Scialpi, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5-1-2013

Antoine Jones

## ATTORNEY'S ACKNOWLEDGMENT

I have this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate

Date: 5/1/2013

Errin Scialpi, Esquire
Stand-by Attorney for the Defendant