# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Criminal No. 05-0386 (ESH)** |
| ) | |
| **ANTOINE JONES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon review of the record, the Court concludes that it would benefit from a response by the United States. Accordingly, it is hereby

**ORDERED** that the United States shall file a response to Defendant's Motion to Vacate, Set Aside, or Correct the Sentence Pursuant to 28 U.S.C. § 2255 no later than **May 27, 2014**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 24, 2014