# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | 1:05-cr-00386-ESH-1 |
| ) | |
| **ANTOINE JONES,** ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Barry Wiegand, Assistant United States Attorney for the District of Columbia, who now also will act as counsel for the United States of America. This is in particular regard to defendant's *pro se* motion collaterally attacking his conviction by guilty plea, which can be found at Docket Entry No. 755.

Respectfully submitted,

/s/ Barry Wiegand
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 252-7723; William.B.Wiegand@usdoj.Gov

## CERTIFICATE OF SERVICE

I certify that I caused service of the foregoing to be made by having a copy of it posted in the U.S. mails for first-class delivery addressed to: Inmate Antoine Jones, Reg. No. 18600-016/DCDC No. 241912, USP Atlanta, United States Penitentiary, Post Office Box 1050160 Atlanta, Georgia 30315. I did this on or before Wednesday, May 14, 2014. This is different from the address listed on this case's PACER docket sheet, but it is the location listed on defendant's *pro se* pleading docketed April 22, 2014, as Entry No. 755. I confirmed through the Federal Bureau of Prisons inmate locater website on May 8, 2014, http://www.bop.gov/inmateloc/ that Inmate Jones was at that facility.

/s/ Barry Wiegand
BARRY WIEGAND