**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | 1:05-cr-00386-ESH-1 |
| | ) | |
| **ANTOINE JONES,** | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE ITS OPPOSITION TO DEFENDANT'S POST-CONVICTION CLAIMS FOR RELIEF IN *PRO SE* PLEADING BROUGHT UNDER 28 U.S.C. § 2255 FILED AS DOCKET ENTRY NO. 755**

*COMES NOW* the United States of America, by and through the United States Attorney for the District of Columbia, respectfully to move to enlarge by about ten days the time within which it must file its opposition to defendant's post-conviction claims advanced in the *pro se* pleading docketed on April 22, 2014, as Entry No. 755, which references 28 U.S.C. 2255.

1. Pursuant to a written plea agreement, D.E. No. 748, on May 1, 2013, defendant pled guilty before this Court to the crime of unlawful conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine powder, in violation of 21 U.S.C. §§ 846, 841(a)(l) and 84l(b)(l)(A)(ii). The government and defendant entered the plea agreement under Fed.R.Crim.P. 11(c)(1)(C), and, that same day, the Court imposed the agreed sentence of 15 years in prison to be followed by a five-year term of supervised release. Defendant took no appeal.

2. On April 22, 2014, the Court "fiated" onto the docket a *pro se* pleading from defendant styled, "Ineffective Assistance of Counsels Claims and *28 US*.C.S. *2255* Claim *28 US*.C.S. *2255* Federal Custody, Remedies on Motion Attacking Sentence." D.E. No. 755. The Court has directed the government to file a response to it by Tuesday, May 27, 2014.

3. Most regretfully, undersigned counsel must now move to enlarge the time to file the opposition to the date of Thursday, June 5, 2014, and apologizes to the Court for the needed delay. As grounds wherefore, counsel states that within the past two weeks, personnel assigned to the U.S. Attorney's Office's Special Proceedings Division have suffered grave medical difficulties afflicting them or their immediate kin. This has caused an emergency reshuffling of duties among remaining personnel, almost all of it not previously expected. This, plus other unscheduled duties involving court hearings and after-hours duties, has prevented undersigned counsel from completing the government's opposition pleading in time for it to be filed on May 27, 2014.

4. Because defendant acts *pro se* in this matter and is a sentenced and serving prisoner incarcerated at a facility outside the District of Columbia, counsel has not tried to ascertain his position on this motion. A proposed order granting this motion is attached.

Respectfully submitted,

 /s/ *Ronald C. Machen Jr.*
RONALD C. MACHEN JR., D.C. Bar No. 447889
United States Attorney

 /s/ *Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 252-7723; William.B.Wiegand@usdoj.Gov

**CERTIFICATE OF SERVICE**

I certify that I caused service of the foregoing to be made by having a copy of it posted in the U.S. mails for first-class delivery addressed to: Inmate Antoine Jones, Reg. No. 18600-016/DCDC No. 241912, USP Atlanta, United States Penitentiary, Post Office Box 1050160 Atlanta, Georgia 30315. I did so on or before Tuesday, May 27, 2014. This service address is different from the address listed on this case's PACER docket sheet, but it is the location listed on defendant's *pro se* pleading docketed April 22, 2014, as Entry No. 755.  I confirmed through the Federal Bureau of Prisons inmate locater website on May 8, 2014, http://www.bop.gov/inmateloc/

that Inmate Jones was at that facility.

                                             */s/ Barry Wiegand*
                                             BARRY WIEGAND