# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **1:05-cr-00386-ESH-1** |
| ) | |
| **ANTOINE JONES,** ) | |
|     **Defendant.** ) | |

## ORDER

This matter came before the Court on the Government's Motion To Enlarge The Time To File Its Opposition To Defendant's Post-Conviction Claims For Relief In *Pro Se* Pleading Brought Under 28 U.S.C. § 2255 Filed As Docket Entry No. 755.  Upon consideration of that motion and the entire record herein, and for good cause shown, it is by the Court this ___ day of May 2014,

    ***ORDERED***, that the instant motion be, and the same hereby is, ***GRANTED***; and it is further

    ***ORDERED***, that the government shall file its opposition to defendant's claims for relief on or before Thursday, June 5, 2014.

                                        ELLEN S. HUVELLE
                                        UNITED STATES DISTRICT JUDGE
                                        FOR THE DISTRICT OF COLUMBIA

cc (by non-ECF means):

Inmate Antoine Jones,
Reg. No. 18600-016/DCDC No. 241912
USP Atlanta, United States Penitentiary
Post Office Box 1050160
Atlanta, Georgia 30315