UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>)<br>)<br>v.  )<br>)<br>ANTOINE JONES,  )<br>)<br>Defendant.  )<br>)  | Crim. No. 05-0386-01 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [Dkt. No. 761], it is hereby

**ORDERED** that defendant's motion to vacate [Dkt. No. 755] his sentence under 28 U.S.C. § 2255 is **DENIED**.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 14, 2014