CLERK OF COURT
United States District Court
For The District of Columbia

**FILED**
SEP - 2 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Copies to: Judge
AUSA – Special Proceedings
Dft.

United States
V                               Crim No 05-0386
Antoine Jones
    Defendant    CR 05-386-ESH

RECEIVED
Mail Room
SEP - 2 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Requesting certificate of Appealability

Defendant Antoine want to put on record that He receive a memorandum opinion by Honable Judge Ellen Huvelle (dated 7-14-14) on August (Monday) 25 2014, during institution mail called. This letter didn't arrived legal mail, where the inmate sign for, in a legal logged book.

On Wednes August 27 2014, Antoine Jones Requesting a certificate of Appealability so I could Appeal His ineffective of assistance claim...

A certificate of appeal may be issue only if the applicant has made substantial showing of the denial of a constitutional Rights 28 USCS 2255 (c) (2).

Defendant Jones like to put on record that the court erred by not addressing the merits in His ineffective assistance of counsel claims and these claims "does" bear a relationship

to his conviction, forcing defendant Jones to proceed pro se and forcing defendant Jones to take a guilty plea for something he not guilty of... Going to three trial show this?!

Without the counsel ineffective assistant of counsel conduct, defendant case would had been dismiss or the very least insufficient of evidence.

Without counsel ineffective assistant of counsel and the lacked of his professional code of conduct, in an officer of court status, defendant Jones case would had been the very least throw out, once Government investigators given a Government confidential source (Jason McNair) to bring $100,000 cash into Honorable Judge Ellen Huvelle courtroom, to obstruct justice and tampering with the Jurors.

Allowing this outrageous misconduct force defendant Jones to take a plea, he didn't want to take.

See defendant Jones 28 USCS § 2255 claim; also see defendant Jones Reply to the Government opposition to defendant Jones 28 USCS § 2255 motion.

A certificate of appealability is required before an appeal may be taken.

Defendant details and point out ineffective assistant of counsel and constitution violation, and requesting to appeal to the court of appeals.

Note: Defendant shouldn't be penalize for receiving this court memorandum through snail mail over a month later. Please use the legal mail system.
Thank you very much

Antoine Jones                         sign Antoine Jones
18600 016                             Date August 27 2014
USP Atlanta
PO Box 150160
Atlanta GA 30315

Defendant Jones conclude that the statement of receiving the mail on Monday August 25 2014 is correct, true and accurate, and he swears under penalty of perjury 28 USC §1746.

signed Antoine Jones

Mr Antoine Jones Sr
18600-016
USP Atlanta
PO Box 150160
Atlanta GA 30315

ATLANTA METRO 300
28 AUG 2014 PM 2 L

Clerk of Court
for United States District
The District of Columbia
333 Constitution Ave
Washington DC 20001

20001289999