UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-386 (ESH) |
| ANTOINE JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

On July 14, 2014, this Court denied defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. (*See* Order and Memorandum Opinion, July 14, 2014 [ECF Nos. 761 & 762].) Defendant now requests a certificate of appealability. (Def.'s Request for Certificate of Appealability, Sept. 2, 2014 [ECF No. 764].)

A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The applicant "'need not show that he should prevail on the merits. . . . Rather, he must demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'" *United States v. Mitchell*, 216 F.3d 1126, 1130 (D.C. Cir. 2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

As explained in the Memorandum Opinion accompanying the Order denying defendant's § 2255 motion, defendant's motion was patently without merit. Accordingly, it is hereby

**ORDERED** that defendant's request for a certificate of appealability [ECF No. 764] is **DENIED**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
Date: September 10, 2014`    United States District Judge