SEP 22 2014
United States Court of Appeals
District of Columbia Circuit

United States District Court
For The District of Columbia

United States of America,

V.  Criminal No. 05-386(ESH)

Antoine Jones
Defendant

FILED
SEP 22 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Notice of Appeal on Order Denying Request for Certificate of Appealability.

On July 14 2014, the District denied defendant motion under 28 U.S.C. § 2255 to vacate, set aside or correct defendant sentence.

On 9/10/14 Honorable Judge Huvelle denied his certificate of appealability.

Defendant's is filing his notice of appeal and is requesting an appeal attorney.

If the request for an attorney is denied, defendant will need the rules for appellant court, so the defendant could proceed prose.

Defendant is requesting for a briefing schedule so he want be time barred in submitting in a brief. Can defendant get an acknowlegement of this motion.

Thank you very much

Antoine Jones
18600-016
USP Atlanta
P.O. Box 150160
Atlanta GA 30315

Sign Antoine Jones
Date 9-16-2014